# EXHIBIT 3

**From:** Laurence Huen <vancouver_blue_junior@yahoo.com>
**Sent:** Tuesday, July 16, 2013 7:59 PM
**To:** knwj
**Subject:** Re: 回复: Fwd: Signature Pages to be held in Escrow

倪總：
請Sunny會計長跟我聯絡好嗎？
會計處理程序複雜，我要跟他／她溝通清楚。

> Director Ni,
> Would you please ask Sunny's chief accountant to contact me?
> The accounting procedure is very complicated and I need to talk with him/her to make things clear.

Laurence

Sent from Laurence iPhone 5

On 2013-07-16, at 7:31 PM, knwj <knwj@sunny-optics.com> wrote:

> 禤先生:关于celestron(星特朗)200万美金提前支付，能否直接付美国舜宇或者香港的公司帐户，因为大陆的审批手续麻烦，要汇出去很难。倪文军

> Mr. Huen,
> Would you please remit the US$ 2 million which will be paid early by celestron directly to Sunny U.S. or account in Hong Kong. Because of the complicated nature of approval procedures in Mainland China, transferring money outbound is very difficult.
> Ni Wenjun
> Sent from Samsung mobile

已从三星手机发送

Laurence Huen <va...
Sylvia, Jack:
Latest news.
Jack: I will answer your question in pm.

Laurence

Begin forwarded message:

**From:** "Laurence Huen" <lhuen@telus.net>
**Date:** 16 July, 2013 1:14:52 PM PDT
**To:** <knwj@sunny-optics.com>
**Cc:** <lhuen@telus.net>, <vancouver_blue_junior@yahoo.com>
**Subject: FW: Signature Pages to be held in Escrow**

倪總：
所有簽名頁（收購協議及相關合約）已於今天7月16日12：05分與Meade及律師團互相易手。到這為止，收購第一階段已完成。2筆款項已・出（250000及500000）。
下來便進入Proxy Statement股東代表投票權階段。

1

EXHIBIT 202
Deponent Ni
Date 9/18/18 Rptr.
WWW.DEPOBOOK.COM

HIGHLY CONFIDENTIAL

NSE2696876

TRIAL EXHIBIT 1202.001

餘下最後有二頁文件需倪總盡快簽名及電郵回來給我（這二文件亦是第一階段最後之文件）。

革命尚未成功

Laurence禤

---

**From:** Jason Schend...
**Sent:** Tuesday, July...
**To:** Joseph A. Lupica Jr.
**Cc:** Huen Laurence (lhuen@telus.net); Will Chuchawat; Farha Chowdry
**Subject:** RE: Signature Pages to be held in Escrow

> All signature pages (the acquisition agreement and relevant contract) have been exchanged between Meade and lawyers at 12:05 on the 16th of July. By now, the first step of the acquisition has been completed. The two outbound wire transfers (US$ 250,000 and US$ 500,000) have been made.
> The next step will be to prepare a proxy statement for shareholders' representative's voting.
> The two additional pages are for Director Ni to sign and email back to me (the two pages are the last documents for the first step).
> We need to continue our efforts to get the deal done.
> Laurence Huen

Joe / Laurence:

As noted, all signature pages required for signing have now been exchanged and we have provided Sam with final confirmation for the two outbound wire transfers.

Attached are the two additional pages for Mr. Ni to sign as noted below. Could you please kindly request that Mr. Ni sign and return these at his earliest convenience?

Congrats on getting the signing process behind us. The next significant step in the deal process will be the proxy statement. Jack is preparing the first draft of the proxy statement and we expect to receive that within the next couple days.

