# EXHIBIT 7

| | |
|---|---|
| **From:** | Sara Roe |
| **Sent:** | Wednesday, November 09, 2016 2:04 PM |
| **To:** | mabelmiao; James-Junwen Chiu |
| **Cc:** | Victor Aniceto |
| **Subject:** | Journal Entries and Financial Statements .xls |
| **Attachments:** | Journal Entries and Financial Statements .xls |

Hi Mabel and James:

Attached please find Sunny Optical financials statement for FY 2015, FY2016 and FY 2017 year to date per your request. Let me know if you have any questions.

Best Regards,

Sara

1

Lorrie L. Marchant, CSR# 10523, RMR, CRR, CCRR, CRC
**EXHIBIT** 323
WITNESS: Victor Aniceto
CASE: Optronic Technologies v. Ningbo Sunny Electronic
CASE No.: 5:16-CV-06370-EJD-VKD
DATE: Monday, November 26, 2018

CONFIDENTIAL                                     NSE2246870

**TRIAL EXHIBIT 1323.001**

NATIVE FILE PRODUCED

CONFIDENTIAL

NSE2246871

**TRIAL EXHIBIT 1323.002**

# NSE2246871 – FINANCIALS

TRIAL EXHIBIT 1323.003

**Sunny Optics**

| Balance Sheet | | FY2015 March 14 | April 14 | May 14 | June 14 | July 14 | Sept 14 | Nov 14 | Dec 14 | Jan 15 | Feb 15 | FY2016 June 15 | 15-Feb | FY2017 June16 | July 16 | Aug 16 | Sept 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | 10 Cash | 24,093.89 | 24,063.89 | 24,003.89 | 23,973.89 | 23,973.89 | 23,943.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 |
| Note Receivable | 21 Note Receivable | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 |
| Intercompany Receivable | 22 Intercompany | 4,534,482.75 | 4,784,482.75 | 5,284,482.75 | 5,481,988.86 | 5,481,988.86 | 5,731,988.86 | 5,828,738.86 | 5,828,738.86 | 5,828,738.86 | 5,828,738.86 | 5,830,238.86 | 5,830,238.86 | 6,630,238.86 | 7,630,238.86 | 8,130,238.86 | 8,580,238.86 |
| **Total Current Asset** | | 4,808,576.64 | 5,058,546.64 | 5,558,486.64 | 5,755,962.75 | 5,755,962.75 | 6,005,932.75 | 6,102,652.75 | 6,102,652.75 | 6,102,652.75 | 6,102,652.75 | 6,104,152.75 | 6,104,152.75 | 6,904,152.75 | 7,904,152.75 | 8,404,152.75 | 8,854,152.75 |
| Investment in Meade | 26 Investment | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 |
| **Total Asset** | | 10,184,220.91 | 10,434,190.91 | 10,934,130.91 | 11,131,607.02 | 11,131,607.02 | 11,381,577.02 | 11,478,297.02 | 11,478,297.02 | 11,478,297.02 | 11,478,297.02 | 11,479,797.02 | 11,479,797.02 | 12,279,797.02 | 13,279,797.02 | 13,779,797.02 | 14,229,797.02 |
| Long Term Loan - Mr Ni | 30 Loan payable | 8,621,000.00 | 8,809,000.00 | 9,185,000.00 | 9,335,000.00 | 9,335,000.00 | 9,523,000.00 | 9,598,000.00 | 9,598,000.00 | 9,598,000.00 | 9,598,000.00 | 9,598,000.00 | 9,598,000.00 | 10,198,000.00 | 10,948,000.00 | 11,323,000.00 | 11,661,000.00 |
| **Total Liability** | | 8,621,000.00 | 8,809,000.00 | 9,185,000.00 | 9,335,000.00 | 9,335,000.00 | 9,523,000.00 | 9,598,000.00 | 9,598,000.00 | 9,598,000.00 | 9,598,000.00 | 9,598,000.00 | 9,598,000.00 | 10,198,000.00 | 10,948,000.00 | 11,323,000.00 | 11,661,000.00 |
| Retained Earning | 40 Equity | 2,872,119.85 | 2,934,119.85 | 3,058,119.85 | 3,108,119.85 | 3,108,119.85 | 3,170,119.85 | 3,195,119.85 | 3,195,119.85 | 3,195,119.85 | 3,195,119.85 | 3,195,119.85 | 3,195,119.85 | 3,395,119.85 | 3,645,119.85 | 3,770,119.85 | 3,882,119.85 |
| Current Year Gain/Loss | 41 Current Year Gain / Loss | (1,308,898.94) | (1,308,928.94) | (1,308,988.94) | (1,311,512.83) | (1,311,512.83) | (1,311,542.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) |
| **Total Equity** | | 1,563,220.91 | 1,625,190.91 | 1,749,130.91 | 1,796,607.02 | 1,796,607.02 | 1,858,577.02 | 1,880,297.02 | 1,880,297.02 | 1,880,297.02 | 1,880,297.02 | 1,880,297.02 | 1,880,297.02 | 2,080,297.02 | 2,330,297.02 | 2,455,297.02 | 2,567,297.02 |
| **Total Liability & Equity** | | 10,184,220.91 | 10,434,190.91 | 10,934,130.91 | 11,131,607.02 | 11,131,607.02 | 11,381,577.02 | 11,478,297.02 | 11,478,297.02 | 11,478,297.02 | 11,478,297.02 | 11,478,297.02 | 11,478,297.02 | 12,278,297.02 | 13,278,297.02 | 13,778,297.02 | 14,228,297.02 |

