# EXHIBIT 8

| From: | Robert Magielnicki |
|---|---|
| Sent: | Thursday, August 22, 2013 8:26 AM |
| To: | msilvia@ftc.gov |
| Cc: | Will Sarat Chuchawat |
| Subject: | AIC Files of Sunny Electric |
| Attachments: | AIC files of Sunny Electric.doc |

Hi Mark:

   I have discussed your questions regarding David Shen with my client. They advise me that, except for the limited advice to Peter Ni regarding how to acquire a US company (which we have discussed), David Shen has no role in the proposed acquisition of Meade by Sunny. He has not participated in discussions regarding Meade's future business strategy and has not participated in discussions with third parties regarding future business with Meade. As I know you understand, I cannot be more specific regarding such alleged meetings without specific information regarding them.

   In addition, below is an English translation of an AIC file for Ningbo Sunny. AIC stands for Administration of Industry and Commerce, which is the corporate registry and administrative body in the PRC. I am advised that AIC maintains incorporation files and annual audit files on each PRC company, which are publicly available. The excerpt was sent to Meade's attorney in an apparent effort to derail its acquisition by Sunny.

   Regards,
   Bob

Robert L. Sr. Magielnicki
202.218.0002 | direct
202.312.9403 | direct fax
RMagielnicki@sheppardmullin.com | Bio

## SheppardMullin

Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW, 11th Floor East
Washington, DC 20005-3314
202.218.0000 | main
www.sheppardmullin.com


  ---------------------------- ,

Attached please find the Chinese files of Ningbo Sunny Electric obtained from the local AIC. Major points are summarized as below:

(1) **Shareholders**- consistent with the previous findings:

--Dong Yongxue (Sister-in-law of David Shen): 26%
--Yin Yiping: 45%
--Ni Wenjun: 29%


(2) **Directors and Officers**

--Li Jiangshan: Supervisor
--Liu Shifeng: Deputy General Manager
--Yin Yiping: Vice Chairman
--Zhang Weimin: Director

1

HIGHLY CONFIDENTIAL                                                      SMRH-0000986

**TRIAL EXHIBIT 1377.001**

--Ni Wenjun: Chairman & General Manager

(3) **Change of Investors**

The files show that Shen Dagong (David Shen's brother) once held 26% equity interests of the company, later it was transferred to his wife Dong Yongxue.

(4) **Change of Legal Rep, Directors, etc.**

The files show that Shen Dazhong (David Shen) once served as Vice Chairman of the company, and the date of such AIC record is July 6, 2005.

HIGHLY CONFIDENTIAL

SMRH-0000987

**TRIAL EXHIBIT 1377.002**