# EXHIBIT 10

**From:** david shen <syntadavid@163.com>
**Sent:** Friday, June 13, 2014 4:05 AM
**To:** 卞; 褚文和; 胡智懋desmond; 金爱芳; 廖倉海; 刘晓海; 沈文忠; 孙玉峰; 於 旭 飛; 許建馳; 張進; 邱軍文; sunny 倪總; knwj
[Bian; Chu Wenhe; Jin Aifang; Liao Canghai; Liu Xiaohai; Shen Wenzhong; Sun Yufeng; Yu Xufeng; Xu Jianchi; Zhang Jin; Qiu Junwen; Peter Ni;]
**Subject:** Fw:Re:Laurence 回復關於David 電話 re:Hayneedle
[Re: Laurence's reply about David's phone]

參考 [Reference]

-------- 转发邮件信息 -------- [Forwarded email]

发件人："david shen" <syntadavid@163.com>

发送日期：2014-06-13 07:04:18

收件人："Laurence Huen" <vancouver_blue_junior@yahoo.com>,DAVE <danderson@celestron.com>,sylvia <shentakuo@gmail.com>

主題：Re:Laurence 回復關於David 電話 re:Hayneedle [Re: Laurence's reply about David's phone]

Laurence & Dave

感謝您的回復，由於收到您的信晚了，再加上沒有Dave指導性內容，我也無法向peter致信

[Thank you for your reply. Since it was late when I received your letter, and I was not given with Dave's guiding information, I was therefore unable to write to Peter. Letters communicated to and from me and Peter should be brief and to the point, so I need to wait for Dave's comments for reference before sending it out.

The materials provided by Dave today are extremely important for reference. Meanwhile, my worries concerning the issue have been also reduced greatly. Since most of Telescope's business comes from Celestron, Celestron deems purchase of Hayneedle by Orion is positive at some points (the positive is more than the negative). But rising of the sales website may harm the business of the other traditional fields. The best way in the future is to divide the products and sell them into different markets to reduce conflicts.

Following purchase of Hayneedle by Orion, what makes it more concerned about is its ability to pay products payable. I suggest that Dave may propose to Orion that if business is continued, we need to know the financial condition of investors behind imaginova. If the fund is the cash increased by the company, then it would be safe. If the fund is borrowed, causing worse situation considering the current heavy debt, we need to deal with it carefully.

Viewing its current suppliers, JOC/GSO/BOSMA/IOPTRON.... no company can replace CELESTRON....SKYWATCHER...MEADE...

If we don't supply products, Hayneedle invested by Orion with $4.5 million would immediately value at less than $2 million. This is my opinion.]

網站祇是一個平台 Hayneedle 的成就，還是要靠產品本身做為支持,從銷售業績看,
CELESTRON一枝獨秀,而非其它公司或者 Zhummel,証明了這一點
我今天也致電GSO MR SHEN詢問了以下訊息
1  Hayneedle 和 GSO/ Zhummel產品生意越來越少了，I Zhummel沒有技術支持售後服務很差，令gso 吃力,且付貨款不准時
2  Bresser曾在12個月前向 GSO購物用於Dob產品用之主反射鏡..大小尺寸共600台,再運往廣州 GSO組裝成產品,根據GSO的表示他們之間不愉快不會再合作了
3  就以下事，千不別淌入混水
Explore Scientific 最近在Arkansas開設零售店；但產品不多 (看圖)
所以也查詢Celestron及SkyWatcher是否考慮於此店出售產品。

1



HIGHLY CONFIDENTIAL    NSE00073782

TRIAL EXHIBIT 1193.001

> The website is just a platform. Hayneedle's achievement depends on the products. From the point of view of sales revenue, CELESTRON outshines others rather than any other company or Zhummel. It also proves this point. I also called GSO MR SHEN today to ask the following issues:
> 1 Hayneedle and GSO/ Zhummel products are getting less and less business, / Zhummel has no technical support and its after-sales service is poor, making gso in difficulty. Meanwhile, the payment is not made in a timely manner.
> 2 Bresser purchased 600 sets of products in different sizes from GSO for primary mirrors of Dob products 12 months ago. Such products were shipped to Guangzhou and assembled into products by GSO. According to the GSO's feedback, they would not cooperate again since they don't work with each other.
> 3. In view of the following issues, I suggest to stay out of it.
> Explore Scientific recently opened a retail store in Arkansas; but there are few products (see picture)
> So also check whether Celestron and SkyWatcher are considering selling products at this store.

