# EXHIBIT 11

| | |
|---|---|
| **Sender:** | Victor Aniceto </O=MEADE INSTRUMENTS CORPORATION/OU=MEADE/CN=RECIPIENTS/CN=VICTOR.ANICETO> |
| **Sent:** | Tuesday, November 12, 2013 8:36:33 PM |
| **Recipient:** | jlup47@gmail.com |
| **Subject:** | Fwd: proposed promo |
| **Attachments:** | proposed promo activity 11-12-13.xls;ATT511408.htm |

Hi joe,
Here is the proposal.

Thanks
Victor

Sent from my iPhone

Begin forwarded message:

**From:** "Victor Aniceto" <victor.aniceto@meade.com>
**Date:** November 12, 2013 at 4:54:52 PM PST
**To:** "Joe Lupica" <joe.lupica@meade.com>
**Subject: proposed promo**

Joe,
We met earlier today to discuss promotional activities to generate revenue and kick start our holiday activities.

Attached is a P & L with background on YTD sales on products we currently have instock.

For the LX850, we discussed $1000 off on the mount only. This will result in a retail price of $4999. Comparably, CGE Pro mounts have a special price of $3999 ($1,000 off). We will still be higher by $1,000 but we have Starlock. This is designed to get interest going on this mount as well as take advantage of the great review in S & T.

For the PST, we will offer $100 off which will be competitive against the Lunt offers.
The SMT90-15 needs a boost as we have only sold 3 all year that is why we are aggressive but we will still have good margins.

Lastly, the XWA eyepieces are really under performing and we just need to move the inventory out.

Mr Ni discussed with me earlier that he wants us to remain profitable and he doesn't want to disrupt Synta business. However, this promo will not be disruptive to Celestron business.

We plan to launch this at ASAE and sent to the dealers by Saturday, 11/16/13.

Please provide your approval.

Thanks.

**Victor Aniceto**
Vice President of Sales
Meade Instruments Corp.
victor.aniceto@meade.com
Tel - 949.451.1450, ext. 6364
Fax - 949.451.1460   www.meade.com



HIGHLY CONFIDENTIAL

NSE00015507

**TRIAL EXHIBIT 1085.001**

NATIVE FILE PRODUCED

HIGHLY CONFIDENTIAL

NSE00015508

TRIAL EXHIBIT 1085.002

HIGHLY CONFIDENTIAL

NSE00015509

**TRIAL EXHIBIT 1085.003**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Domestic FYTD sales | | on hand | | standard cost | | Dealer Cost | | Retail | | Proposed Promo cost | | Proposed Promo retail | | Meade GPM | | Projected sales | | Projected revenue | |
| 2 | | | | | | | | | | | | | | | | | | | | | | |
| 3 | 37-0850-00 | LX850 mount | 8 | | 45 | | $ 2,424 | | $ 4,799 | | $ 5,999 | | $ 3,999 | | $ 4,999 | | 39.4% | | 20 | | $ | 79,980 |
| 4 | | | | | | | | | | | | | | | | | | | | | | |
| 5 | PST | PST | 102 | | 267 | | $ 313 | | $ 559 | | $ 699 | | $ 479 | | $ 599 | | 34.7% | | 100 | | $ | 47,900 |
| 6 | | | | | | | | | | | | | | | | | | | | | | |
| 7 | SMT90-15 | SolarMax II 90 telescope | 3 | | 30 | | $ 746 | | $ 2,879 | | $ 3,599 | | $ 1,999 | | $ 2,499 | | 62.7% | | 10 | | $ | 19,990 |
| 8 | | | | | | | | | | | | | | | | | | | | | | |
| 9 | 07550 | 9mm 2" | 17 | | 38 | | $ 124 | | $ 209 | | $ 299 | | $ 199 | | $ 249 | | 37.7% | | 30 | | $ | 5,970 |
| 10 | 07551 | 14mm 2" | 7 | | 65 | | $ 183 | | $ 279 | | $ 399 | | $ 223 | | $ 299 | | 17.9% | | 40 | | $ | 8,920 |
| 11 | 07552 | 20mm 2" | 11 | | 109 | | $ 231 | | $ 349 | | $ 499 | | $ 279 | | $ 349 | | 17.2% | | 50 | | $ | 13,950 |
| 12 | | | | | | | | | | | | | | | | | | | | | $ | 176,710 |
| 13 | | | | | | | | | | | | | | | | | | | | | | |

TRIAL EXHIBIT 1085.004