# EXHIBIT 12

**From:** COREY LEE <clee@celestron.com>
**Sent:** Friday, May 22, 2015 5:05 PM
**To:** nbsunny
**Subject:** RE: RE: orion订单统计    *Subject: Re: Order statistics*

Thank you.

Corey

---

**From:** nbsunny [mailto:nbsunny@vip.sina.com]
**Sent:** Friday, May 22, 2015 4:58 PM
**To:** COREY LEE
**Subject:** 回复: RE: orion 订单统计    *Re: Order statistics*

Dear Corey,

This is for 2014. I will send for 2013 on Monday.

Junwen

---

发件人: COREY LEE
发送时间: 2015-05-23 06:31
收件人: nbsunny
主题: RE: Re: orion 订单统计    *Subject: Re: Order statistics*

Junwen,

Thank you. I assume this information is for Orion orders in 2015? Can you supply sales figures for both 2014 and 2013?

Thank you.

Corey

1

HIGHLY CONFIDENTIAL

NSE00066211

TRIAL EXHIBIT 1762.001

**From:** nbsunny [mailto:nbsunny@vip.sina.com]
**Sent:** Thursday, May 21, 2015 10:10 PM
**To:** david shen; COREY LEE
**Subject:** 回复: Re: orion 订单统计   *[Re: Order statistics]*

Corey,

附件是 Orion 的数量.   *[The attached is the quantity of Orion.]*

---

发件人: David
发送时间: 2015-05-22 10:39
收件人: COREY LEE; sunny 邱軍文   *[Qiu Junwen]*
主题: Re: orion 订单统计   *[Re: Order statistics]*

Cprey 好的。我 CC 他
感謝您
大卫

*[Corey
OK. I will CC him.
Thanks
David]*

從我的 iPhone 傳送   *[Sent from my iPhone]*

> COREY LEE <clee@celestron.com> 於 2015 年 5 月 21 日 下午 7:23 寫道:   *[Wrote:]*
>
> David,
>
> 您好。
> 舜宇的訂單，如我問邱軍文關於 orion 的資料，ok 嗎？
>
> Corey

*[Hi, David

Regarding Shunyu's order, is it OK if I ask Qiu Junwen about Orion's information?

Corey]*

> From: 信达沈文忠 [mailto:swz-78@163.com]   *[Shen Wenzhong of Sky-watcher]*
> Sent: Thursday, May 21, 2015 7:12 PM
> To: COREY LEE
> Subject: Re:RE: Fw:orion 订单统计   *[Re: Order statistics]*
>
> COREY : 你好
>         只要是 ORION 下给我们的订单，就都在了。
>

*[Corey

We have the information of all orders placed by Orion.]*

2

HIGHLY CONFIDENTIAL

NSE00066212

TRIAL EXHIBIT 1762.002

> 　　　　　以上谢谢！！！ *(Thanks!!!)*
> --
> 苏州信达光电科技有限公司 *(Suzhou Sky-watcher Co., Ltd.)*
> 　沈文忠（Jason） *(Shen Wenzhong (Jason))*
> 苏州市新区玉山路 65 号 *(Yushan Road No. 65, Xinqu District)*
> Tel : 0512-68098882-406
> Fax : 0512-68090151
> http://www.skywatcher.com<http://www.skywatchertelescope.net/>
>
>
> 在 2015-05-22 10:07:21 ，"COREY LEE" <clee@celestron.com<mailto:clee@celestron.com>> 写道： *(Wrote:)*
>
> 沈文忠， *(Shen Wenzhong,)*
>
> 您好。謝謝幫忙。
> 清單有包括去舜宇的訂單嗎？我的理解是 Orion 到舜宇的訂單是通過信達的，對嗎？
> *(Thanks for your help. Does the list include the order to Shunyu? I understand that Orion placed an order with Shunyu via Sky-watcher? Is it true?)*
>
> Corey
>
> From: 信达沈文忠 [mailto:swz-78@163.com<mailto:swz-78@163.com>] *(From: Shen Wenzhong of Sky-watcher)*
> Sent: Wednesday, May 20, 2015 7:59 PM
> To: COREY LEE
> Cc: 孙玉峰 *(Sun Yufeng)*
> Subject: Fw:orion 订单统计 *(Re: Order statistics)*
>
> COREY：你好
> 　　附件为你要的 ORION 公司订单资料，如有其它需求请告知。
> *(Corey, The attached is the order information of Orion Company. Please tell me if you have other requirements. Thanks!!)*
>
> 　　　　　以上谢谢！！！
>
> --------转发邮件信息-------- *(Forwarded e-mail information)*
> 发件人："张国胜" <zgs1025@163.com<mailto:zgs1025@163.com>> *(Zhang Guosheng)*
> 发送日期：2015-05-21 10:41:41
> 收件人："沈文忠" <swz-78@163.com<mailto:swz-78@163.com>>,"胡智懋" *(Shen Wenzhong; Hu Zhimao)*
> <hzm_cn@163.com<mailto:hzm_cn@163.com>>,"许建驰" *(Xu Jianchi)*
> <synta_xjc@126.com<mailto:synta_xjc@126.com>>,"金爱芳" <aifang.jin@synta-cn.com<mailto:aifang.jin@synta-cn.com>>,"廖倉海" *(Jin Aifang; Liao Canghai)*

HIGHLY CONFIDENTIAL    NSE00066213

TRIAL EXHIBIT 1762.003

> <liaochanghai080113@yeah.net<mailto:liaochanghai080113@yeah.net>>,"卞军峰" [Bian Junfeng]
> <junfengbian@163.com<mailto:junfengbian@163.com>>
> 抄送人："沈先生163" [Mr. Shen] <syntadavid@163.com<mailto:syntadavid@163.com>>,CEO
> <syf_synta@163.com<mailto:syf_synta@163.com>>
> 主题：orion 订单统计  [Subject: Orion's order statistics]
> 各位领导：
> 附件为 ORION 订单统计，请查阅！  [All leaders: Please check the attached Orion's order statistics.]
>
>
> --
> 苏州信达光电科技有限公司   [Suzhou Sky-watcher Co., Ltd.]
> 生管课/张国胜   [Dept of production control/ Zhang Guosheng]
> 苏州新区玉山路 65 号   [Yushan Road No. 65, Xinqu District, Suzhou City]
> TEL:0512-68098882-219
> FAX:0512-68082817
> http://www.skywatcher.com<http://www.skywatcher.com/>
>
>  [Giant attachment from the Netease mail box]
> 【来自网易邮箱的超大附件】
> 提示：邮件带有附件预览链接，若您转发或回复此邮件时不希望对方预览附件，建议您手动删除链接。
>  [Hint: The e-mail contains the preview link to the attachment. It is suggested to manually delete the link if you don't want others to preview this attachment at the time of forwarding or replying this e-mail.]
> winmail.dat
> 下载: http://u.163.com/t0/PzgT9pzf3   [Download:]
> <winmail.dat>

4

HIGHLY CONFIDENTIAL

NSE00066214

TRIAL EXHIBIT 1762.004