# EXHIBIT 15

| | |
|---|---|
| From: | nbsunny <nbsunny@vip.sina.com> |
| Sent: | Friday, February 07, 2014 4:27 PM |
| To: | Sylvia Shen |
| Cc: | Jenny |
| Subject: | Reply: 回复: Fwd: About Vender Info sheet to Canadian Tire (供应商资料提供与 Canadian Tire ) |

*(Supply of vendor information to Canadian Tire)*

Dear Sylvia,

新年好! 我们今天刚开始上班.

> Happy new year. We just resumed our work today.
>
> Regarding Sunny's portion, you and Synta are expected to delete some essential confidential information.
> Yes, we need to consider how to avoid conflict with Celestron products. If the customer visits our factory and confirms their intention to cooperate with us, we will consider the strategy of separation from Celestron products or adopt different product prices to protect Celestron.

关于 Sunny 部分, 也请您和 Synta 方式处理,删去一些必要的机密信息.

是的,需要考虑和 Celestron 产品不冲突, 等到如果对方来工厂拜访确定合作意向后, 我们会考虑和 Celestron 产品错开或不同的产品价格策略,以保护 Celestron.

Junwen

---

发件人: Sylvia Shen
发送时间: 2014-02-07 05:15
收件人: Qiu Junwen
抄送: Jenny Chen
主题: Fwd: About...

*(Supply of vendor information to Canadian Tire)*

Dear Junwen,

您好!

> Hi! Recently Canadian Tire has inquired about opportunities for cooperation and vendor information. We responded by helping Suzhou Synta delete some private and confidential information.
> Synta provided too detailed and confidential information. After a prolonged deliberation, since this is just the preliminary exchange of information by both sides, we only offer them necessary information which can be disclosed. We may exchange further information after both sides have reached a basic understanding and signed the non-disclosure agreement.

近来 Canadian Tire 想询问合作机会，并要求填写供应商资料一事, 我们已经幫 Suzhou Synta 稍微去掉一些比较私密的讯息,回应了。

Synta 所填写之资料，太詳細,太多機密訊息,幾經思量,基于这只是双方初期的资料交换, 所以只提供对 C-Tire 我们可洩露的必要部分。待對方已來訪有初步了解,並簽不得洩密條款,再互換進一步訊息。

我们给 C-Tire 的资料表，请查阅附件。供参考。

Sunny 所填写之资料，也太詳細,太多機密訊息,您們看如何進行?

如何以不影响 C-Tire 原給 Celestron 的訂單,又創造新商機?

1

HIGHLY CONFIDENTIAL

NSE00073836

TRIAL EXHIBIT 1347.001

保持連絡。

祝新年如意，马到成功

Sylvia

> Please check the attached data sheet that we offer Canadian Tire for your reference.
> Sunny has filled out too detailed and confidential information. What do you think should be done?
>
> How can we create new business opportunities without affecting the original order Canadian Tire placed with Celestron?
>
> Keep in touch.
> Wish you all the best in the year of the horse.
>
> Sylvia

2

HIGHLY CONFIDENTIAL

NSE00073837

**TRIAL EXHIBIT 1347.002**

| | |
|---|---|
| From: | nbsunny <nbsunny@vip.sina.com> |
| Sent: | Friday, February 07, 2014 4:27 PM |
| To: | Sylvia Shen |
| Cc: | Jenny |
| Subject: | 回复: Fwd: About Vender Info sheet to Canadian Tire (供应商资料提供与 Canadian Tire) |

Dear Sylvia,

新年好! 我们今天刚开始上班.

关于 Sunny 部分, 也请您和 Synta 方式处理,删去一些必要的机密信息.

是的,需要考虑和 Celestron 产品不冲突, 等到如果对方来工厂拜访确定合作意向后, 我们会考虑和 Celestron 产品错开或不同的产品价格策略,以保护 Celestron.

Junwen

---

发件人: Sylvia Shen
发送时间: 2014-02-07 05:15
收件人: Qiu Junwen
抄送: Jenny Chen
主题: Fwd: About Vender Info sheet to Canadian Tire (供应商资料提供与 Canadian Tire)

Dear Junwen,

您好!
近来 Canadian Tire 想询问合作机会，并要求填写供应商资料一事，我们已经幫 Suzhou Synta 稍微去掉一些比較私密的訊息,回应了。

Synta 所填写之资料，太詳細,太多機密訊息,幾經思量,基于这只是双方初期的资料交换, 所以只提供对 C-Tire 我们可洩露的必要部分。待對方已來訪有初步了解,並簽不得洩密條款,再互換進一步訊息。

我们给 C-Tire 的资料表，请查阅附件。供參考。

Sunny 所填写之资料，也太詳細,太多機密訊息,您們看如何進行?

如何以不影响 C-Tire 原給 Celestron 的訂單,又創造新商机？

1

HIGHLY CONFIDENTIAL

NSE00073836

TRIAL EXHIBIT 1347.003

保持連絡。

祝新年如意,马到成功

Sylvia

2

HIGHLY CONFIDENTIAL

NSE00073837

**TRIAL EXHIBIT 1347.004**