AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Daniel Hightower, and those similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>CELESTRON ACQUISITION, LLC, SYNTA CANADA INT'L ENTERPRISES LTD., SKY-WATCHER USA, SKY-WATCHER CANADA, SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, COREY LEE, SYLVIA SHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>*Defendant(s)* | Civil Action No. 5:20-cv-03639   VKD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attachment I

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Borden, Esq.
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
SUSAN Y. SOONG

Date:  June 2, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-03639 VKD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

5:20-cv-03639-VKD        Hightower v. Celestron Acquisition, LLC et al

# ATTACHMENT I

| Defendant | Address |
|---|---|
| Celestron Acquisition, LLC | c/o Agent for Service of Process: Paracorp Incorporated 2804 Gateway Oaks Dr. #100 Sacramento, CA 95833 |
| Synta Canada Int'l Enterprises Ltd. | 4035 Williams Rd. Richmond, BC VJE 1J7 |
| Sky-Watcher USA | 475 Alaska Avenue Torrance, CA 90503 |
| Sky-Watcher Canada | 475 Alaska Avenue Torrance, CA 90503 |
| SW Technology Corporation | c/o Agent for Service of Process: Corey Lee 2835 Columbia Street Torrance, CA 90503 |
| Olivon Manufacturing Co. Ltd. | 11880 Hammersmith Way Richmond, BC V7A 5C8 |
| Olivon USA, LLC | c/o Jean Shen 5525 Coley Ave Las Vegas, NV 89146 |
| Corey Lee | 2835 Columbia Street Torrance, CA 90503 |
| Sylvia Shen | 10462 Modesto Place Delta, BC Canada |
| Jean Shen | 5525 Coley Ave Las Vegas, NV 89146 |
| Joseph Lupica | 40610 Calle Santa Monica Indio, CA 92203 |
| Dave Anderson | 7377 101st St. N. St. Paul, MN 55110 |
| Laurence Huen | 7200 Belair Drive Richmond, BC, Canada |