1  CHRISTOPHER FROST (SBN 200336)
   cfrost@eisnerlaw.com
2  AMBER HENRY (SBN 247624)
   ahenry@eisnerlaw.com
3  EISNER, LLP
   9601 Wilshire Blvd., 7th Floor
4  Beverly Hills, California 90210
   Telephone:  (310) 855-3200
5  Facsimile:  (310) 855-3201

6  Attorneys for Defendants Celestron Acquisition,
   LLC; SW Technology Corp; Corey Lee; David
7  Anderson; and Joseph Lupica

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11

| | |
|---|---|
| DANIEL HIGHTOWER. and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CELESTRON ACQUISITION, LLC, SYNTA CANADA INT'L ENTERPRISES LTD., SKYWATCHER USA, SKY-WATCHER CANADA, SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, COREY LEE, SYLVIA SHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>Defendants. | Case No. 5:20-cv-03639-EJD<br><br>*The Honorable Judge Edward Davila*<br><br>**REQUEST OF DEFENDANTS CELESTRON ACQUISITION, LLC; SW TECHNOLOGY CORP.; COREY LEE, DAVE ANDERSON AND JOSEPH LUPICA FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS LAWSUIT PURSUANT TO FED. R. CIV. P. 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>*Filed concurrently with Notice of Motion and Motion*<br><br>Hrng. Date:   August 13, 2020<br>Hrng. Time:   9:00 a.m.<br>Ctrm.:        4 (5th Floor) |

1  **TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that, pursuant to Fed, R. Evid. 452, 453, and in support of their
3  pending Motion to Dismiss, Defendants Celestron Acquisition, LLC, SW Technology Corp.,
4  Corey Lee, Dave Anderson and Joseph Lupica ("Moving Defendants") will and hereby do request
5  this Court take judicial notice of the following exhibits:

6  **Ex. 1:** November 23, 2015 draft complaint and accompanying cover letter from Braunhagey &
7  Borden.

8  **Ex. 2:** Complaint filed in *Optronic Technology v. Ningbo Sunny, et. al.*, N.D. Cal. Case No. 5:16-
9  cv-06370-EJD) (the "Orion Lawsuit").

10     The Court can take judicial notice of Exhibit 1 because it is not reasonably subject to
11 dispute, and the settlement discussions surrounding that draft were made public in Orion's
12 complaint in the Orion Lawsuit. *Funk v. Bank of Hawaii,* 2020 WL 2494530 (N.D. Cal. May 14,
13 2020) ("The Court may take judicial notice of documents referenced in the complaint, as well as
14 matters in the public record.")  Additionally, because the documents are on Braunhagey & Borden
15 letterhead and pleading caption, they "cannot reasonably be questioned" by Plaintiffs or their
16 counsel Braunhagey & Borden. Fed. R. Evid. 201(b) Settlement privilege does not preclude
17 consideration of the document because it is not being provided to demonstrate liability, but rather
18 for the permissible purpose of demonstrating undue delay in bringing these claims.  *See*
19 *Matsushita v. Mediatek*, 2007 WL 963975 at *2-5 (N.D. Cal. March 30, 2007)

20     The Court can take judicial notice of Exhibit 2 because it is a matter of public record.  The
21 Court may take judicial notice of matters that are either "generally known within the trial court's
22 territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy
23 cannot reasonably be questioned." Fed. R. Evid. 201(b); *see also* Fed. R. Evid. 452(d) ("Records
24 of (1) any court of this state or (2) any court of record of the United States or of any state of the
25 United States.")  Public records, including judgments and other court documents, are proper
26 subjects of judicial notice. *See, e.g.*, *U.S. v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007).

27
28

1    For these reasons, Moving Defendants request the Court take judicial notice of Exhibits 1
2 and 2.
3
4 DATED: June 30, 2020                              EISNER, LLP
5
6                                           By:      */s/ Christopher Frost*
7                                                 CHRISTOPHER FROST
                                                  Attorneys for Celestron Acquisition, LLC; SW
8                                                 Technology Corp.; Corey Lee; David Anderson;
                                                  and Joseph Lupica
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28