CHRISTOPHER FROST (SBN 200336)
cfrost@eisnerlaw.com
AMBER HENRY (SBN 247624)
ahenry@eisnerlaw.com
EISNER, LLP
9601 Wilshire Blvd., 7th Floor
Beverly Hills, California 90210
Telephone:  (310) 855-3200
Facsimile:  (310) 855-3201

Attorneys for Defendants Celestron Acquisition, LLC; SW Technology Corp; Corey Lee; David Anderson; and Joseph Lupica

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DANIEL HIGHTOWER and those similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CELESTRON ACQUISITION, LLC, SYNTA CANADA INT'L ENTERPRISES LTD., SKYWATCHER USA, SKY-WATCHER CANADA, SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, COREY LEE, SYLVIA SHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-03639-EJD<br><br>*The Honorable Judge Edward Davila*<br>*Crtrm.: 4 – 5th FL*<br><br>**DECLARATION OF COREY LEE IN SUPPORT OF NOTICE OF MOTION AND MOTION OF DEFENDANTS CELESTRON ACQUISITION, LLC, SW TECHNOLOGY CORP., COREY LEE, DAVID ANDERSON, AND JOSEPH LUPICA TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) TO THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>*Filed concurrently with Notice of Motion and Motion and  [Proposed] Order*<br><br>Hrng. Date:　　August 13, 2020<br>Hrng. Time:　　9:00 a.m.<br>Ctrm.:　　　　4 (5th Floor) |

## DECLARATION OF COREY LEE

I, Corey Lee, declare as follows:

1. I have personal knowledge of the facts set forth below, which are known by me to be true and correct, and if called upon as a witness, I could and would competently testify thereto.

2. I reside in Rancho Palos Verdes, California.

3. I am the Chief Executive Officer of Celestron Acquisition, LLC ("Celestron), which is headquartered in Torrance, California. Celestron's documents and records are kept at Celestron's headquarters in Torrance, California.

4. SW Technology Corp., the sole parent company of Celestron, is a Delaware corporation, with its principal place of business in California in Torrance.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on June 30, 2020, at Rancho Palos Verdes, California.

_____
Corey Lee