1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

14

| | |
|---|---|
| 15 DANIEL HIGHTOWER and those similarly situated,<br><br>16             Plaintiffs,<br><br>17      vs.<br><br>18 CELESTRON ACQUISITION, LLC, SYNTA CANADA INT'L ENTERPRISES LTD.,<br>19 SKYWATCHER USA, SKY-WATCHER CANADA, SW TECHNOLOGY CORP.,<br>20 OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, COREY LEE, SYLVIA<br>21 SHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN,<br>22 and DOES 1-50,<br><br>23         Defendants. | Case No. 5:20-cv-03639-EJD<br><br>*The Honorable Judge Edward Davila*<br>*Crtrm.: 4 – 5th FL*<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS CELESTRON ACQUISITION, LLC, SW TECHNOLOGY CORP., COREY LEE, DAVID ANDERSON, AND JOSEPH LUPICA TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) TO THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>*Filed concurrently with Declaration of Corey Lee and Notice of Motion and Motion*<br><br>Hrng. Date:     August 13, 2020<br>Hrng. Time:    9:00 a.m.<br>Ctrm.:          4 (5th Floor) |

25

26

27

28

1

## [PROPOSED] ORDER

2    The Court, having read and considered the Moving Defendants' Motion to Transfer Venue

3  ("Motion"), the Memorandum of Points and Authorities, the Declaration of Corey Lee, all

4  subsequent papers filed in opposition to and in support thereof, all papers on file with the Court in

5  this matter, any oral argument presented at the hearing, and good cause appearing therefore,

6  hereby GRANTS the Moving Defendants' Motion.  Accordingly, this action shall be transferred to

7  the Central District of California.

8

9  **IT IS SO ORDERED.**

10

11  DATED:    _____          _____

12                                                                              Honorable Judge Edward J. Davila
                                                                                United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS TO TRANSFER VENUE