J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
Gunnar Martz, Esq. (SBN: 300852)
  martz@braunhagey.com
Athul K. Acharya, Esq. (SBN: 315923)
  acharya@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR REPRESENTATIVE
PLAINTIFF DANIEL HIGHTOWER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DANIEL HIGHTOWER, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, SYNTA CANADA INT'L ENTERPRISES LTD., SKY-WATCHER USA, SKY-WATCHER CANADA, SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, COREY LEE, SYLVIA SHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>Defendants. | Case No. 5:20-cv-03639-EJD<br><br>**DECLARATION OF MATTHEW BORDEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE**<br><br>**Date:** Aug. 13, 2020<br>**Time:** 9:00 a.m.<br>**Judge:** Hon. Edward J. Davila<br>**Location:** Courtroom 4 – 5th Fl.<br><br>**Compl. Filed:** June 1, 2020<br>**Trial Date:** None Set |

Case No. 5:20-cv-03639-EJD
DECL. OF BORDEN IN SUPPORT OF OPP. TO MOTION TO TRANSFER VENUE

I, Matthew Borden, declare:

1. I am licensed to practice before this Court and am counsel of record for Plaintiff. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. There are material non-party witnesses who reside in this District: Orion employees and staff. In specific, these witnesses include Peter Moreo, Debbie Woodward, and Jason Espinosa.

3. Attached as **Exhibit 1** is a true and correct copy of Plaintiff Daniel Hightower's declaration filed in the related Spectrum action.

4. Attached as **Exhibit 2** is a true and correct copy of Spectrum Scientific LLC's declaration filed in the related Spectrum action.

5. Attached as **Exhibit 3** is a true and correct copy of Radio City Inc.'s declaration filed in the related Spectrum action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 14, 2020                    By:   */s/ Matthew Borden*
                                              Matthew Borden