# EXHIBIT 1

1   J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2   Matthew Borden, Esq. (SBN: 214323)
       borden@braunhagey.com
3   Ronald J. Fisher, Esq. (SBN: 298660)
       fisher@braunhagey.com
4   Gunnar Martz, Esq. (SBN: 300852)
       martz@braunhagey.com
5   Athul K. Acharya, Esq. (SBN: 315923)
       acharya@braunhagey.com
6   BRAUNHAGEY & BORDEN LLP
    351 California Street, 10th Floor
7   San Francisco, CA 94104
    Telephone: (415) 599-0210
8   Facsimile: (415) 276-1808

9   ATTORNEYS FOR REPRESENTATIVE
    PLAINTIFFS SPECTRUM SCIENTISCS LLC
10  and RADIO CITY, INC.

11

12                      **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                            **SAN JOSE DIVISION**

15

16

17  SPECTRUM SCIENTIFICS LLC, RADIO          Case No. 5:20-cv-03642-EJD
    CITY, INC., and those similarly situated,
18                                           **DECLARATION OF DANIEL**
              Plaintiffs,                    **HIGHTOWER IN SUPPORT OF**
19                                           **PLAINTIFFS' OPPOSITION TO**
          v.                                 **MOTION TO TRANSFER VENUE**
20
    CELESTRON ACQUISITION, LLC, SYNTA        **Date:**        Aug. 13, 2020
21  CANADA INT'L ENTERPRISES LTD., SKY-      **Time:**        9:00 a.m.
    WATCHER USA, SKY-WATCHER CANADA,         **Judge:**       Hon. Edward J. Davila
22  SW TECHNOLOGY CORP., OLIVON              **Location:**    Courtroom 4 – 5th Fl.
    MANUFACTURING CO. LTD., OLIVON USA,
23  LLC, COREY LEE, SYLVIA SHEN, JEAN        **Compl. Filed:** June 1, 2020
    SHEN, JOSEPH LUPICA, DAVE ANDERSON,      **Trial Date:**   None Set
24  LAURENCE HUEN, and DOES 1-50,
25            Defendants.
26
27
28
                                                         Case No. 5:20-cv-03642-EJD

I, Daniel Hightower, declare:

1.      I make this declaration based on my own personal knowledge.  If called as a witness, I could and would testify competently to the facts stated herein.

2.      I am the plaintiff in a case that is now pending before this Court, entitled *Hightower v. Celestron*, No. 20-cv-03639-EJD.  It was the first class action that was filed against Celestron for manipulating the prices of telescopes.

3.      I live in Alameda County. I filed my case here because that is the most convenient place for me to pursue my claims.  The lawyers who are representing me also live in the Bay Area.

4.      I understand that some of the defendants in my case and this case have asked the Court to move the cases to Los Angeles. I do not want the case to be moved. I chose to file the case here because I live here.  It would be a hardship on me to litigate my claims in Los Angeles.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  July 10, 2020                                    By: _____
                                                                DocuSigned by:
                                                                *Daniel Hightower*
                                                                93CF332989BF41E...
                                                                Daniel Hightower

DECL. OF DANIEL HIGHTOWER IN SUPPORT OF OPP. TO MOTION TO TRANSFER VENUE