# EXHIBIT 2

1   J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2   Matthew Borden, Esq. (SBN: 214323)
       borden@braunhagey.com
3   Ronald J. Fisher, Esq. (SBN: 298660)
       fisher@braunhagey.com
4   Gunnar Martz, Esq. (SBN: 300852)
       martz@braunhagey.com
5   Athul K. Acharya, Esq. (SBN: 315923)
       acharya@braunhagey.com
6   BRAUNHAGEY & BORDEN LLP
    351 California Street, 10th Floor
7   San Francisco, CA 94104
    Telephone: (415) 599-0210
8   Facsimile: (415) 276-1808

9   ATTORNEYS FOR REPRESENTATIVE
    PLAINTIFFS SPECTRUM SCIENTIFICS LLC
10  and RADIO CITY, INC.

11

12                    **UNITED STATES DISTRICT COURT**

13                   **NORTHERN DISTRICT OF CALIFORNIA**

14                          **SAN JOSE DIVISION**

15

16

17  SPECTRUM SCIENTIFICS LLC, RADIO          Case No. 5:20-cv-03642-EJD
    CITY, INC., and those similarly situated,
18                                           **DECLARATION OF MATT KRIEBEL**
              Plaintiffs,                    **IN SUPPORT OF PLAINTIFFS'**
19                                           **OPPOSITION TO MOTION TO**
         v.                                  **TRANSFER VENUE**
20
    CELESTRON ACQUISITION, LLC, SYNTA        **Date:**        Aug. 13, 2020
21  CANADA INT'L ENTERPRISES LTD., SKY-      **Time:**        9:00 a.m.
    WATCHER USA, SKY-WATCHER CANADA,         **Judge:**       Hon. Edward J. Davila
22  SW TECHNOLOGY CORP., OLIVON              **Location:**    Courtroom 4 – 5th Fl.
    MANUFACTURING CO. LTD., OLIVON USA,
23  LLC, COREY LEE, SYLVIA SHEN, JEAN        **Compl. Filed:** June 1, 2020
    SHEN, JOSEPH LUPICA, DAVE ANDERSON,      **Trial Date:**   None Set
24  LAURENCE HUEN, and DOES 1-50,
25            Defendants.

26

27

28

I, Matt Kriebel, declare:

1.    I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2.    I am the owner of Spectrum Scientifics LLC ("Spectrum"), which is a plaintiff in this case.

3.    Spectrum hired BraunHagey & Borden LLP ("BHB") as its lawyers because BHB of BHB's depth of experience and knowledge about the issues in this case. Like many others in the telescope industry, we were following the Orion trial and saw that BHB won a multi-million-dollar verdict against Ningbo Sunny Electronics and Meade Corporation. Just like Orion, Spectrum is a telescope distributor, and the same conspiracy at issue in the Orion case impacted the prices that Spectrum and other distributors had to pay for telescopes.

4.    I understand that a few of the defendants in this case have asked the Court to move the case to Los Angeles. Spectrum wants the case to remain in Northern California. That is where Spectrum filed its case because that is where its BHB is located, because this Court is already familiar with the telescope industry and the antitrust issues that Spectrum is raising, and because there are witnesses in Northern California who are not part of the lawsuit but who Spectrum will want to call at trial—particularly Orion employees.

5.    I understand that there are two other class action cases before this Court that are also about the same antitrust conspiracy. I understand that there are plaintiffs in those actions who live in the jurisdiction of this Court. Spectrum wants its case to proceed with those cases.

6.    As far as travel goes, going to San Jose is better for me than going to Los Angeles. I used to live in the Bay Area and have friends and business contacts here, but not in LA. As a result, I can pursue business opportunities and maintain relationships here that are not available to me if I have to come to Los Angeles.

DECL. OF MATT KRIEBEL IN SUPPORT OF OPP. TO MOTION TO TRANSFER VENUE

1     I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true and correct.

3  Dated:  July 10, 2020                                    By:  _Matt kriebel_____

4                                                                                    Matt Kriebel

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF MATT KRIEBEL IN SUPPORT OF OPP. TO MOTION TO TRANSFER VENUE