# EXHIBIT 3

1 | J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
2 | Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
3 | Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
4 | Gunnar Martz, Esq. (SBN: 300852)
    martz@braunhagey.com
5 | Athul K. Acharya, Esq. (SBN: 315923)
    acharya@braunhagey.com
6 | BRAUNHAGEY & BORDEN LLP
    351 California Street, 10th Floor
7 | San Francisco, CA 94104
    Telephone: (415) 599-0210
8 | Facsimile: (415) 276-1808

9 | ATTORNEYS FOR REPRESENTATIVE
    PLAINTIFFS SPECTRUM SCIENTIFICS LLC
10 | and RADIO CITY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SPECTRUM SCIENTIFICS LLC, RADIO CITY, INC., and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, SYNTA CANADA INT'L ENTERPRISES LTD., SKY-WATCHER USA, SKY-WATCHER CANADA, SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, COREY LEE, SYLVIA SHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>Defendants. | Case No. 5:20-cv-03642-EJD<br><br>**DECLARATION OF DAN FISH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE**<br><br>**Date:** Aug. 13, 2020<br>**Time:** 9:00 a.m.<br>**Judge:** Hon. Edward J. Davila<br>**Location:** Courtroom 4 – 5th Fl.<br><br>**Compl. Filed:** June 1, 2020<br>**Trial Date:** None Set |

Case No. 5:20-cv-03642-EJD

DECL. OF DAN FISH IN SUPPORT OF OPP. TO MOTION TO TRANSFER VENUE

I, Dan Fish, declare:

1. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. I am the former principal of Radio City, Inc. ("Radio City"), which is a plaintiff in this case.

3. Radio City hired BraunHagey & Borden LLP ("BHB") as its lawyers because, like many others in the telescope industry, we were impressed that BHB won a 50-million-dollar verdict in the Orion trial against Ningbo Sunny Electronics and Meade Corporation. We were harmed by the same conspiracy that harmed Orion, and in the exactly same way, because the conspiracy drove up the price of telescopes and squeezed our margins. So we hired BHB to help make us whole.

4. I understand that a few of the defendants in this case have asked the Court to move the case to Los Angeles. Radio City does not want the case to be moved. Radio City filed its case in Northern California because that is where its BHB is located, because the Court is already familiar with the telescope industry and the antitrust issues that Radio City is raising, and because there are witnesses in Northern California who are not part of the lawsuit but who Radio City will want to call at trial—particularly Orion employees.

5. I understand that there are two other class action cases before this Court that are also about the same antitrust conspiracy. I understand that there are plaintiffs in those actions who live in the jurisdiction of this Court. Radio City wants its case to proceed with those cases.

6. My son lives in Palo Alto, and before the coronavirus crisis, I traveled to visit him. I expect I will travel to visit him again when the crisis is over. So it would be personally more convenient for me if the case were to remain in San Jose.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.

3  Dated: July 10, 2020          By: *Dan Fish* (DocuSigned)
4                                     Dan Fish