```
Joseph W. Cotchett (SBN 36324)
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
Tamarah P. Prevost (SBN 313422)
Reid W. Gaa (SBN 330141)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com
rgaa@cpmlegal.com
```

*Attorneys for Plaintiffs Sigurd Murphy and Keith Uehara*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIGURD MURPHY and KEITH UEHARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, *et al.*<br><br>Defendants. | Case No. 5:20-cv-03639-EJD<br>Case No. 5:20-cv-04049-EJD<br>Case No. 5:20-cv-03642-EJD<br>Case No. 5:20-cv-04823-SVK<br>Case No. 3:20-cv-04860-LB<br><br>**DECLARATION OF ADAM J. ZAPALA IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE ACTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a) AND MOTION TO COORDINATE**<br><br>**Hearing Date: October 15, 2020**<br><br>**Hearing Time: 9:00 am**<br><br>**Judge: Hon. Edward J. Davila** |
| DANIEL HIGHTOWER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, *et al.*<br><br>Defendants. | |

SPECTRUM SCIENTIFICS LLC and RADIO CITY, INC., on behalf of themselves and all others similarly situated,

   Plaintiffs

              v.

CELESTRON ACQUISITION, LLC, *et al.*

   Defendants

SARA DAY BREWER and THIEN NGO, on behalf of themselves and all others similarly situated,

   Plaintiffs

              v.

CELESTRON ACQUISITION, LLC, *et al.*

   Defendants.

NORMAN GOLDBLATT, individually and on behalf of all others similarly situated,

   Plaintiff

              v.

DAR TSON "DAVID" SHEN, *et al.*

   Defendants.

I, Adam J. Zapala, declare as follows:

1. I am an attorney duly licensed to practice law before the state courts of California and this Court. I am a Partner at the law firm of Cotchett, Pitre & McCarthy, LLP ("CPM") and am an attorney of record for Plaintiffs Sigurd Murphy and Keith Uehara.

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I make this declaration pursuant to 28 U.S.C. §1746.

3. I submit this declaration in support of Plaintiffs' Notice of Motion and Motion to Consolidate Actions Pursuant to Federal Rule of Civil Procedure 42(a) and Motion to Coordinate.

4. Attached hereto as Exhibit A is a true and correct copy of the complaint filed by plaintiff Norman Goldblatt in the action *Goldblatt v. Shen et al.*, Case No. 3:20-cv-04860-LB (N.D. Cal. July 20, 2020).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of July 2020 in Burlingame, California.

/s/Adam J. Zapala
ADAM J. ZAPALA