# EXHIBIT 1

| | |
|---|---|
| **From:** | Joseph A. Lupica Jr. <jlup47@gmail.com> |
| **Sent:** | Friday, August 16, 2013 11:32 AM |
| **To:** | Robert Magielnicki |
| **Subject:** | Fwd: further information request |



Begin forwarded message:

**From:** Laurence Huen <lhuen@telus.net>
**Subject: further information request**
**Date:** August 16, 2013 10:56:09 AM PDT
**To:** "Joseph Lupica, Jr" <jlup47@gmail.com>
**Cc:** Laurence Huen <vancouver_blue_junior@yahoo.com>

Joe:

I would like to respond to your ( Bob's ) question as follows:

1: David Shen was appointed as the Vice Chairman of **Ningbo Sunny** Electronic Co., Ltd. ( a Chinese corporation ) on November 23 2001. This is the company's inception date .
David resigned this position on July 2005, in order to avoid any concern of conflict of interest after he acquired Celestron on April 2005.

2: Ever since David Shen resignation as the Vice Chairman, he did not hold position of any kind in **Ningbo Sunny**, nor a position in the Board of Director

3: Peter Ni is a Chinese national and does not hold any nationality of other country.
( supplementary information: the acquisition of Meade under review is made through **Sunny Optics Inc** and **Sunny Optics Merger Sub** – both companies are Delaware corporation where Peter Ni is the sole investor.
   In other word, Peter Ni invests in the acquisition as a sole investor. Ningbo Sunny DID NOT invest nor has any thing to do with the acquisition of Meade )

4: Ningbo Sunny shareholders:
DONG Yun Xue
26% ( this 26% was originally own by SHEN Da Gong, older brother of David Shen; David never being a shareholder of Ningbo Sunny )
YING Yi Ping
45%
NI Wen Jun

1

HIGHLY CONFIDENTIAL

SMRH-0001063

TRIAL EXHIBIT 1204.001

29% ( Peter Ni )

5: supplementary information:

1:
Sunny Optics Inc and Sunny Optics Merger Sub are both Delaware company and 100% own by Peter NI, for purpose of funding the acquisition of Meade and its ensuing
Surviving corporation upon acquisition.
2:
Peter NI is the Chairman and CEO of Ningbo Sunny ( a Chinese corporation )

I would comment that we need to clarify with the authority that the ongoing inquiry is making an impression that Ningbo Sunny is involving in the Meade acquisition which is NOT CORRECT. JOC is distracting the issue and making unnecessary fuss on the issue. I am in 100% agreement with Will that JOC is using governmental avenue trying to overturn the acquisition when they failed to play the fair and square game.

Please feel free to get in touch with me anytime.

Laurence

HIGHLY CONFIDENTIAL

SMRH-0001064

**TRIAL EXHIBIT 1204.002**