# EXHIBIT 18

| | |
|---|---|
| From: | david shen <syntadavid@163.com> |
| Sent: | Saturday, June 14, 2014 8:17 PM |
| To: | knwj; sunny倪總; 邱軍文; joyce現在用; 卞; 褚文和; 胡智懋desmond; 金爱芳; 廖倉海; 刘晓海; 沈文忠; 孙玉峰; 於 旭 飛; 許建馳; 張進 |
| | *Director Sunny Ni; Qiu Junwen; joyce using now; Bian; Chu Wenhe; Hu Zhimaodesmond; Jin Aifang; Liao Canghai; Liu Xiaohai; Shen Wenzhong; Sun Yufeng; Yu Xufei; Xu Jianchi; Zhang Jin* |
| Subject: | Fw:Re:Dave函之繙譯  *Translation of Dave's letter* |

**Information of the forwarded email**

-------- 转发邮件信息 --------
发件人："david shen" <syntadavid@163.com>
发送日期：2014-06-15 11:15:36
收件人："Laurence Huen" <vancouver_blue_junior@yahoo.com>,sylvia <shentakuo@gmail.com>,DAVE <danderson@celestron.com>
主题：Re:Dave 函之繙譯  **Subject: Translation of Dave's letter**
Laurence & Dave

Thanks for the abundant information provided by you with painstaking efforts. There are numerous ways to deal with the sense of crisis. No matter what, you need to know the whole story from the beginning before you can take appropriate measures to remedy the situation. I intend to simply things, not make things too complicated at the moment, which is conducive to our situation.
1 Based on the total business revenues shown on Hayneedle's three web pages provided by Dave plus the actual business revenue obtained by Orion from Synta annually, if Orion abandons Celestron and Synta, but works with other third-parties, I think Orion has no chance to maintain normal operations.
2 Regarding the business on Hayneedle's three web pages, Celestron secures the biggest amount probably due to the complete models but more to the product's branding appeal. If the Celestron brand was no more (Synta also stops the supply to Orion), the overall sales revenue of Orion, JOC and other brands would inevitably drop at least 50%, thus (the entire brand incorporated by Orion) resulting in an immediate operational crisis.
Basically we do not need to wage a price war with Orion head-on. Suspension of supply does not need any price wars. We replace them. A price war will hurt ourselves and others as well, just as in the past. In the price war among Skyscout vs I-Sky, Celestron was actually a victim. The price reduction represents a false estimation of Meade's products' quality, since we only care about the price. At the present, we need to have an accurate calculation of each step when we deal with Orion. Price war is a self-imposed destruction. Our pricing strategy of sales should not be altered, even when Orion lowers its prices, we would reduce sales volume rather than following suit blindly.
3. Does Dave agree with my above-mentioned statement? If you think my analysis is correct, we need not worry too much now. I replied to Orion's letter, saying that "I am satisfied and feel relieved with the payment before delivery which was started this week). I just wait for Peter to find me and talk about the possibility of a business with mutual benefits again.
4. In the future I think more channels of online sales will be surely be created. The future is an age of online sales.
5. It is surely feasible to continually have business with other websites of Hayneedle's parent company. However due to the different attributes of the web pages, even after we started the business on the web pages, I am not sure whether we will have great business opportunities as now.
6. Skywatcher usa's present strategy is still to make baby steps moving forward, but not act hastily. The focus in 2014 is DOB18 AZEQ5 STAR ADVENTURER 2015 DOB20. I expect our annual business to achieve $2 million USD.

在 2014-06-14 10:07:46，"Laurence Huen" <vancouver_blue_junior@yahoo.com> 写道：  *wrote:*

David:

1

HIGHLY CONFIDENTIAL

Δπ EXHIBIT 104
Deponent Chiu
Date 9/14/18
WWW.DEPOBOOK.COM

NSE00073780

TRIAL EXHIBIT 1194.001

請看附件上 Dave 函之繙譯
抱歉,文太長,久等了。

**Laurence**

> David:
>
>   Please check the attached translation of Dave's letter.
>   I am sorry the text is too long. Thanks for your patience.
>
> Laurence

HIGHLY CONFIDENTIAL

NSE00073781

TRIAL EXHIBIT 1194.002

| | |
|---|---|
| From: | david shen <syntadavid@163.com> |
| Sent: | Saturday, June 14, 2014 8:17 PM |
| To: | knwj; sunny倪總; 邱軍文; joyce現在用; 卞; 褚文和; 胡智懋desmond; 金爱芳; 廖倉海; 刘晓海; 沈文忠; 孙玉峰; 於 旭 飛; 許建馳; 張進 |
| Subject: | Fw:Re:Dave函之繙譯 |

-------- 转发邮件信息 --------
发件人："david shen" <syntadavid@163.com>
发送日期：2014-06-15 11:15:36
收件人："Laurence Huen" <vancouver_blue_junior@yahoo.com>,sylvia <shentakuo@gmail.com>,DAVE <danderson@celestron.com>
主题：Re:Dave 函之繙譯
Laurence & Dave
感谢您的辛苦丰富的资料 处理危机感方法很多 不論如何要知來龍去脈 再对症下药才有效
我想把事情弄得简单些,暂时不要太复杂,有利於我们目前的状况
1 根据 Dave 提供 Hayneedle 三个网頁之生意总额再加上 Orion 实际和 synta 之间每年的生意总数看,ORION 若脱离了 CELESTRON 及 SYNTA 而和其它第三者合作,基本上 orion 毫无机会继续保持正常营运,这是我的看法
2 Hayneedle 三个网頁的生意 以 CELESTRON 为最大金额,主因除了 CELESTRON 可能因为机种完整外,更多的还是产品本身品牌之号召力,假如没有了 CELESTRON 品牌,(synta 也停供 orion) ORION 与 JOC 替代品再加上其它品牌,则可能的整体销售必大幅下降至少 50%,其(orion 新併入的总体)立即会有经营危机
基本上不需和 ORION 正面价格战, 停供货是无需价格战的 我们是取而代之 价格是伤人伤己 如之前 SKYSCOUT vs I-SKY 其实 celestron 受害了 当时降价是对 meade 产品的品质错估,因为我们亲关切价格 现在对 orion 的事,我们的每 步要计算準确, 用价格战是自毀前程 我们的销售定价策略请勿更改 即使 orion 未來降价我们宁可减少銷售也不冒然跟進
3 以上之看法 Dave 是否同意？ 假设認同分析是对的 我们目前就无需太担心, 我回复 ORION 信件:(就说我对目前:本周已经开始的先付款出货方式很满意放心),一切事就等着 Peter 再找我时, 再谈互利生意之可能性

4 对於未來 我認为必然要建立更多网路銷售的管道,未来是网路行銷时代
5 继续和 Hayneedle 母公司之其它网路进行生意,当然可行,但,因网頁属性不同即使进入了网頁,也不确定会有如目前大的生意机会?
6 skywatcher usa 目前策略 仍旧是一步步提升,勿过急, 2014 年重点是 DOB18 AZEQ5 STAR ADVENTURER(星野赤道儀) 2015 年 DOB20 ,我期待达到一年 两百万美元生意
thanks
david

在 2014-06-14 10:07:46，"Laurence Huen" <vancouver_blue_junior@yahoo.com> 写道：

David:

1

HIGHLY CONFIDENTIAL

NSE00073780

TRIAL EXHIBIT 1194.003

請看附件上 Dave 函之繙譯
抱歉,文太長,久等了。

Laurence

2

HIGHLY CONFIDENTIAL

NSE00073781

TRIAL EXHIBIT 1194.004