1  CHRISTOPHER FROST (SBN 200336)
    cfrost@eisnerlaw.com
2  AMBER HENRY (SBN 247624)
    ahenry@eisnerlaw.com
3  ASHLEE LIN (SBN 275267)
    alin@eisnerlaw.com
4  ROSIE COLE (SBN 322185)
    rcole@eisnerlaw.com
5  EISNER LLP
    9601 Wilshire Blvd., 7th Floor
6  Beverly Hills, California 90210
    Telephone:  (310) 855-3200
7  Facsimile:  (310) 855-3201

8  *Attorneys for Defendants Celestron Acquisition,
    LLC; SW Technology Corp. Corey Lee; David
9  Anderson; and Joseph Lupica*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DANIEL HIGHTOWER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>CELESTRON ACQUISITION, LLC, et al.<br>Defendants. | Case No. 5:20-cv-03639-EJD<br><br>**DEFENDANTS' LIMITED OPPOSITION TO PLAINTIFFS SIGURD MURPHY AND KEITH UEHARA'S MOTION TO INTERVENE AND FILE OPPOSITIONS**<br><br>Hrng. Date:      August 20, 2020<br>Hrng. Time:     9:00 a.m.<br>Ctrm.:               4 (5th Floor)<br>Judge:              Hon. Edward J. Davila |

Defendants Celestron Acquisition, LLC, SW Technology Corp, Corey Lee, David Anderson, and Joseph Lupica ("Defendants") file this limited opposition in response to the Motion of Sigurd Murphy and Keith Uehara (the "Murphy Plaintiffs") to intervene in this action to file oppositions to (1) Defendants' Motion to Dismiss (ECF No. 15) and (2) Defendants' Motion to Transfer Venue (ECF No. 16).

With respect to the Motion to Transfer, Defendants do not oppose the Murphy Plaintiffs' request to intervene in this action for the **sole purpose** of opposing that Motion, to the extent the Murphy Plaintiffs' opposition consists only of the arguments contained in their Motion to Intervene.  (*See* ECF No. 22 at pp. 6–13.)  Defendants do not consent to the Murphy Plaintiffs filing any further papers in opposition to the Motion to Transfer.

With respect to the Motion to Dismiss, the Murphy Plaintiffs' request to file an opposition should be denied as moot as Plaintiff Hightower filed a First Amended Complaint on July 21, 2020, mooting Defendants' Motion to Dismiss.  Defendants have not yet responded to the First Amended Complaint.[1]

To be clear, Defendants do not believe that the Murphy Plaintiffs are entitled to intervene in this action generally as plaintiffs, and do not understand their Motion to seek such relief.  Defendants reserve all rights in that regard.

DATED: July 28, 2020                              EISNER, LLP

By:   */s/ Amber Henry*
      AMBER HENRY

      *Attorneys for Celestron Acquisition, LLC; SW Technology Corp; Corey Lee; DavidAnderson; and Joseph Lupica*

---

[1] Defendants will oppose any request by the Murphy Plaintiffs to intervene to file an opposition to any motion to dismiss the First Amended Complaint.