Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
Tamarah P. Prevost (SBN 313422)
Reid W. Gaa (SBN 330141)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
tprevost@cpmlegal.com
rgaa@cpmlegal.com

*Attorneys for Plaintiffs Sigurd Murphy and Keith Uehara*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGURD MURPHY and KEITH UEHARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, *et al.*<br><br>Defendants. | Case No. 5:20-cv-03639-EJD<br>Case No. 5:20-cv-04049-EJD<br>Case No. 5:20-cv-04823-EJD<br>Case No. 5:20-cv-04860-EJD<br><br>**DECLARATION OF ADAM J. ZAPALA IN SUPPORT OF AMENDED NOTICE OF MOTION AND AMENDED MOTION TO APPOINT COTCHETT, PITRE & McCARTHY, LLP, SUSMAN GODFREY LLP, AND LIEFF CABRASER HEIMANN & BERNSTEIN, LLP INTERIM CO-LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>**Hearing Date: 9:00 am**<br><br>**Hearing Time: October 15, 2020**<br><br>**Judge: Hon. Edward J. Davila** |
| DANIEL HIGHTOWER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs | |

v.

CELESTRON ACQUISITION, LLC, *et al.*

    Defendants.

---

SARA DAY BREWER and THIEN NGO, on behalf of themselves and all others similarly situated,

    Plaintiffs

v.

CELESTRON ACQUISITION, LLC, *et al.*

    Defendants.

---

NORMAN GOLDBLATT, individually and on behalf of all others similarly situated,

    Plaintiff

v.

DAR TSON "DAVID" SHEN, *et al.*

    Defendants.

---

**DECL. OF ADAM ZAPALA ISO AMENDED NOTICE OF MOTION AND AMENDED MOTION TO APPOINT COTCHETT, PITRE & McCARTHY, SUSMAN GODFREY, AND LIEFF CABRASER HEIMANN & BERNSTEIN INTERIM CO-LEAD COUNSEL FOR IPPs; Case Nos. 5:20-cv-03639-EJD; 5:20-cv-04049-EJD; 5:20-cv-04823-EJD; 5:20-cv-04860-EJD**

I, Adam J. Zapala, declare as follows:

1. I am an attorney duly licensed to practice law before the state courts of California and this Court. I am a Partner at the law firm of Cotchett, Pitre & McCarthy, LLP ("CPM") and am an attorney of record for Plaintiffs Sigurd Murphy and Keith Uehara. I primarily practice in the fields of complex litigation, antitrust, and trials, with an emphasis on representation of civil plaintiffs injured by antitrust violations.

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I make this declaration pursuant to 28 U.S.C. §1746.

3. I submit this declaration in support of Plaintiffs' Amended Notice of Motion and Amended Motion to Appoint Cotchett, Pitre & Mccarthy, LLP, Susman Godfrey LLP, And Lieff Cabraser Heimann & Bernstein, LLP Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs and Memorandum of Points and Authorities in Support.

4. CPM has been one of the nation's leading plaintiffs' law firms practicing complex litigation for the last 45 years and has recovered substantial damages and settlements for injured plaintiffs.

5. Before filing, CPM researched the underlying conduct that gave rise to Indirect Purchaser Plaintiffs' claims, the nature of the consumer telescope industry, and the injuries and damages alleged to have been caused by Defendants' and their co-conspirators' conduct. CPM also reviewed publicly available information related to the *Orion* litigation against some of the same Defendants and their co-conspirators to determine that the claims therein were susceptible to class treatment. This knowledge assisted CPM in conducting its investigation and drafting the initial complaint.

6. A true and correct copy of CPM's firm resume, which outlines in greater detail the capabilities of CPM and its attorneys, is attached hereto and incorporated herein by reference as **Exhibit A**.

## I. CPM'S EXPERIENCE HANDLING ANTITRUST CLASS ACTION CASES AND OTHER HIGHLY COMPLEX ACTIONS

7. CPM has extensive experience in handling complex antitrust class actions and is one of the foremost firms engaged in indirect purchaser actions in the United States. I have played an important role in many of these cases and courts across the country have repeatedly appointed CPM, and me, to serve in leadership positions for these class actions.

