1  CHRISTOPHER FROST (SBN 200336)
   cfrost@eisnerlaw.com
2  AMBER HENRY (SBN 247624)
   ahenry@eisnerlaw.com
3  ASHLEE N. LIN (SBN 275267)
   alin@eisnerlaw.com
4  ROSIE COLE (SBN 322185)
   rcole@eisnerlaw.com
5  EISNER, LLP
   9601 Wilshire Blvd., 7th Floor
6  Beverly Hills, California 90210
   Telephone:  (310) 855-3200
7  Facsimile:  (310) 855-3201

8  *Attorneys for Defendants Celestron Acquisition, LLC; Corey Lee; David Anderson; and Joseph Lupica*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SIGURD MURPHY and KEITH UEHARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, et al.<br><br>Defendants. | Case No. 5:20-cv-04049-EJD<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a) AND MOTION TO COORDINATE; RESERVATION OF RIGHTS**<br><br>Date: October 15, 2020<br>Time: 9:00 am<br>Crtm: 4 – 5th FL |
| DANIEL HIGHTOWER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, et al.<br><br>Defendants. | Case No. 5:20-cv-03639-EJD |

762515

1

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTION TO CONSOLIDATE

EISNER, LLP

| | |
|---|---|
| SPECTRUM SCIENTIFICS LLC and RADIO CITY, INC., on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>CELESTRON ACQUISITION, LLC, et al.<br><br>       Defendants. | Case No. 5:20-cv-03642-EJD |
| SARA DAY BREWER and THIEN NGO, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>CELESTRON ACQUISITION, LLC, et al.<br><br>       Defendants. | Case No. 5:20-cv-04823-EJD |
| NORMAN GOLDBLATT, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>DAR TSON "DAVID" SHEN, et al.<br><br>       Defendants. | Case No. 5:20-cv-04860-EJD |

Defendants Celestron Acquisition, LLC, SW Technology Corp, Corey Lee, David Anderson, and Joseph Lupica ("Defendants") file this statement of non-opposition in response to the Motion of Sigurd Murphy and Keith Uehara (the "Murphy Plaintiffs") to: (1) consolidate *Hightower v. Celestron Acquisition, LLC, et al.*, No. 5:20-cv-03639-EJD, *Murphy, et al. v. Celestron Acquisition, LLC, et al.*, No. 5:20-cv-04049-EJD, *Brewer et al. v. Celestron Acquisition, LLC et al.*, No. 5:20-cv-04823-EJD, and *Goldblatt v. Shen et al.*, Case No. 5:20-cv-04860-EJD (collectively, the "Indirect Purchaser Actions") for all pre-trial proceedings; and (2) coordinate the Indirect Purchaser Actions with *Spectrum Scientifics LLC, et al. v. Celestron Acquisition, LLC, et al.*, No. 5:20-cv-03642-EJD (the "Direct Purchaser Action").

Defendants do not oppose Plaintiffs' request to consolidate the Indirect Purchaser Actions nor Plaintiffs' request to *coordinate* the Indirect Purchaser Actions with the Direct Purchaser Action.[1] However, Defendants reserve all rights to oppose any future request to *consolidate* the Direct Purchaser Action with the Indirect Purchaser Actions.

DATED: August 4, 2020                    EISNER, LLP

By: /s/ Christopher Frost
    CHRISTOPHER FROST

    *Attorneys for Celestron Acquisition, LLC; Corey Lee; DavidAnderson; and Joseph Lupica*

---

[1] Defendants note that another indirect purchaser action was filed in this District on July 31, 2020. See *Kaufman v. Celestron Acquisition, LLC et al.*, No. 3:20-cv-05285. Defendants do not and will not oppose the consolidation of this action with the Indirect Purchaser Actions.