Aaron M. Sheanin (SBN 214472)
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
(650) 784-4040
asheanin@robinskaplan.com

*Attorney for Plaintiff James Kaufman
and the Proposed Classes*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HIGHTOWER, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, SYNTA CANADA INTERNATIONAL ENTERPRISES LTD., SKY-WATCHER USA, SKY-WATCHER CANADA, SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, COREY LEE, SYLVIA SHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>Defendants. | Case No. 5:20-cv-3639-EJD<br><br>CLASS ACTION<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[N.D. Cal. Civil L.R. 3-12, 7-11] |

Plaintiff James Kaufman moves to relate *Kaufman v. Celestron Acquisition, LLC, et al.*, No.3:20-cv-5285, to *Hightower v. Celestron Acquisition, LLC, et al.*, No. 5:20-cv-3639.

## I.   LEGAL STANDARD FOR RELATING CASES

"Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b).

Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

## II.   THE NEWLY FILED ACTION SHOULD BE RELATED

Plaintiff James Kaufman respectfully submits that *Kaufman v. Celestron Acquisition, LLC, et al.*, No. 3:20-cv-5285, should be related to *Hightower v. Celestron Acquisition, LLC, et al.*, No. 5:20-cv-3639. The complaint in *Hightower v. Celestron Acquisition, LLC, et al.*, No. 5:20-cv-3639, was filed on June 1, 2020, and subsequently amended on July 21, 2020. Plaintiff filed his action on July 31, 2020.

Both actions allege that the same conspirators violated federal antitrust laws by entering into a market allocation agreement, fixing prices for consumer telescopes, facilitating a merger that substantially lessens competition in the consumer telescope market, and engaging in other anticompetitive acts. A comparison of the operative complaints in these actions shows that they involve substantially the same subject matter and parties, including Defendants Celestron Acquisition, LLC, Synta Canada International Enterprises Ltd., Sky-Watcher Canada, SW Technology Corp., Olivon Manufacturing Co. Ltd., and Olivon USA, LLC. The complaints allege similar facts and details about how the defendants violated Sections 1 and 2 of the Sherman Act. *See* Decl. of Aaron M. Sheanin, Exs. A–B (Complaints filed in the Northern District).

Accordingly, these cases call for determination of multiple questions of fact and law that are the same or substantially similar, including whether the defendants violated federal antitrust law and the amount of damages owed to the proposed classes. Given the substantial overlap in the parties, relevant transactions and events, and questions of fact and law in these actions, relating them will avoid waste of the Court's resources and prevent inconsistent results. It will also assist in the most just and efficient resolution of these actions. *See* Fed. R. Civ. P. 1.

### III. CONCLUSION

For the reasons set forth above, Plaintiff James Kaufman respectfully requests that the Court order that *Kaufman v. Celestron Acquisition, LLC, et al.*, No. 3:20-cv-5285, be related to the lower-numbered case *Hightower v. Celestron Acquisition, LLC, et al.*, No. 5:20-cv-3639.

DATED: August 4, 2020

**ROBINS KAPLAN LLP**

By: */s/Aaron M. Sheanin*
Aaron M. Sheanin (SBN 214472)
ROBINS KAPLAN LLP
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
(650) 784-4040
asheanin@robinskaplan.com

Hollis Salzman (*pro hac vice* forthcoming)
Kellie Lerner (*pro hac vice* forthcoming)
Adam C. Mendel (*pro hac vice* forthcoming)
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
(212) 980-7400
hsalzman@robinskaplan.com
klerner@robinskaplan.com
amendel@robinskaplan.com

*Attorneys for Plaintiff James Kaufman and the Proposed Classes*

# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2020, I electronically filed the foregoing document entitled **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Aaron M. Sheanin*
Aaron M. Sheanin