Aaron M. Sheanin (SBN 214472)
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
(650) 784-4040
asheanin@robinskaplan.com

*Attorney for Plaintiff James Kaufman and the Proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL HIGHTOWER, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, SYNTA CANADA INTERNATIONAL ENTERPRISES LTD., SKY-WATCHER USA, SKY-WATCHER CANADA, SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, COREY LEE, SYLVIA SHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>Defendants. | Case No. 5:20-cv-3639-EJD<br><br>CLASS ACTION<br><br>**DECLARATION OF AARON M. SHEANIN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[N.D. Cal. Civil L.R. 3-12, 7-11] |

I, Aaron M. Sheanin, declare as follows:

1. I am a member of the bar of this Court and a partner with Robins Kaplan LLP. I am an attorney of record for Plaintiff James Kaufman. I make this declaration in support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of the amended complaint in *Hightower v. Celestron Acquisition*, *LLC, et al.*, No. 5:20-cv-3639 (N.D. Cal. July 21, 2020).

3. Attached as Exhibit B is a true and correct copy of the complaint in *Kaufman v. Celestron Acquisition, LLC, et al.*, No. 3:20-cv-5285 (N.D. Cal. July 31, 2020).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 4th day of August, 2020, in Oakland, California.

**ROBINS KAPLAN LLP**

By: */s/ Aaron M. Sheanin*
    Aaron M. Sheanin

Declaration of Aaron M. Sheanin in Support of
Administrative Motion to Consider Whether
Cases Should Be Related

NO. 5:20-CV-3639-EJD

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2020, I electronically filed the foregoing document entitled **DECLARATION OF AARON M. SHEANIN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Aaron M. Sheanin*
Aaron M. Sheanin