Aaron M. Sheanin (SBN 214472)
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
(650) 784-4040
asheanin@robinskaplan.com

*Attorney for Plaintiff James Kaufman
and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HIGHTOWER, and those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, SYNTA CANADA INTERNATIONAL ENTERPRISES LTD., SKY-WATCHER USA, SKY-WATCHER CANADA, SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, COREY LEE, SYLVIA SHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-3639<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>[N.D. Cal. Civil L.R. 3-12, 7-11] |

On July 31, 2020, Plaintiff James Kaufman filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12 and 7-11. The time for filing an opposition or statement of support has passed.

The Court having considered the papers and pleadings on file, and good cause appearing, **HEREBY GRANTS** Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

**IT IS ORDERED** that Plaintiff's action, *Kaufman v. Celestron Acquisition, LLC, et al.*, No. 3:20-cv-5285, be related to *Hightower v. Celestron Acquisition*, *LLC, et al.*, No. 5:20-cv-3639.

**IT IS SO ORDERED.**

Dated: _____    _____
  Honorable Edward J. Davila
  United States District Judge