CHRISTOPHER FROST (SBN 200336)
cfrost@eisnerlaw.com
AMBER HENRY (SBN 247624)
ahenry@eisnerlaw.com
ASHLEE N. LIN (SBN 275267)
alin@eisnerlaw.com
ROSIE COLE (SBN 322185)
rcole@eisnerlaw.com
EISNER, LLP
9601 Wilshire Blvd., 7th Floor
Beverly Hills, California 90210
Telephone:  (310) 855-3200
Facsimile:  (310) 855-3201

*Attorneys for Defendants Celestron Acquisition, LLC; SW Technology Corp.; Corey Lee; David Anderson; and Joseph Lupica*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SIGURD MURPHY and KEITH UEHARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, et al.<br><br>Defendants. | Case No. 5:20-cv-04049-EJD<br><br>**DEFENDANTS' RESPONSE TO NOTICE OF NON-OPPOSITION FILED BY MURPHY PLAINTIFFS**<br><br>Date: August 20, 2020<br>Time: 9:00 am<br>Crtm: 4 – 5th FL |
| DANIEL HIGHTOWER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, et al.<br><br>Defendants. | Case No. 5:20-cv-03639-EJD |

1   Defendants Celestron Acquisition, LLC, SW Technology Corp, Corey Lee, David
2 Anderson, and Joseph Lupica ("Defendants") file this response to the Notice of Non-Opposition to
3 Motion to Intervene filed by Plaintiffs Sigurd Murphy and Keith Uehara (the "Murphy
4 Plaintiffs").

5   Contrary to the representations made by the Murphy Plaintiffs that Defendants do not
6 oppose the request to intervene, on July 28, 2020, Defendants filed a Limited Opposition to the
7 Murphy Plaintiffs' Motion to Intervene in each of the *Hightower* and *Murphy* cases.  (*See*
8 *Hightower v. Celestron Acquisition, LLC, et al.*, No. 5:20-cv-03639-EJD, ECF No. 33; *Murphy, et
9 al. v. Celestron Acquisition, LLC, et al.*, No. 5:20-cv-04049-EJD, ECF No. 18.)  In that Limited
10 Opposition, Defendants opposed specific relief requested in the Motion to Intervene, and
11 consented *only* to intervention by the Murphy Plaintiffs for the sole purpose of opposing the
12 Motion to Transfer.  (*Hightower*, ECF No. 33; *Murphy*, ECF No. 18.)

13   Defendants' limited opposition to the Motion to Intervene is set forth in full in the
14 previously-filed Limited Opposition.  Accordingly, Defendants respectfully request that the Court
15 disregard the Murphy Plaintiffs' Notice of Non-Opposition, and consider Defendants' filing as a
16 more accurate representation of Defendants' position.

DATED:  August 4, 2020   EISNER, LLP

By: /s/ Christopher Frost
CHRISTOPHER FROST

*Attorneys for Defendants Celestron Acquisition, LLC; SW Technology Corp.; Corey Lee; David Anderson; and Joseph Lupica*