|   |   |
|---|---|
| SIGURD MURPHY and KEITH UEHARA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, *et al.*<br><br>Defendants. | Case No. 5:20-cv-04049-EJD<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a) AND MOTION TO COORDINATE |
| DANIEL HIGHTOWER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, *et al.*<br><br>Defendants. | Case No. 5:20-cv-03639-EJD |
| SPECTRUM SCIENTIFICS LLC and RADIO CITY, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, *et al.*<br><br>Defendants. | Case No. 5:20-cv-03642-EJD |

| | |
|---|---|
| SARA DAY BREWER and THIEN NGO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs<br><br>          v.<br><br>CELESTRON ACQUISITION, LLC, *et al.*<br><br>Defendants. | Case No. 5:20-cv-04823-SVK |
| NORMAN GOLDBLATT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br>          v.<br><br>DAR TSON "DAVID" SHEN, *et al.*<br><br>    Defendants | Case No. 3:20-cv-04860-LB |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a) AND MOTION TO COORDINATE; Case No. 5:20-cv-04049-EJD     2

Plaintiffs Sigurd Murphy and Keith Uehara move this Court for an Order consolidating the actions *Hightower v. Celestron Acquisition, LLC, et al.*, Case No. 5:20-cv-03639-EJD, *Murphy, et al. v. Celestron Acquisition, LLC, et al.*, Case No. 5:20-cv-04049-EJD, *Brewer et al v. Celestron Acquisition, LLC et al.*, Case No. 5:20-cv-04823-SVK, and *Goldblatt v. Shen et al.*, Case No. 3:20-cv-04860-LB and coordinating those actions with *Spectrum Scientifics LLC, et al. v. Celestron Acquisition, LLC, et al.*, Case No. 5:20-cv-03642-EJD. The Court, having considered all of the papers and pleadings on file, and good cause appearing, **HEREBY GRANTS** Plaintiffs' Motion to Consolidate Related Actions Pursuant to Federal Rule of Civil Procedure 42(a) and Motion to Coordinate.

## CONSOLIDATION AND COORDINATION OF RELATED CASES

1. The following cases are consolidated:

   a. 5:20-cv-03639-EJD            e. 5:20-cv-05285-EJD

   b. 5:20-cv-04049 EJD             f. 5:20-cv-05400-EJD

   c. 5:20-cv-04823-SVK

   d. 3:20-cv-04860-LB

2. Pursuant to Federal Rule of Civil Procedure ("Rule") 42(a), the Court consolidates these cases into Civil Action No. 20-3639 for all pretrial proceedings before this Court. All filings and submissions from here on will be captioned: "*In re Telescopes Antitrust Litigation*" under the 5:20-cv-03639-EJD case number.

3. Further, the ~~actions *Hightower v. Celestron Acquisition, LLC, et al.*, No. 5:20-cv-03639-EJD, *Murphy, et al. v. Celestron Acquisition, LLC, et al.*, No. 5:20-cv-04049-EJD, *Brewer et al v. Celestron Acquisition, LLC et al.*, No. 5:20-cv-04823-SVK, *Goldblatt v. Shen et al.*, Case No. 3:20-cv-04860-LB~~ consolidated actions and *Spectrum Scientifics LLC, et al. v. Celestron Acquisition, LLC, et al.*, No. 5:20-cv-03642-EJD are to proceed on a coordinated basis going forward "to secure the just, speedy, and inexpensive determination of every action and proceeding" pursuant to Rule 1.

4. If a related action is subsequently filed in or transferred to this District, it will be consolidated and coordinated with the foregoing cases for all pretrial purposes. This order will

apply to every new related action, without further order of the Court. A party that objects to consolidation, or to any other provision of this order, may file an application for relief within 14 days after the notice of related case is filed as discussed in Paragraph 8.

5. This order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

**MASTER DOCKET**

6. The docket in Civil Action No. 20-3639 will constitute the master docket, and the file in that action will be the master file for every action that has been consolidated or coordinated.

7. When a pleading applies to some, but not all, of the member actions, the document must list the docket number for each individual action to which the document applies immediately under the master caption. Any document not identified in that way will be presumed to apply to all member cases.

8. The parties must file a notice of related case pursuant to Civil Local Rule 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the Clerk of the Court is requested to:

   a. file a copy of this order in the separate file for such action;
   b. serve on plaintiff's counsel in the new case a copy of this order;
   c. direct that this order be served upon defendants in the new case; and
   d. make the appropriate entry in the master docket sheet (No. 5:20-cv-03639-EJD).

9. If there are any disputes about whether a new action should be related to this consolidated action, they must promptly be brought to the Court's attention or any objection may be deemed waived.

10. The Indirect Purchaser Plaintiffs shall also file a Consolidated Complaint from the ~~later of forty-five (45) days after the Court issues an order appointing interim lead class counsel pursuant to Fed. R. Civ. P. 23(g)(3) or resolving the Motion to Transfer Venue Pursuant to 28~~ earlier of (a) 30 days of the Court's entry of an order appointing Interim Lead or Co-Lead Counsel, or (b) October 29, 2020 if the Court has not appointed Interim Lead or Co-Lead Counsel by that date.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a) AND MOTION TO COORDINATE; Case No. 5:20-cv-04049-EJD    2

1  ~~U.S.C § 1404(a) filed in~~ *~~Hightower v. Celestron Acquisition, LLC, et al.~~*~~, No. 5:20-cv-03639-EJD,~~
2  ~~ECF No. 16.~~
3      **IT IS SO ORDERED.**
4  Dated: August 17, 2020

         [signature]
         The Hon. Edward J. Davila
         United States District Court Judge