CHRISTOPHER FROST (SBN 200336)
cfrost@eisnerlaw.com
AMBER HENRY (SBN 247624)
ahenry@eisnerlaw.com
ASHLEE N. LIN (SBN 275267)
alin@eisnerlaw.com
AMY ROSE COLE (SBN 322185)
rcole@eisnerlaw.com
EISNER, LLP
9601 Wilshire Blvd., 7th Floor
Beverly Hills, California 90210
Telephone:  (310) 855-3200
Facsimile:  (310) 855-3201

Attorneys for Defendants Celestron Acquisition, LLC; SW Technology Corp; Corey Lee; David Anderson; and Joseph Lupica

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION<br><br>This documents relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Consolidated Case No. 5:20-cv-03639-EJD<br><br>*The Hon. Edward J. Davila*<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTION TO APPOINT ROBINS KAPLAN LLP AS INTERIM LEAD OR CO-LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS**<br><br>Judge:   Hon. Edward J. Davila<br>Date:    October 15, 2020<br>Time:    9:00 a.m.<br>Crtrm.:  4<br><br>Trial Date:           none set |

Defendants Celestron Acquisition, LLC; SW Technology Corp; Corey Lee; David Anderson; and Joseph Lupica ("Defendants") do not oppose the Motion to Appoint Robins Kaplan, LLP as Interim Lead or Co-Lead Counsel for the Indirect Purchaser Actions (ECF No. 51).[1] As set forth in Defendants' Opposition to the Amended Motion to Appoint Cotchett Pitre & McCarthy, LLP, Susman Godfrey LLP, and Lieff Cabraser Heimann & Bernstein, LLP as Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs (ECF No. 44), Defendants do not oppose the Court appointing a *single* law firm to act as interim lead counsel for the Indirect Purchaser Actions, and take no position as to which law firm should be appointed.

DATED:  August 26, 2020

Respectfully submitted,

EISNER, LLP

By: */s/ Christopher Frost*
CHRISTOPHER FROST

Attorneys for Defendants Celestron Acquisition, LLC; SW Technology Corp.; Corey Lee; David Anderson; and Joseph Lupica

---

[1] As this District has recognized, Defendants have standing to respond to the Motion. *See, e.g., Castaneda v. Burger King Corp.*, 264 F.R.D. 557, 573 (N.D. Cal. 2009) (considering defendant's challenge to appoint proposed class counsel "on the grounds that five separate law firms seek joint appointment as lead counsel" and denying appointment).