Dennis J. Stewart (SBN 99152)
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

*Attorney for Plaintiff Jim Riley*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HIGHTOWER, and those similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>CELESTRON ACQUISITION, LLC, SYNTA CANADA INT'L ENTERPRISES LTD., SKYWATCHER USA, SKY-WATCHER CANADA, SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, COREY LEE, SYLVIA SHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,<br><br>        Defendants. | Case No. 5:20-cv-03639-EJD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Related Cases:<br>*Riley et al. v. Celestron Acquisition LLC et al.*, Case No.: 3:20-cv-06527<br>*Sigurd Murphy et al. v. Celestron Acquisition LLC, et al.*, Case No. 5:20-cv-04049<br>*Spectrum Scientifics LLC, et al. v. Celestron Acquisition LLC, et al.*, Case No. 5:20-cv-03642<br>*Brewer at al. v. Celestron Acquisition LLC, et al.*, Case No. 5:20-cv-04823<br>*Kaufman v. Celestron Acquisition, LLC et al.*, Case No. 5:20-cv-05285 |

The Court, having considered all of the papers and pleadings on file, and good cause appearing, HEREBY GRANTS Plaintiff Jim Riley's administrative motion to relate. The Court finds that the action styled *Riley et al. v. Celestron Acquisition LLC et al.*, Case No.: 3:20-cv-06527 (the "*Riley* Action") concerns substantially the same parties, property, transaction or events as those at issue in this action, and further finds that it appears likely there will be an unduly burdensome duplication of labor and expense or conflicting results if this action and the *Riley* Action are conducted before different judges.

Therefore, good cause appearing, the Court GRANTS Plaintiff's motion to relate the *Riley* Action to this action. The Clerk of the Court shall reassign the *Riley* Action as set forth in Civil Local Rule 3-12(f)(3).

**IT IS SO ORDERED.**

DATED:                                                    By:_____
                                                              Hon. Edward J. Davila
                                                              United States District Judge