1
2

Adam J. Zapala (SBN 245748)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road

3

Burlingame, CA 94010
(650) 697-6000

4

azapala@cpmlegal.com

5
6

Kalpana Srinivasan (SBN 237460)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400

7

Los Angeles, CA 90067
(310) 789-3100

8

ksrinivasan@susmangodfrey.com

9
10

Lin Y. Chan (SBN 255027)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor

11

San Francisco, CA 94111
(415) 956-1000

12

lchan@lchb.com

13

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

14

15

**UNITED STATES DISTRICT COURT**

16

**NORTHERN DISTRICT OF CALIFORNIA**

17

**SAN JOSE DIVISION**

18

19
20

**IN RE TELESCOPES ANTITRUST
LITIGATION**

21

22

**THIS DOCUMENT RELATES TO:**

23

**ALL INDIRECT PURCHASER ACTIONS**

24

25

26

27

28

**Case No. 5:20-cv-03639-EJD**

**INDIRECT PURCHASER
PLAINTIFFS' NOTICE OF
COMPLIANCE REGARDING
ORDER GRANTING DIRECT AND
INDIRECT PURCHASER
PLAINTIFFS' MOTION FOR ORDER
AUTHORIZING ALTERNATIVE
SERVICE (ECF NO. 124)**

---

Indirect Purchaser Plaintiffs' Notice of Compliance Regarding Order Granting Motion For Order Granting Direct and
Indirect Purchaser Plaintiffs' Motion for Order Authorizing Alternative Service (ECF No. 78);
Case No. 5:20-cv-03639-EJD

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Indirect Purchaser Plaintiffs ("IPPs") hereby provide notice of their compliance with the Court's Order Granting Direct and Indirect Purchaser Plaintiffs' Motion for Order Authorizing Alternative Service ("Order") (ECF No. 124).

On December 8-9, 2020, IPPs served Defendants Suzhou Synta Optical Technology Co., Ltd., Nantong Schmidt Opto-Electrical Technology Co. Ltd., Synta Technology Corp. of Taiwan, Olivon Manufacturing Co. Ltd., Pacific Telescope Corp., Synta Canada International Enterprises Ltd., and David Shen ("Synta Foreign Defendants") pursuant to the Order. *See* Certificate of Service (ECF No. 127).

On December 10, 2020, Eisner, LLP ("Eisner") confirmed with IPPs that it represents Synta Foreign Defendants and Co-Conspirators Sylvia Shen, Jack Chen, Jean Shen, and Laurence Huen.

On December 15, 2020, Eisner advised IPPs that it would accept service of the Amended Consolidated Complaint (ECF No. 113) ("Complaint") on behalf of the Synta Foreign Defendants. The Synta Foreign Defendants, IPPs, and Direct Purchaser Plaintiffs ("DPPs") submitted a stipulation in which the Synta Foreign Defendants waived any challenge to the sufficiency of service of the Complaint. *See* Joint Stipulation Re: Foreign Defendants' Time to Respond to Complaints (ECF No. 126) ("Stipulation"). Foreign Defendant Ningbo Sunny Electronic Co. Ltd. ("Ningbo Sunny") was not a party to the Stipulation.

On December 18, 2020, the Court granted the Stipulation. *See* Order Granting Stipulation Re: Foreign Defendants' Time to Respond to Complaints (ECF No. 128).

On December 8-9, 2020, consistent with the Order, IPPs also served Ningbo Sunny: (1) by email to Ningbo Sunny's appellate counsel, Greenberg Traurig, LLP ("Greenberg Traurig"); (2) by certified mail with return receipt requested to Ningbo Sunny's wholly-owned and controlled U.S. subsidiary, Meade Instruments Corp.; (3) by email to a well-known and established Ningbo Sunny-affiliated email address, nbsunny@vip.sina.com; and (4) by priority

1    mail international to Attn: Peter Ni, Ningbo Sunny Electronic Co., Ltd., No. 199 Anshan Road,

2    Yuyao, Zhejiang, China 315400. *See* Certificate of Service (ECF No. 127).

3        Greenberg Traurig declined to indicate whether it transmitted IPPs' Complaint and

4    related materials to Ningbo Sunny.

5

6    Dated: January 20, 2021          Respectfully submitted,

7                        /s/ *Adam J. Zapala*

8                        Adam J. Zapala (Bar No. 245748)
                       Elizabeth T. Castillo (Bar No. 280502)

9                        Tamarah P. Prevost (Bar No. 313422)
                       Reid W. Gaa (Bar No. 330141)

10                       **COTCHETT PITRE & McCARTHY, LLP**
                       840 Malcolm Road, Suite 200

11                       Burlingame, CA 94010
                       Tel: (650) 697-6000

12                       Fax: (650) 697-0577

13                       azapala@cpmlegal.com
                       ecastillo@cpmlegal.com

14                       tprevost@cpmlegal.com
                       rgaa@cpmlegal.com

15

16                       /s/ *Kalpana Srinivasan*
                       Kalpana Srinivasan (Bar No. 237460)

17                       Marc M. Seltzer (Bar No. 54534)
                       Steven Sklaver (Bar No.237612)

18                       Michael Gervais (Bar No. 330731)

19                       **SUSMAN GODFREY L.L.P.**
                       1900 Avenue of the Stars, Ste. 1400

20                       Los Angeles, CA 90067
                       Phone: 310-789-3100

21                       ksrinivasan@susmangodfrey.com
                       mseltzer@susmangodfrey.com

22                       ssklaver@susmangodfrey.com
                       mgervais@susmangodfrey.com

23

24                       /s/ *Lin Y. Chan*
                       Lin Y. Chan (SBN 255027)

25                       Eric B. Fastiff (SBN 182260)
                       Reilly T. Stoler (SBN 310761)

26                       Jon B. Fougner (SBN 314097)

27                       **LIEFF CABRASER HEIMANN &**
                       **BERNSTEIN LLP**

28

---

**Indirect Purchaser Plaintiffs' Notice of Compliance Regarding Order Granting Motion For Order Granting Direct and Indirect Purchaser Plaintiffs' Motion for Order Authorizing Alternative Service (ECF No. 78);**
**Case No. 5:20-cv-03639-EJD**

2

275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
lchan@lchb.com
efastiff@lchb.com
rstoler@lchb.com
jfougner@lchb.com

*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs*

**Indirect Purchaser Plaintiffs' Notice of Compliance Regarding Order Granting Motion For Order Granting Direct and Indirect Purchaser Plaintiffs' Motion for Order Authorizing Alternative Service (ECF No. 78); Case No. 5:20-cv-03639-EJD**

3