1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11<br>12 IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| 13 This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| 14 ALL ACTIONS | |
| 15 | ~~[DEFENDANTS' PROPOSED]~~ ORDER REGARDING BRIEFING ON |
| 16 | JURISDICTIONAL MOTIONS |
| 17 | |

18
19
20
21
22
23
24
25
26
27
28

772043.1

The Court, having considered the parties' Joint Status Report re: Jurisdictional Discovery, hereby orders as follows:

1.      Plaintiffs' oppositions to the Rule 12(b)(6) motions to dismiss for lack of personal jurisdiction (in both the DPP and IPP actions) shall be filed no later than May 17, 2021.[1]

2.      Defendants' replies in support of the Rule 12(b)(6) motions to dismiss for lack of personal jurisdiction (in both the DPP and IPP actions) shall be filed no later than June 1, 2021.

3.      All other disputes regarding the scope and scheduling of jurisdictional discovery are referred to Magistrate Judge DeMarchi for resolution.

4.      A hearing on the anticipated Rule 12(b)(6) motion is tentatively set for June 17, 2021 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:      February 24, 2021

EDWARD J. DAVILA
United States District Judge

---

[1] Defendants will a new notice of motion per the Court's February 5, 2021 Order (ECF No. 109 at ¶ 6) fourteen days prior to this deadline for filing oppositions.

1