UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL HIGHTOWER, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, et al.,<br><br>Defendants. | Case No. 20-cv-03639-EJD   (VKD)<br><br>**ORDER RE APRIL 5, 2021 DISCOVERY DISPUTE LETTER RE COORDINATION OF DISCOVERY**<br><br>Re: Dkt. No. 162 |

For the reasons stated on the record, the parties shall confer further concerning a discovery plan for the coordinated cases and shall submit their proposed plan(s) by **April 23, 2021**. The parties should clearly indicate for the Court the aspects of the plan on which they agree and the aspects on which they disagree, with their respective proposals described in a way that allows for easy comparison and resolution (e.g., chart format). The parties may include in their submission a request to be heard on any aspect of their proposal(s).

The Court will issue a separate order concerning the parties' discovery dispute regarding the depositions of Sylvia and Jean Shen (Dkt. No. 161).

**IT IS SO ORDERED.**

Dated: April 13, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge