[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| IN RE: TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD (consolidated) |
|---|---|
| | Case No. 5:20-cv-03642-EJD |
| | *The Hon. Edward J. Davila* |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR RESPONSE TO AMENDED CLASS ACTION COMPLAINTS** |
| | Trial Date:   none set |

Pursuant to Civil L.R. 6-1 and 6-2, Indirect Purchaser Plaintiffs (collectively, "IPPs"), Direct Purchaser Plaintiffs ("DPPs") (collectively, "Plaintiffs"), and Defendants Celestron Acquisition, LLC; David Shen; Suzhou Synta Optical Technology Co., Ltd.; Nantong Schmidt Opto-Electrical Technology Co. Ltd.; Synta Technology Corp.; SW Technology Corporation; Synta Canada International Enterprises Ltd.; Olivon Manufacturing Group Ltd.; Olivon USA; Joe Lupica; Dave Anderson; and Pacific Telescope Corp. (collectively, "Defendants") hereby stipulate as follows:

WHEREAS, on June 2, 2021, the Court granted in part and denied in part Defendants' Motions to Dismiss the Complaints in both actions (ECF No. 177 (*Hightower*) and 173 (*Spectrum*));

WHEREAS, the original deadline for Plaintiffs to file an amended complaint was June 16, 2021 (ECF No. 177 (*Hightower*) and 173 (*Spectrum*));

WHEREAS, on June 8 and 9, 2021, the Court entered the Parties' Stipulations to extend the time for Plaintiffs to file amended Complaints to July 27, 2021 and extended Defendants' time to respond to the Complaint to August 17, 2021 (ECF No. 181 (*Hightower*) and 176 (*Spectrum*));

WHEREAS, on July 23 and 26, 2021, the Court entered the Parties' Stipulations to extend the time for Plaintiffs to file amended Complaints to August 31, 2021, and extended Defendants' time to respond to the Complaint to September 28, 2021 (ECF No. 188 (*Hightower*) and 180 (*Spectrum*));

WHEREAS, Plaintiffs filed further Amended Class Action Complaints on August 31, 2021 (ECF No. 197 (*Hightower*) and 188 (*Spectrum*));

WHEREAS, Plaintiffs and Defendants have met and conferred and to accommodate lead defense counsel's move to a new law firm have agreed to extend the deadline for Defendants to respond to the amended complaints up to, and including, October 12, 2021, and that Plaintiffs shall have up to, and including, November 19, 2021, to respond to Defendants' anticipated Motion to Dismiss, with any reply briefs due on December 10, 2021.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Defendants' deadline to file a response to Plaintiffs' amended complaints in both

1 | actions shall be extended to October 12, 2021.

2 |     2.    Plaintiffs' deadline to oppose or otherwise respond to any Motion to Dismiss shall be
3 | extended to November 19, 2021.

4 |     3.    Any reply to any motion to dismiss shall be filed by December 10, 2021.

Dated: September 21, 2021

Respectfully Submitted,

*/s/ Christopher Frost*
Christopher Frost (SBN 200336)
chris@weinberg-gonser.com
WEINBERG GONSER LLP
10866 Wilshire Blvd suite 1650
Los Angeles, CA 90024
Telephone: 424-239-2850

*/s/ Amber Henry*
Amber Henry (SBN 247624)
ahenry@eisnerlaw.com
Ashlee N. Lin (SBN 275267)
alin@eisnerlaw.com
Rosie Cole (SBN 322185)
rcole@eisnerlaw.com
**EISNER, LLP**
9601 Wilshire Blvd., 7th Floor
Beverly Hills, California 90210
Telephone: (310) 855-3200
Facsimile: (310) 855-3201

*Attorneys for Defendants Celestron Acquisition, LLC; David Shen; Suzhou Synta Optical Technology Co., Ltd.; Nantong Schmidt Opto-Electrical Technology Co. Ltd.; Synta Technology Corp.; SW Technology Corporation; Synta Canada International Enterprises Ltd.; Olivon Manufacturing Group Ltd. (incorrectly named as Olivon Manufacturing Co. Ltd.); Olivon USA; Joe Lupica; Dave Anderson; and Pacific Telescope Corp.*

1                      */s/ Adam J. Zapala*

2                      Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
Tamarah P. Prevost (SBN 313422)
Reid W. Gaa (SBN 330141)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
tprevost@cpmlegal.com
rgaa@cpmlegal.com

Kalpana Srinivasan (Bar No. 237460)
Marc M. Seltzer (Bar No. 54534)
Steven Sklaver (Bar No. 237612)
Michael Gervais (Bar No. 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Phone: 310-789-3100
ksrinivasan@susmangodfrey.com
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Eric B. Fastiff (SBN 182260)
efastiff@lchb.com
Lin Y. Chan (SBN 255027)
lchan@lchb.com
Reilly T. Stoler (SBN 310761)
rstoler@lchb.com
Jon B. Fougner (SBN 314097)
jfougner@lchb.com
**LIEFF CABRASER HEIMANN &
 BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

*/s/ Ronald Fisher*
Matthew Brooks Borden
Ronald James Fisher
Jonas Noah Hagey
Gunnar Karl Martz
Alan Fu
Katie Kushnir
Hunter Thompson
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
borden@braunhagey.com
acharya@braunhagey.com
fisher@braunhagey.com
hagey@braunhagey.com
martz@braunhagey.com
fu@braunhagey.com
kushnir@braunhagey.com
thomson@braunhagey.com

*Counsel for the Direct Purchaser Plaintiffs*

## ATTORNEY ATTESTATION

I, Amber Henry, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Amber Henry*
Amber Henry

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation Regarding Briefing Schedule for Response to Amended Class Action Complaints, IT IS SO ORDERED.

Date: _____, 2021       By: _____
                                              Hon. Edward J. Davila
                                              United States District Court Judge