UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 20-cv-03639-EJD (VKD)<br><br>**ORDER RE FEBRUARY 15, 2022 DISCOVERY LETTER**<br><br>Re: Dkt. No. 238 |

At the request of the Indirect Purchaser Plaintiffs ("IPPs"), and without objection by non-party Orange County Telescope, Inc. ("OCT"), the Court orders OCT to provide a declaration of a knowledgeable witness attesting to the nature and extent of the data it maintains regarding OCT's purchase and sale of telescopes and telescope products responsive to IPPs' subpoena, as limited by the Court's January 25, 2022 order (Dkt. No. 235).

OCT shall provide the declaration to IPPs by **February 28, 2022**.

**IT IS SO ORDERED.**

Dated: February 16, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge