[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Indirect Purchaser Actions | Case No. 5:20-cv-03639-EJD<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND COMPLAINT** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff will and hereby does moves the Court, pursuant to Civil Local Rule 79-5, for an administrative order to file under seal portions of the Indirect Purchaser Plaintiffs' Motion for Leave to File Third Amended Consolidated Class Action Complaint ("Motion") and Paragraphs 112-119, 129-131, 161-168, and 242-246 of the Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint ("Complaint") in *In re Telescopes Antitrust Litigation*, No. 5:20-cv-03639-EJD.

Indirect Purchaser Plaintiffs file this motion pursuant to the Amended Protective Order (Dkt. 1282) and Civil Local Rule 79-5. Pursuant to Civil Local Rules 79-5 and 7-11(c), no hearing date has been set.

**Material to Be Filed Under Seal**

Paragraph 12.3 of the Protective Order prohibits a party from filing in the public record any disclosure or discovery material that is designated as confidential, highly confidential, or highly confidential – outside counsel only ("Protected Material") without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons.

ECF 158 at ¶ 12.3.

Defendants have designated materials contained and referred to in the Motion and Complaint as confidential, highly confidential, or highly confidential – outside counsel only under the Protective Order (ECF 158).

Indirect Purchaser Plaintiffs' accordingly moves to file those designated portions of the Motion and Complaint under seal pursuant to paragraph 12.3 of the Protective Order and Local Rules 7-11 and 79-5.

Indirect Purchaser Plaintiffs' have complied with Civil Local Rule 79-5(d). Indirect Purchaser Plaintiffs are contemporaneously submitting: (1) an unredacted redlined version of the Complaint, filed under seal; and (2) a redacted redlined version of the Complaint. The unredacted version of the Complaint contains highlighting to indicate where redactions are proposed. The redlines in both documents reflect all of the changes Indirect Purchaser Plaintiffs seek to make in amending the Complaint pursuant to a motion for leave to file an amended complaint, filed simultaneously with the instant motion.

Pursuant to Local Rules 79-5(e)(1)-(2), Defendants, as the Designating Parties, bear responsibility to establish that all of the designated material is sealable. None of the information at issue was designated as confidential by Indirect Purchaser Plaintiffs. Indirect Purchaser Plaintiffs take no position at this time on whether the designated portions satisfy the requirements for sealing, and specifically reserve the right to challenge any "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," or "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" designation under the Protective Order as well as the sealability of these documents under Civil Local Rule 79-5.

As required by Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

    1.    The Declaration of Alejandra C. Salinas;

    2.    Unredacted Motion;

    3.    Redacted Motion;

    4.    Unredacted redlined version of the Complaint;

ADMINISTRATIVE MOTION TO SEAL
CASE NO. 5:20-CV-03639-EJD

10445739v1/016869

5. Redacted redlined version of the Complaint; and

6. A Proposed Order that lists all material sought to be sealed.

| | | |
|---|---|---|
| 1 | Dated: March 15, 2022 | Respectfully Submitted, |
| 2 | | |
| 3 | |  /s/ Kalpana Srinivasan |
| | | Kalpana Srinivasan (Bar No. 237460) |
| 4 | | Marc M. Seltzer (Bar No. 54534) |
| | | Steven Sklaver (Bar No.237612) |
| 5 | | Michael Gervais (Bar No. 330731) |
| | | **SUSMAN GODFREY L.L.P.** |
| 6 | | 1900 Avenue of the Stars, Ste. 1400 |
| | | Los Angeles, CA 90067 |
| 7 | | Phone: 310-789-3100 |
| | | ksrinivasan@susmangodfrey.com |
| 8 | | mseltzer@susmangodfrey.com |
| | | ssklaver@susmangodfrey.com |
| 9 | | mgervais@susmangodfrey.com |
| 10 | | |
| | | Alejandra C. Salinas (*pro hac vice*) |
| 11 | | Texas SBN 24102452 |
| | | **SUSMAN GODFREY L.L.P.** |
| 12 | | 1000 Louisiana Street, Suite 5100 |
| | | Houston, Texas 77002 |
| 13 | | Telephone: (713) 651-9366 |
| | | Facsimile: (713) 654-6666 |
| 14 | | asalinas@susmangodfrey.com |
| 15 | | Lin Y. Chan (SBN 255027) |
| | | Eric B. Fastiff (SBN 182260) |
| 16 | | Jon B. Fougner (SBN 314097) |
| | | **LIEFF CABRASER HEIMANN &** |
| 17 | | **BERNSTEIN LLP** |
| | | 275 Battery Street, 29th Floor |
| 18 | | San Francisco, California 94111 |
| | | Telephone: (415) 956-1000 |
| 19 | | Facsimile: (415) 956-1008 |
| | | lchan@lchb.com |
| 20 | | efastiff@lchb.com |
| | | jfougner@lchb.com |
| 21 | | |
| | | Catherine P. Humphreville (*pro hac vice*) |
| 22 | | **LIEFF CABRASER HEIMANN** |
| | | **& BERNSTEIN LLP** |
| 23 | | 250 Hudson Street, 8th Floor |
| | | New York, New York 10013 |
| 24 | | Telephone: (212) 355-9500 |
| | | Facsimile: (212) 355-9592 |
| 25 | | chumphreville@lchb.com |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | */s/ Adam J. Zapala* |
| 2 | Adam J. Zapala (SBN 245748)<br>Elizabeth T. Castillo (SBN 280502) |
| 3 | James G. Dallal (SBN 277826)<br>**COTCHETT, PITRE & McCARTHY, LLP** |
| 4 | 840 Malcolm Road<br>Burlingame, CA 94010 |
| 5 | Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577 |
| 6 | azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>jdallal@cpmlegal.com |

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Alejandra C. Salinas*
Alejandra C. Salinas