UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL HIGHTOWER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CELESTRON ACQUISITION, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  5:20-cv-03639-EJD<br><br>**ORDER TERMINATING MOTION TO DISMISS AND MOTION TO STRIKE SECOND AMENDED COMPLAINT AS MOOT**<br><br>Re: Dkt. Nos. 215, 216, 244 |

Before the Court is Defendants' motion to dismiss and to strike the Second Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(f). Dkt. Nos. 215, 216. The Court took both motions under submission without oral argument. Dkt. No. 240. On March 15, 2022, Plaintiffs moved for leave to file a Third Amended Complaint. Dkt. No. 244. On March 18, 2022, the parties submitted a stipulation regarding Defendants' consent to Plaintiffs filing a Third Amended Complaint. Dkt. No. 245.

Accordingly, the Court TERMINATES Defendants' motions to dismiss and strike the Second Amended Complaint as moot. It also TERMINATES Plaintiffs' motion for leave to file a Third Amended Complaint as moot. Plaintiffs shall file the Third Amended Complaint by **March 25, 2022**.

**IT IS SO ORDERED.**

Dated: March 18, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:20-cv-03639-EJD
ORDER TERMINATING MOTS. TO DISMISS AND STRIKE 2D AM. COMPL. AS MOOT
1