UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL HIGHTOWER, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>CELESTRON ACQUISITION, LLC, et al.,<br><br>  Defendants. | Case No.  5:20-cv-03639-EJD<br><br>**ORDER UNSEALING DKT. NOS. 243-3, 243-5, AND 251** |

On March 25, 2022, the Court denied without prejudice Plaintiffs' administrative motion to file under seal their motion seeking leave to file a third amended complaint. Dkt. No. 250. The Court indicated in its order that if no party renewed the request to seal by April 1, 2022, it would unseal the documents in their entirety. No party filed a renewed request to seal by the April 1 deadline. Accordingly, the Court unseals the documents previously sought to be sealed (Dkt. Nos. 243-3, 243-5) and the Third Amended Complaint (Dkt. No. 251).

**IT IS SO ORDERED.**

Dated: April 5, 2022

EDWARD J. DAVILA
United States District Judge