UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DANIEL HIGHTOWER, et al.,

    Plaintiffs,

v.

CELESTRON ACQUISITION, LLC, et al.,

    Defendants.

Case No. 5:20-cv-03639 EJD

**SCHEDULING ORDER**

The parties' initial Rule 26(f) Case Management Conference was held on September 3, 2020. *See* Dkt. No. 80. The parties have since engaged in multiple Rule 26(f) conferences, and the Court has granted the parties' various stipulations regarding case management and discovery timelines. On May 18, 2021, the Court entered a Stipulated Order Regarding Discovery Plan. *See* Dkt. No. 174. On October 27, 2021, the Court granted the parties' Stipulation Regarding Document Production Schedule, which provided that the parties shall substantially complete document production by February 15, 2022. *See* Dkt. No. 220. The Court finds it appropriate and practicable to issue a Scheduling Order in this action. Fed. R. Civ. P. 1, 16(b)(2). Accordingly, it is **ORDERED** that the following schedule shall apply to this case:

| EVENT | DEADLINE |
| --- | --- |
| Deadline to Amend the Pleadings | December 5, 2022 |
| Status Conference | 10:00 a.m. on March 2, 2023 |
| Status Conference | 10:00 a.m. on June 1, 2023 |
| Fact Discovery Cutoff | July 17, 2023 |
| Deadline to Serve Expert Reports on All Issues on which a Party has the Burden of Proof | August 28, 2023 |
| Deadline to Serve Opposing Expert Reports | October 9, 2023 |

Case No.: 5:20-cv-03639-EJD
SCHEDULING ORDER

1

| Deadline for Rebuttal Expert Reports | November 10, 2023 |
|---|---|
| Expert Discovery Cutoff | December 18, 2023 |
| Motions for Class Certification & *Daubert* Motions | January 29, 2024 |
| Oppositions to Motions for Class Certification & *Daubert* Motions | February 26, 2024 |
| Replies in Support of Motions for Class Certification & Daubert Motions | March 25, 2024 |
| Hearing on Class Certification Motion | 9:00 a.m. on June 20, 2024 |
| Status Conference | 10:00 a.m. on August 1, 2024 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

**IT IS SO ORDERED**.

Dated: September 30, 2022

_____
EDWARD J. DAVILA
United States District Judge

---

[2] A copy of Judge Davila's Standing Order is also available on the Court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2

Case No.: 5:20-cv-03639-EJD
CASE MANAGEMENT ORDER