# EXHIBIT A

1  *[Counsel listed on signature page]*

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12 | IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD
   |                                       | **INDIRECT PURCHASER PLAINTIFFS' AND DIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD.**

This Document Relates to:

ALL INDIRECT PURCHASER ACTIONS

**PROPOUNDING PARTY:**       IPPS AND DPPS

**RESPONDING PARTY:**        DEFENDANT SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD.

**SET NO.:**                 ONE

- 1 -

2140514.2

CASE NO. 5:20-CV-03639-EJD
IPPS' & DPPS' 1ST SET OF RFPS TO SUZHOU SYNTA

95. All Documents and Communications exchanged between You and any regulatory or governmental authority within or outside the United States as part of any investigation related to Telescope Products.

96. Your transaction-level sales data (in machine-readable format, such as *.csv, *.txt, or other native flat file format) for all of Your sales of Telescope Products, sufficient to identify the following information for each sales transaction:

    a. Customer identification information (separately for ship-to customer and bill-to customer), including name, address, and customer number;

    b. Purchase Order (or invoice) identification number;

    c. Date of the transaction, including date of order, date of invoice, date of shipment;

    d. Invoiced unit price and currency in which it is expressed;

    e. Quantity of units sold (including negative values if relevant such as in the case of returns);

    f. Total amount of the transaction (separately for gross sales amount and net sales amount) and the currency in which it is expressed;

    g. Total freight associated with the transaction, as well as an indication of whether that freight is contained in the transaction amount;

    h. Any rebate, surcharge, credit, discount, or other financial incentive associated with the transaction, as well as an indication of whether the rebate, surcharge, credit, discount, or other financial incentive, is accounted for in the transaction amount;

    i. Any tax or duty associated with the transaction, as well as an indication of whether the tax or duty is accounted for in the transaction amount;

    j. Incoterms, aka International Commercial Terms (e.g., ex works; free on board; cost, insurance, and freight; delivered duty paid, and indication as to whether revision 2000 or 2010 is used);

    k. Unit list price and the currency in which it is expressed;

   l. To the extent that the values in the dataset have been converted from one currency to another, the exchange rate used to convert those values, as well as the original transaction currency;

   m. Product number or SKU used to uniquely identify a particular product, including a description of the product, model number, and product line or product family under which it is classified;

   n. Purchase Order (or invoice) identification number;

   o. Net dollar unit cost (i.e., total net cost of product);

   p. Transaction type (e.g., sale, return, credit);

   q. Product margin;

   r. Product manufacturer;

   s. Product brand.

  97. All Documents and electronic data sufficient to identify each cost that You incurred in connection with manufacturing, selling, and distributing Telescope Products, including the costs of each Telescope Component by product and any changes in such costs. This includes, without limitation, Your transaction-level purchase data (in machine-readable format, such as *.csv, *.txt, or other native flat file format) for all of Your purchases of Telescope Products and Telescope Components, sufficient to identify the following information for each purchase transaction:

   a. product type;

   b. model number;

   c. detailed product descriptions;

   d. product line or product family;

   e. purchase order number;

   f. date of the transaction, including date of order, date of invoice, date of shipment;

   g. product code;

   h. product SKU;

1      i.    product brand;

2      j.    vendor number;

3      k.    vendor name;

4      l.    vendor address;

5      m.    manufacturer name;

6      n.    quantity of product purchased (including negative values if relevant such as in the case of returns);

8      o.    gross purchase amount (and currency in which it is expressed);

9      p.    net purchase amount (and currency in which it is expressed);

10     q.    transaction price (i.e., the price paid for the product,/and currency in which it is expressed);

12     r.    unit list price (and the currency in which it is expressed);

13     s.    transaction type (i.e., purchase, return or exchange);

14     t.    contract number under which the purchase was made (if applicable);

15     u.    telescope serial number;

16     v.    any rebate, surcharge, credit, discount, or other financial incentive associated with the transaction, as well as an indication of whether the rebate, surcharge, credit, discount, or other financial incentive, is accounted for in the transaction amount;

19     w.    shipping expense detail including the freight associated with the transaction, as well as an indication of whether that freight is contained in the transaction amount fields;

22     x.    any tax or duty associated with the transaction, as well as an indication of whether the tax or duty is accounted for in the transaction amount fields;

24     y.    incoterms, aka International Commercial Terms (e.g., ex works; free on board; cost, insurance, and freight; delivered duty paid, and indication as to whether revision 2000 or 2010 is used);

27     z.    ship-to entity name;

28     aa.    ship-to entity address; and

1        bb.   To the extent that the values in the dataset have been converted from one currency to another, the exchange rate used to convert those values, as well as the original transaction currency.

98.   All Documents reflecting any field, method, data dictionary, information, or other means, that would permit linkage of the cost information and data (produced in response to Request No. 97) to Your records for a shipment, batch, production lot, or otherwise cognizable manufacturing quantity, of Telescope Products as reflected in the data responsive to Request No. 96 above, including any additional documentation needed to translate values in languages other than English to their English equivalents.

99.   All Documents and electronic transactional data, not captured in response to the Requests above, relating to rebates, discounts, credits, cooperative marketing funds, advertising funds, promotional funds or allowances, or any other marketing assistance or support, and any other on- or off-invoice financial incentives, received or provided in connection with Your (a) purchases of Telescope Products; (b) purchases of Telescope Components; (c) sales of Telescope Products; and (d) sales of Telescope Components.

100.   Documents sufficient to show all types and models of Telescope Products that You manufactured, sold, marketed, or distributed, including brand name, product number, for each month within the Relevant Time Period.

