# EXHIBIT B

# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

Ronald J. Fisher, Esq.
fisher@braunhagey.com

July 18, 2022

**VIA EMAIL**

Christopher Frost
Weinberg Gonser LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, California 90024
Email: chris@weinberg-gonser.com

Re:   *In re Telescopes Antitrust Litigation*, Case Nos. 5:20-cv-03639-EJD, 5:20-cv-03642-EJD (N.D. Cal.) – Deficiencies in Defendants' Production of Transactional Data

Dear Mr. Frost:

We write on behalf of Direct Purchaser Plaintiffs ("DPPs") with respect to issues in the transactional data that Celestron has produced so far.

After sifting through the transactional data produced by Defendants to date, we have identified a number of discrete issues that we request to meet and confer on pursuant to the Stipulated Order Regarding Discovery Plan. (ECF No. 169, ¶ E(2) ("The parties shall meet and confer to resolve questions regarding transactional data, and consistent with the Guidelines for the Discovery of Electronically Stored Information operative in this District shall involve individuals knowledgeable about the parties' electronic systems as appropriate, prior to taking a deposition or engaging in motion practice.").)

Accordingly, we ask that you identify a date within five business days to confer on these issues, as well as the identity of the individual knowledgeable about Defendants' electronic systems who will participate in the conference.

### A.     General Questions

First, the "SalesDump" data for 2012 appears to be missing. Celestron produced "SalesDump" files for 2005 to 2016 (DEFS000030550 to DEFS000030561), but the 2011 (DEFS000030556) and 2012 (DEFS000030557) files are identical. The 2011 sales data appears to have been produced twice. Please produce the correct data for 2012 in this format.

Second, Celestron appears to have changed its customer numbering system partway through the class period, but has not provided a key relating the two systems. For instance, the

July 18, 2022
Page 2

data produced in DEFS000030565 contains sales data from January 2001 through May 2015, and lists Hayneedle as customer number 1279. The data produced in DEFS000030564 reflecting sales data from June 2015 to February 2021, however, lists Hayneedle as customer 1001844. Given the number of customers involved, it is not feasible for DPPs to cross-reference the customers. Please provide a spreadsheet cross-referencing the two customer numbering systems that Celestron used for its customers.

Third, and relatedly, please provide any cross-references that categorize the customers in these data. For instance, if you maintain materials that connect multiple customer account number values with a single parent company, please provide that information. Other categories might include sales channel, customer type (*e.g.*, retailer, distributor), and geographical region.

Fourth, please explain whether the data produced in DEFS000030543 to DEFS000030565 were generated from the same underlying data source. If not, please describe the systems from which each dataset was generated.

Fifth, do you maintain any crosswalks or other materials that categorize the products in these files as being telescopes, accessories, or other product types? If so, please provide those materials. If you maintain crosswalks categorizing the products in other ways, please provide those as well.

Finally, please confirm that a given product bore the same SKU regardless of the customer or the customer's location.

    **B.**    **Specific Data**

        **1.**    **DEFS000030563 (FY2006 through FY2012) and DEFS000030562 (FY2013 through FY2021)**

1. Please identify what, if any, filters were applied in selecting the data in these files. For instance, are the data limited to certain Celestron products and/or customers?

2. The data underlying the pivot tables in DEFS000030562 are not included with this file, but are in an external Excel file titled "Data base w qty from FY16(half) to FY2022 v2.xlsx" at the file path named "'https://celestronllc-my.sharepoint.com/Users/mwang/Desktop/Database Project/2021 for Litigation/May 2021 Litigation data request project/Database". Please provide these data in their entirety within a single spreadsheet.

3. In DEFS000030562, there are separate worksheets reporting telescope sales for each fiscal year. For the FY2016 data, the sales are broken up into "Part 1" and "Part 2". What distinguishes these two parts (*e.g.*, date range, product range)?

        **2.**    **DEFS000030543 through DEFS00003061**

1. Please identify what, if any, filters were applied in selecting the data in these files.

2. The data contain one date field – "inv_date" in DEFS000030550-61 and "Invoice (Invoice Date)" in DEFS000030543-49. If available, please also provide the order dates and ship dates for these records.

