# EXHIBIT C

LAW OFFICES
**COTCHETT, PITRE & McCARTHY, LLP**
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577

SAN FRANCISCO
LOS ANGELES

SEATTLE
NEW YORK

August 10, 2022

Chris Frost
Wei Cai
Weinberg Gonser Frost LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, California 90024

Re:   *In re Telescopes Antitrust Litigation,* Case Nos. 5:20-cv-03639-EJD, 5:20-cv-03639-EJD, United States District Court, Northern District of California

Dear Chris and Wei:

We appreciate your efforts to schedule a meet-and-confer session regarding your clients' transaction-level sales data that will include a client representative. IPPs will be prepared for that session as scheduled on Monday, August 15 at 10:00 a.m. As I noted in my email yesterday, we expect that you will be prepared to share reliable information regarding data maintained by the Synta entities as well as Celestron.

Meanwhile, while IPPs' inquiries to date have focused on preliminary threshold matters which we believe we must nail down before we lay this discussion to rest, we also took note of the more specific data questions the DPPs propounded on July 18. Therefore in an effort to enhance efficiency and move this process forward in an orderly fashion we now supplement with additional data questions on behalf of IPPs.

To be clear, our propounding data questions now does not mean we are abandoning our earlier set of inquiries, which I restate here by quoting from my June 17 letter. In that letter I had confirmed that we still seek full information about:

> *how Defendants created, maintained, and stored their reserves of transaction-level sales data from the start of the class period extending into the present, including*
>
> *(1) the name of any database programs or applications used to manage or store sales data in the ordinary course of business;*
>
> *(2) the full details of the extent to which information available to Defendants captures the 19 categories of information specified in RFP 96;*

LAW OFFICES

COTCHETT, PITRE & McCARTHY, LLP

Chris Frost; Wei Cai
August 10, 2022
Page 2

> *(3) the formats in which data may feasibly be exported from any database or system in Defendants' possession, custody, or control that contains sales data, including whether an export may be accomplished in native format or any other standard flat data file format (e.g., .csv, .tsv, etc.);*
>
> *(4) the identity of the individuals responsible for maintaining Defendants' databases and systems containing sales data during the class period, and relatedly, the identity of the witnesses Defendants would designate should it become necessary for the parties to conduct a Rule 30(b)(6) deposition on these topics to bring this matter to rest; and*
>
> *(5) a timeline to which Defendants can commit for producing the requested material.*

And we would like the same set of information regarding the Synta entities.

Turning back to the data questions, in preparing this set we studied DPPs' set and made a good faith effort to advance efficiency by not duplicating questions DPPs had already posed. But for the elimination of doubt, to the extent DPPs have posed questions and Defendants provide answers, IPPs too intend to rely on those answers in conducting our analyses. We further confirm that IPPs as much as DPPs have an interest in having those questions answered, and we reserve rights to pursue on behalf of our clients any further answers we deem necessary at a reasonable and appropriate juncture even if DPPs for whatever reason have not pursued them. Of course as always we will endeavor to coordinate and align on the Plaintiffs' side wherever possible.

We will proceed on August 15, and if your side can be prepared to answer these questions at that time we would appreciate it, but if the time remaining is insufficient for gathering answers to all of these, we can devote that session to our preliminary inquiries and DPPs' questions and we would not object to your following up on our more specific questions in writing, or at a further session. If going that route is necessary we can discuss timing on the call.

The IPPs' additional data questions are as follows:

**The following questions concern DEFS000030564.XLSX and DEFS000030565.XLSX**

1. Please confirm that the customer (or account) name and address represent both the bill-to (the entity that was both billed for the product) and the ship-to (the entity that physically received the product) customer and address. To the extent a different entity or location was billed or physically received the product, please include fields depicting that information.

2. Please identify any "Customer" or "Account" values that are not customers (for example, internal sales or transfers).

3. The November production's *DEFS000030562.xlsx* and *DEFS000030563.xlsx* unproduced underlying data contained fields such as "Product Line", "Family", and "Mod Family."

Please provide corresponding fields depicting information on product group or categories for each of the products in *DEFS000030564.XLSX* and *DEFS000030565.XLSX*.

4. Please provide Manufacturer and Brand information for each of the products.

5. Please clarify or confirm the following regarding credit memo transactions:

    a. Do the values depicted in the "Total Amount" field for credit memo transactions needs to be subtracted from the "Total Amount" value for sales transactions in order to calculate the final net amount paid by Celestron's customers for that sale?

    b. Please confirm credit memo transaction can be tied to their original transactions using "Sales Order Reference" (or "Sales Order") and "Order Entry Date". If not, or if other fields need to be utilized, please clarify.

    c. There are credit memos that have "Sales Order Reference" field populated with "#" instead of a valid value. Please clarify the difference between credit memos with an actual "Sales Order Reference" value and those that have "#" as "Sales Order Reference."

