1  CHRISTOPHER FROST (SBN 200336)
   chris@wgfcounsel.com
2  ASHLEY MORRIS (SBN 225455)
   ashley@wgfcounsel.com
3  JOHN MAATTA (SBN 83683)
   john@wgfcounsel.com
4  WEINBERG GONSER FROST LLP
   10866 Wilshire Boulevard, PH1650
5  Los Angeles, California 90024
   Telephone: (424) 239-2850
6  Facsimile: (424) 238-3060

7  Attorneys for Defendants,
   Dave Anderson; Celestron Acquisition, LLC; Joe
8  Lupica; Nantong Schmidt Opto-Electrical
   Technology Co. Ltd.; Olivon Manufacturing Co.
9  Ltd.; Olivon USA; Pacific Telescope Corp.;
   David Shen; Suzhou Synta Optical Technology
10 Co., Ltd.; SW Technology Corporation; Synta
   Canada International Enterprises Ltd.; Synta
11 Technology Corp.

12              UNITED STATES DISTRICT COURT

13     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

14

15 IN RE TELESCOPES ANTITRUST                Case No. 5:20-cv-03639-EJD
   LITIGATION
16                                           Case No. 5:20-cv-03642-EJD

17 THIS DOCUMENT RELATES TO:                 Hon. Virginia DeMarchi

18 ALL ACTIONS                               **NOTICE OF WITHDRAWAL** BY
                                             **DEFENDANTS OF**
19
                                             **1) ADMINISTRATIVE MOTION TO FILE**
20                                           **UNDER SEAL (ECF NO. 314)**

21                                           **2) OPPOSITION TO MOTION TO**
                                             **COMPEL IMPROPERLY WITHHELD**
22                                           **DOCUMENTS (ECF NO. 315)**

23                                           **3) RESPONSE TO PLAINTIFFS'**
                                             **ADMINISTRATIVE MOTION TO FILE**
24                                           **UNDER SEAL (ECF NO. 316)**

25

26

27

28

WEINBERG
GONSER
FROST

43876.1                           1                    Case No. 5:20-cv-03639-EJD
                          NOTICE OF WITHDRAWAL

1      On March 15, 2023, Defendants filed (1) Administrative Motion To File Under Seal (ECF

2   No. 314); (2) Opposition To Motion To Compel Improperly Withheld Documents (ECF No. 315);

3   and (3) Response To Plaintiffs' Administrative Motion To File Under Seal (ECF No. 316).

4      Defendants hereby withdraw these three filings based on the parties' Stipulation to modify

5   the briefing schedule (ECF No. 317) and the Court's Order granting the Stipulation (ECF No.

6   318).

7      Defendants will re-file the Opposition to Motion to Compel and the supporting documents

8   based on the modified briefing schedule approved by this Court.

9

10   DATED:  March 23, 2023                  WEINBERG GONSER FROST LLP

11

12                                          By:        /s/ Christopher Frost

13                                          CHRISTOPHER FROST
                                            Attorneys for Moving Defendants,
14                                          Dave Anderson; Celestron Acquisition, LLC; Joe
                                            Lupica; Nantong Schmidt Opto-Electrical
15                                          Technology Co. Ltd.; Olivon Manufacturing Co.
                                            Ltd.; Olivon USA; Pacific Telescope Corp.; David
16                                          Shen; Suzhou Synta Optical Technology Co., Ltd.;
                                            SW Technology Corporation; Synta Canada
17                                          International Enterprises Ltd.; Synta Technology
                                            Corp.
18

19

20

21

22

23

24

25

26

27

28