[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> Indirect Purchaser Actions | Case No. 5:20-cv-03639-EJD (consolidated) <br><br> *The Hon. Edward J. Davila* <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE GOVERNING INDIRECT PURCHASER PLAINTIFFS' ACTION** <br> **\*AS AMENDED\*** <br> Trial Date:          none set |

1        Pursuant to Civil L.R. 6-1 and 6-2, Indirect Purchaser Plaintiffs (collectively, "IPPs"), and Defendants Celestron Acquisition, LLC; David Shen; Suzhou Synta Optical Technology Co., Ltd.; Nantong Schmidt Opto-Electrical Technology Co. Ltd.; Synta Technology Corp.; SW Technology Corporation; Synta Canada International Enterprises Ltd.; Olivon Manufacturing Group Ltd.; Olivon USA; Joe Lupica; Dave Anderson; and Pacific Telescope Corp. (collectively, "Defendants") hereby stipulate as follows:

       WHEREAS, on September 30, 2022, the Court entered a Scheduling Order governing litigation dates in the IPP action (ECF No. 276);

       WHEREAS, the parties' initial Rule 26(f) Case Management Conference was held on September 3, 2020. *See* ECF No. 80;

       WHEREAS, the parties have since engaged in multiple Rule 26(f) conferences, and the Court has granted the parties' various stipulations regarding case management and discovery timelines;

       WHEREAS, given the current status of discovery and depositions, the IPPs and Defendants believe a schedule adjustment is necessary and appropriate;

       WHEREAS, Plaintiffs and Defendants have met and conferred and believe each would benefit from the following proposed schedule;

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the following deadlines should govern the parties' litigation:

/ / /

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | October 2, 2023 |
| Deadline to Serve Expert Reports on All Issues on which a Party has the Burden of Proof | December 8, 2023 |
| Deadline to Serve Opposing Expert Reports | February 9, 2024 |
| Deadline for Rebuttal Expert Reports | March 15, 2024 |
| Expert Discovery Cutoff | April 26, 2024 |
| Motions for Class Certification & Daubert Motions | May 31, 2024 |
| Oppositions to Motions for Class Certification & Daubert Motions | June 28, 2024 |
| Replies in Support of Motions for Class Certification & Daubert Motions | July 29, 2024 |
| Hearing on Class Certification Motion | August 22, 2024; or at the Court's convenience |
| Status Conference | September 19, 2024 |

**IT IS SO STIPULATED**


Dated: May 22, 2023                          Respectfully Submitted,

Christopher Frost (SBN 200336)
Ashley Morris (SBN 225455)
Weixuan Cai (SBN 320183)
John D. Maatta (SBN 83683)
**WEINBERG GONSER FROST LLP**
10866 Wilshire Blvd., Suite 1650
Beverly Hills, California 90210
Telephone: (424) 239-2850
Facsimile: (310) 855-3201
chris@wgfcounsel.com
ashley@wgfcounsel.com
wei@wgfcounsel.com
john@wgfcounsel.com

SHAUNA A. IZADI (admitted pro hac vice)
sizadi@izadilegal.com
**IZADI LEGAL GROUP, PLLC**
13155 Noel Rd, Suite 900
Dallas, Texas 75240

2                                     Case No. 5:20-cv-03639-EJD
STIPULATION REGARDING CASE SCHEDULE

*Attorneys for Defendants Celestron Acquisition, LLC; David Shen; Suzhou Synta Optical Technology Co., Ltd.; Nantong Schmidt Opto-Electrical Technology Co. Ltd.; Synta Technology Corp.; SW Technology Corporation; Synta Canada International Enterprises Ltd.; Olivon Manufacturing Group Ltd. (incorrectly named as Olivon Manufacturing Co. Ltd.); Olivon USA; Joe Lupica; Dave Anderson; and Pacific Telescope Corp.*

*/s/ Adam J. Zapala*

Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan (Bar No. 237460)
Marc M. Seltzer (Bar No. 54534)
Steven Sklaver (Bar No.237612)
Michael Gervais (Bar No. 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Phone: 310-789-3100
ksrinivasan@susmangodfrey.com
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

/s/ *Lin Y. Chan*
Eric B. Fastiff (SBN 182260)
efastiff@lchb.com
Lin Y. Chan (SBN 255027)
lchan@lchb.com
Reilly T. Stoler (SBN 310761)
rstoler@lchb.com
Jon B. Fougner (SBN 314097)
jfougner@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

*/s/ Ronald J. Fisher*
J. Noah Hagey
Matthew Borden
Ronald J. Fisher
Gunnar Martz
Athul K. Acharya
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210
Fax: (415) 276-1808
hagey@braunhagey.com
borden@braunhagey.com
fisher@braunhagey.com
martz@braunhagey.com
acharya@braunhagey.com

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

## ATTORNEY ATTESTATION

I, Adam J. Zapala, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Adam J. Zapala*
Adam J. Zapala

**[PROPOSED] ORDER**

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | October 2, 2023 |
| Deadline to Serve Expert Reports on All Issues on which a Party has the Burden of Proof | December 8, 2023 |
| Deadline to Serve Opposing Expert Reports | February 9, 2024 |
| Deadline for Rebuttal Expert Reports | March 15, 2024 |
| Expert Discovery Cutoff | April 26, 2024 |
| Motions for Class Certification & Daubert Motions | May 31, 2024 |
| Oppositions to Motions for Class Certification & Daubert Motions | June 28, 2024 |
| Replies in Support of Motions for Class Certification & Daubert Motions | July 29, 2024 |
| Hearing on Class Certification Motion | September 26, 2024 at 9:00 AM |
| Joint Status Report | October 11, 2024 |
| Status Conference | October 24, 2024 at 10:00 AM |

Pursuant to the Stipulation Regarding Case Schedule Governing the Indirect Purchaser Plaintiffs' Action, **IT IS SO ORDERED**.

Date: _____June 15_____, 2023     By: _____
                                           Hon. Edward J. Davila
                                           ~~United States Magistrate Judge~~
                                           United States District Judge