# UNITED STATES DISTRICT COURT

## Northern District of California

## San Jose Division

### CIVIL MINUTE ORDER

**Date:** August 18, 2023   **Time:** 12:00-12:15 PM   **Judge:** Virginia K. DeMarchi

**Case Nos.:** 20-cv-03639-EJD;   **Case Name:** In re Telescopes Antitrust Litigation
20-cv-03642-EJD

**Attorneys for Plaintiffs:**

For Direct Purchaser Plaintiffs: Ronald Fisher

For Indirect Purchaser Plaintiffs: Adam Zapala

**Attorney for Defendants:**

Christopher Frost

### PROCEEDINGS

Telephonic Proceeding for Mid-Deposition Dispute held.

During a break in the deposition of a witness, the parties requested the Court's guidance regarding the defending attorney's manner of stating objections to the form of the question. The Court suggested that the parties limit such objections to a statement that the party "objects to the form of the question," or to a brief statement of the basis, such as "objection, vague and ambiguous."

The Court did not make any findings or issue any orders.