[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD<br>Case No. 5:20-cv-03642-EJD |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | **JOINT STATUS REPORT RE: DEPOSITION SCHEDULING** |

The undersigned parties respectfully submit this joint status report in response to the Court's August 29, 2023 Order regarding the status of depositions. (ECF No. 377).

The Court ordered Indirect Purchaser Plaintiffs ("IPPs"), Direct Purchaser Plaintiffs ("DPPs"), and Defendants to "jointly file a report describing the status of their efforts to schedule depositions by September 1, 2023."

**IPPs' Position**

The parties have reached agreement on dates and location for the Rule 30(b)(1) depositions of Jean Shen, Jack Chen, Sylvia Shen, and Laurence Huen. Jean Shen will be deposed on October 2, 2023 and October 3, 2023 in Vancouver, British Columbia, Canada. Jack Chen will be deposed on October 30, 2023, October 31, 2023, and November 1, 2023 in San Francisco, California. Sylvia Shen will be deposed on November 2, 2023, November 3, 2023, and November 6, 2023 in San Francisco, California. Laurence Huen will be deposed on November 9, 2023 and November 10, 2023 in San Francisco, California. Pursuant to the Stipulation and Order Regarding Deposition Scheduling (ECF No. 326), the depositions will proceed on the dates and at the locations described above unless all parties agree otherwise.

**DPPs' Position**

***Individual Depositions of Defendants' Witnesses.*** The parties have agreed to deposition dates for Jean Shen, Jack Chen, Sylvia Shen, and Laurence Huen, as IPPs note above.

***Individual Depositions of DPPs' Witnesses.*** Pursuant to the Court's Order (ECF 491), Denise Wolens' deposition will proceed September 18 and 19 in San Francisco. DPPs have proposed potential deposition dates for witnesses from the other two new class representatives. Plaintiff Jason Steele can be available in San Francisco on September 28-29, 2023, or January 4-5, 2024. Jim Bielaga of Plaintiff Aurora Astro Products LLC ("Aurora") is available November 30 – December 1, 2023 in San Francisco.

Defendants have additionally requested 11-hour depositions of Denise Wolens' husband, son and daughter. Including Defendants' requested Rule 30(b)(6) deposition (discussed below), Defendants' requests collectively seek 55 hours of deposition testimony from the owner of a small bicycle shop that sold a limited number of telescopes and her family. The bulk of their

relevant knowledge is the fact that Pioneer purchased telescopes. DPPs believe these deposition requests are a disproportionate and a troubling attempt to intimidate a new potential class representative to prevent it from moving forward with this litigation, and that a further showing of proportionality and need for these witnesses' testimony and the volume demanded by Defendants is appropriate. DPPs' counsel are investigating the extent to which Defendants' additional requested deponents are involved in Pioneer's business, if at all, and intend to further confer with Defendants on this topic. DPPs will place any dispute remaining after conferring before the Court via the discovery letter brief process provided for in the Court's Standing Order for Civil Cases.

***Rule 30(b)(6) Depositions of DPPs.*** Defendants served Rule 30(b)(6) deposition notices on Plaintiffs Pioneer and Aurora on August 30 after 10 pm. Both notices, which are appended to this joint statement, purport to require a witness to be prepared to testify concerning 140 topics. These notices are manifestly overbroad and DPPs cannot designate witnesses on any of these topics until Defendants narrow them—indeed, in an 11-hour deposition, Defendants would be able to address each topic for less than five minutes. DPPs conferred with Defendants on August 31 regarding this topic and understand that the parties are at impasse on this issue. DPPs intend to move for a protective order via the discovery letter brief process provided for in the Court's Standing Order for Civil Cases.

### Defendants' Position

The parties met on both August 30, and on August 31 to confer on the scheduling of depositions pursuant to this Court's Order. An agreement was reached as to Defendants' witnesses. However, an agreement could not be reached with the DPPs. Despite Defendants' repeated attempts to confer in good faith, the DPPs (a) rejected the elected 11-hour duration for their party affiliated depositions; and (b) refused to respond to the 30(b)(6) topics proposed by the Defendants, simply stating they were overbroad and DPPs would not be designating any witnesses for any topics. DPPs have also refused to provide dates for three of the five DPP witnesses that Defendants have requested. DPPs' position threatens to derail the deposition scheduling timeline.

