UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 20-cv-03639-EJD (VKD)<br>Case No. 20-cv-03642-EJD (VKD)<br><br>**FURTHER ORDER RE DEPOSITION-RELATED DISPUTES AND SCHEDULING** |

The Court has reviewed the parties' joint report regarding their efforts to schedule the remaining party depositions. No. 20-3639, Dkt. No. 380; No. 20-3642, Dkt. No. 494. The depositions described in IPPs' section of the report shall proceed as agreed.

Defendants' deposition of Denise Wolens will proceed on September 18 and 19, 2023, as DPPs and defendants have agreed. Defendants shall promptly advise DPPs of the dates on which defendants will take the depositions of Jason Steele and Jim Bielaga so that those depositions can be scheduled. If defendants are not available to take the depositions of Messrs. Steele and Bielaga on the dates proposed, they must promptly propose alternative dates.

The Court orders defendants and DPPs to confer regarding their disputes about defendants' recent Rule 30(b)(6) deposition notices and defendants' request for depositions of Ms. Wolens' husband, son, and daughter. Any disputes must be submitted for resolution in accordance with this Court's Standing Order for Civil Cases. The Court expects the parties to have a civil and productive discussion of their disagreements without Court supervision before filing a discovery dispute letter.

//

**IT IS SO ORDERED.**

Dated: September 6, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge