1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B

DECLARATION OF CARLA A. PEAK IN SUPPORT OF SETTLEMENT NOTICE PLAN
CASE NO. 5:20-CV-03639-EJD




United States District Court
*In Re Telescopes Antitrust Litig. Indirect Purchaser Actions*
Case No. 5:20-cv-03639-EJD

# Class Action Notice
*Authorized by the U.S. District Court*

**Did you purchase a telescope from January 1, 2005, to September 6, 2023?**

**There is a $32,000,000 settlement of a lawsuit.**

**You may be entitled to money.**

**To be part of this settlement, you can respond by [date].**

**You can visit [website] to learn more.**

**Key things to know:**
- This is an important legal document.
- If you take no action, any ruling from the court will apply to you, and you will not be able to sue Synta Tech. Corp. of Taiwan; Suzhou Synta Optical Tech. Co. Ltd.; Nantong Schmidt Opto-Electrical Tech. Co. Ltd.; Synta Canada Intl. Ent. Ltd.; Pacific Telescope Corp.; Olivon Mfg. Co. Ltd.; SW Tech. Corp.;

Celestron Acquisition, LLC; Olivon, USA LLC; Dar Tson ("David") Shen; Joseph Lupica; Dave Anderson;
Jean Shen; Sylvia Shen; Jack Chen; Laurence Huen; and Corey Lee about the same issues.

- If you have questions or need assistance, please call [phone number]
- You can learn more at [website] or by scanning the QR code.

# Court-Approved
# Legal Notice



This is an important notice
about a class action lawsuit.

<<MAIL ID>>

<<NAME 1>>
<<NAME 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<ADDRESS LINE 3>>
<<ADDRESS LINE 4>>
<<ADDRESS LINE 5>>
<<CITY, STATE ZIP>>
<<COUNTRY>>