# Exhibit C

<u>LEGAL NOTICE</u>

# If you purchased a telescope from January 1, 2005 to September 6, 2023, you *may* be entitled to a payment from a $32 million class action settlement.

**Visit www.[website].com to learn more or to file a Claim Form online.**

A settlement has been proposed by the Indirect Purchaser Plaintiffs in a class action lawsuit against Synta Technology Corp. of Taiwan; Suzhou Synta Optical Technology Co. Ltd.; Nantong Schmidt Opto-Electrical Technology Co. Ltd; Synta Canada International Enterprises Ltd.; Pacific Telescope Corp.; Olivon Manufacturing Co. Ltd.; SW Technology Corporation; Celestron Acquisition, LLC; Olivon, USA LLC; Dar Tson ("David") Shen; Joseph Lupica; Dave Anderson, Jean Shen; Sylvia Shen; Jack Chen; Laurence Huen; and Corey Lee ("Settling Defendants and Co-Conspirators"). The other, non-settling, defendants or co-conspirators are Ningbo Sunny Electronic Co. Ltd.; Sunny Optical Technology Co., Ltd.; Meade Instruments Corp.; Sunny Optics Inc.; Wenjun "Peter" Ni; and Wenjian Wang (collectively, "Non-Settling Defendants and Co-Conspirators"). The lawsuit claims defendants and co-conspirators (1) unlawfully divided the consumer telescopes market and fixed prices for consumer telescopes and (2) unlawfully attempted to monopolize and conspired to monopolize the consumer telescope market in the United States. The settlement resolves the Indirect Purchaser Plaintiffs' claims against the Settling Defendants and Co-Conspirators only.

**Who is included?** The settlement includes all persons and entities in the Indirect Purchaser States who, from January 1, 2005 to September 6, 2023, purchased one or more Telescopes from a distributor (or from any entity other than a defendant) that any defendant or alleged co-conspirator manufactured ("Settlement Class Members"). "Indirect Purchaser States" include Arizona, Arkansas, California, Connecticut, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin.

"Telescopes" refers to optical instruments that magnify and enhance the view of faraway objects, and does not include other optical instruments not marketed as telescopes, such as binoculars, siting scopes, microscopes, etc. Typically, such telescopes were branded Celestron, Orion, Skywatcher, Zhumell, or Meade.

**What does the settlement provide?** The Settling Defendants have agreed to create a $32,000,000 settlement fund to provide cash payments to Settlement Class Members who submit a valid claim form.

**What are my options?** You may (1) participate in the settlement and receive your portion of the settlement fund, (2) request to exclude yourself from the settlement, or (3) object to the settlement.

<u>Participate in the Settlement</u>. If you wish to participate in the settlement and receive your portion of the settlement fund, you must complete and submit a claim form by Month __, 2024. Claim forms are available and may be filed online at www.[website].com. You can also visit the website to have a paper claim form mailed to you. A claim may be made regardless of whether you purchased a telescope manufactured by a Settling Defendant or a Non-Settling Defendant or Co-Conspirator.

<u>Exclude Yourself from the Settlement</u>. If you do not want to be legally bound by the settlement, you must exclude yourself by Month __, 2024. Unless you exclude yourself from the settlement, you will not be able to bring your own lawsuit against the Settling Defendants and Co-Conspirators for any claim released by the settlement agreement. Instructions on how to exclude yourself from the settlement are available at www.[website].com.

<u>Object to the Settlement</u>. If you wish to object to the settlement, you must file or mail a written objection to the Clerk of the Court. If you wish to appear at the Court hearing to determine the fairness of the settlement, you must notify the Court that you or your lawyer intend to appear at the Court's fairness hearing. Objections must be filed or postmarked by Month __, 2024. Instructions on how to object to the settlement are available at www.[website].com.

**The Court's Fairness Hearing.** The Court will hold a fairness hearing in this case (*In Re Telescopes Antitrust Litig. Indirect Purchaser Actions*, No. 5:20-cv-03639-EJD) on Month __, 2024, at __:0_ _.m. At this hearing, the Court will decide whether to approve: (1) the settlement; (2) Interim Co-Lead Counsel's request for up to 33% of the settlement fund in attorneys' fees; (3) Interim Co-Lead Counsel's request for reimbursement of litigation expenses not to exceed $XXXX; and (3) $3,000 service awards for each named class representative. You may appear at the hearing, but you do not have to. You also may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

**Want more information?** Visit www.[website].com, email ___@website.com, call 1-8xx-xxx-xxxx or write to *In Re Telescopes Antitrust Litig. Indirect Purchaser Actions* Settlement Administrator, [address] [city][ST].