# Exhibit E

*Telescopes Antitrust Litigation*
Settlement Administrator
P.O. Box ####
City, ST ZIP

**CEHI**

VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

*In re Telescopes Antitrust Litigation Indirect Purchaser Actions*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 5:20-cv-03639-EJD

**Must Be Postmarked No Later Than DATE**

# Claim Form

COMPLETE AND SIGN THIS FORM AND FILE ONLINE NO LATER THAN **DATE** AT **www.website.com**, OR FILE BY MAIL POSTMARKED BY **DATE**.

Questions? Call 1-###-###-#### or visit the website, **www.Website.com**

## CLASS MEMBER INFORMATION:

First Name    M.I.    Last Name

ClaimID from Email or Postcard Notice (if you did not get a notice, leave this blank)

Primary Address

Primary Address Continued

City    State    ZIP Code

Email Address

Area Code    Telephone Number

*Failure to add your unique ClaimID will result in denial of your claim. If you received a notice of this Settlement by U.S. mail, your unique ClaimID is on the envelope or postcard. If you misplaced your notice, please contact the Settlement Administrator at* 1-###-###-#### *or email@website.com.*

## ELIGIBILITY:

1. Did you purchase one or more Telescopes branded as Celestron, Meade, Orion, Sky-Watcher, or Zhumell from a retailer or distributor during between January 1, 2005 to September 6, 2023?

   ◯ Yes *(Proceed to Question 2)*    ◯ No *(You are not eligible to submit a claim)*

FOR CLAIMS PROCESSING ONLY    OB    CB    ◯ DOC  ◯ LC  ◯ REV    ◯ RED  ◯ A  ◯ B

1

2. If you answered "Yes" to Question 1, please enter your purchase information below:

Make

Model

___ / ___ / _____
Date of purchase

$ _____ . ___
Amount

Name of retailer or distributor where Qualifying Telescope was purchased

**You do not need to submit receipts or confirming documentation at this time, but counsel for the Settlement Class may require it if an issue arises regarding the validity of your claim.**

## PAYMENT SELECTION:

Choose **one** of the following:

○ PayPal

Email address associated with your PayPay account

○ Zelle

Email address or phone number associated with your Zelle account

○ Venmo

Mobile number associated with your Venmo account

○ Physical Check – Payment will be mailed to the address provided above.

## CERTIFICATION AND SIGNATURE:

I declare under penalty of perjury under the laws of the United States of America that the information above is true and correct to the best of my knowledge and that I am authorized to submit this claim. I understand that my claim is subject to audit, review, and validation using all available information.

Signature: _____    Dated (mm/dd/yyyy): _____

Print Name: _____