Adam J. Zapala (SBN 245748)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com

Kalpana Srinivasan (SBN 237460)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Lin Y. Chan (SBN 255027)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
lchan@lchb.com

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Indirect Purchaser Actions | Case No. 5:20-cv-03639-EJD<br><br>**INDIRECT PURCHASER PLAINTIFFS' NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND ISSUANCE OF NOTICE**<br><br>**Date:** October 31, 2024<br>**Time:** 9:00 a,m,<br>**Place:** Courtroom 4, 5th Floor<br>**Judge:** Hon. Edward J. Davilla |

Case No. 5:20-cv-03639-EJD

INDIRECT PURCHASER PLAINTIFFS' NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND ISSUANCE OF NOTICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE THAT**, on September 16, 2024, Indirect Purchaser Plaintiffs ("IPPs") filed their Notice of Motion and Motion for Preliminary Approval of Settlement and Issuance of Notice (the "Motion"). Responses were due September 30, 2024, and IPPs' reply was due October 7, 2024. No responses or oppositions have been filed or otherwise received by Interim Class Counsel for IPPs. Accordingly, IPPs file this Notice of Non-Opposition and respectfully submit that for the reasons stated in the Motion and supporting papers, IPPs' Motion should be granted.

 Therefore, IPPs respectfully request that the Court (1) find it will likely approve the Settlement; (2) find it will likely certify the settlement class; (3) direct notice to the settlement class after finding that the forms and notice plan comply with Rule 23 and due process; (4) appoint the Class Representatives as representatives for the settlement class; (5) appoint Interim Co-Lead Class Counsel as counsel for the settlement class; (6) authorize retention of Verita as notice and claims administrator; and (7) set a schedule for Final Approval and related dates; and any motions for attorneys' fees, costs, and service awards, and schedule a Final Approval Hearing. IPPs will be prepared to address any issues that the Court wishes to raise on the noticed hearing date of October 31, 2024.

Dated: October 18, 2024      Respectfully Submitted,

             <u>/s/ Adam J. Zapala</u>

             Adam J. Zapala (SBN 245748)
             Elizabeth T. Castillo (SBN 280502)
             **COTCHETT, PITRE & McCARTHY, LLP**
             840 Malcolm Road
             Burlingame, California 94010
             Telephone: (650) 697-6000
             Facsimile: (650) 697-0577
             azapala@cpmlegal.com
             ecastillo@cpmlegal.com

*/s/ Kalpana Srinivasan*
Kalpana Srinivasan (Bar No. 237460)
Marc M. Seltzer (Bar No. 54534)
Steven Sklaver (Bar No. 237612)
Michael Gervais (Bar No. 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: 310-789-3100
ksrinivasan@susmangodfrey.com
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Alejandra C. Salinas (pro hac vice)
Texas SBN 24102452
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
asalinas@susmangodfrey.com

*/s/ Lin Y. Chan*
Eric B. Fastiff (SBN 182260)
efastiff@lchb.com
Lin Y. Chan (SBN 255027)
lchan@lchb.com
Devin X. Williams (SBN 347577)
dwilliams@lchb.com
**LIEFF CABRASER HEIMANN &
 BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*