09:02AM

                      UNITED STATES DISTRICT COURT

                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


     IN RE TELESCOPES ANTITRUST
     LITIGATION                        CASE NO.  CV-20-03639 EJD

     _____  SAN JOSE, CALIFORNIA
     THIS DOCUMENT RELATES TO:
     ALL INDIRECT PURCHASER ACTIONS    OCTOBER 31, 2024

                                       PAGES 1 - 27


                       TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE EDWARD J. DAVILA
                      UNITED STATES DISTRICT JUDGE

          A-P-P-E-A-R-A-N-C-E-S


          FOR THE PLAINTIFFS:   COTCHETT PITRE & MCCARTHY LLP
                                BY:  ADAM J. ZAPALA
                                840 MALCOLM ROAD, SUITE 200
                                BURLINGAME, CALIFORNIA 94010


          FOR THE DEFENDANT     FROST LLP
          TELEPHONICALLY:       BY:  CHRISTOPHER L. FROST
                                10960 WILSHIRE BOULEVARD, SUITE 2100
                                LOS ANGELES, CALIFORNIA 90024

                                FROST LLP
                                BY:  JOSHUA STAMBAUGH
                                10960 WILSHIRE BOULEVARD, SUITE 2100
                                LOS ANGELES, CALIFORNIA 90024

                 (APPEARANCES CONTINUED ON THE NEXT PAGE.)


          OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                      CERTIFICATE NUMBER 8074


              PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
          TRANSCRIPT PRODUCED WITH COMPUTER.

1

2
A P P E A R A N C E S:  (CONT'D)

3
ALSO PRESENT:                    BRAUNHAGEY & BORDEN LLP
                                 BY:  MATTHEW B. BORDEN
4                                747 FRONT STREET, 4TH FLOOR
                                 SAN FRANCISCO, CALIFORNIA 94111

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    SAN JOSE, CALIFORNIA                    OCTOBER 31, 2024

 2                     P R O C E E D I N G S

 3

 4        (COURT CONVENED AT 9:19 A.M.)

