1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
       borden@braunhagey.com
3  Andrew Levine, Esq. (SBN: 278246)
       levine@braunhagey.com
4  Yekaterina Kushnir, Esq. (SBN: 350843)
       kushnir@braunhagey.com
5  BRAUNHAGEY & BORDEN LLP
   747 Front Street, 4th Floor
6  San Francisco, CA 94111
   Telephone: (415) 599-0210
7  Facsimile: (415) 276-1808

8  Garrett Biedermann, Esq. *(pro hac vice)*
       biedermann@braunhagey.com
9  BRAUNHAGEY & BORDEN LLP
   118 W 22nd Street, 12th Floor
10 New York, NY 10011
   Telephone: (646) 829-9403
11 Facsimile: (646) 403-4089

12 ATTORNEYS FOR OBJECTORS
   JASON STEELE,
13 PIONEER CYCLING & FITNESS LLP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
|---|---|
| This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| All Indirect Purchaser Actions | **DECLARATION OF MATTHEW BORDEN IN SUPPORT OF CONDITIONAL OBJECTION TO CLASS ACTION SETTLEMENT** |
| | **Compl. Filed:** June 1, 2020<br>**Fourth Am. Compl. Filed:** September 1, 2023<br>**Trial Date:** None Set |

I, Matthew Borden, declare as follows:

1. I am admitted to practice before this Court and am counsel for Jason Steele and Pioneer Cycling & Fitness LLP (together, the "Conditional Objectors"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of Direct Purchaser Plaintiffs' ("DPPs") Notice of Motion and Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the parallel litigation by DPPs, No. 20-cv-3642-EJD (the "DPP Action"), at Dkt. 656, and filed publicly on February 4, 2025 at Dkt. 697-1.

3. Attached as **Exhibit 2** is a true and correct copy of the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-1.

4. Attached as **Exhibit 3** is a true and correct copy of Exhibit 1 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-3.

5. Attached as **Exhibit 4** is a true and correct copy of Exhibit 2 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-4 and filed publicly on February 4, 2025 at 697-2.

6. Attached as **Exhibit 5** is a true and correct copy of Exhibit 3 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-5 and filed publicly on February 4, 2025 at 697-3.

7. Attached as **Exhibit 6** is a true and correct copy of Exhibit 4 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-6 and filed publicly on February 4, 2025 at 697-4.

8. Attached as **Exhibit 7** is a true and correct copy of Exhibit 5 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-7 and filed publicly on February 4, 2025 at 697-5.

9. Attached as **Exhibit 8** is a true and correct copy of Exhibit 6 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-8.

10. Attached as **Exhibit 9** is a true and correct copy of Exhibit 7 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-9 and filed publicly on February 4, 2025 at 697-6.

11. Attached as **Exhibit 10** is a true and correct copy of Exhibit 8 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-10 and filed publicly on February 4, 2025 at 697-7.

12. Attached as **Exhibit 11** is a true and correct copy of Exhibit 9 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-11.

13. Attached as **Exhibit 12** is a true and correct copy of Exhibit 10 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-12.

14. Attached as **Exhibit 13** is a true and correct copy of Exhibit 11 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-13 and filed publicly on February 4, 2025 at 697-8.

15. Attached as **Exhibit 14** is a true and correct copy of Exhibit 12 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset

1  Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-14 and filed
2  publicly on February 4, 2025 at 697-9.

3        16.    Attached as **Exhibit 15** is a true and correct copy of Exhibit 13 to the Declaration of
4  Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
5  Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-15 and filed
6  publicly on February 4, 2025 at 697-10.

7        17.    Attached as **Exhibit 16** is a true and correct copy of Exhibit 14 to the Declaration of
8  Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
9  Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-16 and filed
10 publicly on February 4, 2025 at 697-11.

11       18.    Attached as **Exhibit 17** is a true and correct copy of Exhibit 15 to the Declaration of
12 Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
13 Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-17.

14       19.    Attached as **Exhibit 18** is a true and correct copy of Exhibit 16 to the Declaration of
15 Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
16 Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-18 and filed
17 publicly on February 4, 2025 at 697-12.

