FILED

FEB 14 2025 —URT

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: TELESCOPES ANTITRUST       No. 5:20-cv-03639-EJD

LITIGATION

This Document Relates to:

Indirect Purchaser Actions

## OBJECTIONS TO THE SETTLEMENT

National Woodlands Preservation, Inc., a West Virginia corporation, objects to proposed settlement pursuant to Federal Rule of Civil Procedure 23(e)(2)(C)(ii) because the "method of processing class-member claims" and the "proposed method of distributing relief to the class" appears defective with respect to non-individual entities.

Specifically, corporations, business entities, colleges, universities, educational institutions, government agencies, and similar

non-individuals purchased telescopes during the class period.[1] However, neither the physical claim form nor the online claim form provides the ability of an entity to lodge a claim. The form only allows individuals to file a claim. There is no place to lodge a business name.

In addition, the settlement website uses verbiage that infers the settlement is open only to individuals. It states, "Did **you** purchase a telescope from January 1, 2005 to September 6, 2023?" "**You** need to make a desicion [sic] about the settlement. To make the best decision for **yourself**, read on." This infers the settlement is open only to individuals.

Finally, no form of advertising was targeted to the types of institutions and businesses – primarily education and research entities – to provide them notice of the class action or allow them to understand that the class action is open to them and not just individuals.

Therefore, this Court must: (1) Direct modification of the claim form to allow business claims; (2) Direct modification of the website to make it clear that entities can file claims; (3) Direct advertisement and media to businesses such as schools, astrology research centers, planetariums, etc.,

---

[1] During 2019 and 2020, National Woodlands Preservation Inc. purchased two telescopes that are subject to this class action. The purchases were made from distributors of telescopes in West Virginia and not directly from a manufacturer.

and make it clear that institutional and entity claims are allowed; and (4) Expand the deadline for businesses to file claims to provide the same opportunities that businesses had.

Respectfully submitted,

K. Luna

Chief Executive Officer

National Woodlands Preservation Inc.

110 James Street

Hinton WV  25951



In re Telescopes Antitrust Litigation Indirect Purchaser Actions Settlement

File a

Home  Case Documents  Important Dates & Deadlines  Frequently Asked Questions  Contact Information

# Claim Form

*Required Fields

*First Name

*Last Name

*Current Address

Current Address Continued

*City

*Country

| UNITED STATES ⌄ |

*State

| Select ⌄ |

*Zip Code

Telescopes Antitrust Litigation
Settlement Administrator
P.O. Box 301172
Los Angeles, CA 90030-1172

## CEHI

61102158701

CEHI-61102158701

k luna
110 james street
hinton, WV 25951
US

VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

*In re Telescopes Antitrust Litigation Indirect Purchaser Actions*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 5:20-cv-03639-EJD

**Must Be Postmarked No Later Than May 20, 2025**

# Claim Form

COMPLETE AND SIGN THIS FORM AND FILE ONLINE NO LATER THAN **May 20, 2025** AT www.telescopesettlement.com, OR FILE BY MAIL POSTMARKED BY **May 20, 2025**.

Questions? Call 1-833-419-3506 or visit the website, **www.telescopesettlement.com**.

If you wish to receive any payment pursuant to the Settlement Agreement electronically, please submit your claim online at www.telescopesettlement.com.

## CLASS MEMBER INFORMATION:

First Name          M.I.    Last Name

ClaimID from Email or Postcard Notice (if you did not get a notice, leave this blank)

Primary Address

Primary Address Continued

City                                              State    ZIP Code

Email Address

Area Code    Telephone Number

*Failure to add your unique ClaimID, which can be found with your notice or by contacting the Settlement Administrator, will result in denial of your claim. If you received a notice of this Settlement by U.S. mail, your unique ClaimID is on the email or postcard. If you misplaced your notice, please contact the Settlement Administrator at 1-833-419-3506 or admin@telescopesettlement.com.*



| FOR CLAIMS PROCESSING ONLY | OB | CB | DOC | RED |
|---|---|---|---|---|
| | | | LC | A |
| | | | REV | B |

## ELIGIBILITY:

1. Did you purchase one or more Telescopes branded as Celestron, Meade, Orion, Sky-Watcher, or Zhumell from a retailer or distributor from January 1, 2005 to September 6, 2023?

    Yes *(Proceed to Question 2)*     No *(You are not eligible to submit a claim)*

2. If you answered "Yes" to Question 1, please enter your purchase information below:

_____
Make

_____
Model

_____ / _____ / _____
Date of purchase

_____
State of residence at time of purchase

$ _____ . \_\_\_\_
Amount

_____
Name of retailer or distributor where Qualifying Telescope was purchased

**If you purchased more than one telescope, please fill out all the information listed in Question 2 for each purchase on the additional page found at Appendix A or submit your claim online at www.telescopesettlement.com.**

**You do not need to submit receipts or confirming documentation at this time, but counsel for the Settlement Class may require it if an issue arises regarding the validity of your claim.**

## PAYMENT SELECTION:

How would you like to receive your payment? Choose **one** of the following:

> **I wish to receive any payment pursuant to the Settlement Agreement by check at the address in the Class Member Information section.**

**OR**

> **If you wish to receive any payment pursuant to the Settlement Agreement electronically, please submit your claim online at www.telescopesettlement.com.**

This information will be kept confidential by the Settlement Administrator.

## CERTIFICATION AND SIGNATURE:

I declare under penalty of perjury under the laws of the United States of America that the information above is true and correct to the best of my knowledge and that I am authorized to submit this claim. I understand that my claim is subject to audit, review, and validation using all available information.

Signature: _____    Dated (mm/dd/yyyy): _____

Print Name: _____

