National Woodlands Preservation Inc
110 James Street
Hinton WV  25951



PROVIDENCE RI 028
11 FEB 2025 PM 4

RECEIVED
FEB 14 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Clerk
US District Court
280 South 1st Street, Room 2112
San Jose, CA 95113

95113-300897