ZHEN
BOX 366047
SAN JUAN PR 00936

SP 02  32627297

CLERK, US DISTRICT COURT
280 South 1st Street, RM 2112
San Jose CA 95113

**RECEIVED**

FEB 19 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
MADISON WI
PERMIT NO 1480

118225613  58 1.4 LQQ-NF2 95113