Mike Sussman
23200 Camino del Mar #503
Boca Raton, FL 33433
mike.sussman@pm.me

**FILED**

February 13, 2024

**FEB 26 2025**

United States District Court
280 South 1st Street, Room 2112
San Jose, CA 95113

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    In re: Telescopes Antitrust 5:20-cv-03639 EJD

To the Clerk:

I am writing as to the horrendous procedure that people have to go through to file objections and/or a claim in this case. I believe this procedure will result in an extremely low number of objections and claimants.

As to objections, I am not sure of the proper procedure. The website www.telescopesettlement.com simply says: **If you want to opt out or object, you must do so by February 13, 2025.** However, it gives no information where to send the objection, whether it goes to the claims administrator, class counsel, or the clerk. If the Clerk, is it a form, a letter, a motion? I assume the Clerk, so I had to go to the Court's website to get that address. The FAQ page says: **"If you are a member of the settlement class and do not opt out, you can object to the settlement if you do not like it. The deadline to object is February 13, 2025."** Again, no information on how to do an objection. I am sure not many consumers will waste their time trying to navigate the cryptic maze of how to object. The very minimum, the website should explain exactly what a person needs to do to let the Court know if they don't like this settlement. At the very least, they should provide the address to send objections to.

My problem that led to the objection is about the method used to file claims, which is confusing and meant for little work to be done by the administrators of the class action. If you received a claim number, you can file a claim online. But I understand that only a select few have received these claim numbers.

Despite my purchasing a Celestron PowerSeeker 80AZS Telescope about 7 years ago via Target, I did not receive any claim number.

Therefore the website makes me do a paper claim form. To get the paper claim to fill out, the website requires I enter my name and address. The form then comes out in a PDF that I must print. The printable PDF, despite giving the address and name, requires filling in that same information again (name and address). For what? To make it hard. The name and address is already printed on it. Then I must make an envelope and mail that form in.

Then the form asks what kind of payment I would like. I can choose paper check or I can check a box that says, "If you wish to receive any payment pursuant to the Settlement Agreement electronically, please submit your claim online at www.telescopesettlement.com."

SUSSMAN
23200 CAMINO DEL MAR APT 502
BOCA RATON, FL 33433-7157

CLERK US DISTRICT COURT
280 S 1ST ST RM 2112
SAN JOSE CA 95113-3008

LGL5077A05A0AAA.049066.01.02.000000



I am perplexed as to how the second option can be accomplished considering that they did not provide me with a claim number and only gave a small group those numbers.

The question that must be asked is, "Is anyone really going to do this?" I am sure that despite I think 4,000,000 potential claimants, only a teeny tiny fraction is going to do all this circling around. After all, most people do not use postal mail.

If the settlement administrator is trying to avoid fraudulent claims, this is the easy way out. A better way would be to examine claims when multiple claimants share the same address (more claims than would be logical), limit electronic payments to one per Paypal address, one per Zelle address, one per Venmo, etc. (It doesn't make sense for a scammer to try to submit two claims to a single address, it'd be more easy to just submit a claim with multiple telescopes which could be looked at as well).

For that reason, I do not think the settlement should be approved unless Class Counsel takes the necessary steps to correct this absurd objections and claims process to make sure people who want to object can figure it out and those who want to file a claim can easily seek payment without the burden of sending in a form.

I would prefer an electronic payment. However, it refers me back to the website that stops me from filing a claim, so it is not possible. Everyone should receive the same options, such as an easy online form and a choice of payment methods.

Please make Class Counsel do their job and advocate for the class members. I know this CPM law firm thinks their advocacy ends upon receiving a settlement and at that time they just ignore problems claimants have or actually attack their claimants. I read a lot of bad things about how they mistreat people who complain. This shouldn't be. They need to focus their energy on fixing things, working with the claimants who have better ideas than they do, having better claims management software, etc.

Thank you for your time and help in making class actions great again.

Very truly yours,

Mike Sussman

LGL5077A05A0AAA.049066.02.02.000000