**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

|  |  |
|---|---|
| **IN RE TELESCOPES ANTITRUST LITIGATION** | **Case No. 5:20-cv-03639-EJD**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ANGELIQUE DIZON RE: NOTICE PROCEDURES** |

1

I, Angelique Dizon, declare and state as follows:

1.      I am a Senior Project Manager with Verita Global, LLC ("Verita") f/k/a KCC Class Action Services, LLC ("KCC") located at 1 McInnis Parkway, Suite 250, San Rafael, CA 94903. Pursuant to the Preliminary Approval Order dated September 16, 2024, the Court appointed Verita as the Settlement Administrator in connection with the proposed Settlement in the above-captioned Action. I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

## CLASS MEMBER LIST

2.      On April 26, 2024, Verita received from Class Counsel 13 data files containing a total of 422,924 records.

3.      Verita identified and removed a total of 282,447 records from the Class Member List. These records were removed as they were either a duplicative of other records (based on name and address) or had missing contact information. A total of 140,477 records remained in the Class Member List.

4.      Verita withheld 708 records from the mailing of the Settlement Notice but maintained them in the Class Member List.  These 708 records were withheld because they either had incomplete address or an invalid e-mail address.  This left 139,769 records in the Class Member List to whom Verita mailed and/or emailed the Settlement Notice of the proposed Settlement.

5.      Next, Verita caused the addresses in the Class Member List to be updated using the National Change of Address database ("NCOA") maintained by the U.S. Postal Service ("USPS"). A total of 15,353 addresses were found and updated via NCOA. Verita updated its proprietary database and prepared a data file for the mailing of the Settlement Notice by email and email.

## MAILING AND EMAILING OF THE SETTLEMENT NOTICE

6.      On December 13, 2024, Verita caused the Postcard Notice to be printed and mailed to the 84,661 names and mailing addresses in the Class Member List.  A true and correct copy of

the Postcard Notice is attached hereto as Exhibit A.

7.     After mailing the Postcard Notice to the Class Members, as of the date of this declaration, Verita received 8,439 Postcard Notices returned by the USPS with undeliverable addresses.  Through credit bureau and/or other public source databases, Verita performed address searches for these undeliverable Postcard Notices and found updated addresses for 3,326 Class Members.  Verita promptly re-mailed Postcard Notices to the found new addresses.

8.     Accordingly, as of the date of this declaration, Verita's records indicate that 76,222 of the 84,661 mailed Postcard Notices were successfully mailed to Class Members.

9.     On December 13, 2024, Verita also e-mailed the Settlement Notice to 55,675 names with e-mail addresses available. The E-mail Notice was successfully delivered to 47,026 Class Members. A true and correct copy of the E-mail Notice is attached hereto as Exhibit B.

## PRESS RELEASE, PUBLICATION NOTICE, AND DIGITAL MEDIA CAMPAIGN

10.     Verita caused a press release to be distributed via PR Newswire on December 13, 2024. The press release was distributed via PR Newswire's US1 National Newsline and included syndicated distribution via AP News. A true and correct copy of the press release is attached hereto as Exhibit C.

11.     Verita also purchased a sponsored post published on December 13, 2024, via Sky & Telescope Facebook, a banner ad that appeared in the December 13, 2024 Sky & Telescope weekly newsletter, and 100,000 impressions that were distributed on Sky & Telescope Website (skyandtelescope.org). A total of 190,048 impressions were delivered, resulting in an additional 90,048 impressions at no extra charge. Confirmation of the publication notice as it appeared in sponsored post, newsletter, and on skyandtelescope.org is attached hereto as Exhibit D.

3

12.     In addition, Verita purchased 23,850,000 impressions to be distributed programmatically via various websites and mobile apps, as well as on Facebook, Instagram, Reddit and Google Search, from December 13, 2024, through February 10, 2025. The impressions were targeted at adults 18 years of age or older who have likely purchased telescopes, demonstrated an online interest in Celestron, telescopes, astronomy, stargazing, sky/star maps, astrophotography, astroimaging, telescope accessories, or astronomical accessories, and/or used stargazing apps and sky guides, where available. A total of 25,534,471 impressions were delivered, resulting in an additional 1,684,471 impressions at no extra charge. Confirmation of the digital media notices as they appeared on a variety of websites and on Facebook, Instagram, Reddit, and Google Search is attached hereto as Exhibit E.

