IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: TELESCOPES ANTITRUST   No. 5:20-cv-03639-EJD

LITIGATION

This Document Relates to:

Indirect Purchaser Actions



**RESPONSE TO MOTION AT ECF ENTRY 404**

Objector K. Luna objects to the motion at ECF Entry 404, which the class received no notice of and the public could only receive via www.courtlistener.com or PACER.

While it's fantastic that Class Counsel now allow corporate claims and repaired the claim form, this did not occur until recently with no notice provided to businesses that they were eligible, and the short time between the form modification and the claims requires judicial

intervention. The website has no banner or instructions as to the change from consumer-only eligibility to a business-eligible litigation.

The claims deadline must be extended, the website updated and made more clear, with advertising done so businesses know they can file.

Respec\tfully submitted,

/S/ K. Luna

K. Luna

Chief Executive Officer

National Woodlands Preservation Inc.

110 James Street

Hinton WV  25951


840141X482X451XPRI
K Luna
National Woodlands Preservation
110 JAMES ST
Hinton, WV 25951

2**************************SNGLP 480

Clerk of Court
United States District Court
450 Golden Gate Ave
San Francisco, CA 94102