Adam J. Zapala (SBN 245748)
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com

Kalpana Srinivasan (SBN 237460)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Lin Y. Chan (SBN 255027)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
lchan@lchb.com

*Settlement Class Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case Nos. 5:20-cv-03639-EJD |
| THIS DOCUMENT RELATES TO:<br><br>All Indirect Purchaser Actions | **DECLARATION OF KALPANA SRINIVASAN IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF THE MOTION FOR FINAL APPROVAL OF SETTLEMENT AND MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS, AND SERVICE AWARDS**<br><br>Dept.: Courtroom 4<br>Judge: Hon. Edward J. Davila<br>Date: April 3, 2025<br>Time: 9:00 AM |

I, Kalpana Srinivasan, declare as follows:

I, Kalpana Srinivasan, am an attorney at Susman Godfrey L.L.P., one of the three firms appointed as Settlement Class Counsel for Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned proceeding. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

I submit this declaration in further support of IPPs' Reply in Support of the Motion for Final Approval of Settlement and Motion for Award of Attorneys' Fees, Reimbursement of Costs, and Service Awards in the above-captioned matter.

1. Since IPPs filed the Final Approval Motion on February 28, 2025, an additional 4,274 claims were submitted, bringing the total thus far to 81,158.

2. On March 11, 2025, Settlement Class Counsel from Susman Godfrey sent a follow up email to objector Elman Barnes, again requesting a time to discuss his objections by phone or Zoom. On March 12, 2025, Barnes indicated that he had not had time to arrange a phone call and informing Settlement Class Counsel that he had mailed a response to the Court regarding his objection. On March 13, 2025, Mr. Barnes's response was posted to the docket. *See* ECF No. 405. On the same day, Settlement Class Counsel responded to Barnes, telling him they would like to discuss the Response and again asking him to "[p]lease let us know a few times next week when you are available for a phone call or Zoom" and that they were "happy to work around your schedule." On March 14, 2025, Mr. Barnes left a voicemail for Settlement Class Counsel and provided a number at which to call him back. Despite multiple attempts to call him back, Settlement Class Counsel have been unable to connect with Mr. Barnes.

3. A Google search by Settlement Class Counsel for "'Elman Barnes' Sacramento" on March 21, 2025, returned zero results.

4. Settlement Class Counsel have not had contact with Direct Purchaser Plaintiff Counsel ("DPP Counsel") since their meet and confer on February 27, 2025. After the meet and confer, the parties exchanged emails. On February 28, 2025, Settlement Class Counsel emailed

DPP Counsel, requesting they confirm "in which state Mr. Steele was living when he made the purchases you claim grant him standing in the IPP Settlement Class and whether he will attest to the same under penalty of perjury" and to "also confirm the date on which Mr. Steele first contacted you to express concerns about IPPs' settlement" or "[i]f DPP counsel made first contact, please provide that date." To date, DPP Counsel has not responded.

5. A true and correct copy of the post-meet and confer email exchange with DPP Counsel is attached as Exhibit A.

6. Objector National Woodlands Preservation, Inc. never responded to the two certified letters requesting to meet and confer that Settlement Class Counsel mailed to the two separate addresses associated with its registered service agents, as described in my original declaration in support of the Final Approval Motion. *See* ECF No. 404-1 at ¶7. A true and correct copy of Settlement Class Counsel's letters are attached as Exhibit B.

7. A Google search by Settlement Class Counsel on March 21, 2025, for "'National Woodlands Preservation' Luna" returned zero results. A Google search for "National Woodlands Preservation" results in only two links: the Settlement website and what appears to be a spam website titled "b2bhint.com."

8. Objector Pat Zhen never responded to Settlement Class Counsel's February 24, 2024, email requesting to meet and confer. A true and correct copy of Settlement Class Counsel's email is attached as Exhibit C.

9. Objector Mike Sussman never responded to Settlement Class Counsel's March 11, 2025, email requesting to meet and confer. A true and correct copy of Settlement Class Counsel's email is attached as Exhibit D.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of March, 2025 in Los Angeles, California.

