PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
MADISON WI
PERMIT NO 1480

ZHEN
BOX 366047
SAN JUAN PR 00936

SP 02    32945664

CLERK, US DISTRICT COURT
280 South 1st Street, RM 2112
San Jose CA 95113

RECEIVED -nmc

MAR 26 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

95113

11860814759 1.1 CMFCNF