UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TELESCOPES ANTITRUST
LITIGATION

Case No. 5:20-cv-03639-EJD

**JUDGMENT**

On April 11, 2025, the Court issued its Order Granting Motion for Final Settlement Approval and Order Granting Motion for Attorneys' Fees, Expenses, and Service Awards. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 11, 2025

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California