

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: TELESCOPES ANTITRUST ) No. 5:20-cv-03639-EJD
LITIGATION                    )
                              )

## NOTICE OF APPEAL

The undersigned hereby appeal from the Order (Entry 419) and Judgment (Entry 420) entered on April 11, 2025, to the United States Court of Appeals for the Ninth Circuit.

/// /// ///

/// /// ///

/// /// ///

Respectfully submitted,


--------------------

Pat Zhen
PO Box 366047
San Juan PR  00936
legal@patzhen.com
(787) 523-8040

April 17 2025

*Karla* (signature)

Karla Luna
℅ National Woodlands.
110 James Street
Hinton WV  25951

*[signature]*

Elman Barnes
401 21st St STE R
Sacramento, CA 95811
elmanmethod@theachievementcoaches.com

*[signature]*

Mike Sussman        4/19/25
23200 Camino del Mar #503
Boca Raton, FL  33433
mike.sussman@pm.me