


**PRIORITY MAIL EXPRESS FLAT RATE ENVELOPE — POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL

usps.com  $27.20  US POSTAGE
9481 7301 0935 5000 4280 03 0272 0001 0009 4102

U.S. POSTAGE PAID
Click-N-Ship®
05/02/2025   Mailed from 01604   4916425736679 57

**PRIORITY MAIL EXPRESS®**

MASS MAIL
66 HOUGHTON ST
WORCESTER MA 01604-3996

05/04/2025
Flat Rate Envelope
RDC 07
C004

SIGNATURE REQUIRED

UNITED STATES DISTRICT COURT
CLERK OF COURT
STE 36060
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3489

USPS TRACKING #
9481 7301 0935 5000 4280 03

**PRIORITY MAIL EXPRESS®**
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

RECEIVED
MAY 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP




PS10001000006
EP13F October 2023
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®



**PRIORITY MAIL EXPRESS®**



## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.