UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: TELESCOPES ANTITRUST LITIGATION ) No. 5:20-cv-03639-EJD
)

## AMENDED NOTICE OF APPEAL

WHEREAS, on or about June 23, 2025, the United States District Court for the Northern District of California entered a *void ab initio* amended judgment, without jurisdiction,[1] so therefore, the undersigned hereby appeal[2] from the purported amended judgment (Entry 426), the Order (Entry 419) and original judgment (Entry 420) entered on April 11, 2025, to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

/s/ *Mike Sussman*
Mike Sussman
23200 Camino del Mar #502
Boca Raton, FL  33433
mike.sussman@pm.me

/s/ *Pat Zhen*
Pat Zhen
PO Box 366047
San Juan PR  00936
legal@patzhen.com
787-547-5010

---

[1] As a general matter, the filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982) . It is not "tolerable" to have "a district court and a court of appeals . . . simultaneously analyzing the same judgment," id. at 59, i.e., to have "situations . . . in which district courts and courts of appeals would both have  . . . the power to modify the same judgment," id. at 59-60.

[2] Appellants cannot file a motion for reconsideration of the *void* Order because jurisdiction rests solely with the United States Court of Appeals.