Adam J. Zapala (SBN 245748)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com

Kalpana Srinivasan (Bar No. 237460)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Lin Y. Chan (SBN 255027)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
lchan@lchb.com

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Indirect Purchaser Actions | **Case No. 5:20-cv-03639-EJD**<br><br>**DECLARATION OF ANGELIQUE DIZON IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPEAL BOND** |

**DECLARATION OF ANGELIQUE DIZON IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPEAL BOND; Case No. 5:20-cv-03639-EJD**

Pursuant to 28 U.S.C. §1746, I hereby declare and state as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge unless otherwise indicated.

2. I am the Senior Project Administrator at Verita Global, LLC ("Verita"). Verita is the settlement administrator for the above-captioned litigation.

3. Based on Verita's experience, assuming the appeal duration is 16.5 months, Verita reasonably estimates that it will cost an additional $2,595 per month in settlement administration costs while the appeal is pending, for a total of $42,818 over 16.5 months.

4. That figure includes estimated costs necessary to maintain and administer the class website ($313 monthly), call support ($304 monthly), email handling ($455 monthly), overall case management ($1506 per month) as well as one-time data and form set up costs ($269) and estimated postage ($21).

5. Verita's administration costs are estimated for the purposes of the Indirect Purchaser Plaintiffs' Motion and the estimate is not meant to limit the actual amount of fees and/or costs owed to Verita.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2025 in San Rafael, California.

_____
Angelique Dizon

**DECLARATION OF ANGELIQUE DIZON IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPEAL BOND; Case No. 5:20-cv-03639-EJD**   1