# DECLARATION OF RYAN HALLMAN IN SUPPORT OF INDIRECT PURHCASER PLAINTIFFS' MOTION FOR APPEAL BOND

# (PUBLICALY REDACTED VERSION)