Best regards, Jason

<Peter Ni sig pages.pdf>

---

This message and any attachments (the "message") is intended solely for the addressees and is confidential. If you receive this message in error, please delete it and immediately notify the sender. Any use not in accord with its purpose, any dissemination or disclosure, either whole or partial, is prohibited except formal approval. The internet can not guarantee the integrity of this message. Sunny Optical Technology (Group) Company Limited (and its subsidiaries) shall (will) not therefore be liable for the message if modified. Your cooperation is highly appreciated.
此邮件所含信息是属机密信息，仅应为收件人所知。如果因发送失误，您收到此信息，请立即删除，并通知发件人。任何与此目的相违背的使用，分发或泄漏，无论是部分或全部，未经发送人书面同意均须禁止。因特网不能保证此信息的完整性。如果信息被更改，舜宇光学科技（集团）有限公司（和其子公司）将不对其负有责任。谢谢合作！

HIGHLY CONFIDENTIAL                                                                                                   NSE2696877

TRIAL EXHIBIT 1202.002

**From:** Laurence Huen <vancouver_blue_junior@yahoo.com>
**Sent:** Tuesday, July 16, 2013 7:59 PM
**To:** knwj
**Subject:** Re: 回复: Fwd: Signature Pages to be held in Escrow

倪總：
請Sunny會計長跟我聯絡好嗎？
會計處理程序複雜，我要跟他／她溝通清楚。

Laurence

Sent from Laurence iPhone 5

On 2013-07-16, at 7:31 PM, knwj <knwj@sunny-optics.com> wrote:

> 禤先生:关于celestron(星特朗)200万美金提前支付，能否直接付美国舜宇或者香港的公司帐户，因为大陆的审批手续麻烦，要汇出去很难。倪文军
>
> 已从三星手机发送
>
> Laurence Huen <vancouver_blue_junior@yahoo.com> 写道：
> Sylvia, Jack:
> Latest news.
> Jack: I will answer your question in pm.
>
> Laurence
>
>
> Begin forwarded message:
>
>> From: "Laurence Huen" <lhuen@telus.net>
>> Date: 16 July, 2013 1:14:52 PM PDT
>> To: <knwj@sunny-optics.com>
>> Cc: <lhuen@telus.net>, <vancouver_blue_junior@yahoo.com>
>> Subject: FW: Signature Pages to be held in Escrow
>>
>> 倪總：
>> 所有簽名頁（收購協議及相關合約）已於今天7月16日12：05分與Meade及律師團互相易手。到這為止，收購第一階段已完成。2筆款項已‧出（250000及500000）。
>> 下來便進入Proxy Statement股東代表投票權階段。

1

HIGHLY CONFIDENTIAL                                                                                                   NSE2696876

TRIAL EXHIBIT 1202.003

餘下最後有二頁文件需倪總盡快簽名及電郵回來給我（這二文件亦是第一階段最後之文件）。

革命尚未成功，大家仍需努力。

Laurence禤

---

**From:** Jason Schendel [mailto:JSchendel@sheppardmullin.com]
**Sent:** Tuesday, July 16, 2013 12:06 PM
**To:** Joseph A. Lupica Jr.
**Cc:** Huen Laurence (lhuen@telus.net); Will Chuchawat; Farha Chowdry
**Subject:** RE: Signature Pages to be held in Escrow

Joe / Laurence:

As noted, all signature pages required for signing have now been exchanged and we have provided Sam with final confirmation for the two outbound wire transfers.

Attached are the two additional pages for Mr. Ni to sign as noted below. Could you please kindly request that Mr. Ni sign and return these at his earliest convenience?

Congrats on getting the signing process behind us. The next significant step in the deal process will be the proxy statement. Jack is preparing the first draft of the proxy statement and we expect to receive that within the next couple days.

Best regards, Jason

<Peter Ni sig pages.pdf>

---

This message and any attachments (the "message") is intended solely for the addressees and is confidential. If you receive this message in error, please delete it and immediately notify the sender. Any use not in accord with its purpose, any dissemination or disclosure, either whole or partial, is prohibited except formal approval. The internet can not guarantee the integrity of this message. Sunny Optical Technology (Group) Company Limited (and its subsidiaries) shall (will) not therefore be liable for the message if modified. Your cooperation is highly appreciated.

此邮件所含信息是属机密信息，仅应为收件人所知。如果因发送失误，您收到此信息，请立即删除，并通知发件人。任何与此目的相违背的使用，分发或泄漏，无论是部分或全部，未经发送人书面同意均须禁止。因特网不能保证此信息的完整性。如果信息被更改，舜宇光学科技（集团）有限公司（和其子公司）将不对其负有责任。谢谢合作！

HIGHLY CONFIDENTIAL                                                          NSE2696877

TRIAL EXHIBIT 1202.004