| Income Statement | | Mar14 | April14 | May 14 | June 14 | July 14 | Sept 14 | Nov 14 | Dec 14 | Jan 15 | Feb 15 | June 15 | 15-Feb | June16 | July 16 | Aug 16 | Sept 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General & Administration Expense | | | | | | | | | | | | | | | | | |
| Acquisition Expense | 6000 Acquisition Expense | 3,268.00 | | 2,493.89 | - | | | 3,250.00 | | | | (1,500.00) | | | | | |
| Bank Fee | 6500 Bank Charge | 60.00 | 30.00 | 60.00 | 30.00 | | 30.00 | 30.00 | | | | | | | | | |
| | | 3,328.00 | 30.00 | 2,553.89 | 30.00 | - | 30.00 | 3,280.00 | - | - | - | (1,500.00) | - | - | - | - | - |

TRIAL EXHIBIT 1323.004

NSE2246871

# NSE2246871 – TRIAL BALANCE

TRIAL EXHIBIT 1323.005

| Account Name | Type | FS | Jul 13 | Aug 13 | Sep 13 | Oct 13 | Nov 13 | Dec 13 | Jan 14 | Feb 14 | March 14 | April 14 | May 14 | June 14 | July 14 | Sept 14 | Nov 14 | Dec 14 | Jan 15 | Feb 15 | June 15 | Feb 16 | June 16 | July 16 | Aug 16 | Sept 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 Cash - East West | 10 Cash | BS | 3,659,462.50 | 5,404,265.71 | 644,833.24 | 41,833.24 | 24,359.12 | 24,197.86 | 24,153.89 | 24,153.89 | 24,093.89 | 24,063.89 | 24,003.89 | 23,973.89 | 23,973.89 | 23,943.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 | 23,913.89 |
| 1100 Note Receivable - Meade | 21 Note Receivable | BS | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 | 250,000.00 |
| 1200 Intercompany Receivable - Meade | 22 Intercompany | BS | - | - | 244,985.00 | 2,037,985.00 | 3,187,985.00 | 3,187,985.00 | 3,887,985.00 | 3,787,750.75 | 4,534,482.75 | 4,784,482.75 | 5,284,482.75 | 5,481,988.86 | 5,481,988.86 | 5,731,988.86 | 5,826,738.86 | 5,828,738.86 | 5,828,738.86 | 5,828,738.86 | 5,830,238.86 | 6,630,238.86 | 7,630,238.86 | 8,130,238.86 | 8,580,238.86 |
| 1400 Investment in Meade | 26 Investment | BS | - | - | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 | 5,375,644.27 |
| 2200 Loan Payable - Mr Ni | 30 Loan payable | BS | (3,495,000.00) | (4,905,000.00) | (5,881,000.00) | (6,631,000.00) | (7,533,000.00) | (7,533,000.00) | (8,058,000.00) | (8,058,000.00) | (8,621,000.00) | (8,809,000.00) | (9,185,000.00) | (9,335,000.00) | (9,335,000.00) | (9,523,000.00) | (9,598,000.00) | (9,598,000.00) | (9,598,000.00) | (9,598,000.00) | (9,598,000.00) | (9,598,000.00) | (10,198,000.00) | (10,948,000.00) | (11,323,000.00) | (11,691,000.00) |
| 2500 Owner's Equity | 40 Equity | BS | (1,164,978.00) | (1,633,978.00) | (1,959,463.88) | (2,209,463.88) | (2,510,119.85) | (2,510,119.85) | (2,685,119.85) | (2,685,119.85) | (2,872,119.85) | (2,934,119.85) | (3,050,119.85) | (3,106,119.85) | (3,106,119.85) | (3,170,119.85) | (3,196,119.85) | (3,195,119.85) | (3,195,119.85) | (3,195,119.85) | (3,195,119.85) | (3,195,119.85) | (3,395,119.85) | (3,645,119.85) | (3,770,119.85) | (3,892,119.85) |
| 2510 Retained Earning - Current Year | 41 Current Year Gain / Loss | BS | 750,515.50 | 884,712.29 | 1,125,021.37 | 1,135,021.37 | 1,205,131.46 | 1,205,292.72 | 1,205,336.69 | 1,205,336.69 | 1,305,570.94 | 1,308,898.94 | 1,308,928.94 | 1,308,988.94 | 1,311,512.83 | 1,311,512.83 | 1,311,542.83 | 1,314,822.83 | 1,314,822.83 | 1,314,822.83 | 1,314,822.83 | 1,314,822.83 | 1,314,822.83 | 1,314,822.83 | 1,314,822.83 | 1,314,822.83 |
| 9000 P&L Clearing | Clearing | IS | (750,515.50) | (884,712.29) | (1,125,021.37) | (1,135,021.37) | (1,205,131.46) | (1,205,292.72) | (1,205,336.69) | (1,205,336.69) | (1,305,570.94) | (1,308,898.94) | (1,308,928.94) | (1,308,988.94) | (1,311,512.83) | (1,311,512.83) | (1,311,542.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) | (1,314,822.83) |
| 6000 Acquisition Expense | General & Administration Expense | IS | 750,515.50 | 884,712.29 | 1,125,006.37 | 1,135,006.37 | 1,205,006.37 | 1,205,006.37 | 1,205,006.37 | 1,205,006.37 | 1,305,240.62 | 1,308,508.62 | 1,308,508.62 | 1,308,508.62 | 1,311,002.51 | 1,311,002.51 | 1,311,002.51 | 1,314,252.51 | 1,314,252.51 | 1,314,252.51 | 1,314,252.51 | 1,312,752.51 | 1,312,752.51 | 1,312,752.51 | 1,312,752.51 | 1,312,752.51 |
| 6500 Bank Charge | General & Administration Expense | IS | - | - | 15.00 | 15.00 | 125.09 | 286.35 | 330.32 | 330.32 | 390.32 | 420.32 | 480.32 | 510.32 | 510.32 | 540.32 | 570.32 | 570.32 | 570.32 | 570.32 | 570.32 | 570.32 | 570.32 | 570.32 | 570.32 | 570.32 |
|  |  |  | - | - | - | - | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) | (0.00) |