David:

抱歉,害您粗心了。

> Sorry to make you worry. Reply by Dave about the relevant issues are as below (3.45PM)

Dave對有關問題有以下回覆 (下午3:45):

1:   Hayneedle2013/14年銷售及主要供商關係如下:

> Hayneedle's 2013/14 sales and key supplier relationships are as follows:

主要供商來源 (以萬計)

> Main suppliers (in $10,000)

| | | | Hayneedle | Celestron | Meade | Olivon | iOptron | Explore Sc |
|---|---|---|---|---|---|---|---|---|
| | * | Telescopes.com | 銷售<br>1050萬 | 730 | 80 | | 60 | 20 82% |

Sales $10.5 million

(Celestron + Meade佔77%; 如加Olivon則佔82%)
> account for 77%, and 82% if together with Olivon.

| | * | Binocular.com | 700萬 | | | | | |
| | * | SpottingScopes.com | 30萬 | | | | | |

$7 million
$300,000

| | | 2013/14共 | 1780萬 (含Zhummel) |

> 2013/14 $17.8 million (inclusive of Zhummel)

2:   以上同
> Same as above

Celestron供貨 (Telescopes.com) 內容含高端至入門產品,包括Schmidt及NexStar。Dave明天再來詳細資料。我想Celestron若中高端產品佔其銷售之大多數,則我們對Orion(如成功購入Telescopes.com的話)之槓桿策略有大助力。要再看Dave明天之分析資料。

至於Binocular.com方面,從2010至2014年以每年縮減100萬之速度共少了400萬 (從1100萬減至700萬)。

另Hayneedle銷售Zhummel情形為: Telescopes.com 140萬, Binocular.com 150萬, SpottingScopes.com則為30萬。

Telescopes.com方面,只有Celestron供的每年有增加,其它供商都有減少。

Dave並不認為JOC有能供(高丶中端)之能力。如供,也許與Explore Scientific 產品類似 (沒有 Schmidt,Mount能力也不夠。JOC有高端 Refractor,幾款Dob及Eyepiece。

Explore Scientific 最近在Arkansas開設零售店;但產品不多 (看圖)

所以 也查詢Celestron及SkyWatcher是否考慮於此店出售產品。

> Celestron supplies (Telescopes.com) both high-end and entry-level products, including Schmidt and NexStar. Dave will analyze the detail materials tomorrow. I think if mid- to high-end products account for majority of sales of Celestron, then we will greatly facilitate Orion's leverage strategy (if Telescopes.com is acquired successfully). We will see Dave's analysis tomorrow.
> As for Binocular.com, $ 4 million was reduced between 2010 and 2014 ($ 1 million reduction each year) totally (reduction from $11 million to $7 million).
> About sales of Zhummel by Hayneedle: $1.4 million at Telescopes.com, $1.5 million at Binocular.com, $300,000 at SpottingScopes.com.
> For Telescopes.com, only supply from Celestron has increased each year, and supply from other suppliers have decreased.
> Dave does not believe that JOC has the ability to supply (mid, high-end products). If JOC has such supply ability, the products may be similar to the Explore Scientific products (without Schmidt, Mount is also not capable enough. JOC has high-end Refractor, several products of Dob and Eyepiece.
> Explore Scientific recently opened a retail store in Arkansas; but there are few products (see picture)
> So also check whether Celestron and SkyWatcher are considering selling products at this store.

83

TRIAL EXHIBIT 1193.002



GSO got to know that there is also Dob which is also supplied by Zhummel's manufacturer. According to indirect sources, GSO products cannot replace Synta.
Dave will have dinner with JasonMulek (former head of Hayneedle Telescopes.com) today to see if JOC's involvement is known and true.
I was still unable to contact Dave until 11:30pm tonight; I will contact tomorrow again.
I asked Dave at about 5:30 this afternoon (Synta has made serious statement to Orion concerning Hayneedle) for advice about what standing position Synta should have in the moment and how to communicate with Orion. I hope he will immediately give his opinion/suggestion for your reference.
We can't wait to the end of June because Synta needs to narrow its "exposed" position as much as possible – the advantage would be impaired by the time lag to deal with Orion.
And Celestron should also have uts position and relative solution. Dave said he got the information and will respond as soon as possible.

GSO聽說有Dob;也是供Zhummel之廠商。從側面了解, GSO產品不能取代Synta。

Dave是與JasonMulek( Hayneedle Telescopes.com之前任頭頭)今天有晚餐;看JOC參與之事是否知曉及屬實。
至今天晚上11:30pm仍未能與Dave取得聯繫;要明天再追。

我今天下午約5:30分向Dave提出了(Synta於Hayneedle事已向Orion釋放重話一事)現今認為Synta應該有如何立場及應何對Orion說話的問題,並希望他馬上提出看法／建議給您參考。
時間不能等到6月底,因Synta需要盡量收縮其"暴露"位置 – 時機會因時間拖長而限縮了決解對Orion之處理先機。
而Celestron也應有立場及相對解決方案。Dave表示了解並盡快回覆。