8. For example, in *In re Capacitors Antitrust Litigation*, Case No. 3:14-cv-03264-JD (N.D. Cal.) ("*Capacitors*"), CPM was appointed sole lead counsel and represents indirect purchasers of capacitors (film or electrolytic capacitors) against defendants, the leading manufacturers of capacitors sold in the United States, for engaging in a conspiracy to unlawfully inflate, fix, raise, maintain or artificially stabilize the prices of capacitors. I have been involved in this case since its inception. I have handled a variety of tasks in this case, including briefing numerous legal issues, all stages of discovery including extensive depositions, settlement discussions and negotiations, all stages of expert work in support of class certification, and class certification itself. CPM has recovered over $80 million on behalf of indirect purchasers in this ongoing litigation.

9. In *In re Resistors Antitrust Litigation*, Case No. 3:15-cv-03820-JD (N.D. Cal.) ("*Resistors*"), the court appointed CPM sole lead counsel on behalf of a class of indirect purchaser plaintiffs of resistors from defendants who allegedly conspired to unlawfully inflate, fix, raise, maintain or artificially stabilize the prices. CPM has recovered $33.4 million on behalf of indirect purchasers. I have been involved extensively in all aspects of this case since its inception. The Court recently granted final approval of settlements that completely resolved this action.

10. In *In re Lithium Batteries Antitrust Litigation*, Case No. 4:13-md-02424-YGR (N.D. Cal.) ("*Batteries*"), CPM was appointed co-lead counsel on behalf of indirect purchasers alleging a price-fixing conspiracy in the lithium-ion rechargeable batteries industry. CPM was extensively involved in the review of millions of pages of documents, the production of

Plaintiffs' documents, propounding and responding to discovery, and depositions. CPM, along with its court-appointed co-lead counsel, recovered $113 million on behalf of the class. I have been involved extensively in this case. CPM serves as lead counsel in this case along with Lieff, Cabraser, Heimann & Berstein LLP and Hagens Berman.

11. CPM was also appointed co-lead counsel in *In re Methionine Antitrust Litigation*, Case No. 3:00-md-01311-CRB (N.D. Cal.), an antitrust action against several methionine manufacturers involved in an alleged conspiracy to fix the prices of and allocate the markets for methionine. CPM ultimately helped this case settle for $107 million.

12. In *In re Automotive Parts Antitrust* Litigation, Case No. 2:12-md-02311-SFC (MDL 2311) (E.D. Mich.) ("*Auto Parts*"), CPM is co-lead counsel (along with Susman Godfrey) on behalf of end-payor plaintiffs and consumers against manufacturers of automotive parts for engaging in a decade-plus long conspiracy to raise the prices of automotive parts sold to automobile manufacturers like Honda, Toyota, and Nissan, among others, which were then sold to automobile dealerships and finally to consumers. To date, CPM and its co-counsel have recovered more than $1.2 billion for the class and CPM was recently presented with the American Antitrust Institute's ("AAI") prestigious award for litigation of the year in relation to their work on the *Auto Parts* litigation. I have been involved in this case since its inception.

13. In the case *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637-TMD (N.D. Ill.) ("*Broilers*"), CPM is co-lead counsel and represents commercial and institutional indirect purchasers who allege chicken broiler suppliers engaged in a price-fixing conspiracy in the United States. I have been involved in this case since its inception.

14. In the case *In re Vehicle Carrier Service Antitrust* Litigation, MDL No. 2471, (D. N.J.), CPM was appointed co-lead counsel on behalf of consumers against Defendants, who are providers of vehicle carrier services globally and in the United States, for engaging in a conspiracy to fix, raise, maintain and/or stabilize prices and allocate the market and customers in the United States for vehicle carrier services. I have been involved in this case since its inception.