101.   Documents sufficient to show every Channel used by You during the Relevant Time Period to sell, market, or distribute Telescope Products. If You used different Channels at different points in time within the Relevant Time Period, provide Documents sufficient to show when You used each Channel to sell, market, or distribute Telescope Products.

102.   All Agreements relating to Your sale of Telescope Products, including all master or product purchase agreements.

103.   All Documents relating to Your participation in, or control of, subsidiaries, affiliates, and joint ventures engaged in any business relating to Telescope Products, including articles of incorporation, joint venture agreements, and any other organizing documents.

1  list, Telegram, TikTok, Trello, Twitter, video call, voicemail, VOIP call, WeChat, WhatsApp,

2  Yammer.

4  Dated: March 22, 2021                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   */s/ Lin Y. Chan*
Lin Y. Chan (SBN 255027)
Eric B. Fastiff (SBN 182260)
Reilly T. Stoler (SBN 310761)
Jon B. Fougner (SBN 314097)
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
lchan@lchb.com
efastiff@lchb.com
rstoler@lchb.com
jfougner@lchb.com

By:   */s/ Adam J. Zapala*
Adam J. Zapala (Bar No. 245748)
Elizabeth T. Castillo (Bar No. 280502)
Tamarah P. Prevost (Bar No. 313422)
Reid W. Gaa (Bar No. 330141)
**COTCHETT PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
tprevost@cpmlegal.com
rgaa@cpmlegal.com

By:   */s/ Kalpana Srinivasan*
Kalpana Srinivasan (Bar No. 237460)
Marc M. Seltzer (Bar No. 54534)
Steven Sklaver (Bar No.237612)
Michael Gervais (Bar No. 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Phone: 310-789-3100
ksrinivasan@susmangodfrey.com
mseltzer@susmangodfrey.com

ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Alejandra C. Salinas (*pro hac vice*)
Texas SBN 24102452
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
asalinas@susmangodfrey.com

*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs*

By:   */s/ Ronald J. Fisher*
J. Noah Hagey
Matthew Borden
Ronald J. Fisher
Gunnar Martz
Athul K. Acharya
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210
Fax: (415) 276-1808
hagey@braunhagey.com
borden@braunhagey.com
fisher@braunhagey.com
martz@braunhagey.com
acharya@braunhagey.com

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am employed by Lieff Cabraser Heimann & Bernstein, LLP at 275 Battery Street, 29th Floor, San Francisco, California 94111-3339. I am over 18 years of age and not a party to this action.

On March 22, 2021, I caused to be emailed the foregoing as a PDF to the email addresses on the following service list.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on March 22, 2021.

By: _____*/s/ Jon B. Fougner*_____
                  Jon B. Fougner

*In re Telescopes Antitrust Litigation*, Case No. 5:20-cv-03639-EJD

**SERVICE LIST**

| | |
|---|---|
| Christopher Lynn Frost<br>Amber Henry<br>Amy Rose Cole<br>Ashlee Nicole Lin<br>**EISNER LLP**<br>9601 Wilshire Boulevard, 7th Floor<br>Beverly Hills, CA 90210<br>Telephone: (310) 855-3200<br>cfrost@eisnerlaw.com<br>ahenry@eisnerlaw.com<br>rcole@eisnerlaw.com<br>alin@eisnerlaw.com<br><br>*Counsel for Defendants Celestron Acquisition, LLC; David Shen; Suzhou Synta Optical Technology Co., Ltd.; Nantong Schmidt Opto-Electrical Technology Co. Ltd.; Synta Technology Corp.; SW Technology Corporation; Synta Canada International Enterprises Limited; Olivon Manufacturing Group Ltd. (named as Olivon Manufacturing Co. Ltd.); Joe Lupica; Dave Anderson; and Pacific Telescope Corp.* | J. Noah Hagey<br>Matthew Borden<br>Ronald J. Fisher<br>Gunnar Martz<br>Athul K. Acharya<br>**BRAUNHAGEY & BORDEN LLP**<br>351 California Street, 10th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 599-0210<br>hagey@braunhagey.com<br>borden@braunhagey.com<br>fisher@braunhagey.com<br>martz@braunhagey.com<br>acharya@braunhagey.com<br><br>*Interim Lead Counsel for Direct Purchaser Plaintiffs* |
| Kalpana Srinivasan<br>Marc M. Seltzer<br>Steven Sklaver<br>Michael Gervais<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: 310-789-3100<br>ksrinivasan@susmangodfrey.com<br>mseltzer@susmangodfrey.com<br>ssklaver@susmangodfrey.com<br>mgervais@susmangodfrey.com<br><br>*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs* | Adam J. Zapala<br>Elizabeth T. Castillo<br>Tamarah P. Prevost<br>Reid W. Gaa<br>**COTCHETT PITRE & McCARTHY, LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>tprevost@cpmlegal.com<br>rgaa@cpmlegal.com<br><br>*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs* |

|  | Lin Y. Chan<br>Eric B. Fastiff<br>Reilly T. Stoler<br>Jon B. Fougner<br>**LIEFF CABRASER HEIMANN &<br>BERNSTEIN LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>lchan@lchb.com<br>efastiff@lchb.com<br>rstoler@lchb.com<br>jfougner@lchb.com<br><br>*Interim Co-Lead Counsel for Indirect<br>Purchaser Plaintiffs* |
|---|---|

2140514.2

- 28 -

CASE NO. 5:20-CV-03639-EJD
IPPs' & DPPs' 1ST SET OF RFPs TO SUZHOU SYNTA