3. How, other than date range, do the sales data reported in these files differ from the Celestron sales data reported in DEFS000030565 and DEFS000030564?

### 3. DEFS000030550 through DEFS000030561 (sales data for FY2005-FY2016)

1. The records do not contain any fields identifying the location of the customers. Please provide location information for these customers.

2. Are the values in the "Price" and "Ext Price" fields net of all rebates, discounts, tax, freight, or any other credits/adjustments? If not, please explain how to calculate such values.

    a. Are the values in these fields denominated in USD? If not, please explain how to convert them.

3. The field "f_year_end" has a value of zero for all records in DEFS000030550. Based on the values in the "inv_date" field, these records appear to pertain to your 2005 fiscal year. Please confirm.

4. Most records in these files have a positive "qty_invoiced" and a positive "price". However, there are some records where the quantity is positive and the price is negative. Are such records best characterized as credits, returns, or some other sales type? For example, see inv_num "438899", item "11075-XLT" in DEFS00003055 with a quantity of 1 and a price of -378.

    b. There are also records where the quantity is negative and the price is positive. How are such records different in meaning from those where the quantity is positive and the price is negative? For example, see inv_num "481781", item "31045" in DEFS000030556 with a quantity of -1 and price of 128.96.

    c. Are records with a price of zero instances where products were provided at no charge? If not, please explain how to interpret such records.

5. Most of the "cust_num" values are numeric. However, there are 77 distinct values that begin with "BDP" (all with the customer name "PHOTOGRAPHIC RESEARCH"). How, if at all, are these records/customers different from other records in the dataset?

### 4. DEFS000030543 through DEFS000030549 (sales data for 2016-2022)

1. Are the values in the "Net Sales Revenue" field equivalent in meaning and calculation to the "Ext price" values in DEFS000030550-61? If not, please explain how to make the values in the fields equivalent.

2. Similarly, please confirm that the following fields are equivalent in meaning. To the extent they are not, please explain how they differ.

| DEFS000030550-61 Field Name | DEFS000030543-49 Field Name |
| --- | --- |

| Cust_num | Customer |
|---|---|
| Cust_name | Customer (Text) |
| Item | Product |
| Description | Product (Text) |
| Inv_num | Invoice |
| Inv_date | Invoice (Invoice Date) |
| Qty_invoiced | Associated Sales Order Item (Invoiced Quantity) |

3. All records have the value "Domestic" in the "Customer (Nielsen ID)" field. However, there are instances where the "Customer (Address)" field identifies a location outside of the United States. Please define the "Customer (Nielsen ID)" field; in particular, how if at all it corresponds to the customer address information. For example, see Invoice "CC-170" in DEFS000030547 for customer "Costco Wholesale Japan, Ltd." With a Nielsen ID of "Domestic" and an address of "KAWASAKI-SHI / YUKI IKEGAMI, Kanagawa / JP".

4. The invoice numbers in this dataset are different in format than those in DEFS000030550-61. Specifically, the values begin with a standard alpha prefix followed by a series of digits. To the extent these prefixes identify the type of invoice, please define them. Values are "CC", "CM", "CMC", "INC", "INCH", and "INV."

    a. Please explain how, if at all, negative and positive "Net Sales Revenue" values should be interpreted differently based on these prefixes. For instance, most records with the prefix "INV" have a positive value in this field, but there are instances where it is negative (INV-18124, product 31150, revenue -3080). Conversely, most records with the prefix "CM" are associated with negative revenue, but there are instances where the value is positive (CM-97893, product 22060, revenue 735.27).

5. Unlike the data in DEFS000030550-61, these files do not have a unit price field. To the extent that the record types identified in question 13 above exist in these files as well (*i.e.*, negative unit price/positive quantity vs. positive unit price/negative quantity), please explain how to identify them.

   **5.    DEFS000030565 (January 2001 through May 2015) and DEFS000030564 (June 2015 through February 2021)**

1. Please identify what, if any, filters were applied in selecting the data in these files.

2. Are "Sales Order" values generated upon receipt of a purchase order from a customer? If so, please provide any crosswalk materials you maintain linking the "Sales Order" values to the original customer purchase order number.