6. *DEFS000030564.XLSX* have both a "Transaction Type" field and prefixes for "Invoice" field values that correspond to the "Transaction Type." However, *DEFS000030565.XLSX* has neither. Please explain how to identify transaction types for records in *DEFS000030565.XLSX*.

7. Currency for all transactions in *DEFS000030564.XSLX* are recorded as "USD", "#", or missing. In addition, there are no exchange rate information included in the spreadsheet.

    a. Please confirm that for records with "Currency" field values "#" and missing the recorded amounts are in USD.

    b. International invoices are often recorded as having "Currency" of "USD." Please confirm that this is correct.

8. There are a significant number of transactions where "Invoiced Net Value" or "Total Amount" is zero but "Invoiced Quantity" is positive. Please confirm that these items were provided to the customer for free. If not, please explain how to interpret these transactions.

9. Within the same invoice, there are often accessories that have zero values for the "Total Amount" or "Invoiced Net Value" fields. Are these items provided as bundles to a different item? If so, please explain how to identify such bundles. Below are two tables with some examples:

LAW OFFICES
## COTCHETT, PITRE & McCARTHY, LLP

Chris Frost; Wei Cai
August 10, 2022
Page 4

| Account | Invoice | InvoiceDate | Product | Sales Order Item (Text) | Sales Order Item (Invoiced Quantity) | Sales Order Item (Invoiced Amount) | Invoice Quantity | Invoiced Net Value | Tax | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 1007253 | INC-44782 | 12/30/2020 | S30300 | EQ6-R Mount | 1 | 1,250 | 1 | 1250 | 62.5 | DEFS000030564 |
| 1007253 | INC-44782 | 12/30/2020 | S30105 | SynScan AC to DC Adapter | 1 | 30 | 1 | 30 | 1.5 | DEFS000030564 |
| 1007253 | INC-44782 | 12/30/2020 | S11610-1 | Classic 200P Dobsonian Tube Assembly | 0 | 0 | 1 | 0 | 0 | DEFS000030564 |
| 1007253 | INC-44782 | 12/30/2020 | S11610-2 | Classic 200P Dobsonian Base Assembly | 0 | 0 | 1 | 0 | 0 | DEFS000030564 |
| 1007253 | INC-44782 | 12/30/2020 | S30300-2 | EQ6-R Tripod w/ Weights | 0 | 0 | 1 | 0 | 0 | DEFS000030564 |
| 1007253 | INC-44782 | 12/30/2020 | S20512 | Star Adventurer 2i Pro Pack | 2 | 620 | 2 | 620 | 31 | DEFS000030564 |
| 1007253 | INC-44782 | 12/30/2020 | S11610 | Classic 200P Dobsonian Telescope | 1 | 335 | 1 | 335 | 16.75 | DEFS000030564 |
| 1007253 | INC-44782 | 12/30/2020 | S30300-1 | EQ6-R Mount Head | 0 | 0 | 1 | 0 | 0 | DEFS000030564 |
| 1007253 | INC-44782 | 12/30/2020 | S20555 | STAR ADVENTURER TRIPOD | 1 | 60 | 1 | 60 | 3 | DEFS000030564 |

| Customer | Invoice | Invoice Date | Sales Order | SKU | Product ID Description | Qty | Invoice Price | Total Amount | Source |
|---|---|---|---|---|---|---|---|---|---|
| 277 | 122706 | 1/4/2001 | C088151 | 11011 | TEL 8" NEXSTAR | 6 | 1399 | 8394 | DEFS000030565 |
| 277 | 122706 | 1/4/2001 | C088151 | 94113-A | DIAG E.I. 45 DEG. .96" TO 1-1/4 | 5 | 30 | 150 | DEFS000030565 |
| 277 | 122706 | 1/4/2001 | C088151 | 94012 | *DISC* LENS SHADE/DEW CAP - C8 (DISCONTI | 5 | 25 | 125 | DEFS000030565 |
| 277 | 122706 | 1/4/2001 | C088151 | 93506 | **DISC** BARLOW LENS 2X 1-1/4 ULTIMA | 4 | 54 | 216 | DEFS000030565 |
| 277 | 122706 | 1/4/2001 | C088151 | 94221 | *DISC* POLAR FINDER *DISCONTINUED* | 2 | 0 | 0 | DEFS000030565 |
| 277 | 122706 | 1/4/2001 | C088151 | 93311 | *DISC* OCULAR NX PL. 13MM 1-1/4 | 5 | 31 | 155 | DEFS000030565 |
| 277 | 122706 | 1/4/2001 | C088151 | 93519 | *DISC* DIAGONAL, 2" MIRROR | 5 | 110 | 550 | DEFS000030565 |
| 277 | 122706 | 1/4/2001 | C088151 | 93315 | *DISCONTINUED*OCULAR NX PL. 40MM 1-1/4" | 10 | 39 | 390 | DEFS000030565 |
| 277 | 122706 | 1/4/2001 | C088151 | 11037 | TEL 9 1/4" G-9 1/4 | 1 | 1199 | 1199 | DEFS000030565 |
| 277 | 122706 | 1/4/2001 | C088151 | 11023 | TEL 8" G-8 | 2 | 849 | 1698 | DEFS000030565 |
| 277 | 122706 | 1/4/2001 | C088151 | 93523 | *DISC* MOTOR DRIVE DA-G5 | 2 | 0 | 0 | DEFS000030565 |
| 1074 | 137097 | 9/28/2001 | C097416 | 11011-1 | TEL 8" NEXSTAR W/O | 10 | 1299 | 12990 | DEFS000030565 |
| 1074 | 137097 | 9/28/2001 | C097416 | 93501 | TRIPOD NEXSTAR HD | 10 | 0 | 0 | DEFS000030565 |