***11-Hour Depositions of DPPs' Witnesses***: In addition to Denise Wolens, whose deposition will take place on September 18-19, on August 26, 2023, Defendants requested the depositions of

five of DPPs' percipient witnesses, and notified DPPs of Defendants' intention to conduct 11-hour sessions for each witness. The Court's May 11, 2021 Order expressly grants the Defendants the discretion to opt for up to 10 of DPPs' percipient witnesses to be examined for 11 hours. [ECF 169 at ¶5]. Contrary to this order, DPPs obstinately decline to permit the five requested depositions for the Court ordered 11-hour duration. Indeed, DPPs have not offered any dates for three of the five witnesses. DPPs demanded a revelation of the Defendants' strategic considerations behind this election and justification for needing 11 hours. Although they were under no obligation to do so, Defendants responded that they have elected 11 hour depositions for these DPP witnesses because of the need to explore and consider such issues as, among others, telescope purchases, negotiations of terms, sales, margins, profits, business impacts and interruptions, the overall health of their businesses, the types of businesses (do they sell bicycles or telescopes), their transactional data, and if they had business problems, what were the real causes of those problems. All of these issues are relevant not only to the merits of the claims, but whether the claims of each rep are typical of the overall purported class.

While the DPPs voice concerns regarding a mere 55 hours of testimony, it is pertinent to note that the Plaintiffs have slated an overwhelming 300-plus hours for the testimony of Defendants' witnesses. The DPPs' unmerited refusal to provide dates for the three outstanding witnesses and their objections to 11 hours for their depositions will delay and disrupt the deposition schedule.

***Rule 30(b)(6) Depositions of DPPs***: DPPs have exhibited intransigence by declining to even entertain discussions about the topics posited for the corporate representative depositions of the two new class representatives – Pioneer Cycling and Fitness and Auroa Astro Products. Defendants served their 309(b)(6) topics on August 29, and during the meet and confer, counsel for DPPs explained that ***they would not respond to the 30(b)(6) notices, or designate a witness for any of the topics.*** DPPs' position is to move for a protective order for all suggested topics, rejecting any dialogue on potential dates for depositions. Notably, when offered to recommend narrowed topics, DPPs remained unyielding, refusing to partake in any dialogue. However, these 30(b)(6) topics mirror those served to Radio City on January 23, 2023, which DPPs previously acceded to,

and failed to lodge any objections to.[1] The current stance adopted by the DPPs, in refusing to designate any corporate representatives for any of the 30(b)(6) topics from Defendants, is evidently another stratagem to impede these depositions.

September 1, 2023                                    Respectfully submitted,

/s/ *Ronald J. Fisher*
J. Noah Hagey, Esq. (SBN: 262331)
Matthew Borden, Esq. (SBN: 214323)
Andrew Levine, Esq. (SBN: 278246)
Ellen V. Leonida, Esq. (SBN: 184194)
Ronald J. Fisher, Esq. (SBN: 298660)
Ellis E. Herington, Esq. (SBN: 343085)
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808
hagey@braunhagey.com
borden@braunhagey.com
leonida@braunhagey.com
fisher@braunhagey.com
herington@braunhagey.com

Garrett Biedermann, Esq. (admitted *pro hac vice*)
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089
biedermann@braunhagey.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

/s/ *Alejandra C. Salinas*
Kalpana Srinivasan (SBN 237460)
Marc M. Seltzer (SBN 54534)
Steven Sklaver (SBN 237612)
Michael Gervais (SBN 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Phone: 310-789-3100

---

[1] In fact, the proposed topics are less than those served upon Radio City, Inc. on January 23, 2023.

ksrinivasan@susmangodfrey.com
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Alejandra C. Salinas (*pro hac vice*)
Texas SBN 24102452
Richard Friedl (*pro hac vice*)
Texas SBN 24132710
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
asalinas@susmangodfrey.com
rfriedl@susmangodfrey.com

*/s/ Adam J. Zapala*
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
James G. Dallal (SBN 277826)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

/s/ *Lin Y. Chan*
Eric B. Fastiff (SBN 182260)
Lin Y. Chan (SBN 255027)
Devin X. Williams (SBN 347577)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
efastiff@lchb.com
lchan@lchb.com
dwilliams@lchb.com
jfougner@lchb.com

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

*/s/ Christopher Frost*
Christopher L. Frost (SBN 200336)
John Maatta (SBN 83683)
Joshua S. Stambaugh (SBN 233834)
FROST LLP
10960 Wilshire Boulevard, Suite 1260

6

Los Angeles, California 90024
Telephone: (424) 254-0441
chris@frostllp.com
john@frostllp.com
josh@frostllp.com

SHAUNA A. IZADI (admitted *pro hac vice*)
sizadi@izadilegal.com
IZADI LEGAL GROUP, PLLC
13155 Noel Rd, Suite 900
Dallas, Texas 75240

*Attorneys for Defendants*