 5             THE COURT:  THANK YOU.  PLEASE BE SEATED.  LET'S

 6    CALL OUR MORNING MATTER, OUR 9:00 O'CLOCK MATTER.  IT'S NOW,

 7    THE RECORD SHOULD REFLECT, IT'S 9:20 PACIFIC STANDARD TIME.

 8        LET'S CALL 20-3639, HIGHTOWER VERSUS CELESTRON.

 9        MAY I HAVE THE APPEARANCE OF THE PARTIES, PLEASE.

10             MR. ZAPALA:  THANK YOU, YOUR HONOR.

11    MAY I APPROACH?

12             THE COURT:  YES.

13             MR. ZAPALA:  GOOD MORNING, YOUR HONOR.

14        ADAM ZAPALA FROM COTCHETT PITRE & MCCARTHY FOR THE

15    INDIRECT PURCHASER PLAINTIFFS.

16             THE COURT:  THANK YOU.  GOOD MORNING.

17             MR. ZAPALA:  GOOD MORNING.

18             THE COURT:  AND I SEE THE DEFENDANT'S CHAIR EMPTY.

19    IS ANYONE HERE FOR DEFENDANT?

20             MR. FROST:  THANK YOU, YOUR HONOR.  GOOD MORNING.

21        THIS IS CHRISTOPHER FROST OF FROST LLP ON BEHALF OF THE

22    DEFENDANTS.  MY SINCERE APOLOGIES THAT WE HAVE TO APPEAR BY

23    TELEPHONE TODAY.

24             THE COURT:  THANK YOU, MR. FROST.  THANK YOU FOR

25    JOINING.
```

The timestamps in the left margin read: 09:19AM (lines 4–8), 09:20AM (lines 9–25).

09:20AM 1          I THINK YOUR ASSOCIATE, JOSHUA STAMBAUGH, WAS ASSIGNED TO

09:20AM 2    APPEAR.  WE RECEIVED A MESSAGE JUST BEFORE 9:00 O'CLOCK,

09:20AM 3    SOMETHING ABOUT A FLIGHT DELAY, AND THEN IN A SUBSEQUENT

09:20AM 4    REQUEST, THAT IN MR. STAMBAUGH'S OPINION THE MATTER MIGHT BE

09:20AM 5    RESOLVED BY US PASSING THE MATTER AND CALLING IT LAST ON OUR

09:20AM 6    CALENDAR.

09:20AM 7          I REALLY APPRECIATE HIS DESIRE TO HELP ME MANAGE MY

09:20AM 8    CALENDAR, BUT I WOULD PREFER TO CALL THE MATTER NOW IF THAT'S

09:21AM 9    ALL RIGHT WITH YOU, SIR, AND MR. STAMBAUGH?

09:21AM 10          MR. FROST:  YES, OF COURSE.  WE APPRECIATE YOUR

09:21AM 11    INDULGENCE.  MY APOLOGIES AGAIN.

09:21AM 12          THE COURT:  WELL, THANK YOU.  LET'S GET TO THE

09:21AM 13    BUSINESS AT HAND.  THIS IS A MOTION FOR PRELIMINARY APPROVAL OF

09:21AM 14    SETTLEMENT, AND I DID RECEIVE THE DOCUMENTS REGARDING

09:21AM 15    SETTLEMENT.

09:21AM 16          LET ME, LET ME TURN THEN TO MR. ZAPALA.  WHY SHOULD THE

09:21AM 17    COURT GRANT PRELIMINARY APPROVAL HERE?

09:21AM 18          MR. ZAPALA:  THANK YOU, YOUR HONOR.

09:21AM 19          ADAM ZAPALA AGAIN FOR THE INDIRECT PURCHASER PLAINTIFFS.

09:21AM 20          WE'RE PLEASED TO PRESENT THIS SETTLEMENT.  WE THINK IT'S

09:21AM 21    AN EXCELLENT RESULT FOR THE INDIRECT PURCHASER CLASS.

09:21AM 22          THIS SETTLEMENT INCLUDES $32 MILLION IN REMUNERATION FOR

09:21AM 23    CLASS MEMBERS, WHICH WE BELIEVE IS AN EXCELLENT RECOVERY BOTH

09:21AM 24    IN LIGHT OF THE FACTS AND CIRCUMSTANCES OF THIS CASE BUT ALSO

09:21AM 25    OBVIOUSLY THE EXPERIENCE OF EXPERIENCED CLASS COUNSEL IN

09:21AM 1    ANTITRUST CASES.

09:22AM 2        THE FIRST THING I WILL TALK ABOUT IS SORT OF THE

09:22AM 3    PROCEDURAL FAIRNESS OF THE SETTLEMENT AND THE FACTORS THAT

09:22AM 4    COURTS IN THE NINTH CIRCUIT LOOK AT AT PRELIMINARY APPROVAL AND

09:22AM 5    WHAT IS NOW UNDER RULE 23 A MOTION TO DIRECT NOTICE TO THE

09:22AM 6    CLASS.

09:22AM 7        FIRST, THIS WAS NOT A FILE AND SETTLE KIND OF CASE AS IS

09:22AM 8    OBVIOUS FROM THE MANY ENTRIES IN YOUR DOCKET.  THERE'S BEEN

09:22AM 9    EXTENSIVE LITIGATION IN YOUR CASE, EXTENSIVE DISCOVERY, MOTIONS

09:22AM 10   PRACTICE, MOTIONS TO COMPEL.  AND WHAT THAT MEANS IS THAT THE

09:22AM 11   PARTIES WERE FULLY INFORMED ABOUT THE STRENGTHS AND WEAKNESSES

09:22AM 12   OF THE CASE WHEN THEY NEGOTIATED THE SETTLEMENT.  SO THAT'S ONE

09:22AM 13   ISSUE TO LOOK AT IN TERMS OF PROCEDURAL FAIRNESS, THE AMOUNT OF

09:22AM 14   LITIGATION THAT OCCURRED.  AND OBVIOUSLY, I THINK WE PUT IT IN

09:22AM 15   OUR PAPERS, BUT THE INDIRECT PURCHASER PLAINTIFFS EXPENDED IN

09:22AM 16   LODESTAR ABOUT $11 MILLION.  SO IN TERMS OF TIME WORKED ON THE

09:22AM 17   CASE, IT'S BEEN EXTENSIVE.  YOUR HONOR HAS RULED ON A NUMBER OF

09:22AM 18   PLEADING CHALLENGES.

09:22AM 19       IN ADDITION, THE SETTLEMENT PROCESS WAS OVERSEEN BY A

09:23AM 20   NATIONALLY RENOWNED MEDIATOR, A FORMER MAGISTRATE JUDGE OF THE

09:23AM 21   CENTRAL DISTRICT, JUDGE SEGAL, AND THERE WERE PROTRACTED

09:23AM 22   NEGOTIATIONS.

09:23AM 23       THIS WAS, AGAIN, NOT A FILE AND SETTLE SORT OF CASE.

09:23AM 24   THERE WAS AN INITIAL MEDIATION TWO YEARS AGO THAT WAS

09:23AM 25   UNSUCCESSFUL, ANOTHER MEDIATION OCCURRING A YEAR AFTER THAT

09:23AM 1    THAT RESULTED IN A MEDIATOR'S PROPOSAL THAT BOTH SIDES

09:23AM 2    EXPECTED.  SO THE ENTIRE MEDIATION PROCESS HAS BEEN OVERSEEN BY

09:23AM 3    A FORMER FEDERAL JUDGE.

09:23AM 4        AND THEN IN ADDITION TO THAT, IN TERMS OF THE TERMS OF THE

09:23AM 5    SETTLEMENT, THERE'S NO SIGNS OF COLLUSION, THERE'S NO CLEAR

09:23AM 6    SAILING PROVISIONS OR ANYTHING LIKE THAT.  THERE'S NO REVERSION

09:23AM 7    TO THE DEFENDANT.  SO A $32 MILLION DEAL, NONE OF THAT REVERTS

09:23AM 8    TO THE DEFENDANT.

09:23AM 9        SO IN TERMS OF PROCEDURAL FAIRNESS, WE BELIEVE ALL OF THE

09:23AM 10   SIGNS POINT TOWARDS APPROVAL.  THE NEGOTIATIONS WERE ARM'S

09:23AM 11   LENGTH.  AGAIN, THERE WERE 3.9 MILLION DOCUMENTS PRODUCED IN