18       20.    Attached as **Exhibit 19** is a true and correct copy of Exhibit 17 to the Declaration of
19 Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
20 Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-19 and filed
21 publicly on February 4, 2025 at 697-13.

22       21.    Attached as **Exhibit 20** is a true and correct copy of Exhibit 18 to the Declaration of
23 Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
24 Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-20 and filed
25 publicly on February 4, 2025 at 697-14.

26       22.    Attached as **Exhibit 21** is a true and correct copy of Exhibit 19 to the Declaration of
27 Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
28

Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-21 and filed publicly on February 4, 2025 at 697-15.

23. Attached as **Exhibit 22** is a true and correct copy of Exhibit 20 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-22 and filed publicly on February 4, 2025 at 697-16.

24. Attached as **Exhibit 23** is a true and correct copy of Exhibit 21 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-23 and filed publicly on February 4, 2025 at 697-17.

25. Attached as **Exhibit 24** is a true and correct copy of Exhibit 22 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-24 and filed publicly on February 4, 2025 at 697-18.

26. Attached as **Exhibit 25** is a true and correct copy of Exhibit 23 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-25 and filed publicly on February 4, 2025 at 697-19.

27. Attached as **Exhibit 26** is a true and correct copy of Exhibit 24 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-26 and filed publicly on February 4, 2025 at 697-20.

28. Attached as **Exhibit 27** is a true and correct copy of Exhibit 25 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-27 and filed publicly on February 4, 2025 at 697-21.

29. Attached as **Exhibit 28** is a true and correct copy of Exhibit 26 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset

Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-28 and filed publicly on February 4, 2025 at 697-22.

30. Attached as **Exhibit 29** is a true and correct copy of Exhibit 27 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-29 and filed publicly on February 4, 2025 at 697-23.

31. Attached as **Exhibit 30** is a true and correct copy of Exhibit 28 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-30 and filed publicly on February 4, 2025 at 697-24.

32. Attached as **Exhibit 31** is a true and correct copy of Exhibit 29 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-31 and filed publicly on February 4, 2025 at 697-25.

33. Attached as **Exhibit 32** is a true and correct copy of Exhibit 30 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-32 and filed publicly on February 4, 2025 at 697-26.

34. Attached as **Exhibit 33** is a true and correct copy of Exhibit 31 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-33 and filed publicly on February 4, 2025 at 697-27.

35. Attached as **Exhibit 34** is a true and correct copy of Exhibit 32 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-34 and filed publicly on February 4, 2025 at 697-28.

36. Attached as **Exhibit 35** is a true and correct copy of Exhibit 33 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset

1  Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-35 and filed
2  publicly on February 4, 2025 at 697-29.

3      37.  Attached as **Exhibit 36** is a true and correct copy of Exhibit 34 to the Declaration of
4  Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
5  Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-36 and filed
6  publicly on February 4, 2025 at 697-30.

7      38.  Attached as **Exhibit 37** is a true and correct copy of Exhibit 35 to the Declaration of
8  Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
9  Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-37.

10     39.  Attached as **Exhibit 38** is a true and correct copy of Exhibit 36 to the Declaration of
11 Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
12 Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-38 and filed
13 publicly on February 4, 2025 at 697-31.

14     40.  Attached as **Exhibit 39** is a true and correct copy of Exhibit 37 to the Declaration of
15 Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
16 Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-39.

17     41.  Attached as **Exhibit 40** is a true and correct copy of Exhibit 38 to the Declaration of
18 Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
19 Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-40.

20     42.  Attached as **Exhibit 41** is a true and correct copy of Exhibit 39 to the Declaration of
21 Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
22 Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-41.

23     43.  Attached as **Exhibit 42** is a true and correct copy of Exhibit 40 to the Declaration of
24 Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
25 Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-42.

26     44.  Attached as **Exhibit 43** is a true and correct copy of Exhibit 41 to the Declaration of
27 Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset
28 Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-43.

45. Attached as **Exhibit 44** is a true and correct copy of Exhibit 42 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-44.