13.     Verita estimates that the Notice Plan reached at least 80% of potential class members.

### SETTLEMENT WEBSITE

14.     On December 11 2024, Verita established a website [www.telescopesettlement.com] dedicated to this proposed settlement to provide information to potential Class Members and to answer frequently asked questions. The website URL was set forth in the Postcard Notice, Email Notice, Long-Form Notice, and Claim Form. Visitors to the website can download copies of the Long-Form Notice, Claim Form, Settlement Agreement and other case-related documents. Visitors can also submit claims online (assuming they had a claim number) and/or download a copy of the Claim Form to submit (if they did not have a claim number or simply wanted to submit a Claim Form by mail). As of February 21, 2025, the website has received 2,182,469 visits.

### TELEPHONE HOTLINE AND EMAIL ADDRESS

15.    Verita established and will continue to maintain a toll-free telephone number (1-833-419-3506) and an email address [admin@telescopesettlement.com] for potential Class Members to contact the Settlement Administrator to obtain information about the Settlement, and/or request a Long Form Notice and Claim Form.  The telephone hotline became operational on December 11, 2024, and is accessible 24 hours a day, 7 days a week.

16.    On February 19, 2025, Verita also established an additional telephone hotline (1-866-568-7713) for potential Class Members to contact the Settlement Administrator to request a claim number in the event that they want to file a claim online.

## **CLAIM FORMS**

17.    Verita conducted a thorough and comprehensive analysis for fraud and misuse. Verita used a variety of proprietary methods to flag submissions as suspected fraud. Verita reviewed the claim data for patterns in submission material, for example, name, email address, and physical address data to support identifying unique individuals. Verita also employs various technical and metadata analyses to identify potentially fraudulent claims. Claims identified as potentially fraudulent are not automatically excluded; rather, they are evaluated further by Verita.

18.    A review of potentially fraudulent claims such as this is common in cases where filing a claim does not require proof of purchase. In such cases, it is impossible to fully deter fraud and duplication without deterring people who are entitled to compensation from filing a claim. Accordingly, Verita has developed review processes to identify and eliminate fraud and duplication from claims filed. The comprehensive review completed by Verita is essential to identify potentially duplicative claims without excluding valid claims.

19.    Verita has received 76,884 claims that have provisionally been cleared of fraud and misuse. This represents approximately 2% of the 4 million potential settlement class members.

5

20.     Entities could always file claims by using the "First Name" or "Last Name" field of the claim form. Verita has added an additional "Name of Entity" field.

21.     To date approximately 67 claims have been submitted by entities.

22.     On February 27, 2025. Verita added a "Name of Entity" field to the online and paper claim forms.

23.     All claims, whether submitted online or by mail, are subject to the same vetting process.

24.     Verita has responded to 115 requests for a claim numbers and typically generates them once a week.

25.     On February 19, 2025, Verita initiated a dedicated toll-free hotline potential claimants could call to have a claim number generated. Thus far, this hotline has been used to issue 115 claim numbers. The hotline language reads "If you wish to file a claim online but have not received a claim code, please call 866 568 7713 to speak to the Settlement Administrator about generating one." It is featured on both the website's homepage and in the FAQs regarding how to make a claim.

26.     Issuing paper checks to claimants who submit paper forms is Verita's preferred procedure for distributing settlement funds because, in Verita's experience, when claimants handwrite their Venmo or PayPal account information, unclear handwriting can render Verita unable to get the payment to the correct account.

27.     While processing claims, none will be denied solely because a claimant lists a non-repealer state as the state of residence. If a non-repealer state is listed, Verita will follow up with the claimant to determine the state in which a purchase was made. To more efficiently gather this information, Verita added a "State in which purchase was made" line to the claim forms. For the

6

remaining claims period, all potential claimants will be asked for both their state of residence and state of purchase. If Verita has any questions about the purchase location of previously filed claims, they will contact claimants to confirm.

28.    While processing claims, none will be denied solely because a claimant lists a non-repealer state as the state of residence. If a non-repealer state is listed, Verita will follow up with the claimant to determine the state in which a purchase was made. To more efficiently gather this information, Verita, at counsel's direction, added a "State in which purchase was made" line to the claim forms.

### REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

29.    The Notice informs Class Members that any request for exclusion from the Settlement Class must be postmarked no later than February 13, 2025.  As of the date of this declaration, Verita has received 12 requests for exclusion.