/s/Kalpana Srinivasan
Kalpana Srinivasan
**SUSMAN GODFREY L.L.P.**

*Settlement Class Counsel for the Indirect Purchaser Plaintiffs*

# Exhibit A

**Tom Boardman**
___

| | |
|---|---|
| **From:** | Tom Boardman |
| **Sent:** | Friday, February 28, 2025 12:54 PM |
| **To:** | Andrew Levine; Noah Hagey; Matt Borden; Katie Kushnir; Garrett Biedermann |
| **Cc:** | Kalpana Srinivasan; Alejandra Salinas; Steven Sklaver; Marc Seltzer; Michael Gervais; Adam Zapala; Elizabeth Castillo; Christian Ruano; Lin Chan |
| **Subject:** | RE: Telescopes - Conditional Objection to IPPs' Proposed Settlement |

Andrew,

We disagree with your inaccurate characterization of our conversation. IPPs expressly declined to engage in several of the topics you describe below because doing so would reveal confidential settlement discussions with the Defendants. Our express refusal to discuss those topics with you is not confirmation of anything and your assertions of what DPPs do or do not understand is not based on anything conveyed by IPP counsel.

Please confirm in which state Mr. Steele was living when he made the purchases you claim grant him standing in the IPP Settlement Class and whether he will attest to the same under penalty of perjury.

Please also confirm the date on which Mr. Steele first contacted you to express concerns about IPPs' settlement. If DPP counsel made first contact, please provide that date.

Tom

Tom Boardman | **Susman Godfrey LLP**
O: (212) 729-2069  C: (415) 298-4627

---

**From:** Andrew Levine <levine@braunhagey.com>
**Sent:** Thursday, February 27, 2025 8:52 PM
**To:** Tom Boardman <TBoardman@susmangodfrey.com>; Noah Hagey <hagey@braunhagey.com>; Matt Borden <borden@braunhagey.com>; Katie Kushnir <kushnir@braunhagey.com>; Garrett Biedermann <Biedermann@braunhagey.com>
**Cc:** Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Alejandra Salinas <ASalinas@susmangodfrey.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Michael Gervais <MGervais@susmangodfrey.com>; Adam Zapala <AZapala@cpmlegal.com>; Elizabeth Castillo <ecastillo@cpmlegal.com>; Christian Ruano <CRuano@cpmlegal.com>; Lin Chan <lchan@lchb.com>
**Subject:** Telescopes - Conditional Objection to IPPs' Proposed Settlement

==EXTERNAL Email==
Tom –

1

To follow up on our call from earlier this afternoon, we understand that IPPs did not seek or obtain any asset discovery from Defendants during settlement discussions, including regarding Defendants' US assets. IPPs also did not request any assurances from Defendants regarding Defendants' ability to pay the settlement amount or whether Defendants have sufficient assets in the US to satisfy both the settlement payment to IPPs and a judgment or settlement in favor of the DPPs.

We also asked whether IPPs would disclose the Confidential Supplemental Agreement or its terms. IPPs refused, but did reveal that the supplemental agreement does address Defendants' assets or provide any assurances concerning Defendants' ability to satisfy the settlement.

Attached is one of the order confirmations for Conditional Objector Jason Steele, which was cited in the Conditional Objection. This document record was produced in discovery at DPP0589956.

We had hoped to address some of the concerns raised in the Conditional Objection through a discussion with IPPs that would provide sufficient assurances that the proposed settlement does compensate the IPP Class at the expense of the DPP Class. As noted in the objection, IPPs would have no claim but for Defendants' overcharge to DPPs. A settlement that compensates one but not the other is not consistent with Rule 23 or the Court's duty to protect the interests of class members.

Regards,
Andrew

Andrew Levine
BRAUNHAGEY & BORDEN LLP
Direct: (415) 599-0207

**San Francisco**
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel. & Fax: (415) 599-0210

**New York**
118 W 22nd Street, 12th Floor
New York, NY 10011
Tel: (646) 829-9403

This message is intended only for the confidential use of the intended recipient(s) and may contain protected information that is subject to attorney-client, work product, joint defense and/or other legal privileges. If you are not the intended recipient, please contact me immediately at the phone number listed above and permanently delete the original message and any copies thereof from your email system. Thank you.