TRIAL EXHIBIT 1323.006

NSE2246871

# NSE2246871 – JEs

TRIAL EXHIBIT 1323.007

**Sunny Optics**
**Journal Entries**

| Month | JE # | Account Name | Debit | Credit | GL Amount | Description |
|---|---|---|---|---|---|---|
| Jul 13 | 0713-1 | 1000 Cash - East West | 3,659,462.50 | | 3,659,462.50 | Bank Transactions Jul13 |
| Jul 13 | 0713-1 | 2200 Loan Payable - Mr Ni | | 3,495,000.00 | (3,495,000.00) | Funding from Mr Ni |
| Jul 13 | 0713-1 | 2500 Owner's Equity | | 1,164,978.00 | (1,164,978.00) | Funding from Mr Ni |
| Jul 13 | 0713-1 | 1100 Note Receivable - Meade | 250,000.00 | | 250,000.00 | JOC North America - Penalty payment for Meade's withdrawal from JOC's merger |
| Jul 13 | 0713-1 | 6000 Acquisition Expense | 500,000.00 | | 500,000.00 | Sheppard Mullin - Legal |
| Jul 13 | 0713-1 | 6000 Acquisition Expense | 10,000.00 | | 10,000.00 | Joe Lupica - Consulting |
| Jul 13 | 0713-1 | 6000 Acquisition Expense | 69,000.00 | | 69,000.00 | Windes - Due Diligence |
| Jul 13 | 0713-1 | 6000 Acquisition Expense | 171,515.50 | | 171,515.50 | Sheppard Mullin - Legal |
| Jul 13 | 0713-2 | 2510 Retained Earning - Current Year | 750,515.50 | | 750,515.50 | P&L Clearing - Jul13 |
| Jul 13 | 0713-2 | 9000 P&L Clearing | | 750,515.50 | (750,515.50) | P&L Clearing - Jul13 |
| Aug 13 | 0813-1 | 1000 Cash - East West | 1,744,803.21 | | 1,744,803.21 | Bank Transactions Aug13 |
| Aug 13 | 0813-1 | 2200 Loan Payable - Mr Ni | | 1,410,000.00 | (1,410,000.00) | Funding from Mr Ni |
| Aug 13 | 0813-1 | 2500 Owner's Equity | | 469,000.00 | (469,000.00) | Funding from Mr Ni |
| Aug 13 | 0813-1 | 6000 Acquisition Expense | 595.00 | | 595.00 | RR Donnelley |
| Aug 13 | 0813-1 | 6000 Acquisition Expense | 6,400.00 | | 6,400.00 | Windes - Due Diligence |
| Aug 13 | 0813-1 | 6000 Acquisition Expense | 10,000.00 | | 10,000.00 | Joe Lupica - Consulting |
| Aug 13 | 0813-1 | 6000 Acquisition Expense | 117,201.79 | | 117,201.79 | Sheppard Mullin - Legal |
| Aug 13 | 0813-2 | 2510 Retained Earning - Current Year | 134,196.79 | | 134,196.79 | P&L Clearing - Aug13 |
| Aug 13 | 0813-2 | 9000 P&L Clearing | | 134,196.79 | (134,196.79) | P&L Clearing - Aug13 |
| Sep 13 | 0913-1 | 1000 Cash - East West | | 4,559,432.47 | (4,559,432.47) | Bank Transactions Sep13 |
| Sep 13 | 0913-1 | 2200 Loan Payable - Mr Ni | | 976,000.00 | (976,000.00) | Funding from Mr Ni |
| Sep 13 | 0913-1 | 2500 Owner's Equity | | 325,505.88 | (325,505.88) | Funding from Mr Ni |
| Sep 13 | 0913-1 | 6000 Acquisition Expense | 229,039.00 | | 229,039.00 | Woodruff-Sawyer - Directors & Officers insurance for Meade outgoing directors & officers Sep13 to Sep19 |
| Sep 13 | 0913-1 | 1400 Investment in Meade | 5,375,644.27 | | 5,375,644.27 | Broadridge - payout to Meade's shareholders |
| Sep 13 | 0913-1 | 6000 Acquisition Expense | 11,255.08 | | 11,255.08 | Joe Lupica - Consulting |
| Sep 13 | 0913-1 | 1200 Intercompany Receivable - Meade | 244,985.00 | | 244,985.00 | Meade Funding |
| Sep 13 | 0913-1 | 6500 Bank Charge | 15.00 | | 15.00 | Bank Charge |
| Sep 13 | 0913-2 | 2510 Retained Earning - Current Year | 240,309.08 | | 240,309.08 | P&L Clearing - Sep13 |
| Sep 13 | 0913-2 | 9000 P&L Clearing | | 240,309.08 | (240,309.08) | P&L Clearing - Sep13 |
| Oct 13 | 1013-1 | 1000 Cash - East West | | 803,000.00 | (803,000.00) | Bank Transactions Oct13 |
| Oct 13 | 1013-1 | 2200 Loan Payable - Mr Ni | | 750,000.00 | (750,000.00) | Funding from Mr Ni |
| Oct 13 | 1013-1 | 2500 Owner's Equity | | 250,000.00 | (250,000.00) | Funding from Mr Ni |
| Oct 13 | 1013-1 | 1200 Intercompany Receivable - Meade | 1,793,000.00 | | 1,793,000.00 | Meade Funding |