Laurence

---

From: David Shen <syntadavid@163.com>
Date: Thursday, June 12, 2014 at 11:14 PM
To: Dave Anderson <DANDERSON@celestron.com>, Laurence Huen <lhuen@telus.net>, Sylvia Shen <shentakuo@gmail.com>, NACY <nancy.chong@ubs.com>
Subject: 回复 Reply

3

Dear Dave
在美國時間上午12點前及後我多次電話 Laurence,并得到Laurence承諾,今天會回复我提出的問題
稱祗等待 Dave用完午餐,回公司后會查看資料,并且會回答我以下的問題
之后我致電并留言一直沒有回覆?
1 hayneedle 三個网頁之年生意總額?
2 celestron + skywatcher + meade 佔其生意多少比例
3 SYNTA面對ORION的下一步Dave是甚么意見?
由於我支持Dave之构想, 向peter施壓力, 但是最后結果和想像差距太大,現在把synta推進了困難之邊緣
在這危急的時刻, 我需要Dave立即提供以上回复 我要仔細想一下整件事情,十分緊迫

我擔心的不是 ORION我 我更擔心的是我們的態度  為何明明知道我急切的在等待, 卻無音訊?最起碼一個簡單的回覆

DAVID

I called Laurence many times before and after 12 am U.S. time, and was promised by Laurence that a reply to my questions would be given today.
Reply that my following questions will be answered after Dave finished his lunch, returned to the company to check relevant materials.
Then I called and left a message, but no reply was given.
1. total business revenue of hayneedle's three web sites each year?
2. what proportion celestron + skywatcher + meade account for its business
3. What is Dave's opinion about SYNTA's next step to deal with ORION?
As I support Dave's idea and gave Peter some pressures, but the final result is far away from what I imagined. Now Synta is pushed into difficulty.
In this critical moment, I need Dave to rely to the questions mentioned above, and I have to review carefully about the whole thing. It is very urgent.
What I worry about is not ORION. I am more worried about our attitudes. Why no reply was given when you knowingly that I am eager to wait for your answers? At least a simple reply.

HIGHLY CONFIDENTIAL

NSE00073785

TRIAL EXHIBIT 1193.004

| | |
|---|---|
| From: | david shen <syntadavid@163.com> |
| Sent: | Friday, June 13, 2014 4:05 AM |
| To: | 卞; 褚文和; 胡智懋desmond; 金爱芳; 廖倉海; 刘晓海; 沈文忠; 孙玉峰; 於 旭 飛; 許建馳; 張進; 邱軍文; sunny倪總; knwj |
| Subject: | Fw:Re:Laurence 回 复關於David 電話 re:Hayneedle |

參 考

-------- 转发邮件信息 --------

发件人："david shen" <syntadavid@163.com>

发送日期：2014-06-13 07:04:18

收件人："Laurence Huen" <vancouver_blue_junior@yahoo.com>,DAVE <danderson@celestron.com>,sylvia <shentakuo@gmail.com>

主題：Re:Laurence 回 复關於David 電話 re:Hayneedle

Laurence & Dave
感謝您的回复，由於收到您的信晚了，再加上沒有Dave指導性內容,我也無法向peter致信
我和peter的信，內容要簡單扼要，所以需再等待Dave意見供參考再發出

Dave今天所供的資料,是极具重要的參考,**同時我也已經減輕了對此事件之擔心**
由於telescope 大半生意來自celestron, celestron由某些角度看 orion購 Hayneedle是正面的,(正面是大於負面)，但也可能因此銷售网站之突出，損及其它傳統領域之生意,未來最好是將產品划分,售入不同市場減少沖突
orion購買了Hayneedle比較擔心的還是其資金支付貨款之能力,我建議Dave可以向orion提出,若繼續生意,我們需要知道 imaginova背后投資人的財務狀況,如果錢是公司增資之現金則安全，若是借貸那本來就債台高築，我們就要謹慎處置
Hayneedle 的業務按目前供應商情況看, JOC/GSO/BOSMA/IOPTRON.... 無任何一家公司可以取代 CELESTRON....SKYWATCHER...MEADE...
如果我們不供貨,ORION 四百五十万投資的 Hayneedle 立即會連兩百万元都不值，這是我的看法

网站祗是一個平台 Hayneedle 的 成 就，還是要靠產品本身做為支持,從銷售業績看，
CELESTRON一枝獨秀,而非其它公司或者Zhummel ,証明了這一點
我今天也致電GSO MR SHEN 詢問了以下訊息
1  **Hayneedle 和 GSO/ Zhummel**產品生意越來越少了， / Zhummel沒有技術支持售後服務很差,令gso 吃力,且付貨款不准時
2 Bresser曾在12個月前向 GSO購物用於Dob產品用之主反射鏡..大小尺寸共600台,再運往廣州 GSO組裝成產品,根據GSO的表示他們之間不愉快不會再合作了
3就以下事， 千不別淌入混水
Explore Scientific 最近在Arkansas開設零售店；但產品不多 (看圖)
所以也查詢Celestron及SkyWatcher是否考慮於此店出售產品。