DECL. OF ADAM ZAPALA ISO AMENDED NOTICE OF MOTION AND AMENDED MOTION TO APPOINT COTCHETT, PITRE & McCARTHY, SUSMAN GODFREY, AND LIEFF CABRASER HEIMANN & BERNSTEIN INTERIM CO-LEAD COUNSEL FOR IPPs; Case Nos. 5:20-cv-03639-EJD; 5:20-cv-04049-EJD; 5:20-cv-04823-EJD; 5:20-cv-04860-EJD     3

15. In addition to these indirect purchaser cases, CPM has served in a leadership capacity in many other complex antitrust actions as well. Some of the cases in which CPM currently serves as lead or co-lead counsel are highlighted below.

16. CPM was appointed co-lead counsel for Plaintiffs in the case *In re Transpacific Air Passenger Transportation Antitrust Litigation*, Case No. 3:07-cv-05634-CRB (N.D. Cal.) ("*Transpacific*"), a complex class action case involving allegations of price-fixing, in which defendants produced millions of pages of documents, and numerous depositions of various defendants were taken around the world. I, and other attorneys at CPM, helped successfully negotiate approximately $148 million in settlements, and secured orders at the motion to dismiss and summary judgment stages rejecting various complex legal arguments including the filed-rate doctrine, the act of state doctrine, and sovereign compulsion. I have been extensively involved in all aspects of the case, including protracted briefing on various legal issues, all stages of the discovery process including extensive depositions, briefing and argument on summary judgment motions concerning the filed-rate doctrine, settlement discussions and negotiations, appeals, class certification, and trial preparation. District Court Judge Charles R. Breyer called CPM's work in the case "exceptional."

17. In *In re Dynamic Random Access Memory (DRAM II) Antitrust Litigation*, Case No. 4:18-cv-03805-JSW (N.D. Cal.), the court appointed CPM as co-lead counsel on behalf of direct purchasers of dynamic random access memory (DRAM) who allege defendants conspired to fix prices at which DRAM was sold in the United States.

18. In the MDL class action case *In re Static Random Access Memory (SRAM) Antitrust Litigation*, Case No. 4:07-md-01819-CW (MDL No. 1819) (N.D. Cal.) ("*SRAM*"), the court appointed CPM as lead counsel for direct purchaser plaintiffs of Static Random Access Memory chips. CPM successfully secured $77 million on behalf of plaintiffs. Important legal rulings were reached on cutting edge issues such as standing of class representatives and the proper showing for class certification.

19. As co-lead counsel in the case *In re International Air Transportation Surcharge Antitrust Litigation*, Case No. M:06-md-01793-CRB (MDL No. 1793) (N.D. Cal.), an MDL class action challenging the price-fixing of air passenger tickets imposed by British Airways PLC and Virgin Atlantic Airways, Ltd., CPM helped successfully secure settlements of over $204 million. The Court recognized the expertise of CPM and its co-counsel in the case, with Judge Charles R. Breyer praising the firm for its efforts in achieving "an outstanding settlement in which a group of lawyers from two firms coordinated the work . . . and brought an enormous expertise and then experience in dealing with the case." Judge Breyer stated that the firms' lawyers are "more than competent. They are outstanding."

20. CPM served as one of the co-lead counsel firms in the case *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd.*, Case No. 1:08-cv-00042-JG-VVP (E.D. N.Y.) ("*Freight Forwarders*"), which involved air shipping by freight forwarders throughout the world and which has led to approximately $450 million in settlements with defendants. CPM and its co-lead counsel commenced this case before any government indictments or guilty pleas or assistance from an Amnesty Applicant. CPM was instrumental in developing a consolidated class action complaint and defeating motions to dismiss. CPM, with co-lead counsel, reviewed millions of pages of documents, conducted numerous interviews of current and former employees of Settling Defendants, prepared for and took the depositions of several Defendants both domestically and internationally, and played a central role in negotiating many of the settlements. I was involved extensively in litigating this highly successful class action case. As in *Transpacific*, I was involved in briefing various legal issues, all stages of the discovery process including extensive depositions, and settlement discussions and negotiations. I conducted witness interviews and depositions all around the world, including in Singapore, London, and Brussels.