July 18, 2022
Page 5

3. How are the values in the "Landed Cost (Unit)" field calculated?

    a. Do these values include allocations of any fixed costs?

    b. Are the values based on the cost of the actual sale, or do they represent a standard cost?

    c. In DEFS000030564, the subset of transactions on worksheet "Sheet3" have a "Landed Cost" field, but the field does not appear with the larger set of transaction on the "Data" worksheet. Please provide cost values for these records.

    d. For the "Landed Cost" field in DEFS000030564 "Sheet3", please explain whether the field represents unit costs or extended costs.

4. Please provide a means of associating like fields in DEFS000030565 with DEFS000030564.

5. There are no shipment dates associated with these records. If possible, please provide those dates.

6. It appears that the following fields are equivalent from one dataset to the other. Please confirm this or provide a means of making the values equivalent. To the extent that it is possible to provide any of the fields that only appear in one or two of the tables (*i.e.*, labeled "N/A" below), please provide those.

| DEFS000030565 | DEFS000030564 - "Data" worksheet | DEFS000030564 - "Sheet3" worksheet |
|---|---|---|
| Customer # | Account | Customer # |
| Customer Name | Account (Text) | Customer Name |
| Address | Account (Address) | Address |
| Invoice # | Invoice | Invoice # |
| Invoice Date | Invoice Date | Invoice Date |
| Sales Order | Sales Order | Sales Order (reference) |
| Order Entry Date | Sales Order (Created On) | Order Entry Date |
| Incoterms | Sales Order (Incoterms) | N/A |
| Shipment Date | N/A | Shipment Date |
| SKU (Product ID) | Product | SKU (product ID) |
| Description | Sales Order Item (Text) | Description |

July 18, 2022
Page 6

| Qty | Invoice Quantity | Invoice Quantity |
|---|---|---|
| Invoice Price | N/A | Invoice Price |
| Tax/Duty | Tax | Tax/Duty |
| Total Amount | Invoiced Net Value | Total Amount |
| Currency | N/A | Currency |
| Sales Price (Unit Price) | Fiscal Year | Sales Price (unit price) |
| Product Category | N/A | Product Category |
| Landed Cost (Extended) | N/A | Landed Cost |
| Exchange Rate | N/A | N/A |
| ByD Categories | N/A | N/A |
| Landed Cost (Unit) | N/A | N/A |
| Outbound Freight | N/A | N/A |
| N/A | N/A | Margin |
| N/A | N/A | Transaction type |
| N/A | Invoice (Created On) | N/A |
| N/A | Sales Order Item | N/A |
| N/A | Sales Order Item (Invoiced Quantity) | N/A |
| N/A | Sales Order Item (Invoiced Amount) | N/A |
| N/A | Sales Order Item (Currency for Invoice Amount) | N/A |
| N/A | Invoice Type | N/A |
| N/A | Nielsen ID | N/A |

### 6. DEFS000030565 (January 2001 through May 2015)

1. The fields "Incoterms", "Shipment Date", and "Tax/Duty" are blank for all records. To the extent that these fields should be populated with non-blank values, please provide those.

2. This file has "Customer #" values that are numeric, and ones that begin with the "BDP" prefix as seen in DEFS000030550-61. In addition, there is one account that begins with "S" (S001709 - SKY-WATCHER – SHOPATRON). Please explain what, if any, meaning this prefix has with respect to the account.

3. Nearly all values in the "Sales Order" field begin with a "C" or "X." Please explain the significance of these prefixes.