10. There are a number of transactions where the items appear to have a price of $1 / unit, although many other transactions record the same product as having a higher price. Please confirm that these items were sold at 1 dollar per item. If not, please clarify. Below are some examples:

| Account | Invoice | InvoiceDate | Product | Sales Order Item (Text) | Sales Order Item (Invoiced Quantity) | Sales Order Item (Invoiced Amount) | Invoice Quantity | Invoiced Net Value | Tax | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 1001850 | INV-299884 | 9/3/2020 | 93588 | Night Vision Flashlight | 100 | 100 | 100 | 100 | 0 | DEFS000030564 |
| 1003624 | INC-44417 | 12/14/2020 | 51630 | StarPointer Finderscope | 1 | 1 | 1 | 1 | 0.1 | DEFS000030564 |
| 1001850 | INV-122320 | 6/16/2017 | 93535 | POWER SUPPLY, FIRECEL - RED LED | 3 | 3 | 3 | 3 | 0 | DEFS000030564 |

11. The annual sum of "Total Amount" is in the table below. There is a significant increase in commerce in 2003, 2007, 2015 and 2020 (176%, 141%, 140%, and 149% of prior year, respectively), while there are significant decreases in 2004 and 2005 (67% and 64% of prior year, respectively). Please confirm that all telescope sales have been produced and such sales fluctuations are correct.

| Year [1] | TotalAmount [2] | Percent Change |
|---|---|---|
| 2001 | $17,182,466 | |
| 2002 | $14,291,928 | 83.2% |
| 2003 | $25,200,633 | 176.3% |
| 2004 | $16,916,980 | 67.1% |
| 2005 | $10,824,152 | 64.0% |
| 2006 | $12,298,399 | 113.6% |
| 2007 | $17,312,403 | 140.8% |
| 2008 | $16,922,775 | 97.7% |
| 2009 | $16,022,887 | 94.7% |
| 2010 | $21,539,789 | 134.4% |
| 2011 | $27,236,091 | 126.4% |
| 2012 | $34,251,434 | 125.8% |
| 2013 | $36,809,995 | 107.5% |
| 2014 | $33,609,914 | 91.3% |
| 2015 | $47,143,892 | 140.3% |
| 2016 | $55,145,388 | 117.0% |
| 2017 | $59,632,712 | 108.1% |
| 2018 | $58,015,569 | 97.3% |
| 2019 | $61,863,997 | 106.6% |
| 2020 | $92,027,998 | 148.8% |
| 2021 | $19,906,895 | 21.6% |

Notes:

[1] Year is year of Invoice Date.

[2] TotalAmount is "TotalAmount" from DEFS000030565.XLSX and sum of "Invoiced Net Value" and "Tax" from DEFS000030564.XLSX "Data" sheet.

12. Please confirm that *DEFS000030564.XLSX* and *DEFS000030565.XLSX* serve as replacement files for *DEFS000030543.csv–DEFS000030561.csv* in that they include all of Celestron's sales of Telescopes and Telescope products from 2001 to 2021.

13. There are a significant number of invoices that appeared in *DEFS000030543.csv–DEFS000030561.csv* files (concentrated largely in *DEFS000030550.csv–DEFS000030561.csv*), that do not appear in the *DEFS000030564.XLSX – DEFS00003065.XLSX* files. Some examples are listed below.

| inv_num | source |
|---|---|
| 451321 | DEFS000030555 |
| 687319 | DEFS000030561 |
| 691233 | DEFS000030561 |
| 414800 | DEFS000030554 |
| 536101 | DEFS000030558 |
| 538118 | DEFS000030558 |
| 440045 | DEFS000030555 |

    a. Please confirm that these transactions represent legitimate sales.

    b. Please explain why these sales transactions are not included in the *DEFS000030564 – DEFS00003065* files.

Thank you for your attention to this matter and we look forward to speaking on Monday.

                            Best regards,

                            */s/ James G. Dallal*

                            James G. Dallal