09:23AM 12   THIS CASE, AND MANY OF THOSE HAVE BEEN REVIEWED AT THE TIME OF

09:23AM 13   SETTLEMENT.

09:23AM 14       IN TERMS OF SUBSTANTIVE FAIRNESS, OF COURSE, AGAIN,

09:24AM 15   32 MILLION IS REAL MONEY.  THIS IS AN INDIRECT PURCHASER CASE.

09:24AM 16   THEY'RE NOTORIOUSLY DIFFICULT AND COMPLEX AND OFTEN RESULTS IN

09:24AM 17   ZERO RECOVERY FOR THE CLASS, EITHER BECAUSE OF CLASS

09:24AM 18   CERTIFICATION DENIAL OR OTHER COMPLEXITIES THAT ARISE IN THE

09:24AM 19   CONTEXT OF COMPLEX LITIGATION.

09:24AM 20       IT'S BEEN CASE LAW FOR -- SORT OF BEDROCK CASE LAW IN THE

09:24AM 21   NINTH CIRCUIT THAT SETTLEMENTS ARE FAVORED IN ANTITRUST CLASS

09:24AM 22   ACTIONS, AND THAT'S WHAT THIS IS.

09:24AM 23       THE VOLUME OF COMMERCE IN THIS CASE HAS BEEN CALCULATED BY

09:24AM 24   OUR EXPERTS AT A LITTLE OVER 600 MILLION.  SO WHAT THAT MEANS

09:24AM 25   IS DURING THE CLASS PERIOD THERE WERE 600 MILLION IN SALES IN

09:24AM 1    TELESCOPES IN THE INDIRECT CASES.  SO IF YOU LOOK AT THE

09:24AM 2    32 MILLION, YOU'RE TALKING ABOUT A 5 PERCENT OVERCHARGE, AND

09:24AM 3    THAT COMES OUT TO 32 MILLION, WHICH IS EXACTLY WHAT THE

09:24AM 4    RECOVERY IS.

09:24AM 5        SO, AGAIN, IN TERMS OF THE AMOUNT OF MONEY GOING TO THE

09:24AM 6    CLASS, WE THINK IT'S MORE THAN FAIR AND ADEQUATE.  AND AGAIN,

09:24AM 7    IT'S SUPPORTED BY SOPHISTICATED COUNSEL.  THESE ARE THE ONLY

09:24AM 8    KIND OF CASES THAT I DO.  I KNOW THAT'S TRUE OF MY COLLEAGUES

09:25AM 9    AS WELL, MS. SRINIVASAN FROM SUSMAN GODFREY AND MS. CHAN FROM

09:25AM 10   LIEFF, CABRASER, HEIMANN & BERNSTEIN.

09:25AM 11       SO THESE FIRMS AND THE ATTORNEYS WORKING ON THE CASE ARE

09:25AM 12   REALLY EXPERIENCED ANTITRUST COUNSEL, AND, AGAIN, THEIR

09:25AM 13   RECOMMENDATION THAT THE COURT APPROVE IT CARRIES WEIGHT GIVEN

09:25AM 14   THAT KIND OF EXPERIENCE.

09:25AM 15       IN ADDITION TO SORT OF ALL OF THE SIGNS ABOUT THE FAIRNESS

09:25AM 16   OF THE SETTLEMENT, WE BELIEVE WE HAVE PROMULGATED OR SET FORTH

09:25AM 17   A MULTI LAYERED NOTICE PLAN TO REACH NOTICE TO THE CLASS.  THAT

09:25AM 18   INCLUDES INDIVIDUAL NOTICE BOTH BY EMAIL AND U.S. MAIL, ALSO

09:25AM 19   EARNED AND UNEARNED MEDIA AND TARGETED ADVERTISING ON SOCIAL

09:25AM 20   MEDIA TO INFORM THOSE CLASS MEMBERS WHO MAYBE DIDN'T RECEIVE

09:25AM 21   INDIVIDUAL NOTICE ABOUT THEIR RIGHTS.

09:25AM 22       ALL OF THAT INFORMATION IN TERMS OF THE NOTICE PROGRAM CAN

09:25AM 23   BE FOUND IN THE DECLARATION OF CARLA PEAK, WHICH WAS SUBMITTED

09:25AM 24   ALONG WITH THE MATERIALS.  AGAIN, WE SUBMIT THAT THAT NOTICE

09:25AM 25   PLAN IS BOTH CONSISTENT WITH RULE 23 AND DUE PROCESS.

09:26AM 1        AND THEN FINALLY, WE'VE SET FORTH A SORT OF SCHEDULE KEYED

09:26AM 2    OFF OF THE DATE THAT IN THE EVENT THAT THE COURT FINDS THE

09:26AM 3    SETTLEMENT WORTHY OF PRELIMINARY APPROVAL, WE'VE SET FORTH A

09:26AM 4    SCHEDULE FOR SORT OF NOTICE AND OBJECTIONS, EXCLUSIONS, AND

09:26AM 5    THEN ULTIMATELY THE FINAL APPROVAL HEARING.

09:26AM 6        I'M HAPPY TO ANSWER ANY QUESTIONS THAT THE COURT MAY HAVE

09:26AM 7    ABOUT THE SETTLEMENT.

09:26AM 8            THE COURT:  THANK YOU.  THANK YOU VERY MUCH.

09:26AM 9            INITIALLY, MR. FROST, ANY COMMENTS THAT YOU WOULD LIKE TO

09:26AM 10   MAKE INITIALLY BEFORE I ASK A FEW QUESTIONS?

09:26AM 11           MR. FROST:  NONE, YOUR HONOR.  THANK YOU.  I THINK

09:26AM 12   MR. ZAPALA DID A FINE JOB OF EXPLAINING THE SORT OF UPS AND

09:26AM 13   DOWNS OF THE SETTLEMENT AND HOW WE GOT THERE.

09:26AM 14           THE COURT:  OKAY.  THANK YOU.

09:26AM 15       I'M JUST CURIOUS, MY FIRST QUESTION IS JUST ABOUT DO YOU

09:26AM 16   HAVE ANY EXPECTATION OF WHAT EACH CONSUMER MIGHT RECEIVE?  AND

09:26AM 17   I KNOW IT'S DEPENDENT ON CLAIM NUMBERS AND THOSE THINGS.

09:26AM 18           MR. ZAPALA:  YEAH.

09:26AM 19           THE COURT:  I THINK YOUR PAPERS SUGGEST THAT YOU'RE

09:26AM 20   GOING TO BE ABLE TO REACH 80 PERCENT OF PURCHASERS, IS THAT --

09:27AM 21           MR. ZAPALA:  WITH THE NOTICE PROGRAM, WITH THE

09:27AM 22   NOTICE PROGRAM.

09:27AM 23           THE COURT:  RIGHT.

09:27AM 24           MR. ZAPALA:  YEAH, THAT'S THE SUGGESTION IN TERMS OF

09:27AM 25   -- THAT'S WHAT NOTICE PROVIDERS SHOOT FOR IN TERMS OF WHEN

09:27AM 1    THEY'RE CRAFTING A NOTICE PROGRAM, THEY SHOOT FOR A REACH OF

09:27AM 2    80 PERCENT.  IT'S CALLED A REACH.  IT'S SORT OF A TERM THAT IS

09:27AM 3    USED IN MEDIA AND ADVERTISING.  THERE'S A COMPLICATED

09:27AM 4    CALCULATION THAT GOES INTO IT, BUT VERITA, WHICH IS THE NOTICE

09:27AM 5    PROVIDER, DID OPINE THAT THE NOTICE PROGRAM WOULD REACH

09:27AM 6    80 PERCENT OF THOSE CLASS MEMBERS.

09:27AM 7            THE COURT:  OKAY.

09:27AM 8            MR. ZAPALA:  BOTH THROUGH -- AGAIN, WE DON'T HAVE --

09:27AM 9    WE HAVE EMAIL AND MAILING ADDRESSES FOR SOME PORTION OF THE

09:27AM 10   CLASS, BUT IT'S NOT THE ENTIRE CLASS.  WE ESTIMATE THE CLASS TO

09:27AM 11   BE LARGER THAN THAT.  AND THAT'S WHERE THE MEDIA PROGRAM COMES

09:27AM 12   IN TO TRY TO REACH THOSE EXTRA CLASS MEMBERS.

09:27AM 13       THAT SAID, WE DO HAVE -- AGAIN, WE ESTIMATE THE CLASS TO

09:27AM 14   BE AROUND 4 MILLION.  WE HAVE SOMETHING LIKE 2.5 MILLION