46. Attached as **Exhibit 45** is a true and correct copy of Exhibit 43 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-45.

47. Attached as **Exhibit 46** is a true and correct copy of Exhibit 44 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-46.

48. Attached as **Exhibit 47** is a true and correct copy of Exhibit 45 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-47.

49. Attached as **Exhibit 48** is a true and correct copy of Exhibit 46 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-48.

50. Attached as **Exhibit 49** is a true and correct copy of Exhibit 47 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-49.

51. Attached as **Exhibit 50** is a true and correct copy of Exhibit 48 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-50.

52. Attached as **Exhibit 51** is a true and correct copy of Exhibit 49 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-51.

53. Attached as **Exhibit 52** is a true and correct copy of Exhibit 50 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-52.

54. Attached as **Exhibit 53** is a true and correct copy of Exhibit 51 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-53.

55. Attached as **Exhibit 54** is a true and correct copy of Exhibit 52 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 656-54.

56. Attached as **Exhibit 55** is a true and correct copy of Exhibit 53 to the Declaration of Matthew Borden in Support of DPPs' Motion Requesting Financial Assurance and Asset Information, initially filed on November 6, 2024 in the DPP Action at Dkt. 656-55 and filed publicly on February 4, 2025 at 697-32.

57. Attached as **Exhibit 56** is a true and correct copy of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, initially filed in the DPP Action on November 27, 2024 at Dkt. 661 and filed publicly on February 4, 2025 at Dkt. 698-1.

58. Attached as **Exhibit 57** is a true and correct copy of the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-1.

59. Attached as **Exhibit 58** is a true and correct copy of Exhibit 1 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, initially filed in the DPP Action on November 27, 2024 at Dkt. 661-2 and filed publicly on February 4, 2025 at Dkt. 698-2.

60. Attached as **Exhibit 59** is a true and correct copy of Exhibit 2 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, initially filed in the DPP Action on November 27, 2024 at Dkt. 661-3 and filed publicly on February 4, 2025 at Dkt. 698-3.

61. Attached as **Exhibit 60** is a true and correct copy of Exhibit 3 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, initially filed in the DPP Action on November 27, 2024 at Dkt. 661-4 and filed publicly on February 4, 2025 at Dkt. 698-4.

62. Attached as **Exhibit 61** is a true and correct copy of Exhibit 4 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-5.

63. Attached as **Exhibit 62** is a true and correct copy of Exhibit 5 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-6.

64. Attached as **Exhibit 63** is a true and correct copy of Exhibit 6 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-7.

65. Attached as **Exhibit 64** is a true and correct copy of Exhibit 7 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-8.

66. Attached as **Exhibit 65** is a true and correct copy of Exhibit 8 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-9.

67. Attached as **Exhibit 66** is a true and correct copy of Exhibit 9 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-10.

68. Attached as **Exhibit 67** is a true and correct copy of Exhibit 10 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-11.

69. Attached as **Exhibit 68** is a true and correct copy of Exhibit 11 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-12.

70. Attached as **Exhibit 69** is a true and correct copy of Exhibit 12 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, initially filed in the DPP Action on November 27, 2024 at Dkt. 661-13 and filed publicly on February 4, 2025 at Dkt. 698-5.

71. Attached as **Exhibit 70** is a true and correct copy of Exhibit 13 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-14.

72. Attached as **Exhibit 71** is a true and correct copy of Exhibit 14 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, initially filed in the DPP Action on November 27, 2024 at Dkt. 661-15 and filed publicly on February 4, 2025 at Dkt. 698-6.

73. Attached as **Exhibit 72** is a true and correct copy of Exhibit 15 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-16.

74. Attached as **Exhibit 73** is a true and correct copy of Exhibit 16 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-17.

75. Attached as **Exhibit 74** is a true and correct copy of Exhibit 17 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, initially filed in the DPP Action on November 27, 2024 at Dkt. 661-18 and filed publicly on February 4, 2025 at Dkt. 698-7.

76. Attached as **Exhibit 75** is a true and correct copy of Exhibit 18 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-19.