### OBJECTIONS TO THE SETTLEMENT

30.    The receipt deadline for Class Members to object to the settlement was on February 13, 2025. The Notice informs Class Members to file objections with the Court. As of the date of this declaration, Verita has received 5 objections to the settlement.

### CONTACT WITH POTENTIAL CLASS MEMBERS

31.    On Friday, February 7, 2025 at 4:01PM, objector Elman Barnes submitted an inquiry to Verita regarding his "dissatisfaction with the way that the settlement website does not allow claimants that do not have a claim ID to file a claim online." Within eight minutes, Verita responded that it has received his complaint and forwarded to the relevant parties. One week later, on February 14, 2025, Verita issued Barnes a claim number, encouraged him to submit a claim, and provided a link to the settlement website. On February 15, 2025, Verita confirmed that Barnes filed

7

a claim online.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2025 at San Rafael, California.

_____
Angelique Dizon

DECLARATION OF ANGELIQUE DIZON RE: NOTICE PROCEDURES

# Exhibit A

# Court-Approved Legal Notice



This is an important notice about
a class action lawsuit.



VISIT THE
SETTLEMENT
WEBSITE BY
SCANNING
THE PROVIDED
QR CODE

# CEHI

*Telescopes Antitrust Litigation*
Settlement Administrator
P.O. Box 301172
Los Angeles, CA 90030-1172



Postal Service: Please Do Not Mark Barcode

CEHI: ClaimID: «ClaimID»
«First1» «Last1»
«CO»
«Addr1» «Addr2»
«City», «St»  «Zip»
«Country»



United States District Court
*In Re Telescopes Antitrust Litig. Indirect Purchaser Actions*
Case No. 5:20-cv-03639-EJD

## Class Action Settlement
*Authorized by the U.S. District Court*

| | | | | | |
|---|---|---|---|---|---|
| **Did you purchase a telescope from January 1, 2005 to September 6, 2023?** | |  | **There is a $32,000,000 settlement of a lawsuit.**<br><br>**You may be entitled to money.** |  | **To be part of this settlement, you can respond by May 20, 2025.**<br><br>**You can visit www.telescopesettlement.com to learn more.** |

**Key Things to Know:**

- This is an important legal document.

- If you take no action, any ruling from the court will apply to you, and you will not be able to sue Synta Tech. Corp. of Taiwan; Suzhou Synta Optical Tech. Co. Ltd.; Nantong Schmidt Opto-Electrical Tech. Co. Ltd.; Synta Canada Intl. Ent. Ltd.; Pacific Telescope Corp.; Olivon Mfg. Co. Ltd.; SW Tech. Corp.; Celestron Acquisition, LLC; Olivon, USA LLC; Dar Tson ("David") Shen; Joseph Lupica; Dave Anderson; Jean Shen; Sylvia Shen; Jack Chen; Laurence Huen; and Corey Lee about the same issues.

- If you have questions or need assistance, please call 1-833-419-3506.

- You can learn more at www.telescopesettlement.com or by scanning the QR code.

# Exhibit B

This is a Court-Approved Legal Notice about a Class Action Lawsuit.

# If you purchased a telescope from January 1, 2005 to September 6, 2023, you *may* be entitled to a payment from a $32 million class action settlement.

Dear <<First1>> <<Last1>>,

| YOUR CLAIM ID | <<ClaimID>> |
|---|---|
| YOUR PIN | <<PIN>> |
| USE THESE UNIQUE NUMBERS WHEN FILING YOUR CLAIM FORM ||

Visit **www.telescopesettlement.com** to learn more or to file a Claim Form online.

**You have been identified as a potential member of a class action Lawsuit that could affect your rights, and you may be eligible to receive a payment from a settlement.**