# Exhibit B

SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE AMERICAS | 401 UNION STREET |
| HOUSTON, TX 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

TOM BOARDMAN
DIRECT DIAL (212) 729-2069

E-MAIL tboardman@susmangodfrey.com

February 25, 2025

**<u>VIA CERTIFIED MAIL AND RETURN RECEIPT REQUESTED</u>**

National Woodlands Preservation, Inc.
110 Main St.
Beckley, WV 25801

Re:     Telescopes Antitrust Litigation, No. 20-cv-3639

Dear National Woodlands Preservation:

We are in receipt of your objection to the settlement in *In re Telescopes Antitrust Litigation*, No. 20-cv-3639 (N.D. Cal.). Please contact me at the email or direct line above at your soonest convenience to discuss.

We also write to encourage you to submit a claim. Although entities were always welcome to submit claims using the first or last name fields, the claim forms now include an additional field for "Name of Entity."

Sincerely,



Tom Boardman

## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE AMERICAS | 401 UNION STREET |
| HOUSTON, TX 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Tom Boardman
Direct Dial (212) 729-2069                                                E-Mail tboardman@susmangodfrey.com

February 25, 2025

**VIA CERTIFIED MAIL AND RETURN RECEIPT REQUESTED**

National Woodlands Preservation, Inc.
110 James Street
Hinton, WV 25951

Re:   Telescopes Antitrust Litigation, No. 20-cv-3639

Dear National Woodlands Preservation:

We are in receipt of your objection to the settlement in *In re Telescopes Antitrust Litigation*, No. 20-cv-3639 (N.D. Cal.). Please contact me at the email or direct line above at your soonest convenience to discuss.

We also write to encourage you to submit a claim. Although entities were always welcome to submit claims using the first or last name fields, the claim forms now include an additional field for "Name of Entity."

Sincerely,


Tom Boardman

# Exhibit C

**Tom Boardman**

| | |
|---|---|
| **From:** | Tom Boardman |
| **Sent:** | Monday, February 24, 2025 11:50 AM |
| **To:** | legal@patzhen.com |
| **Cc:** | Kalpana Srinivasan; Alejandra Salinas; Marc Seltzer; Steven Sklaver; Michael Gervais; Chan, Lin Y.; Adam Zapala; Elizabeth Castillo; Christian Ruano |
| **Subject:** | In re Telescopes Antitrust Litig. - Objection |

Mr. Zhen,

We are in receipt of your objection to the settlement in *In re Telescopes Antitrust Litig*. As counsel for the settlement class, we would like to discuss your objections as soon as possible. Please let us know times you are available to meet by phone/Zoom today (2/24) through this Thursday (2/27).


Best,
Tom Boardman


Tom Boardman | Susman Godfrey LLP
O: (212) 729-2069  C: (415) 298-4627

# Exhibit D

# Tom Boardman

| | |
|---|---|
| **From:** | Tom Boardman |
| **Sent:** | Tuesday, March 11, 2025 11:22 AM |
| **To:** | mike.sussman@pm.me |
| **Cc:** | Kalpana Srinivasan; Alejandra Salinas; Marc Seltzer; Steven Sklaver; Michael Gervais; Adam Zapala; Elizabeth Castillo; Christian Ruano; Chan, Lin Y. |
| **Subject:** | In re Telescopes Antitrust Litig., Case No. 20-cv-03639 - Objection |

Mr. Sussman,

We are in receipt of your objection to the settlement in *In re Telescopes Antitrust Litig*. As counsel for the settlement class, we would like to discuss your objections as soon as possible. Please let us know times this week when you are available to meet by phone/Zoom.


Best,
Tom Boardman


Tom Boardman | Susman Godfrey LLP
O: (212) 729-2069  C: (415) 298-4627

1