TRIAL EXHIBIT 1323.008

NSE2246871

| Date | Ref | Account | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|---|
| Oct 13 | 1013-1 | 6000 Acquisition Expense | 10,000.00 | | 10,000.00 | Joe Lupica - Consulting |
| Oct 13 | 1013-2 | 2510 Retained Earning - Current Year | 10,000.00 | | 10,000.00 | P&L Clearing - Oct13 |
| Oct 13 | 1013-2 | 9000 P&L Clearing | | 10,000.00 | (10,000.00) | P&L Clearing - Oct13 |
| Nov 13 | 1113-1 | 1000 Cash - East West | | 17,474.12 | (17,474.12) | Bank Transactions Nov13 |
| Nov 13 | 1113-1 | 2200 Loan Payable - Mr Ni | | 902,000.00 | (902,000.00) | Funding from Mr Ni |
| Nov 13 | 1113-1 | 2500 Owner's Equity | | 300,635.97 | (300,635.97) | Funding from Mr Ni |
| Nov 13 | 1113-1 | 6000 Acquisition Expense | 50,000.00 | | 50,000.00 | Joe Lupica - Consulting |
| Nov 13 | 1113-1 | 1200 Intercompany Receivable - Meade | 1,150,000.00 | | 1,150,000.00 | Meade Funding |
| Nov 13 | 1113-1 | 6000 Acquisition Expense | 20,000.00 | | 20,000.00 | Chi Kong Huen (Laurence) - Consulting |
| Nov 13 | 1113-1 | 6500 Bank Charge | 110.09 | | 110.09 | Bank Charge |
| Nov 13 | 1113-2 | 2510 Retained Earning - Current Year | 70,110.09 | | 70,110.09 | P&L Clearing - Nov13 |
| Nov 13 | 1113-2 | 9000 P&L Clearing | | 70,110.09 | (70,110.09) | P&L Clearing - Nov13 |
| Dec 13 | 1213-1 | 1000 Cash - East West | | 161.26 | (161.26) | Bank Transactions Dec13 |
| Dec 13 | 1213-1 | 6500 Bank Charge | 161.26 | | 161.26 | Bank Charge |
| Dec 13 | 1213-3 | 2510 Retained Earning - Current Year | 161.26 | | 161.26 | P&L Clearing - Dec13 |
| Dec 13 | 1213-3 | 9000 P&L Clearing | | 161.26 | (161.26) | P&L Clearing - Dec13 |
| Jan 14 | 0114-1 | 1000 Cash - East West | | 43.97 | (43.97) | Bank Transactions Jan14 |
| Jan 14 | 0114-1 | 2200 Loan Payable - Mr Ni | | 525,000.00 | (525,000.00) | Funding from Mr Ni |
| Jan 14 | 0114-1 | 2500 Owner's Equity | | 175,000.00 | (175,000.00) | Funding from Mr Ni |
| Jan 14 | 0114-1 | 6500 Bank Charge | 43.97 | | 43.97 | Bank Charge |
| Jan 14 | 0114-1 | 1200 Intercompany Receivable - Meade | 700,000.00 | | 700,000.00 | Meade Funding |
| Jan 14 | 0114-2 | 2510 Retained Earning - Current Year | 43.97 | | 43.97 | P&L Clearing - Jan14 |
| Jan 14 | 0114-2 | 9000 P&L Clearing | | 43.97 | (43.97) | P&L Clearing - Jan14 |
| Feb 14 | 0214-1 | 6000 Acquisition Expense | 100,234.25 | | 100,234.25 | Sheppard Mullin - Legal (Paid by Meade) |
| Feb 14 | 0214-1 | 1200 Intercompany Receivable - Meade | | 100,234.25 | (100,234.25) | Sheppard Mullin - Legal (Paid by Meade) |
| Feb 14 | 0214-2 | 2510 Retained Earning - Current Year | 100,234.25 | | 100,234.25 | P&L Clearing - Feb 14 |
| Feb 14 | 0214-2 | 9000 P&L Clearing | | 100,234.25 | (100,234.25) | P&L Clearing Feb 14 |
| March 14 | 0314-1 | 1000 Cash - East West | | 60.00 | (60.00) | Bank Charge |
| March 14 | 0314-1 | 2200 Loan Payable - Mr Ni | | 563,000.00 | (563,000.00) | Funding from Mr Ni |
| March 14 | 0314-1 | 2500 Owner's Equity | | 187,000.00 | (187,000.00) | Funding from Mr Ni |
| March 14 | 0314-1 | 6500 Bank Charge | 60.00 | | 60.00 | Bank Charge |
| March 14 | 0314-1 | 1200 Intercompany Receivable - Meade | | 3,268.00 | (3,268.00) | Sheppard Mullin- Legal inv # 223143782 paid by Meade |
| March 14 | 0314-1 | 6000 Acquisition Expense | 3,268.00 | | 3,268.00 | Sheppard Mullin- Legal inv # 223143782 paid by Meade |
| March 14 | 0314-1 | 1200 Intercompany Receivable - Meade | 750,000.00 | | 750,000.00 | Meade Funding |
| March 14 | 0314-2 | 2510 Retained Earning - Current Year | 3,328.00 | | 3,328.00 | P&L Clearing - Mar 14 |
| March 14 | 0314-2 | 9000 P&L Clearing | | 3,328.00 | (3,328.00) | P&L Clearing - Mar 14 |
| April 14 | 0414-1 | 1000 Cash - East West | | 30.00 | (30.00) | Bank transactions |
| April 14 | 0414-1 | 2200 Loan Payable - Mr Ni | | 188,000.00 | (188,000.00) | Funding from Mr Ni |
| April 14 | 0414-1 | 2500 Owner's Equity | | 62,000.00 | (62,000.00) | Funding from Mr Ni |
| April 14 | 0414-1 | 6500 Bank Charge | 30.00 | | 30.00 | Bank Charge |