1

HIGHLY CONFIDENTIAL

NSE00073782

TRIAL EXHIBIT 1193.005

THANKS
DAVID

在 2014-06-13 04:57:59，"Laurence Huen" <vancouver_blue_junior@yahoo.com> 写道：

David:

抱歉,害您粗心了。

Dave對有關問題有以下回覆 (下午3:45):

1:    Hayneedle2013/14年銷售及主要供商關係如下:

主要供商來源 (以萬計)

| | | | Hayneedle 銷售 | Celestron | Meade | Olivon | iOptron | Explore Sc | GSO |
|---|---|---|---|---|---|---|---|---|---|
| | * | Telescopes.com | 1050萬 | 730 | | | 80 | 60 | 20 | 8 |

(Celestron + Meade佔77%; 如加Olivon則佔 82%)

| | * | Binocular.com | 700萬 |
| | * | SpottingScopes.com | 30萬 |
| | | 2013/14共 | 1780萬 (含Zhummel) |

2:    以上同

Celestron供貨 ( Telescopes.com ) 內容含高端至入門產品,包括Schmidt及NexStar。Dave明天再來詳細資料。我想Celestron若中高端產品佔其銷售之大多數,則我們對Orion(如成功購入Telescopes.com的話)之槓桿策略有大助力。要再看Dave明天之分析資料。

至於Binocular.com方面,從2010至2014年以每年縮減100萬之速度共少了400萬 (從1100萬減至700萬)。

另Hayneedle銷售Zhummel情形為: Telescopes.com 140萬, Binocular.com 150萬, SpottingScopes.com則為30萬。

Telescopes.com方面,只有Celestron供的每年有增加,其它供商都有減少。

Dave並不認為JOC有能供(高、中端)之能力。如供,也許與Explore Scientific 產品類似 (沒有 Schmidt,Mount能力也不夠。JOC有高端 Refractor,幾款Dob及Eyepiece。
Explore Scientific 最近在Arkansas開設零售店；但產品不多 (看圖)
所以 也查詢Celestron及SkyWatcher是否考慮於此店出售產品。

HIGHLY CONFIDENTIAL                                                NSE00073783

TRIAL EXHIBIT 1193.006



GSO聽說有Dob;也是供Zhummel之廠商。從側面了解,GSO產品不能取代Synta。

Dave是與JasonMulek( Hayneedle Telescopes.com之前任頭頭)今天有晚餐;看JOC參與之事是否知曉及屬實。
至今天晚上11:30pm仍未能與Dave取得聯繫;要明天再追。

我今天下午約5:30分向Dave提出了(Synta於Hayneedle事已向Orion釋放重話一事)現今認為Synta應該有如何立場及應何對Orion說話的問題,並希望他馬上提出看法 / 建議給您參考。
時間不能等到6月底,因Synta需要盡量收縮其"暴露"位置 – 時機會因時間拖長而限縮了決解對Orion之處理先機。
而Celestron也應有立場及相對解決方案。Dave表示了解並盡快回覆。

Laurence

---

**From:** David Shen <syntadavid@163.com>
**Date:** Thursday, June 12, 2014 at 11:14 PM
**To:** Dave Anderson <DANDERSON@celestron.com>, Laurence Huen <lhuen@telus.net>, Sylvia Shen <shentakuo@gmail.com>, NACY <nancy.chong@ubs.com>
**Subject:** 回 复

3

Dear Dave

在美國時間上午12點前及後我多次電話 Laurence,并得到Laurence承諾,今天會回复我提出的問題

稱祇等待 Dave用完午餐,回公司后會查看資料,并且會回答我以下的問題

之后我致電并留言一直沒有回覆?

1 hayneedle 三個网頁之年生意總額?
2 celestron + skywatcher + meade 佔其生意多少比例
3 SYNTA面對ORION的下一步 Dave是甚么意見?

由於我支持Dave之构想, 向peter施壓力,但是最后結果和想像差距太大,現在把synta推進了困難之邊緣

在這危急的時刻,我需要Dave立即提供以上回复 我要仔細想一下整件事情,十分緊迫

我擔心的不是 ORION我 我更擔心的是我們的態度 為何明明知道我急切的在等待,卻無音訊?最起碼一個簡單的回覆

DAVID

4

HIGHLY CONFIDENTIAL                                           NSE00073785

TRIAL EXHIBIT 1193.008