21. In *In re Domestic Airline Travel Antitrust Litigation*, Case No. 1:15-mc-01404-CKK (MDL No. 2656) (D. D.C.) ("*Domestic Air*"), I, and CPM, were appointed co-lead counsel on behalf of plaintiffs alleging American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines

Co., and United Airlines, Inc. fixed prices for air passenger transportation services within the United States, its territories, and the District of Columbia. Since 2017, I have had primary responsibility for this case and helped secure settlements of $60 million on behalf of the class.

22. In the case *In re Webkinz Antitrust Litigation*, Case No. M:08-cv-01987-RS (MDL No. 1987) (N.D. Cal.). CPM was appointed lead counsel representing a class of persons or entities in the United States who ordered Webkinz from Ganz Inc. on the condition that they also order products from Ganz's "core line" of products. The complaint alleged that Ganz conditioned the purchase of its popular Webkinz plush line toy with a minimum $1,000 purchase of non-Webkinz "core line" products in violation of federal antitrust laws. On September 17, 2012, Hon. Richard Seeborg of the Northern District of California approved a class action settlement on behalf of a class of small business retailers against Ganz Inc.

23. In *In re Qualcomm Antitrust Litigation*, Case No. 5:17-md-02773-LHK (N.D. Cal.), CPM serves as co-lead counsel—along with the law firm of Susman Godfrey—for classes of consumers and businesses against Qualcomm for monopolizing and engaging in other anticompetitive conduct in the market for cellular devices and modem chips.

## II. CPM'S EXPERIENCE AS A COMMITTEE MEMBER IN ANTITRUST CLASS ACTION CASES OR OTHER MDL ACTIONS

24. In addition to the foregoing actions where CPM served as lead or co-lead counsel, CPM has also served on Executive Committees, Steering Committees, and as Committee Chair in a number of other litigations. Some of the cases in which CPM currently serves or has served as a committee member are highlighted below.

25. In the MDL class action case *In re Cathode Ray Tubes (CRT) Antitrust Litigation*, Case No. 4:07-cv-05944-JST (MDL No. 1917) (N.D. Cal.) ("*CRT*"), CPM was appointed to an Executive Committee position and represented a class of direct purchaser plaintiffs against manufacturers of cathode ray terminals whose prices were artificially raised, maintained or stabilized at a supra-competitive level by defendants and their co-conspirators. Counsel for direct purchaser plaintiffs recovered over $212 million for the class.

26. In the class action case *In re Optical Disk Drive (ODD) Antitrust Litigation*, Case No. 3:10-md-02143-RS (MDL No. 2143) (N.D. Cal.) ("*ODD*"), CPM was appointed as a member of the Executive Committee for this multidistrict litigation alleging a conspiracy that manufacturers of optical disk drives fixed prices of ODD's sold directly to plaintiffs in the United States. Plaintiffs have reached settlements with all of the defendants for approximately $74,750,000.

27. In the case *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, Case No. 4:02-md-01486-PJH (MDL No. 1486) (N.D. Cal.) ("*DRAM I*") CPM served as chair of the Discovery Committee for this multidistrict litigation arising from the price-fixing of DRAM, a form of computer memory. Shortly before the scheduled trial, class counsel reached settlements with the last remaining defendants, bringing the total value of the class settlements to over $325 million.

28. In the MDL case *In re Generic Pharmaceuticals Pricing Antitrust Litigation,* No. 2:16-md-02724-CMR (E.D. Pa.) ("*Generic Drugs*"), I have been appointed to the Plaintiffs' Steering Committee and represent indirect purchasers (specifically, end-payor union health & welfare funds) of generic drugs seeking to recoup overcharges stemming from a vast alleged price-fixing conspiracy.

29. In the case *In re Parking Heaters Antitrust Litigation*, Case No. 1:15-mc-00940-JG-JO (E.D. New York), CPM served as Liaison Counsel for indirect purchaser plaintiffs who purchased air and coolant parking heaters aftermarket for commercial vehicles from Defendants and helped recover $7.7 million for the classes.