4. Please explain how the "Product Category" and "ByD Categories" values were determined.

    a. There are several records with a Product Category of "None" and ByD Categories values of "Telescopes" and "Telescope Accessories" (*e.g.*, invoice 122528 for SKU 21076). There are also records with no value in the Product Category field and a value of "Telescopes" in the ByD Categories field (*e.g.*, invoice 314069 for SKU 21019). Please explain why these products are categorized under one field and not in another.

    b. There are records where the categories appear to disagree. For instance, records for SKU 21024-ACC (TEL FIRSTSCOPE ACC KIT) have a Product Category value of "ACCESSORIES" and a ByD Categories value of "Telescopes". Please identify the more accurate field.

    c. Values in the "ByD Categories" field rely on an external Excel lookup table titled "Product Classifications" at file path "https://celestronllc-my.sharepoint.com/personal/rayres_celestron_com/Documents/_Profile/Desktop/". Please produce this file.

5. Values in the "Total Amount" field appear to include the extended product price plus any outbound freight charge. Aside from freight charges, are the values in the "Total Amount" and "Invoice Price" fields net of all rebates, discounts, tax, or any other credits/adjustments? If not, please explain how to calculate such values.

6. Please explain the difference in meaning, if any, between records with a negative Qty value and a positive Invoice Price value, and those with a positive Qty value and negative Invoice Price value.

### 7. DEFS000030564 (June 2015 through February 2021)

1. Data in this file are provided on two worksheets – "Sheet3" and "Data". Please confirm that the data on "Sheet3" are a subset of those on the "Data" worksheet, and explain how that subset was determined.

2. These data do not have a field identifying freight charges. To the extent that the values in the "Invoiced Net Value" or "Total Amount" fields include freight (as appears to be the case for the "Total Amount" field in DEFS000030565), please provide a means of determining these values.

July 18, 2022
Page 8

3. There are 26 SKUs for which the product description is "Not assigned":

| 44305 | 71140 | REPAIR |
|---|---|---|
| 44340 | 71144 | S100 |
| 44851 | 71255 | S101 |
| 47003 | 71259 | S102 |
| 47005 | 71261 | S103 |
| 47022 | 71320 | S104 |
| 52326 | 72071 | S105 |
| 70002 | 72121 | S106 |
| 71136 | 93536 | |

Please identify what these SKUs represent.

### 8. DEFS000030564 (June 2015 through February 2021) – "Data" worksheet

1. There is one customer (1006219 - TELESCOPE INDONESIA PT. SAHAND JAYA INTERNASIONAL) where the value in the Nielsen ID field is "Not Assigned" (all other customers/records have a value of "Domestic"). The address associated with the records is located in Indonesia. Please confirm whether this customer has a bill-to or ship-to address within the US.

2. Please explain how the values in the "Sales Order Item (Invoiced Quantity)" and "Invoice Quantity" differ in meaning, and which is the accurate value to use in terms of quantities actually received/returned by the customer.

    a. As one example, there are records with positive "Sales Order Item (Invoiced Quantity)" values and negative "Invoice Quantity" values (*e.g.*, invoice INCH-3377 for Product 22015-DS with Sales Order Item (Invoiced Quantity) of 2,664 and Invoice Quantity of -2,664).

    b. As another example, there are records with positive "Sales Order Item (Invoiced Quantity)" values and blank "Invoice Quantity" values (*e.g.*, invoice CM-103661 for Product 11049 with Sales Order Item (Invoiced Quantity) of 10 and Invoice Quantity of blank).

    c. As another example, there are values in "Sales Order Item (Invoiced Quantity)" and "Invoice Quantity" are both positive, but different (*e.g.*, invoice INV-309283 for Product 11069 with Sales Order Item (Invoiced Quantity) of 100 and Invoice Quantity of 21).

July 18, 2022
Page 9

3. While the dataset has a "Tax" field, there is no unit price and so it is unclear whether the values in the "Invoiced Net Value" and "Sales Order Item (Invoiced Amount)" include the amounts in the "Tax" field. Please explain whether these values are inclusive or exclusive of tax.

    a. In addition, please confirm that the values in the "Invoiced Net Value" field are net of all rebates, discounts, freight, or any other credits/adjustments. If not, please explain how to calculate such values.

*     *     *

Please provide times within the next five business days when you are available to meet and confer on these issues, and identify the identity of the individual knowledgeable about Defendants' electronic systems who will participate in the conference.

Very truly yours,

Ronald J. Fisher