09:27AM 15   RECORDS GIVEN A LOT OF THESE PURCHASES OCCUR OVER AMAZON.  SO

09:28AM 16   COMPARED TO MANY OF MY CASES, WE ACTUALLY HAVE A LOT OF CONTACT

09:28AM 17   INFORMATION, UNLIKE A LOT OF INDIRECT PURCHASER CASES.

09:28AM 18       IN TERMS OF YOUR QUESTION ABOUT HOW MUCH EACH CONSUMER

09:28AM 19   WILL TAKE, AGAIN, IT VERY MUCH DEPENDS ON THE CLAIMS RATE.

09:28AM 20   WE'RE GOING TO DO EVERYTHING WE CAN TO MAKE SURE THAT CLAIMS

09:28AM 21   RATE IS AS HIGH AS POSSIBLE.  UNFORTUNATELY, INDIRECT PURCHASER

09:28AM 22   CASES ARE PLAGUED BY LOW CLAIMS RATES, AND ONE OF THE REASONS

09:28AM 23   IS THAT IT'S THE NATURE OF CLASS ACTIONS.  SOME PEOPLE HAVE

09:28AM 24   LESS IN PURCHASERS, AND, THEREFORE, DON'T TAKE THE TIME TO SEND

09:28AM 25   IN THE CLAIM FORM.  BUT AGAIN, WE'RE TRYING TO MAKE THAT

09:28AM  1     PROCESS AS EASY AS POSSIBLE.

09:28AM  2         IT'S DIFFICULT IN INDIRECT PURCHASERS CASES BECAUSE THE

09:28AM  3     DATA THAT YOU GET FROM THE DEFENDANT IS NOT IN PRIVITY WITH

09:28AM  4     YOUR CLIENTS.  YOU HAVE TO GET IT FROM THIRD PARTIES, WHICH

09:28AM  5     WE'VE DONE.

09:28AM  6         ONE OF THE THINGS I'M DOING IN INDIRECT PURCHASER CASES

09:28AM  7     THAT I THINK IS REAL BENEFIT TO THE CLASS AND TO GET THE CLAIMS

09:28AM  8     UP IS WE'RE USING THAT INTERMEDIARY DATA THAT WE RECEIVE.

09:28AM  9     USUALLY IT'S NOT 100 PERCENT BECAUSE, YOU KNOW, WE MAY NOT HAVE

09:29AM 10     SUBPOENAED FROM ALL OF THE DISTRIBUTORS.  THERE MAY BE CERTAIN

09:29AM 11     TIME PERIODS THAT DISTRIBUTORS DON'T HAVE THAT DATA FOR PART OF

09:29AM 12     YOUR CLASS PERIOD.

09:29AM 13         SO IT'S ALWAYS UNDER -- IT DOESN'T COVER THE ENTIRE CLASS,

09:29AM 14     BUT WHAT WE'VE ENDED UP DOING AND WHAT WE'RE DOING IN THIS CASE

09:29AM 15     IS WE'RE GOING TO FILL IN THE CLAIM FORMS WITH DATA THAT WE

09:29AM 16     HAVE.  AND CLASS MEMBERS COULD SIGN THAT CLAIM FORM WITHOUT

09:29AM 17     DOING ALMOST ANYTHING ELSE, YOU KNOW, PROVIDING PURCHASE

09:29AM 18     RECORDS OR ANYTHING LIKE THAT.

09:29AM 19         WE THINK THAT'S A REAL BENEFIT.  WE'VE NOTICED IN OUR

09:29AM 20     CASES WHERE WE'VE DONE THAT AND GET MUCH HIGHER CLAIMS RATE,

09:29AM 21     AND WE REDUCE THE BARRIERS FOR PEOPLE PARTICIPATING IN THE

09:29AM 22     SETTLEMENT.  WE HAVE EVERY INTENTION OF DOING THAT HERE.  IT'S

09:29AM 23     PART OF OUR PLAN.

09:29AM 24         IN TERMS OF THE DISTRIBUTION PLAN, IT IS PRO RATA.  SO A

09:29AM 25     CLASS MEMBER'S SHARE OF THE SETTLEMENT WILL DEPEND ON, A, HOW

09:29AM 1    MANY PURCHASES THEY HAD IN TELESCOPES, ONE OR MORE; AND THEN

09:29AM 2    ALSO WHAT PERCENTAGE THOSE PURCHASES MAKE UP OF EVERYONE

09:29AM 3    CLAIMING.  SO IT'S KIND OF DEPENDENT ON TWO THINGS:  HOW MANY

09:29AM 4    PURCHASES THEY HAD AND THEN HOW MANY PEOPLE END UP CLAIMING.

09:30AM 5    AND THEN THEIR TAKE WOULD BE WHATEVER PERCENTAGE OF THEIR

09:30AM 6    PURCHASES.

09:30AM 7             THE COURT:  SURE.  SO DID I READ SOMETHING THAT SAID

09:30AM 8    THAT YOU ANTICIPATE 2 TO 3 PERCENT?

09:30AM 9             MR. ZAPALA:  THAT'S -- I MEAN, THE STUDIES SUGGEST

09:30AM 10   THAT THAT IS WHAT CLAIMS RATES ARE IN SORT OF SIMILAR CASES, SO

09:30AM 11   WE SET THAT OUT.

09:30AM 12       WE HAVE EVERY INTENTION OF BEATING THAT.  I THINK WE WILL.

09:30AM 13   I DO THINK RECENT CLAIMS RATES ARE DOING BETTER.  WE HAVE MORE

09:30AM 14   ELECTRONIC MEANS NOW TO REACH CLASS MEMBERS.  YOU KNOW, WE'RE

09:30AM 15   USING MORE INNOVATIVE TECHNIQUES TO REACH CLASS MEMBERS ASIDE

09:30AM 16   FROM JUST SNAIL MAIL, WHICH, FRANKLY, NOBODY READS ANYMORE AND

09:30AM 17   I THINK WAS A LOT OF THE WAYS MAYBE 20 YEARS AGO PEOPLE WERE

09:30AM 18   TRYING TO REACH CLASS MEMBERS, WHICH IS NOT VERY EFFECTIVE.

09:30AM 19       SO SOME OF THE STUDIES ARE BASED ON THAT REGIME AND THE

09:30AM 20   REGIME HAS VERY MUCH CHANGED.

09:30AM 21       IN ADDITION TO THAT, IN TERMS OF DISTRIBUTION, WE DO

09:30AM 22   INTEND ON DOING ELECTRONIC PAYMENTS WHERE WE CAN, AND, AGAIN,

09:30AM 23   WE FIND THAT THAT INCREASES THE CLAIMS RATE AS WELL.

09:30AM 24   SOMETIMES, BELIEVE IT OR NOT, WE SEND OUT CHECKS TO PEOPLE AND

09:31AM 25   THEY DON'T GET CASHED.

09:31AM  1      THE COURT:  I DO BELIEVE IT.  PEOPLE RECEIVE

09:31AM  2  SOMETHING, AND THEY DON'T KNOW WHAT A CHECK IS.

09:31AM  3      MR. ZAPALA:  RIGHT.

09:31AM  4      THE COURT:  SO IS THE CONSUMER TO RECEIVE THEN BASED

09:31AM  5  ON THE NUMBER OF RESPONSES, AND THERE'S A $32 MILLION, YOU'RE

09:31AM  6  RESERVING AND ASKING THAT THE COURT RESERVE 33 PERCENT FOR

09:31AM  7  ATTORNEYS' FEES AND COSTS?

09:31AM  8      MR. ZAPALA:  WE ARE.  WE HAVEN'T -- NOW, THAT'S WHAT

09:31AM  9  WE INTEND ON PUTTING IN THE NOTICE, YOUR HONOR, AND THAT'S JUST

09:31AM  10  A CEILING.  IT MAY BE THE CASE THAT WE COME IN AND ASK FOR LESS

09:31AM  11  THAN THAT.  IT MAY BE THE CASE THAT WE COME IN AND ASK FOR THAT

09:31AM  12  AND YOU AWARD LESS THAN THAT.

09:31AM  13     BUT WE LIKE TO PUT IN THE HIGH END NUMBER IN THE NOTICE SO

09:31AM  14  THAT NOBODY COULD BE PREJUDICED, RIGHT?  YOU CERTAINLY CAN'T

09:31AM  15  PUT IN 25 PERCENT AND THEN COME IN AND ASK FOR 33 PERCENT.