77. Attached as **Exhibit 76** is a true and correct copy of Exhibit 19 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, initially filed in the DPP Action on November 27, 2024 at Dkt. 661-20 and filed publicly on February 4, 2025 at Dkt. 698-8.

78. Attached as **Exhibit 77** is a true and correct copy of Exhibit 20 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-21.

79. Attached as **Exhibit 78** is a true and correct copy of Exhibit 21 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-22.

80. Attached as **Exhibit 79** is a true and correct copy of Exhibit 22 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-23.

81. Attached as **Exhibit 80** is a true and correct copy of Exhibit 23 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-24.

82. Attached as **Exhibit 81** is a true and correct copy of Exhibit 24 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-25.

83. Attached as **Exhibit 82** is a true and correct copy of Exhibit 25 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-26.

84. Attached as **Exhibit 83** is a true and correct copy of Exhibit 26 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-27.

85. Attached as **Exhibit 84** is a true and correct copy of Exhibit 27 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-28.

86. Attached as **Exhibit 85** is a true and correct copy of Exhibit 28 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, initially filed in the DPP Action on November 27, 2024 at Dkt. 661-29 and filed publicly on February 4, 2025 at Dkt. 698-9.

87. Attached as **Exhibit 86** is a true and correct copy of Exhibit 29 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance

and Asset Information, initially filed in the DPP Action on November 27, 2024 at Dkt. 661-30 and filed publicly on February 4, 2025 at Dkt. 698-10.

88. Attached as **Exhibit 87** is a true and correct copy of Exhibit 30 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-31.

89. Attached as **Exhibit 88** is a true and correct copy of Exhibit 31 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-32.

90. Attached as **Exhibit 89** is a true and correct copy of Exhibit 32 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-33.

91. Attached as **Exhibit 90** is a true and correct copy of Exhibit 33 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-34.

92. Attached as **Exhibit 91** is a true and correct copy of Exhibit 34 to the Declaration of Katie Kushnir in Support of DPPs' Reply in Support of Motion Requesting Financial Assurance and Asset Information, filed in the DPP Action on November 6, 2024 at Dkt. 661-35.

93. Attached as **Exhibit 92** is a true and correct copy of DPPs' Opposition to Defendants' Administrative Motion for Leave to File Sur-Reply, filed in the DPP Action on December 9, 2024 at Dkt. 668.

94. Attached as **Exhibit 93** is a true and correct copy of DPPs' Notice of Supplemental Authority in Support of Motion Requesting Financial Assurance and Asset Information, with attachment, filed in the DPP Action on January 16, 2025 at Dkt. 672.

95. Attached as **Exhibit 94** is a true and correct copy of Exhibit 1 to DPPs' Notice of Supplemental Authority in Support of Motion Requesting Financial Assurance and Asset Information, with attachment, filed in the DPP Action on January 16, 2025 at Dkt. 672-1.

96. Attached as **Exhibit 95** is a true and correct copy of DPPs' Notice of Supplemental Authority in Support of Motion Requesting Financial Assurance and Asset Information, with attachment, filed in the DPP Action on February 4, 2025 at Dkt. 696.

97. Attached as **Exhibit 96** is a true and correct copy of Exhibit 1 to DPPs' Notice of Supplemental Authority in Support of Motion Requesting Financial Assurance and Asset Information, with attachment, filed in the DPP Action on February 4, 2025 at Dkt. 696-1.

98. Attached as **Exhibit 97** is a true and correct copy of DPPs' Notice of Supplemental Authority in Support of Motion Requesting Financial Assurance and Asset Information, with attachment, filed in the DPP Action on February 10, 2025 at Dkt. 702.

99. Attached as **Exhibit 98** is a true and correct copy of Exhibit 1 to DPPs' Notice of Supplemental Authority in Support of Motion Requesting Financial Assurance and Asset Information, with attachment, filed in the DPP Action on February 10, 2025 at Dkt. 702-1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 13, 2025                    By:   */s/ Matthew Borden*
                                                    Matthew Borden