A settlement has been proposed by the Indirect Purchaser Plaintiffs in a class action lawsuit against Synta Technology Corp. of Taiwan; Suzhou Synta Optical Technology Co. Ltd.; Nantong Schmidt Opto-Electrical Technology Co. Ltd.; Synta Canada International Enterprises Ltd.; Pacific Telescope Corp.; Olivon Manufacturing Co. Ltd.; SW Technology Corporation; Celestron Acquisition, LLC; Olivon, USA LLC; Dar Tson ("David") Shen; Joseph Lupica; Dave Anderson; Jean Shen; Sylvia Shen; Jack Chen; Laurence Huen; and Corey Lee ("Settling Defendants and Co-Conspirators"). The other, non-settling, defendants and co-conspirators are Ningbo Sunny Electronic Co. Ltd.; Sunny Optical Technology Co., Ltd.; Meade Instruments Corp.; Sunny Optics Inc.; Wenjun "Peter" Ni; and Wenjian Wang. The lawsuit claims defendants and co-conspirators (1) unlawfully divided the consumer telescopes market and fixed prices for consumer telescopes, and (2) unlawfully attempted to monopolize and conspired to monopolize the consumer telescope market in the United States. The settlement resolves the Indirect Purchaser Plaintiffs claims against the Settling Defendants and Co-Conspirators only.

**Who is included?**

**Records collected during the litigation indicate that you might be covered by the settlement.** The settlement includes all persons and entities in the Indirect Purchaser States who, from January 1, 2005 to September 6, 2023, purchased one or more Telescopes from a distributor (or from any entity other than a defendant) that any defendant or alleged co-conspirator manufactured ("settlement class members"). Indirect Purchaser States include Arizona, Arkansas, California, Connecticut, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin.

"Telescopes" refers to optical instruments that magnify and enhance the view of faraway objects, and does *not* include other optical instruments not marketed as telescopes, such as binoculars, siting scopes, microscopes, etc. Typically, such telescopes were branded Celestron, Orion, Skywatcher, Zhumell, or Meade.

**What does the settlement provide?**

**You have been identified as a potential member of a class action Lawsuit that could affect your rights, and you may be eligible to receive a payment from a settlement.** The Settling Defendants have agreed to create a $32,000,000 settlement fund to provide cash payments to settlement class members who submit a valid Claim Form.

**What are my options?**

You may (1) participate in the settlement and receive your portion of the settlement fund, (2) request to exclude yourself from the settlement, or (3) object to the settlement.

Participate in the Settlement. If you wish to participate in the settlement and receive your portion of the settlement fund, you must complete and submit a Claim Form by **May 20, 2025**. Claim Forms are available and may be filed online at www.telescopesettlement.com. You can also visit the website to have a paper Claim Form mailed to you.

**CLICK HERE TO FILE YOUR CLAIM FORM**

Exclude Yourself from the Settlement. If you do not want to be legally bound by the settlement, you must exclude

yourself by **February 13, 2025**. Unless you exclude yourself from the settlement, you will not be able to sue the Settling Defendants and Co-Conspirators for any claim released by the Settlement Agreement. Instructions on how to exclude yourself from the settlement are available at www.telescopesettlement.com.

Object to the Settlement. If you wish to object to the settlement, you must file or mail a written objection with the Clerk of the Court. If you wish to appear at the Court hearing to determine the fairness of the settlement, you must notify the Court that you or your lawyer intend to appear at the Court's fairness hearing. Objections are due **February 13, 2025**. Instructions on how to object to the settlement are available at www.telescopesettlement.com.

**The Court's Fairness Hearing.**

The Court will hold a fairness hearing in this case (*In Re Telescopes Antitrust Litig. Indirect Purchaser Actions*, No. 5:20-cv-03639-EJD) on April 3, 2025, at 9:00 a.m. At this hearing, the Court will decide whether to approve: (1) the settlement; (2) Interim Co-Lead Counsel's request for up to a third of the settlement fund in attorneys' fees and expenses along with proportional interest that accumulates on the Settlement Fund; and (3) a $3,000 service award to each Named Plaintiff. You may appear at the hearing, but you do not have to. You also may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

**WANT MORE INFORMATION?**

Visit www.telescopesettlement.com, email admin@telescopesettlement.com, call 1-833-419-3506, or write to *Telescopes Antitrust Litigation* Settlement Administrator, P.O. Box 301172, Los Angeles, CA 90030-1172.

# Exhibit C

# If you purchased a telescope from January 1, 2005 to September 6, 2023, you may be entitled to a payment from a $32 million class action settlement.