TRIAL EXHIBIT 1323.009

NSE2246871

| Date | Ref | Account | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|---|
| April 14 | 0414-1 | 1200 Intercompany Receivable - Meade | 250,000.00 | | 250,000.00 | Meade Funding |
| April 14 | 0414-2 | 2510 Retained Earning - Current Year | 30.00 | | 30.00 | P&L Clearing - Apr14 |
| April 14 | 0414-2 | 9000 P&L Clearing | | 30.00 | (30.00) | P&L Clearing - Apr14 |
| May 14 | 0514-1 | 1000 Cash - East West | | 60.00 | (60.00) | Bank Charge |
| May 14 | 0514-1 | 2200 Loan Payable - Mr Ni | | 376,000.00 | (376,000.00) | Funding from Mr Ni |
| May 14 | 0514-1 | 2500 Owner's Equity | | 124,000.00 | (124,000.00) | Funding from Mr Ni |
| May 14 | 0514-1 | 6500 Bank Charge | 60.00 | | 60.00 | Bank Charge |
| May 14 | 0514-1 | 1200 Intercompany Receivable - Meade | 500,000.00 | | 500,000.00 | Meade Funding |
| May 14 | 0514-2 | 2510 Retained Earning - Current Year | 60.00 | | 60.00 | P&L Clearing - May14 |
| May 14 | 0514-2 | 9000 P&L Clearing | | 60.00 | (60.00) | P&L Clearing - May14 |
| June 14 | 0614-1 | 1000 Cash - East West | | 30.00 | (30.00) | Bank Charge |
| June 14 | 0614-1 | 2200 Loan Payable - Mr Ni | | 150,000.00 | (150,000.00) | Funding from Mr Ni |
| June 14 | 0614-1 | 2500 Owner's Equity | | 50,000.00 | (50,000.00) | Funding from Mr Ni |
| June 14 | 0614-1 | 6500 Bank Charge | 30.00 | | 30.00 | Bank Charge |
| June 14 | 0614-1 | 6000 Acquisition Expense | 2,493.89 | | 2,493.89 | Sheppard Mullin (inv 223170071 pd by Meade) |
| June 14 | 0614-1 | 1200 Intercompany Receivable - Meade | | 2,493.89 | (2,493.89) | Sheppard Mullin (inv 223170071 pd by Meade) |
| June 14 | 0614-1 | 1200 Intercompany Receivable - Meade | 200,000.00 | | 200,000.00 | Meade Funding |
| June 14 | 0614-2 | 2510 Retained Earning - Current Year | 2,523.89 | | 2,523.89 | P&L Clearing - May14 |
| June 14 | 0614-2 | 9000 P&L Clearing | | 2,523.89 | (2,523.89) | P&L Clearing - May14 |
| July 14 | 0714-1 | Intercompany Loan | 250,000.00 | | 250,000.00 | Sunny optics bridge loan |
| July 14 | 0714-1 | 1100 Note Receivable | | 250,000.00 | (250,000.00) | Sunny optics bridge loan |
| July 14 | 0714-1 | Intercomapany Loan | 25,000.00 | | 25,000.00 | Interest on the 250K from july .13(1yr) |
| July 14 | 0714-1 | Interest Revenue | | 25,000.00 | (25,000.00) | Interest on the 250K from july .13(1yr) |
| Sept 14 | 0914-1 | 1000 Cash - East West | | 30.00 | (30.00) | Bank Charge |
| Sept 14 | 0914-1 | 2200 Loan Payable - Mr Ni | | 188,000.00 | (188,000.00) | Funding from Mr Ni |
| Sept 14 | 0914-1 | 2500 Owner's Equity | | 62,000.00 | (62,000.00) | Funding from Mr Ni |
| Sept 14 | 0914-1 | 6500 Bank Charge | 30.00 | | 30.00 | Bank Charge |
| Sept 14 | 0914-1 | 1200 Intercompany Receivable - Meade | 250,000.00 | | 250,000.00 | Meade Funding |
| Sept 14 | 0914-2 | 2510 Retained Earning - Current Year | 30.00 | | 30.00 | P&L Clearing |
| Sept 14 | 0914-2 | 9000 P&L Clearing | | 30.00 | (30.00) | P&L Clearing |
| Nov 14 | 1114-1 | 1000 Cash - East West | | 30.00 | (30.00) | Bank Charge |
| Nov 14 | 1114-1 | 2200 Loan Payable - Mr Ni | | 75,000.00 | (75,000.00) | Funding from Mr Ni |
| Nov 14 | 1114-1 | 2500 Owner's Equity | | 25,000.00 | (25,000.00) | Funding from Mr Ni |
| Nov 14 | 1114-1 | 6500 Bank Charge | 30.00 | | 30.00 | Bank Charge |
| Nov 14 | 1114-1 | 6000 Acquisition Expense | 3,250.00 | | 3,250.00 | Winds tax filing for 2013 |
| Nov 14 | 1114-1 | 1200 Intercompany Receivable - Meade | | 3,250.00 | (3,250.00) | Winds tax filing for 2013 |
| Nov 14 | 1114-1 | 1200 Intercompany Receivable - Meade | 100,000.00 | | 100,000.00 | Meade Funding |
| Nov 14 | 1114-2 | 2510 Retained Earning - Current Year | 3,280.00 | | 3,280.00 | P&L Clearing |
| Nov 14 | 1114-2 | 9000 P&L Clearing | | 3,280.00 | (3,280.00) | P&L Clearing |
| Dec 14 | 1214-1 | 1000 Cash - East West | | | - | Bank Charge |