### III. CPM'S ADDITIONAL QUALIFICATIONS FOR APPOINTMENT AS INTERIM CO-LEAD COUNSEL

30. In addition to CPM's experience with complex indirect purchaser actions, CPM has developed extensive relationships with consultants and industry experts which will be helpful to this litigation. Further, CPM has a track record of respect and trust with many defendants' counsel. By building these relationships, CPM has laid a solid foundation for a working

relationship with counsel for the defendants in this case. CPM's willingness to engage in meaningful relationships with counsel will allow them to prosecute this litigation vigorously, efficiently, and in a manner consistent with best practices.

31. CPM's reputation is one reason large institutional investors and public entities, such as the California State Teachers' Retirement System and The Regents of the University of California, have selected CPM as counsel in some of their most important cases.[1] The *National Law Journal* has reported that the firm and its members are regarded by both plaintiff and defense attorneys as some of the foremost trial lawyers in the nation. CPM was named to the *National Law Journal's* "Litigation Boutiques Hot List" in 2012 and the "Plaintiffs' Hot List" in 2011. The *National Law Journal* named CPM to its list of Elite Trial Lawyers. The *Daily Journal*, California's leading legal publication, has named CPM one of the top law firms in Northern California.

32. CPM has also successfully tried a number class action cases. In *Massoyan v. HL Leasing, Inc.*, Case No. 09-CECG 01839 (Fresno Cty. Super. Ct.) CPM tried a Ponzi scheme case to a jury verdict of $151.7 million. Additionally, CPM secured a ground-breaking $1.15 billion judgment against the lead paint industry after a two-month trial in Santa Clara Superior Court. *See People of the State of California v. Atlantic Richfield, et al.* Santa Clara Sup. Ct, Case No. 1-00-CV-788657 ("*Lead Paint*"). The *Lead Paint* verdict was the result of 13-years of hard fought litigation, including multiple trips to the California Court of Appeal and the Supreme Court of California, and stands as the only successful trial against the lead paint industry for creating a public nuisance threatening the health and well-being of children. *See*, *e.g.*, *County of*

---

[1] *See In re Worldcom, Inc. Securities Litig.*, 02 Civ. 3288 (DLC) (S.D.N.Y.); *Regents of the Univ. of California v. Superior Court*, 165 Cal.App.4th 672 (2008); *California State Teachers' Retirement System v. Qwest Communications*; *California State Teachers' Retirement System v. AOL Time Warner*; *In re Libor-Based Financial Instruments Antitrust Litig.,* Case No. 11 MDL 2262 (NRB) (S.D. N.Y.) (representing the Counties of San Mateo and San Diego, the cities of Richmond and Riverside, East Bay Municipal Utility District, and other public entities); *In re Municipal Derivatives Antitrust Litig.*, MDL No. 1950 (S.D. N.Y.) (representing Los Angeles and numerous public entities); *People of the State of California v. Atlantic Richfield, et al.*, Case No. 1-00-CV-788657 (represented the People of the State of California alongside ten California cities and counties).

*Santa Clara et al. v. Atlantic Richfield, et al.*, 50 Cal.4th 35 (2010); *County of Santa Clara et al. v. Atlantic Richfield, et al.*, 161 Cal.App.4th 1140 (2008); *County of Santa Clara et al. v. Atlantic Richfield, et al.*, 137 Cal.App.4th 292 (2006).

### ADAM J. ZAPALA

33. As a Partner at CPM, I have extensive experience litigating highly complex antitrust and other actions before federal district courts across the country.

34. As noted, I have been named as one of the top 30 antitrust attorneys in California and have had primary responsibility for prosecuting the highly complex actions *Capacitors*, *Resistors*, *Transpacific*, *Domestic Air*, *Broilers*, and *Freight Forwarders*. I have also had extensive involvement in the successful litigations *Auto Parts* and *ODD*. Additionally, I have served in a leadership role in the cutting edge MDL privacy case, *In re Vizio Inc. Consumer Privacy Litigation*, Case No. 16-md-02693-JLS (C.D. Cal.), recovering $17 million as well as attaining groundbreaking injunctive relief and significant business practice changes. I have also been named to Super Lawyers Northern California Rising Stars list for 2014-2016 and as a Super Lawyer from 2018 to 2020.