09:31AM  16      THE COURT:  SURE.

09:31AM  17      MR. ZAPALA:  SO WE PUT IN THE 33 AND A THIRD.  WE

09:31AM  18  HAVEN'T LANDED ON THAT YET.  IT IS CONSISTENT WITH WHAT OUR

09:31AM  19  LODESTAR IS IN THE CASE IN TERMS OF A LODESTAR CROSS-CHECK, BUT

09:31AM  20  OBVIOUSLY THAT WILL BE A FEE MOTION THAT WE'LL FILE WELL IN

09:31AM  21  ADVANCE OF THE OPT OUT AND OBJECTION DEADLINE, AND THEN THAT'S

09:32AM  22  SUBJECT TO YOUR HONOR'S DISCRETION AND NINTH CIRCUIT CASE LAW

09:32AM  23  AT FINAL APPROVAL.

09:32AM  24      THE COURT:  OF COURSE.  AND SO TELL ME WHAT THE --

09:32AM  25  I'M ASKING YOU TO DO THE MATH -- IF IT'S A 2 PERCENT OR A

| | | |
|---|---|---|
| 09:32AM | 1 | 3 PERCENT, CAN WE SAY A CONSUMER MIGHT RECEIVE? |
| 09:32AM | 2 | MR. ZAPALA:  OH, IN TERMS OF THE -- WHEW. |
| 09:32AM | 3 | THE COURT:  YOU NEED TO GET YOUR PHONE OUT. |
| 09:32AM | 4 | MR. ZAPALA:  YEAH, REALLY. |
| 09:32AM | 5 | WELL, IF WE TOOK THE -- SO THERE'S 4 MILLION CLASS |
| 09:32AM | 6 | MEMBERS, JUST APPROXIMATELY.  NOW, AGAIN, THAT'S AN ESTIMATE. |
| 09:32AM | 7 | IT COULD BE WRONG. |
| 09:32AM | 8 | BUT, YOU KNOW, IF YOU TOOK 32 MILLION DIVIDED BY 4, YOU |
| 09:32AM | 9 | COULD COME UP WITH A NET OF OR SORT OF A GROSS, THAT WOULD BE |
| 09:32AM | 10 | THE INDIVIDUAL TAKE. |
| 09:32AM | 11 | AGAIN, IF WE WENT AND IF WE TOOK FEES OF 10 MILLION, YOU'D |
| 09:32AM | 12 | BE TALKING ABOUT A $22 MILLION NET SETTLEMENT FUND, AND I'M NOT |
| 09:32AM | 13 | SURE WHAT THAT COMES OUT TO. |
| 09:32AM | 14 | THE COURT:  MR. BORDEN IS CALCULATING IT FOR YOU |
| 09:32AM | 15 | RIGHT NOW. |
| 09:32AM | 16 | MR. ZAPALA:  BUT, AGAIN, I MEAN, ROUGHLY, WE'RE |
| 09:32AM | 17 | TALKING ABOUT A 5 PERCENT OVERCHARGE ON, YOU KNOW, THESE |
| 09:32AM | 18 | PURCHASES AND THEN, OF COURSE, YOU'VE GOT FEES AND COSTS. |
| 09:33AM | 19 | I THINK I PUT MY PHONE AWAY AND TURNED IT OFF. |
| 09:33AM | 20 | THE COURT:  I'M JUST -- I'M NOT GOING TO HOLD YOU TO |
| 09:33AM | 21 | THIS FIGURE, BUT I THINK -- I'M JUST CURIOUS WHAT YOUR INITIAL |
| 09:33AM | 22 | FIRST PASS THOUGHTS ARE. |
| 09:33AM | 23 | MR. ZAPALA:  YEAH.  AND THAT WOULD BE WITH THE |
| 09:33AM | 24 | ENTIRE CLASS PARTICIPATING, OBVIOUSLY. |
| 09:33AM | 25 | THE COURT:  SURE. |

09:33AM 1          MR. ZAPALA:  AND THAT'S NOT GOING TO HAPPEN.

09:33AM 2          THE COURT:  NO, NO.

09:33AM 3          MR. ZAPALA:  SO THE PRO RATA TAKE OBVIOUSLY GOES UP

09:33AM 4    FROM THERE.

09:33AM 5          THE COURT:  RIGHT.  BUT IF YOU'VE GOT -- IF YOU HAVE

09:33AM 6    3 PERCENT --

09:33AM 7       MR. BORDEN HAS DONE THE MATH, HAVE YOU, MR. BORDEN?

09:33AM 8          MR. BORDEN:  I DIDN'T QUITE HEAR ALL OF IT.

09:33AM 9          MR. ZAPALA:  I CAN DO IT, YOUR HONOR.

09:33AM 10         THE COURT:  SURE.  GO AHEAD.

09:33AM 11      (PAUSE IN PROCEEDINGS.)

09:33AM 12         THE COURT:  YOUR PHONE IS SMOKING THERE, MR. ZAPALA.

09:33AM 13         MR. ZAPALA:  I'M PUTTING IT TO THE TEST, YEAH.

09:34AM 14      (PAUSE IN PROCEEDINGS.)

09:34AM 15         MR. ZAPALA:  I'LL JUST WALK THROUGH THE CALCULATION

09:34AM 16   THAT I DID, AND HOPEFULLY I DID MY MATH RIGHT AND MY HIGH

09:34AM 17   SCHOOL MATH TEACHERS COULD BE PROUD.

09:34AM 18      I TOOK A NET SETTLEMENT AMOUNT OF I WILL CALL IT

09:34AM 19   22 MILLION AND SAY 10 MILLION COME OUT FOR COSTS AND FEES, AND

09:34AM 20   THEN DIVIDED IT BY 120,000, WHICH IS 3 PERCENT OF 4 MILLION, I

09:34AM 21   BELIEVE, AND THAT COMES OUT TO $183.

09:34AM 22         THE COURT:  OKAY.

09:34AM 23         MR. ZAPALA:  SO THAT WOULD BE THE PRO RATA TAKE IF

09:34AM 24   THOSE METRICS HOLD UP.

09:34AM 25         THE COURT:  SURE.  SURE.  AND FLUCTUATING FROM THAT

09:34AM  1    IT COULD GO UP, IT COULD GO DOWN.

09:34AM  2          MR. ZAPALA:  IF MORE PEOPLE PARTICIPATE, OBVIOUSLY

09:34AM  3    THAT NUMBER WOULD GO DOWN.

09:34AM  4          THE COURT:  AND IT'S NOT DEPENDENT ON THE MODEL OF

09:35AM  5    TELESCOPE THAT THEY PURCHASED, IS IT?  IF SOMEONE PURCHASED A

09:35AM  6    HIGHER END TELESCOPE --

09:35AM  7          MR. ZAPALA:  WELL, IT IS IN SO FAR AS THE

09:35AM  8    5 PERCENT -- THE PERCENTAGE IS APPLIED TO A HIGHER NUMBER, SO

09:35AM  9    THE OVERCHARGE -- SO, FOR EXAMPLE, YOU KNOW A 5 PERCENT

09:35AM  10   OVERCHARGE ON A $100 TELESCOPE WOULD BE $5, AND A 5 PERCENT

09:35AM  11   OVERCHARGE ON A TELESCOPE THAT IS $1,000 IS MORE THAN THAT.

09:35AM  12       SO IT IS SOMEWHAT DEPENDENT BECAUSE SOMEONE WHO HAD $1,000

09:35AM  13   PURCHASE HAS A HIGHER PERCENTAGE OF THE PURCHASE TOTAL THAN THE

09:35AM  14   $100 PERSON IF THAT MAKES SENSE.

09:35AM  15         THE COURT:  SO THAT'S ANOTHER METRIC THAT HAS TO BE

09:35AM  16   MET.

09:35AM  17         MR. ZAPALA:  BECAUSE IT'S PRO RATA.

09:35AM  18         THE COURT:  SO THE $183 SOUNDS LIKE A GREAT NUMBER,

09:35AM  19   BUT SOMEONE WHO BOUGHT AN ENTRY LEVEL TELESCOPE FOR $150 IS

09:35AM  20   UNLIKELY TO GET THAT.

09:35AM  21       IS THAT FAIR?

09:35AM  22         MR. ZAPALA:  I THINK THAT'S FAIR.  AGAIN, I MEAN,

09:35AM  23   THE INDIVIDUAL CLAIMANT WILL TAKE WHATEVER THEIR CORRESPONDING

09:36AM  24   PERCENTAGE IS OF THE DENOMINATOR.  SO TO THE EXTENT THAT THEIR

09:36AM  25   PURCHASE MADE UP 1 PERCENT OF THE CLAIMING PURCHASES, THEY