---

NEWS PROVIDED BY

**Cotchett, Pitre & McCarthy, LLP, Lieff Cabraser Heimann & Bernstein LLP, and Susman Godfrey L.L.P.** ➞

Dec 13, 2024, 08:00 ET

---

**Visit www.telescopesettlement.com to learn more or to file a Claim Form online**

SAN JOSE, Calif., Dec. 13, 2024 /PRNewswire/ -- A settlement has been proposed by the Indirect Purchaser Plaintiffs in a class action lawsuit against Synta Technology Corp. of Taiwan; Suzhou Synta Optical Technology Co. Ltd.; Nantong Schmidt Opto-Electrical Technology Co. Ltd.; Synta Canada International Enterprises Ltd.; Pacific Telescope Corp.; Olivon Manufacturing Co. Ltd.; SW Technology Corporation; Celestron Acquisition, LLC; Olivon, USA LLC; Dar Tson ("David") Shen; Joseph Lupica; Dave Anderson; Jean Shen; Sylvia Shen; Jack Chen; Laurence Huen; and Corey Lee ("Settling Defendants and Co-Conspirators"). The other, non-settling, defendants or co-conspirators are Ningbo Sunny Electronic Co. Ltd.; Sunny Optical Technology Co., Ltd.; Meade Instruments Corp.; Sunny Optics Inc.; Wenjun "Peter" Ni; and Wenjian Wang (collectively, "Non-Settling Defendants and Co-Conspirators"). The lawsuit claims defendants and co-conspirators (1) unlawfully divided the consumer telescopes market and fixed prices for consumer telescopes, and (2) unlawfully attempted to monopolize and conspired to monopolize the consumer telescope market in the United States. The settlement resolves the Indirect Purchaser Plaintiffs' claims against the Settling Defendants and Co-Conspirators only.

**Who is included?** The settlement includes all persons and entities in the Indirect Purchaser States who, from January 1, 2005 to September 6, 2023, purchased one or more Telescopes from a distributor (or from any entity other than a defendant) that any defendant or alleged co-conspirator manufactured ("Settlement Class Members"). "Indirect Purchaser States" include Arizona, Arkansas, California, Connecticut, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, West Virginia, and Wisconsin.

"Telescopes" refers to optical instruments that magnify and enhance the view of faraway objects, and does not include other optical instruments not marketed as telescopes, such as binoculars, siting scopes, microscopes, etc. Typically, such telescopes were branded Celestron, Orion, Skywatcher, Zhumell, or Meade.

**What does the settlement provide?** The Settling Defendants have agreed to create a $32,000,000 settlement fund to provide cash payments to Settlement Class Members who submit a valid Claim Form.

**What are my options?** You may (1) participate in the settlement and receive your portion of the settlement fund, (2) request to exclude yourself from the settlement, or (3) object to the settlement.

<u>Participate in the Settlement</u>. If you wish to participate in the settlement and receive your portion of the settlement fund, you must complete and submit a Claim Form by May 20, 2025. Claim Forms are available and may be filed online at **www.telescopesettlement.com**. You can also visit the website to have a paper Claim Form mailed to you. A claim may be made regardless of whether you purchased a telescope manufactured by a Settling Defendant or a Non-Settling Defendant or Co-Conspirator.

<u>Exclude Yourself from the Settlement</u>.  If you do not want to be legally bound by the settlement, you must exclude yourself by February 13, 2025. Unless you exclude yourself from the settlement, you will not be able to bring your own lawsuit against the Settling Defendants and Co-Conspirators for any claim released by the settlement agreement. Instructions on how to exclude yourself from the settlement are available at **www.telescopesettlement.com**.

<u>Object to the Settlement</u>. If you wish to object to the settlement, you must file or mail a written objection to the Clerk of the Court.  If you wish to appear at the Court hearing to determine the fairness of the settlement, you must notify the Court that you or your lawyer intend to appear at the Court's fairness hearing. Objections must be filed or postmarked by February 13, 2025. Instructions on how to object to the settlement are available at **www.telescopesettlement.com**.

**The Court's Fairness Hearing.** The Court will hold a fairness hearing in this case (*In Re Telescopes Antitrust Litig. Indirect Purchaser Actions*, No. 5:20-cv-03639-EJD) on April 3, 2025, at 9:00 a.m. At this hearing, the Court will decide whether to approve: (1) the settlement; (2) Interim Co-Lead Counsel's request for up to $10.66 million in attorneys' fees along with proportional interest that accumulates on the settlement fund; (3) Interim Co-Lead Counsel's request for reimbursement of litigation expenses not to exceed $1.5 million; and (3) a $3,000 service award for each named class representative. You may appear at the hearing, but you do not have to. You also may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

**Want more information?** Visit **www.telescopesettlement.com**, email **admin@telescopesettlement.com**, call 1-833-419-3506 or write to *Telescopes Antitrust Litigation* Settlement Administrator, P.O. Box 301172, Los Angeles, CA 90030-1172.