TRIAL EXHIBIT 1323.010

NSE2246871

| Date | Ref | Account | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|---|
| Dec 14 | 1214-1 | 2200 Loan Payable - Mr Ni | | | - | Funding from Mr Ni |
| Dec 14 | 1214-1 | 2500 Owner's Equity | | | - | Funding from Mr Ni |
| Dec 14 | 1214-1 | 6500 Bank Charge | | | - | Bank Charge |
| Dec 14 | 1214-1 | 1200 Intercompany Receivable - Meade | | | - | Meade Funding |
| Dec 14 | 1214-2 | 2510 Retained Earning - Current Year | | | - | P&L Clearing |
| Dec 14 | 1214-2 | 9000 P&L Clearing | | | - | P&L Clearing |
| Jan 15 | 0115-1 | 1000 Cash - East West | | | - | Bank Charge |
| Jan 15 | 0115-1 | 2200 Loan Payable - Mr Ni | | | - | Funding from Mr Ni |
| Jan 15 | 0115-1 | 2500 Owner's Equity | | | - | Funding from Mr Ni |
| Jan 15 | 0115-1 | 6500 Bank Charge | | | - | Bank Charge |
| Jan 15 | 0115-1 | 1200 Intercompany Receivable - Meade | | | - | Meade Funding |
| Jan 15 | 0115-2 | 2510 Retained Earning - Current Year | | | - | P&L Clearing |
| Jan 15 | 0115-2 | 9000 P&L Clearing | | | - | P&L Clearing |
| Feb 15 | 0215-1 | 1000 Cash - East West | | | - | Bank Charge |
| Feb 15 | 0215-1 | 2200 Loan Payable - Mr Ni | | | - | Funding from Mr Ni |
| Feb 15 | 0215-1 | 2500 Owner's Equity | | | - | Funding from Mr Ni |
| Feb 15 | 0215-1 | 6500 Bank Charge | | | - | Bank Charge |
| Feb 15 | 0215-1 | 1200 Intercompany Receivable - Meade | | | - | Meade Funding |
| Feb 15 | 0215-2 | 2510 Retained Earning - Current Year | | | - | P&L Clearing |
| Feb 15 | 0215-2 | 9000 P&L Clearing | | | - | P&L Clearing |
| June 15 | 0615-1 | 6000 Acquisition Expense | | 1,500.00 | (1,500.00) | Windes tax 2015-paid by Meade |
| June 15 | 0615-1 | 1200 Intercompany Receivable - Meade | 1,500.00 | | 1,500.00 | Windes tax 2015-paid by Meade |
| Feb 16 | 0216-1 | 1000 Cash - East West | | | - | Bank Charge |
| Feb 16 | 0216-1 | 2200 Loan Payable - Mr Ni | | - | - | Funding from Mr Ni |
| Feb 16 | 0216-1 | 2500 Owner's Equity | | - | - | Funding from Mr Ni |
| Feb 16 | 0216-1 | 6500 Bank Charge | | | - | Bank Charge |
| Feb 16 | 0216-1 | 1200 Intercompany Receivable - Meade | | | - | Meade Funding |
| Feb 16 | 0216-2 | 2510 Retained Earning - Current Year | | | - | P&L Clearing |
| Feb 16 | 0216-2 | 9000 P&L Clearing | | | - | P&L Clearing |
| June 16 | 0616-1 | 1000 Cash - East West | | | - | Bank Charge |
| June 16 | 0616-1 | 2200 Loan Payable - Mr Ni | | 600,000.00 | (600,000.00) | Funding from Mr Ni |
| June 16 | 0616-1 | 2500 Owner's Equity | | 200,000.00 | (200,000.00) | Funding from Mr Ni |
| June 16 | 0616-1 | 6500 Bank Charge | | | - | Bank Charge |
| June 16 | 0616-1 | 1200 Intercompany Receivable - Meade | 800,000.00 | | 800,000.00 | Meade Funding |
| June 16 | 0616-2 | 2510 Retained Earning - Current Year | | | - | P&L Clearing |
| June 16 | 0616-2 | 9000 P&L Clearing | | | - | P&L Clearing |
| July 16 | 0716-1 | 1000 Cash - East West | | | - | Bank Charge |
| July 16 | 0716-1 | 2200 Loan Payable - Mr Ni | | 750,000.00 | (750,000.00) | Funding from Mr Ni |
| July 16 | 0716-1 | 2500 Owner's Equity | | 250,000.00 | (250,000.00) | Funding from Mr Ni |
| July 16 | 0716-1 | 6500 Bank Charge | | | - | Bank Charge |