35. I will ensure that the current management structure continues and that CPM's dedication of financial resources to the litigation continues.

36. Additionally, CPM will dedicate a team of diverse, experienced and knowledgeable attorneys to this matter. As explained in greater detail below, the following individuals are accomplished antitrust attorneys who will utilize their expertise to represent the best interests of the class.

### ELIZABETH T. CASTILLO

37. CPM Partner Elizabeth T. Castillo focuses on complex litigation and, specifically, antitrust class actions against international cartels. Ms. Castillo has represented clients in both federal and state courts and at all stages of litigation, including discovery, trial, and appeals. Ms. Castillo has also been named to the Super Lawyers Northern California Rising Stars List each year from 2015 to 2020.

38. Ms. Castillo is extensively involved in *Transpacific*, *Capacitors*, *Resistors*, *Domestic Air*, and *Auto Parts*—achieving what has become the largest indirect purchaser class action in terms of settlement value in history. Ms. Castillo received the American Antitrust Institute's Outstanding Antitrust Litigation Achievement by a Young Lawyer Award in 2016 and, along with Mr. Zapala and Mr. Barnett, the Outstanding Antitrust Litigation Achievement in Private Law Award in 2019 for their work on *Auto Parts*.

### ALEXANDER E. BARNETT

39. Mr. Barnett is a Principal at Cotchett, Pitre & McCarthy where he specializes in class actions involving: antitrust and securities law violations; consumer fraud; negligent product design and manufacture; wage and overtime disputes; civil rights violations; violation of environmental laws; and mass tort. Of particular relevance is Mr. Barnett's invaluable experience in *Domestic Air*, *Auto Parts*, *Broilers*, and *Generic Drugs*.

40. Mr. Barnett was also named to the Lawdragon list of 500 Leading Plaintiff Financial Lawyers and, along with CPM partners Adam Zapala and Elizabeth Castillo, received the American Antitrust Institute's Outstanding Antitrust Litigation Achievement in Private Law Practice Award.

### TAMARAH P. PREVOST

41. CPM Senior Associate Tamarah P. Prevost has practiced in a wide range of civil litigation areas, including antitrust litigation, employment law, and consumer rights. Most pertinently, Ms. Prevost has served an indispensable role in several antitrust class actions in which CPM serves as interim lead or co-lead counsel, including: *Broilers*; *Batteries*; *Capacitors*; and *Resistors*.

### JAMES G.B. DALLAL

42. James G.B. Dallal is a Senior Associate at the firm and has worked for firms serving as lead class counsel on major national and international antitrust class action lawsuits for nearly a decade. He has extensive experience managing large cases and handling complex projects including organizing document review efforts; developing overall discovery strategy;

coordinating expert discovery; preparing, defending, and taking depositions throughout the United States and internationally, including of Rule 30(b)(6) corporate designees, top-level executives, and expert economists; researching and drafting briefing on case-dispositive motions and class certification motions and briefs; drafting and negotiating settlement agreements; and developing a trial plan and preparing witnesses for presentation at trial. He played a major role as the primary associate for one of two lead class counsel firms in *In re High-Tech Employees Antitrust Litigation*, Case No. 11-cv-2509 (N.D. Cal.) and was the lead associate for sole lead class counsel for Direct Purchasers in *Capacitors*. Both of these class actions were hard fought and lasted for several years, and each resulted in more than $400 million in settlements. He has been named to the Super Lawyer California Rising Stars List every year since 2017.

### REID W. GAA

43. CPM Associate Reid W. Gaa has experience working on antitrust and business fraud matters. Relevant to this action is his experience in: *Auto Parts*; *Generic Drugs*, and *Wood Mountain Fish, LLC v. Mowi ASA, et al.*, Case No. 1:19-cv-22128-RS (S.D. Fla.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of July 2020 in Burlingame, California.

/s/Adam J. Zapala
ADAM J. ZAPALA