```
09:36AM   1    WOULD GET 1 PERCENT OF THE NET SETTLEMENT FUND.
09:36AM   2              THE COURT:  OKAY.
09:36AM   3              MR. ZAPALA:  THAT'S THE NATURE OF A PRO RATA
09:36AM   4    DISTRIBUTION.
09:36AM   5              THE COURT:  SURE.
09:36AM   6              MR. ZAPALA:  AND I WILL SAY, AND I THINK WE SET
09:36AM   7    FORTH IN OUR PAPERS, BUT THAT'S THE STANDARD DISTRIBUTION
09:36AM   8    SCHEME IN AN ANTITRUST CASE.  AND I HAVE DONE LOTS OF THEM IN
09:36AM   9    MY CAREER, AND I CAN'T THINK OF A SINGLE DISTRIBUTION MECHANISM
09:36AM  10    WHERE WE HAVE NOT DONE IT IN THIS MANNER.
09:36AM  11              THE COURT:  SURE.  AND LET'S TALK ABOUT THE NOTICE
09:36AM  12    THEN.
09:36AM  13              MR. ZAPALA:  SURE.
09:36AM  14              THE COURT:  IN THE CASES THAT YOU'VE DONE, DO YOU
09:36AM  15    EVER NOTIFY THE CONSUMERS ABOUT WHAT PRO RATA MEANS TO THE
09:36AM  16    DETAIL THAT WE JUST DID?
09:36AM  17              MR. ZAPALA:  IT'S SET FORTH IN THE LONG FORM NOTICE,
09:36AM  18    AND I HAVE NEVER -- IT'S ALWAYS BEEN SET FORTH, FRANKLY, IN THE
09:36AM  19    MANNER THAT WE SET IT FORTH IN THIS NOTICE.
09:36AM  20              THE COURT:  RIGHT.
09:36AM  21              MR. ZAPALA:  IF YOU WOULD LIKE US TO DESCRIBE IT
09:36AM  22    MORE, WE CAN CERTAINLY DO THAT.
09:36AM  23              THE COURT:  THIS IS A WORK IN PROGRESS, "THIS" BEING
09:37AM  24    NOTICE TO THE CLASS.  AS YOU SAY, SOCIAL MAILS CHANGE.  AND DO
09:37AM  25    PEOPLE READ SNAIL MAIL ANYMORE?  I HOPE THEY DO.  WE WANT TO
```

09:37AM  1    KEEP THE POST OFFICE GOING.  THAT'S IMPORTANT.

09:37AM  2         BUT PEOPLE SHIFT TO ELECTRONIC COMMUNICATIONS, AND THEN WE

09:37AM  3    HAVE TO SHIFT OUR MESSAGING TO THEM BECAUSE WE KNOW PEOPLE

09:37AM  4    SPEND, WHAT, 1.2 SECONDS ON AN EMAIL LOOKING AT THE HEADER, AND

09:37AM  5    IT'S EASIER TO HIT DELETE THAN IT IS TO OPEN IT AND READ IT, SO

09:37AM  6    WE WANT TO CAPTURE AS MANY --

09:37AM  7         MR. ZAPALA:  RIGHT.  AND THAT'S WHY I REALLY THINK

09:37AM  8    THE MULTI LAYERED APPROACH IS THE BEST WAY TO GO.  BECAUSE IF

09:37AM  9    YOU JUST GO SNAIL MAIL, AND YOU'RE GIVING THEM ONE CHANCE, AND

09:37AM  10   IF YOU GO SNAIL MAIL AND MEDIA, YOU'RE INCREASING THE

09:37AM  11   LIKELIHOOD THAT YOU'LL CATCH THEIR ATTENTION.

09:37AM  12        THE COURT:  SURE.  OKAY.  SO LET'S -- LET ME --

09:37AM  13   LET'S SEE.  I DID HAVE SOME QUESTIONS ABOUT -- LET'S GO TO THE

09:37AM  14   CLAIM FORM FIRST.

09:37AM  15        MR. ZAPALA:  SURE.

09:37AM  16        THE COURT:  THAT'S EXHIBIT E I THINK.

09:37AM  17        MR. ZAPALA:  YES.

09:37AM  18        THE COURT:  AND ON THE CLAIM FORM, I THINK IT'S

09:38AM  19   PAGE 1 IS WHAT I'M LOOKING AT, ON THE BOTTOM IT SAYS -- AND

09:38AM  20   THERE'S CLAIM FORM, CLASS MEMBER INFORMATION.  THIS IS WHAT THE

09:38AM  21   CONSUMER WOULD FILL OUT --

09:38AM  22        MR. ZAPALA:  CORRECT.

09:38AM  23        THE COURT:  -- INITIALLY.  AND THIS IS GOING TO BE

09:38AM  24   DONE EITHER ON AN EMAIL FORM OR RETURN BY A SNAIL MAIL?

09:38AM  25        MR. ZAPALA:  YES, THIS CAN BE DONE -- SO THIS WILL

09:38AM  1    BE DOWNLOADED FROM THE WEBSITE SO CONSUMERS WILL GET A NOTICE.

09:38AM  2         IF THEY'RE GETTING A MAILED NOTICE, THEY WILL GET THE

09:38AM  3    CLAIM FORM.  IF THEY'RE GETTING AN EMAILED NOTICE BECAUSE WE

09:38AM  4    DON'T HAVE A RESIDENTIAL ADDRESS --

09:38AM  5              THE COURT:  RIGHT.

09:38AM  6              MR. ZAPALA:  -- THEY CAN USE THAT NOTICE TO GO ON

09:38AM  7    THE WEBSITE AND DOWNLOAD THE CLAIM FORM AND DO IT

09:38AM  8    ELECTRONICALLY.

09:38AM  9              THE COURT:  OKAY.  GREAT.

09:38AM 10              MR. ZAPALA:  AND THAT'S AVAILABLE TO ANYONE,

09:38AM 11    INCLUDING PEOPLE WHO ONLY RECEIVE THE NOTICE BY MAIL.  ANYONE

09:38AM 12    CAN SUBMIT ELECTRONICALLY OR REQUEST A PAPER COPY.

09:38AM 13              THE COURT:  OKAY.  SO ON THIS FORM I LOOKED BELOW

09:38AM 14    THE CLASS MEMBER INFORMATION, THIS IS THE INITIAL FORM THAT

09:38AM 15    THEY SAY, YES, I'D LIKE TO BE PART OF THIS CLASS OR THE CLAIM

09:38AM 16    FORM THEY HAVE TO FILL OUT.

09:39AM 17         THE LANGUAGE BELOW IN ITALICS SAYS, "FAILURE TO ADD YOUR

09:39AM 18    UNIQUE CLAIM I.D."  AND IF I'M A CONSUMER, I LOOK AT THIS AND I

09:39AM 19    THINK, OH, DEAR, WHERE IS MY UNIQUE CLAIM I.D.?

09:39AM 20              MR. ZAPALA:  THAT'S ON THE NOTICE ITSELF.

09:39AM 21              THE COURT:  OKAY.

09:39AM 22              MR. ZAPALA:  SO WHEN THEY RECEIVE NOTICE OF THE

09:39AM 23    SETTLEMENT, EACH NOTICE WILL HAVE A UNIQUE IDENTIFIER ON IT,

09:39AM 24    AND THEY JUST NEED TO INCLUDE THAT IN THE CLAIM FORM.

09:39AM 25              THE COURT:  OKAY.

09:39AM  1          MR. ZAPALA:  AND AGAIN, THAT LANGUAGE SOUNDS HARSH

09:39AM  2    IN A WAY, BUT THEY CAN CONTACT THE CLAIMS ADMINISTRATOR TO GET

09:39AM  3    THAT IF THEY LOSE IT.  IT'S NOT ALL IS LOST.  WE DO EVENTUALLY

09:39AM  4    NEED TO GET IT.  AND THE CLAIMS ADMINISTRATOR --

09:39AM  5          THE COURT:  HERE'S MY SUGGESTION, SHOULD WE --

09:39AM  6    "FAILURE TO ADD YOUR UNIQUE CLAIM I.D.," AND THEN IN

09:39AM  7    PARENTHESIS, "FOUND ON YOUR NOTICE," OR SOMETHING LIKE THAT?

09:39AM  8          MR. ZAPALA:  SURE.

09:39AM  9          THE COURT:  OR "SEE NOTICE," SOMETHING LIKE THAT.

09:39AM 10      AND THEN FLIPPING TO PAGE 2, PAYMENT SELECTION.

09:40AM 11          MR. ZAPALA:  YES.

09:40AM 12          THE COURT:  AND, YOU KNOW, OF COURSE -- PARDON ME.

09:40AM 13    AND I LOOK AT THAT AND I THINK DOES THAT MEAN I HAVE TO PAY OR

09:40AM 14    DOES THAT MEAN HOW I'M GOING TO RECEIVE?

09:40AM 15      SO SHOULD WE SAY, "HOW WOULD YOU LIKE TO RECEIVE YOUR

09:40AM 16    PAYMENT," OR SOMETHING LIKE THAT?

09:40AM 17          MR. ZAPALA:  ABSOLUTELY.

09:40AM 18          THE COURT:  AND THEN THEY UNDERSTAND, I THINK.

09:40AM 19    PARDON ME FOR -- YOU KNOW, I DON'T MEAN TO SAY I'M DUMBING THIS

09:40AM 20    DOWN, BUT I WANTED TO MAKE IT ACCESSIBLE FOR EVERYBODY.

09:40AM 21          MR. ZAPALA:  YOUR HONOR, NOT AT ALL.  I THINK THIS

09:40AM 22    IS A VERY USEFUL EXERCISE.  CLAIMS ADMINISTRATORS AND CLASS

09:40AM 23    COUNSEL GET INTO THESE RHYTHMS AND CERTAIN WAYS THAT THEY DO

09:40AM 24    THINGS, AND IT'S USEFUL TO HAVE THAT DISRUPTED IN A LOT OF

09:40AM 25    WAYS.

09:40AM  1          THE COURT:  I JUST HAD A PASSING QUESTION ABOUT THIS

09:40AM  2     AS WELL.  THIS INFORMATION THAT IS OBTAINED HERE, IS THIS

09:40AM  3     CONFIDENTIAL, THE PAYPAL, THE ZELLE, AND THE VENMO, ALL OF

09:41AM  4     THOSE NUMBERS AND ALL OF THAT, IS THAT CONFIDENTIAL TO --

09:41AM  5          MR. ZAPALA:  WELL, WE HAVE EVERY INTENTION OF

09:41AM  6     KEEPING IT CONFIDENTIAL.  WHETHER IT'S CONSIDERED CONFIDENTIAL

09:41AM  7     IN SOME LIKE MACRO SENSE, I DON'T KNOW.  IT'S JUST AN ACCOUNT

09:41AM  8     NUMBER.

09:41AM  9          THE COURT:  YES.

09:41AM 10          MR. ZAPALA:  BUT OUR CLAIMS ADMINISTRATOR HAS

09:41AM 11     EXTENSIVE CONFIDENTIALITY PROTECTIONS AS ANY ENTITY DOES

09:41AM 12     NOWADAYS THAT HAS TO PROTECT DATA.

09:41AM 13        SO THIS ISN'T GOING TO BE SHARED -- THIS IS NOT SHARED

09:41AM 14     WITH ANYONE OTHER THAN THE CLAIMS ADMINISTRATOR AND THE CLASS

09:41AM 15     MEMBER, UNLESS THE CLASS MEMBER DISCLOSES IT TO SOMEBODY ELSE.

09:41AM 16          THE COURT:  SHOULD YOU TELL THEM THAT OR IS THAT

09:41AM 17     NECESSARY?

09:41AM 18          MR. ZAPALA:  SURE.  WE CAN PUT SOMETHING IN THERE

09:41AM 19     THAT SAYS, YOU KNOW, THE CLAIMS ADMINISTRATOR WILL KEEP THIS

09:41AM 20     INFORMATION CONFIDENTIAL.

09:41AM 21          THE COURT:  SOMETHING LIKE THAT.  OF COURSE THAT

09:41AM 22     CREATES -- I'LL SEE IN ABOUT ANOTHER YEAR AND A HALF -- SOME

09:41AM 23     BREACH OF LAWSUITS FROM THE CLAIMS ADMINISTRATOR, RIGHT?

09:41AM 24          MR. ZAPALA:  WHICH JUST HAPPENED, BELIEVE IT OR NOT.

09:41AM 25     WE HAD A DATA BREACH.  NOT OUR CLAIMS ADMINISTRATOR,

09:41AM  1    THANKFULLY, BUT A CLAIMS ADMINISTRATOR HAS HAD A DATA BREACH.

09:42AM  2                THE COURT:  RIGHT.  OKAY.  THAT WAS A QUESTION THAT

09:42AM  3    I HAVE.

09:42AM  4                MR. ZAPALA:  SURE.  I'VE NOTED IT, AND WE'LL MAKE

09:42AM  5    THAT CHANGE, YOUR HONOR.

09:42AM  6                THE COURT:  LET'S SEE.  THE OTHER QUESTION I HAD, DO

09:42AM  7    WE NEED TO DO ANY LANGUAGE ISSUES IN ANY OF THESE FORMS OR

09:42AM  8    NOTICES?

09:42AM  9                MR. ZAPALA:  THE NOTICES ARE PROVIDED -- WE DON'T

09:42AM  10   SEND THEM OUT IN THE FIRST LANGUAGE, BUT THEY ARE AVAILABLE ON

09:42AM  11   THE WEBSITE IN DIFFERENT LANGUAGES.  AND WE INTEND TO DO THAT

09:42AM  12   IN SPANISH -- AND I THINK JUST SPANISH.

09:42AM  13               THE COURT:  OKAY.  LET'S SEE.  THE EMAIL NOTICE IS

09:42AM  14   IN EXHIBIT B, I BELIEVE, IT'S 391-2B.

09:42AM  15               MR. ZAPALA:  I THINK EXHIBIT B AT LEAST I THINK IS

09:42AM  16   THE POSTCARD NOTICE, BUT THEY'RE FUNCTIONALLY VERY SIMILAR.

09:42AM  17               THE COURT:  YES, THEY ARE THE SAME, RIGHT.

09:42AM  18               MR. ZAPALA:  AND EXHIBIT A IS THE EMAIL NOTICE.

09:42AM  19               THE COURT:  GOT IT.  YES.  THANK YOU.

09:42AM  20        I'M LOOKING AT EXHIBIT A, THE EMAIL NOTICE, AND THERE'S A

09:43AM  21   LOT OF LANGUAGE THERE.

09:43AM  22               MR. ZAPALA:  UH-HUH.

09:43AM  23               THE COURT:  HOW DO WE KEEP SOMEONE'S ATTENTION?

09:43AM  24               MR. ZAPALA:  NUMBER ONE, I WILL SAY THAT VERITA HAS

09:43AM  25   OPINED IN THEIR DECLARATION THAT THIS DOES COMPLY WITH THE