SOURCE Cotchett, Pitre & McCarthy, LLP, Lieff Cabraser Heimann & Bernstein LLP, and Susman Godfrey L.L.P.

# Exhibit D

Having trouble viewing this email? {Click here to read it on the Web.}

Read news from the world of astronomy for the week of December 13, 2024.

# SKY&TELESCOPE
## WEEKLY UPDATE

Subscribe to Sky & Telescope

This week in the world of astronomy, explore an the unexpectedly crowded asteroid belt. Plus, watch the Geminid Meteor Shower despite the bright Moon. And discover a fluffy, shrinking exoplanet similar to Neptune.



### JWST Shows Unexpectedly Crowded Asteroid Belt

A new view of archival Webb telescope data reveals small asteroids in the main asteroid belt are more numerous than we thought.

Read More



### The Webb Telescope Reveals a "Featherweight Giant" Planet

When JWST looked at what was supposed to be a hot Jupiter, it found something else instead: a fluffy, shrinking planet that's more like Neptune.

Read More



If you purchased a telescope from January 1, 2005 to September 6, 2023, you *may* be entitled to a payment from a $32 million class action settlement.

**LEARN MORE**

TelescopeSettlement.com



# Observing Highlights



## This Week's Sky at a Glance, December 13 – 22

The Moon, a day from full, shines above Jupiter and Aldebaran at nightfall and lower left of the Pleiades. As the evening grows late, this whole arrangement climbs higher and rotates clockwise. By about 11 p.m. the Pleiades will be right of the Moon.

**Read More**



## Don't Let the Bright Moon Ruin Your Geminids

It's a tough year for the Geminids. But that doesn't mean you have to hang up your coat and retreat indoors.

**Read More**



## December Podcast: Jupiter

It's going to be a fun month for planet-watching, and you can count on the month's Sky Tour episode to tell you where and when to catch the five "wandering stars" that you can see by eye.
Presented by: **Celestron**.

**Read More**

# Community



### Winter Stargazing: A Journey Through the Night Sky

On December 20th at 6:30 PM, ET, Hamptons Observatory's Senior Educator, William Francis Taylor, MSc, will present a free, hybrid lecture.

**Read More**




### Annals of the Deep Sky Volume 11

We've added a new star to our cluster! Volume 11 of Willmann-Bell's beloved Annals of the Deep Sky series is now available on Shop@Sky!

**Read More**



### Discover It All With Nautilus – Free Newsletter

Nautilus dives headfirst into a breadth of topics from astronomy to sociology, exploring the connection between science, and culture through expert storytelling. Discover it all when you sign up for the free newsletter.

*This message is a from a trusted S&T partner. It is not affiliated with S&T.*

**Read More**



**Like what you see? Read the digital issue of Sky & Telescope!**



Sky & Telescope | American Astronomical Society | Privacy Policy

American Astronomical Society | 1667 K Street NW Suite 800 | Washington, DC 20006 US

Unsubscribe | Update Profile | Constant Contact Data Notice

Having trouble viewing this email? {Click here to read it on the Web.}

Read news from the world of astronomy for the week of January 3, 2025.

# SKY&TELESCOPE

## WEEKLY UPDATE

**Subscribe to Sky & Telescope**

This week in the world of astronomy, keep up to date on this year's best meteor showers and two lunar eclipses. Plus, don't miss out on watching the Moon occult Saturn if you live in Europe.



### The Best Meteor Showers in 2025

You'll fight a bright Moon to watch August's beloved Perseid meteor shower in 2025. But it should be an excellent year for December's strong Geminid shower.

**Read More**

If you purchased a telescope from **January 1, 2005 to September 6, 2023,** you *may* be entitled to a payment from a $32 million class action settlement.


**LEARN MORE**



**TelescopeSettlement.com**

## Observing Highlights



## This Week's Sky at a Glance, January 3 – 12

Once again the Moon comes around to shine near Venus during and after dusk. These are the two brightest celestial objects after the Sun. They'll be 3° apart at the end of twilight from the East Coast, 4° or 5° apart at dusk on the West Coast.