TRIAL EXHIBIT 1323.011

NSE2246871

| Date | Ref | Account | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|---|
| July 16 | 0716-1 | 1200 Intercompany Receivable - Meade | 1,000,000.00 | | 1,000,000.00 | Meade Funding |
| July 16 | 0716-2 | 2510 Retained Earning - Current Year | | | - | P&L Clearing |
| July 16 | 0716-2 | 9000 P&L Clearing | | | - | P&L Clearing |
| Aug 16 | 0816-1 | 1000 Cash - East West | | | - | Bank Charge |
| Aug 16 | 0816-1 | 2200 Loan Payable - Mr Ni | | 375,000.00 | (375,000.00) | Funding from Mr Ni |
| Aug 16 | 0816-1 | 2500 Owner's Equity | | 125,000.00 | (125,000.00) | Funding from Mr Ni |
| Aug 16 | 0816-1 | 6500 Bank Charge | | | - | Bank Charge |
| Aug 16 | 0816-1 | 1200 Intercompany Receivable - Meade | 500,000.00 | | 500,000.00 | Meade Funding |
| Aug 16 | 0816-2 | 2510 Retained Earning - Current Year | | | - | P&L Clearing |
| Aug 16 | 0816-2 | 9000 P&L Clearing | | | - | P&L Clearing |
| Sept 16 | 0916-1 | 1000 Cash - East West | | | - | Bank Charge |
| Sept 16 | 0916-1 | 2200 Loan Payable - Mr Ni | | 338,000.00 | (338,000.00) | Funding from Mr Ni |
| Sept 16 | 0916-1 | 2500 Owner's Equity | | 112,000.00 | (112,000.00) | Funding from Mr Ni |
| Sept 16 | 0916-1 | 6500 Bank Charge | | | - | Bank Charge |
| Sept 16 | 0916-1 | 1200 Intercompany Receivable - Meade | 450,000.00 | | 450,000.00 | Meade Funding |
| Sept 16 | 0916-2 | 2510 Retained Earning - Current Year | | | - | P&L Clearing |
| Sept 16 | 0916-2 | 9000 P&L Clearing | | | - | P&L Clearing |
| Oct 16 | 01016-1 | 1000 Cash - East West | | | - | Bank Charge |
| Oct 16 | 01016-1 | 2200 Loan Payable - Mr Ni | | - | - | Funding from Mr Ni |
| Oct 16 | 01016-1 | 2500 Owner's Equity | | - | - | Funding from Mr Ni |
| Oct 16 | 01016-1 | 6500 Bank Charge | | | - | Bank Charge |
| Oct 16 | 01016-1 | 1200 Intercompany Receivable - Meade | - | | - | Meade Funding |
| Oct 16 | 01016-2 | 2510 Retained Earning - Current Year | | | - | P&L Clearing |
| Oct 16 | 01016-2 | 9000 P&L Clearing | | | - | P&L Clearing |
| | | | 22,624,040.64 | 22,624,040.64 | | |