```
09:43AM   1    PLAIN LANGUAGE REQUIREMENT.
09:43AM   2             THE COURT:  YES.
09:43AM   3             MR. ZAPALA:  IT'S A BALANCING ACT, RIGHT?
09:43AM   4        ON THE ONE HAND RULE 23 REQUIRES THAT YOU DISCLOSE CERTAIN
09:43AM   5    INFORMATION TO CLASS MEMBERS, ON THE OTHER YOU WANT TO KEEP IT
09:43AM   6    SIMPLE AND READABLE.  THIS IS THE BEST BALANCE THAT WE HAVE
09:43AM   7    COME UP WITH IN TERMS OF INFORMING THE CLASS MEMBERS OF THE
09:43AM   8    INFORMATION THAT THEY NEED TO KNOW ABOUT THE SETTLEMENT, AND
09:43AM   9    THAT'S REQUIRED BY RULE 23, FRANKLY.
09:43AM  10        IT'S ALWAYS A BALANCE, AND WE'RE HAPPY TO TAKE
09:43AM  11    SUGGESTIONS.  BUT I THINK I WILL SAY IN TERMS OF MY EXPERIENCE,
09:43AM  12    THIS IS VERY SIMILAR IN NATURE TO THE SHORT FORM NOTICES THAT
09:43AM  13    ARE OFTEN APPROVED BY DISTRICT COURTS.
09:43AM  14             THE COURT:  AND I GUESS WHAT REALLY POPULATES THIS
09:43AM  15    NOTICE IS THE PARTIES, DOESN'T IT?
09:43AM  16             MR. ZAPALA:  EXACTLY, YEAH.  I SUSPECT THAT CLASS
09:44AM  17    MEMBERS WILL GLOSS OVER THAT INFORMATION TO SOME DEGREE, RIGHT?
09:44AM  18    I DON'T KNOW THAT THEY'LL READ SYNTA CANADA INTERNATIONALLY
09:44AM  19    SUPER CLOSELY, BUT I THINK THEY'LL GET A SENSE OF WHO THE
09:44AM  20    PARTIES ARE.
09:44AM  21        ONE OF THE THINGS THAT ALSO TAKES UP A LOT OF SPACE IS THE
09:44AM  22    LISTING OF THE INDIRECT PURCHASER STATES, WHICH IS IMPORTANT
09:44AM  23    OBVIOUSLY FOR CLASS MEMBERS TO KNOW BECAUSE IF THEY KNOW, FOR
09:44AM  24    EXAMPLE, WELL, GEE, I ACTUALLY BOUGHT MY TELESCOPE IN TEXAS,
09:44AM  25    RIGHT, I SOMEHOW GOT THIS NOTICE.  THAT'S IMPORTANT FOR THEM TO
```

| | | |
|---|---|---|
| 09:44AM | 1 | KNOW BECAUSE THEY WOULD KNOW ACTUALLY, A, THEY'RE NOT PART OF |
| 09:44AM | 2 | THE CLASS ACTUALLY, BUT, B, THEY WOULDN'T BE ENTITLED TO |
| 09:44AM | 3 | PARTICIPATE IN THE SETTLEMENT. |
| 09:44AM | 4 | SO AGAIN, IT KIND OF MAKES IT LONGER, BUT IT'S NECESSARY |
| 09:44AM | 5 | INFORMATION FOR CLASS MEMBERS. |
| 09:44AM | 6 | THE COURT:  MAY I SUGGEST UNDER THE "WHO IS |
| 09:44AM | 7 | INCLUDED," AND THEN THAT FIRST SENTENCE, MAYBE -- COULD WE BOLD |
| 09:44AM | 8 | THAT? |
| 09:44AM | 9 | MR. ZAPALA:  YES.  SURE. |
| 09:44AM | 10 | THE COURT:  "RECORDS COLLECTED DURING THE LITIGATION |
| 09:44AM | 11 | INDICATE THAT YOU MIGHT BE COVERED BY THE SETTLEMENT." |
| 09:44AM | 12 | MR. ZAPALA:  UH-HUH.  BOLD THAT LANGUAGE? |
| 09:45AM | 13 | THE COURT:  YES, I THINK SO.  THAT WOULD CAPTURE |
| 09:45AM | 14 | SOMEONE'S ATTENTION, I THINK. |
| 09:45AM | 15 | AND THESE NOTICES ARE TRYING TO -- PARDON ME, THAT'S THE |
| 09:45AM | 16 | HOOK TO GET SOMEBODY TO COMPLETE THE APPLICATION. |
| 09:45AM | 17 | WHAT DOES THE SETTLEMENT PROVIDE?  IF AGREED TO, CREATE |
| 09:45AM | 18 | 32 MILLION SETTLEMENT FUND TO PROVIDE CASH PAYMENTS TO CLASS |
| 09:45AM | 19 | MEMBERS WHO SUBMIT A VALID CLAIM FORM. |
| 09:45AM | 20 | MAYBE -- CAN WE PUT -- YOU TELL ME, TOO -- "YOU HAVE BEEN |
| 09:45AM | 21 | IDENTIFIED AS A POTENTIAL," IN BOLD OR SOMETHING? |
| 09:45AM | 22 | MR. ZAPALA:  IN THE FIRST PARAGRAPH? |
| 09:45AM | 23 | THE COURT:  WELL, SHOULD WE PUT THAT IN, "WHAT DOES |
| 09:45AM | 24 | THE SETTLEMENT PROVIDE?" CATEGORY ALSO. |
| 09:45AM | 25 | MR. ZAPALA:  YOU WANT TO PUT THAT UNDER "WHO IS |

| | | |
|---|---|---|
| 09:45AM | 1 | INCLUDED?" |
| 09:45AM | 2 | THE COURT:  "WHAT THE SETTLEMENT PROVIDES." |
| 09:46AM | 3 | MR. ZAPALA:  GOT IT. |
| 09:46AM | 4 | THE COURT:  MY SENSE IS THAT IF YOU ATTACH THE |
| 09:46AM | 5 | POSSIBILITY THAT THEY ARE A PLAINTIFF, A VALID CLAIMANT NEXT TO |
| 09:46AM | 6 | THE $32 MILLION, THAT PROBABLY GETS SOME ATTENTION. |
| 09:46AM | 7 | MR. ZAPALA:  GOT IT.  WE'LL MAKE THAT CHANGE, |
| 09:46AM | 8 | YOUR HONOR.  THANK YOU. |
| 09:46AM | 9 | THE COURT:  JUST OWING TO HUMAN NATURE. |
| 09:46AM | 10 | MR. ZAPALA:  YEAH. |
| 09:46AM | 11 | THE COURT:  THOSE WERE REALLY THE ONLY SUGGESTIONS |
| 09:46AM | 12 | THAT I HAD. |
| 09:46AM | 13 | THE OPT-OUT TIME PERIOD AND THE TIME TO OBJECT. |
| 09:46AM | 14 | MR. ZAPALA:  YES, THAT'S SET FORTH IN OUR MOTION ON |
| 09:46AM | 15 | PAGE 24 WHICH WOULD BE CUED OFF OF 104 DAYS.  I KNOW IT SOUNDS |
| 09:46AM | 16 | LIKE A STRANGE NUMBER, BUT 104 DAYS FROM THE PRELIMINARY |
| 09:46AM | 17 | APPROVAL ORDER, WHICH IS REALLY ROUGHLY TWO MONTHS FROM WHEN |
| 09:46AM | 18 | THIS GOES OUT.  WE WANT TO HAVE ENOUGH TIME THAT NOTICE GOES |
| 09:46AM | 19 | OUT.  YOU KNOW, YOU'LL WANT AN OBJECTION EXCLUSION DEADLINE TO |
| 09:47AM | 20 | WHEN NOTICE WENT OUT BECAUSE IT DOESN'T GIVE PEOPLE ENOUGH TIME |
| 09:47AM | 21 | TO CONSIDER WHEN THEIR OPTIONS ARE.  SO NOTICE GOES OUT AND |
| 09:47AM | 22 | THERE'S A TWO-MONTH PERIOD, A LITTLE OVER A TWO-MONTH PERIOD |