**Read More**



## Watch Quadrantid Meteors Fly and the Moon Occult Saturn

The annual Quadrantid meteor shower kicks off the new year under moonless skies. European observers will see a Saturn occultation.

**Read More**



## Solar and Lunar Eclipses in 2025

Although no total solar eclipses occur this year, skywatchers can look forward to two total lunar eclipses — including one that will be visible across North America.

**Read More**



## January Podcast: Mars Meets the Moon

Every January millions of us resolve to do something different or better in the coming year. So make a resolution to do more stargazing this coming year!
Presented by: **Celestron**.

**Read More**

## Community



### A Journey to the Cosmic Web

J. Richard Gott, will tell how his high school science project on spongelike polyhedra led him to a new understanding of the large-scale structure of the universe.

**Read More**



### Donate Now for Metal Asteroid Research

Support a greener future with sustainable asteroid mining. Make a tax-deductible donation to the Metal Asteroid Research Fund at The Miami Foundation.

*This message is from Light Bridges, S.L. an advertising partner of* Sky & Telescope.

**Read More**

**Like what you see? Read the digital issue of Sky & Telescope!**



Sky & Telescope | American Astronomical Society | Privacy Policy

American Astronomical Society | 1667 K Street NW Suite 800 | Washington, DC 20006 US

Unsubscribe | Update Profile | Constant Contact Data Notice

# Exhibit E

# Digital Media PoP

*In Re Telescopes Antitrust Litigation*



# GoneOutdoors.com | 728x90





# MoonConnection.com | 728x90


**MOONCONNECTION.com**


If you purchased a telescope from January 1, 2005 to September 6, 2023, you **may** be entitled to a payment from a $32 million class action settlement. TelescopeSettlement.com — LEARN MORE

**Tools, Software**
- **New!** WhatsAbove - Zodiac app for Android
- LunaSolaria: iPhone/Android Mobile Moon App
- QuickPhase Pro - a full featured moon software program
- Moon Phases Calendar - an interactive monthly moon calendar
- Current Moon Phase - full-page, set against a backdrop of stars
- Current Moon Module - add to your website or blog
- Moon's Gravity Calculator - what would you weigh on the moon?


CURRENT MOON
Waning Gibbous
94% of Full
Age: 58%
N HEMISPHERE
moon phases
Want the moon widget on your own website? Click here

**Featured Articles/Pages**
- Moon Phases Explained
- Trading by the Light of the Moon
- Fishing By Moon Phase: Increase Your Catch!
- Hunting By Moon Phase
- Night Photography: Photographing the Moon In The Landscape
- Moon Phase Lesson Plan for Elementary-Age Students
- Moon Glossary: Lunar Terms and Definitions

**Upcoming monthly moon phases:**
- December 2024 moon phases
- January 2025 moon phases
- February 2025 moon phases
- March 2025 moon phases
- April 2025 moon phases
- May 2025 moon phases

**Topic Pages**
| | |
|---|---|
| tides explained | the moon cycle |
| dark side of the moon | lunar eclipse |
| moon facts | solar eclipse |
| apollo missions | lunar eclipse vs. solar eclipse |
| apollo 13 | apogee and perigee |
| apollo 11 | earthshine |
| moon landing hoax? | full moon names |
| moon phase activity | harvest moon |
| astrological moon sign | blue moon |
| the moon diet plan | |
| werewolf diet | |


**LunaSolaria:** Mobile Moon App for iPhone/Android

Full Moon (100%)
Age · 15 days
Brightness
Sign · 10 Aquarius
Distance

**Facebook Page**
Like the moon? Check out our Facebook Page here.



# ScienceAlert.com | 300x250





# SkyAndTelescope.org | 300x600





# Time.com | 300x250





# Weather.com | 300x600





# Google Search | Text Ad

**Sponsored**

 www.telescopesettlement.com/

Purchased a telescope? - $32MM settlement available. - Learn More

Purchased a telescope from Jan. 1, 2005 to Sept. 6, 2023? You may be entitled to a payment from a $32 million class action settlement.



# Facebook Feed | Desktop





veritaglobal.com

# Facebook Feed | Mobile





# Facebook Feed | Stories





# Sponsored Post – Facebook | Sky & Telescope





# Sponsored Post – X | Sky & Telescope





# Instagram Feed | Desktop





# Instagram Feed | Mobile





# Instagram Feed | Stories





# Reddit | Promoted Post





# Thank you

Settlement Administration | Legal Notification