TRIAL EXHIBIT 1323.012

NSE2246871

# NSE2246871 –
# FUNDING FROM MR. NI

TRIAL EXHIBIT 1323.013

**Sunny Optics**
**Funding from Mr Ni**

Debt to Equity Ratio  3:1

| Date | From | Amount | Debt | Equity | Ratio | Account payable-Meade to Sunny wire sent to Sunny | Meade own fund |
|---|---|---|---|---|---|---|---|
| 7/5/2013 | Cheung Wai Man Andrew | 349,978.00 | 262,000.00 | 87,978.00 | 2.98 | | |
| 7/11/2013 | Ying Yi-Ping | 1,720,000.00 | 1,290,000.00 | 430,000.00 | 3.00 | | |
| 7/23/2013 | Tung Yung Shue | 490,000.00 | 368,000.00 | 122,000.00 | 3.02 | | |
| 7/25/2013 | Wellex Development Ltd | 2,100,000.00 | 1,575,000.00 | 525,000.00 | 3.00 | | |
| | | 4,659,978.00 | 3,495,000.00 | 1,164,978.00 | 3.00 | | |
| 8/2/2013 | Wellex Development Ltd | 1,000,000.00 | 750,000.00 | 250,000.00 | 3.00 | | |
| 8/5/2013 | Tung Yung Shue | 509,000.00 | 382,000.00 | 127,000.00 | 3.01 | | |
| 8/26/2013 | Wellex Development Ltd | 370,000.00 | 278,000.00 | 92,000.00 | 3.02 | | |
| | | 1,879,000.00 | 1,410,000.00 | 469,000.00 | 3.01 | | |
| 9/12/2013 | Celstron Acqusition LLC | 301,505.88 | 226,000.00 | 75,505.88 | 2.99 | | |
| 9/23/2013 | Wellex Development Ltd | 1,000,000.00 | 750,000.00 | 250,000.00 | 3.00 | | |
| | | 1,301,505.88 | 976,000.00 | 325,505.88 | 3.00 | | |
| 10/8/2013 | Wellex Development Ltd | 1,000,000.00 | 750,000.00 | 250,000.00 | 3.00 | | |
| 11/7/2013 | Celstron Acqusition LLC | 602,324.80 | 452,000.00 | 150,324.80 | 3.01 | | |
| 11/22/2013 | Celstron Acqusition LLC | 600,311.17 | 450,000.00 | 150,311.17 | 2.99 | | |
| | | 1,202,635.97 | 902,000.00 | 300,635.97 | 3.00 | | |
| 1/3/2014 | Ningbo Sunny Electronic | 200,000.00 | 150,000.00 | 50,000.00 | 3.00 | | |
| 1/24/2014 | Ningbo Sunny Electronic | 500,000.00 | 375,000.00 | 125,000.00 | 3.00 | | |
| | | 700,000.00 | 525,000.00 | 175,000.00 | 3.00 | | |
| 3/7/2014 | Ningbo Sunny Electronic | 500,000.00 | 375,000.00 | 125,000.00 | 3.00 | | |
| 3/27/2014 | Ningbo Sunny Electronic | 250,000.00 | 188,000.00 | 62,000.00 | 3.03 | | |
| | | 750,000.00 | 563,000.00 | 187,000.00 | 3.01 | | |
| 4/18/2014 | Ningbo Sunny Electronic | 250,000.00 | 188,000.00 | 62,000.00 | 3.03 | | |
| 5/8/2014 | Ningbo Sunny Electronic | 250,000.00 | 188,000.00 | 62,000.00 | 3.03 | | |
| 5/30/2014 | Ningbo Sunny Electronic | 250,000.00 | 188,000.00 | 62,000.00 | 3.03 | | |
| | | 500,000.00 | 376,000.00 | 124,000.00 | | | |
| 6/27/2014 | Ningbo Sunny Electronic | 200,000.00 | 150,000.00 | 50,000.00 | 3.00 | | |
| 9/15/2014 | Ningbo Sunny Electronic | 250,000.00 | 188,000.00 | 62,000.00 | 3.03 | | |
| 11/15/2014 | Ningbo Sunny Electronic | 100,000.00 | 75,000.00 | 25,000.00 | 3.00 | | |
| Total Funding as of Sept 14 | | 12,793,119.85 | 9,598,000.00 | 3,195,119.85 | 3.00 | | |
| 6/15/2016 | Ningbo Sunny Electronic | 500,000.00 | 375,000.00 | 125,000.00 | 3.00 | (577,867.07) | (77,867.07) |
| 6/27/2016 | Ningbo Sunny Electronic | 300,000.00 | 225,000.00 | 75,000.00 | 3.00 | (332,396.85) | (32,396.85) |
| 7/1/2016 | Ningbo Sunny Electronic | 500,000.00 | 375,000.00 | 125,000.00 | 3.00 | (582,223.05) | (82,223.05) |
| 7/26/2016 | Ningbo Sunny Electronic | 500,000.00 | 375,000.00 | 125,000.00 | 3.00 | (578,047.18) | (78,047.18) |
| 8/8/2016 | Ningbo Sunny Electronic | 500,000.00 | 375,000.00 | 125,000.00 | 3.00 | (535,758.76) | (35,758.76) |
| 9/9/2016 | Ningbo Sunny Electronic | 450,000.00 | 338,000.00 | 112,000.00 | 3.02 | (500,000.00) | (50,000.00) |

TRIAL EXHIBIT 1323.014

NSE2246871