| 09:47AM | 23 | FOR PEOPLE TO CONSIDER THE SETTLEMENT, CONSIDER WHETHER THEY |
| 09:47AM | 24 | WANT TO REMAIN PART OF THE SETTLEMENT, AND CONSIDER WHETHER |
| 09:47AM | 25 | THEY WANT TO OBJECT OR OPT OUT. |

09:47AM 1    OBVIOUSLY IN THE INTERIM, THE MOTION FOR ATTORNEYS' FEES

09:47AM 2    WILL BE FILED BEFORE THAT SO THEY CAN SEE THAT AS WELL AND

09:47AM 3    DETERMINE WHETHER THEY WANT TO OBJECT TO THAT.

09:47AM 4        THE COURT:  OKAY.

09:47AM 5        MR. ZAPALA:  CONSISTENT WITH THE PROCEDURAL GUIDANCE

09:47AM 6    ON CLASS ACTION SETTLEMENTS IN THE NORTHERN DISTRICT.

09:47AM 7        THE COURT:  GREAT.  WELL, THOSE WERE THE ONLY

09:47AM 8    QUESTIONS THAT I HAD.

09:47AM 9        MR. FROST, ANYTHING YOU WOULD LIKE TO ADD, SIR?

09:47AM 10        MR. FROST:  NO, YOUR HONOR, NOTHING FROM DEFENDANTS.

09:47AM 11        THE COURT:  OKAY.  THANK YOU.  ANYTHING FURTHER,

09:47AM 12    MR. ZAPALA?

09:47AM 13        MR. ZAPALA:  NO, YOUR HONOR.  I'M HAPPY TO ANSWER

09:47AM 14    ANY QUESTIONS, BUT, AGAIN, I'M VERY PLEASED THAT WE CAN BRING

09:47AM 15    THIS LITIGATION TO A CLOSE AND TRY TO GET MONEY TO THE CLASS

09:47AM 16    MEMBERS.

09:47AM 17        THE COURT:  GREAT.  OKAY.  WELL, THANK YOU.  THANKS

09:48AM 18    FOR WALKING ME THROUGH THIS AND ANSWERING MY QUESTIONS.

09:48AM 19        I DO FIND THAT RULE 23 FACTORS HAVE BEEN MET HERE FOR

09:48AM 20    PRELIMINARY APPROVAL.  THIS DOES APPEAR TO BE AN APPROPRIATE

09:48AM 21    SETTLEMENT.  IT'S AN ARM'S LENGTH NEGOTIATION.  AS COUNSEL

09:48AM 22    SAID, THERE WERE SUBSTANTIAL MOTION PRACTICE, DISCOVERY

09:48AM 23    PRACTICE IN FRONT OF THE MAGISTRATE JUDGE, AND THE SETTLEMENT

09:48AM 24    DID ARISE FROM CONSIDERABLE TIME SPENT WITH A MAGISTRATE JUDGE.

09:48AM 25    SO I WILL GRANT PRELIMINARY APPROVAL OF THE SETTLEMENT.

09:48AM  1           WHAT DATE SHOULD WE SET THEN FOR FINAL?

09:48AM  2                MR. ZAPALA:  IF I MAY SUGGEST, YOUR HONOR, BECAUSE

09:48AM  3      THE DATES ARE KEYED OFF OF YOUR PRELIMINARY APPROVAL ORDER, WE

09:48AM  4      COULD SUBMIT A NEW PROPOSED ORDER THAT FIXES THOSE DATES --

09:48AM  5                THE COURT:  SURE.

09:48AM  6                MR. ZAPALA:  -- ASSUMING THAT THE PRELIMINARY

09:48AM  7      APPROVAL ORDER IS ENTERED SORT OF THE SAME DAY, OR WHATEVER.

09:48AM  8      SO WE CAN DO THAT THROUGH YOUR WORK PORTAL, IF THAT'S EASIER

09:49AM  9      FOR YOU?

09:49AM  10                THE COURT:  THAT'S FINE.  IF YOU WANT TO SUBMIT

09:49AM  11     SOMETHING OR PREPARE A FORM AND SUBMIT IT, AND THEN WE'LL SIGN

09:49AM  12     IT, AND THEN THE DATES WILL BE FLOWING APPROPRIATELY.

09:49AM  13                MR. ZAPALA:  WE'LL DO THAT.  THANK YOU.

09:49AM  14           AND I THINK WE INCLUDED A PROPOSED ORDER, AND WHAT I'LL DO

09:49AM  15     IS TAKE THAT PROPOSED ORDER AND PUT THE FIXED DATES ON THERE

09:49AM  16     BASED ON TODAY'S DATE.

09:49AM  17                THE COURT:  AND WE'LL CALENDAR IT ON A DATE THAT IS

09:49AM  18     APPROPRIATE FOR OUR CALENDARS AS WELL THAT IS AS CLOSE AS

09:49AM  19     POSSIBLE TO THE TARGET DATE.

09:49AM  20                MR. ZAPALA:  RIGHT.  I THINK WE HAD SET FORTH, AND

09:49AM  21     I'M NOT SURE WHAT THAT WOULD BE, BUT 154 DAYS FROM TODAY WOULD

09:49AM  22     BE THE FINAL APPROVAL HEARING.

09:49AM  23           SO I'M NOT SURE WHAT THAT IS, AND I DON'T KNOW IF THAT'S

09:49AM  24     CONVENIENT FOR THE COURT, BUT WE'LL PUT THAT IN THE PROPOSED

09:49AM  25     ORDER.

09:49AM  1          THE COURT:  THAT'S GREAT.

09:49AM  2          MR. ZAPALA, I JUST WANT TO THANK YOU AND YOUR TEAM, AND,

09:49AM  3    MR. FROST, YOU AND YOUR TEAM FOR REACHING THIS SETTLEMENT.

09:49AM  4          JUST, MR. ZAPALA, IF YOU COULD OFFER YOUR ASSISTANCE IN

09:49AM  5    SETTLING ANY OTHER TELESCOPE CASES, WE WOULD BE GRATEFUL.

09:49AM  6          MR. ZAPALA:  YOUR HONOR, I WOULD BE MORE THAN HAPPY

09:49AM  7    TO DO THAT ONCE WE REACH FINAL APPROVAL, I CAN TURN MYSELF INTO

09:50AM  8    A MEDIATOR AND DO WHATEVER YOU NEED.  I'D BE HAPPY TO WORK FOR

09:50AM  9    FREE ON THAT.

09:50AM  10         THE COURT:  I DON'T KNOW.  IN THE UNIVERSE OF

09:50AM  11   TELESCOPE CASES AND LITIGATION THERE MIGHT BE SOME OTHER STRAY

09:50AM  12   COMMENT FLOATING OUT THERE THAT COULD BENEFIT FROM SOME

09:50AM  13   SUBSTANTIAL GRAVITY.

09:50AM  14         MR. ZAPALA:  I'M READY AND WILLING AND READY TO ROLL

09:50AM  15   UP MY SLEEVES, YOUR HONOR.

09:50AM  16         THE COURT:  GREAT.  THANK YOU.  SEE YOU SOON.  THANK

09:50AM  17   YOU.

09:50AM  18         (COURT CONCLUDED AT 9:50 A.M.)

        19

        20

        21

        22

        23

        24

        25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, RMR, CRR
         CERTIFICATE NUMBER 8074

17

18       DATED:  NOVEMBER 1, 2024

19

20

21

22

23

24

25