1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION | **Case No. 5:20-cv-03639-EJD** |
| | **DECLARATION OF BRIAN HEDLEY IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPEAL BOND** |
| THIS DOCUMENT RELATES TO: | |
| All Indirect Purchaser Actions | |

I, Brian Hedley, declare as follows:

1.    I am the principal of Hedley and Associates Investigations Inc., a licensed private investigations firm based in Tracy, California. I am a retired law enforcement detective with more than twenty years of experience, including substantial work in complex civil and criminal investigations. I hold California Private Investigator License No. 26268.

2.    I am routinely retained by legal counsel to conduct background investigations, verify identities, and evaluate the legitimacy of businesses and individuals purporting to participate in legal actions. I have personal knowledge of the facts set forth below and, if called to testify, could and would competently testify to their truth.

3.    I submit this Declaration in support of the Indirect Purchaser Plaintiffs ("IPPs")'s Motion for Appeal Bond.

4.    I have extensive experience as a private investigator and a retired law enforcement detective who worked with the San Mateo Police Department for approximately 12 years. In performing investigations, I employ techniques and approaches commonly employed in the industry for such investigations.

5.    I was retained by counsel for IPPs to investigate and verify the identities and legitimacy of certain individuals and entities who submitted objections and ultimately appeals to the proposed class action settlement in the above-captioned matter. Specifically, I was asked to determine whether:

- **Elman Barnes** is a real and verifiable person;

- **National Woodlands Preservation Inc.,** is a bona fide business or nonprofit entity; and

- **Karla Luna**, who purports to act as a representative of "National Woodlands Preservation, Inc.," is a real and verifiable individual.

6.    To perform this investigation, I utilized a combination of proprietary databases, open source intelligence (OSINT), and publicly accessible records, including but not limited to:

- CLEAR (Thomson Reuters);

**DECLARATION OF BRIAN HEDLEY IN SUPPORT OF INDIRECT PURCHASER    1
PLAINTIFFS' MOTION FOR APPEAL BOND; Case No. 5:20-cv-03639-EJD**

- TLOxp ( TransUnion);

- LexisNexis Accurint;

- IRBsearch;

- PACER (Public Access to Court Electronic Records);

- West Virginia Secretary of State;

- TitlePro247 (First American);

- IRS Exempt Organizations Master File;

- West Virginia public court dockets;

- Archival and OSINT (Open Source Intelligence) resources, including social media, nonprofit directories, and archived websites;

- Social media searches, domain registry, WHOIS data, Wayback Machine (internet archive); and

- Additional tools for forensics and telephonic data attribution.

5.    As part of my investigation, I utilized multiple licensed proprietary databases, including TLOxp (TransUnion), CLEAR (Thomson Reuters), and TitlePro247, to verify the subject's address history, property ownership, and possible associates. These databases aggregate billions of public and non-public records from credit headers, utility connections, motor vehicle records, and deed filings. The search was conducted in accordance with all applicable privacy laws, including the DPPA and FCRA.

6.    **Elman Barnes.**  I first researched and investigated a person purporting to be "Elman Barnes." In connection with his objection, "Mr. Barnes" provided a phone number of (916) 234-0780. I conducted a forensic and historical investigation into this number using CLEAR, IRBsearch, and other telephone intelligence tools. I found that:

- No records associate this number with an individual named "Elman Barnes";

- The number is not tied to any residential or business subscriber by that name;

- No utility, voter registration, or directory history connects this number to any person known as "Elman Barnes";

- These databases collectively include millions of verified public records such as address histories, dates of birth, social security numbers, professional licenses, voter registration, utility connections, litigation history, and known associates; and

- A thorough search of federal and state court dockets, including PACER and California Civil Records, revealed no findings, pleadings, or appearances involving an individual named "Elman Barnes."

7.    "Elman Barnes" also provided his alleged email address in connection with his objection and appeals in the above-captioned matter. That email address is: "elmanmethod@theachievementcoaches.com." I have also been informed that in connection with other class action settlements, a person purporting to be named "Elman Barnes" has submitted claims that have been flagged as fraudulent by other claims administrators using the alleged email address of "elmanmethod@phreakmail.com." To ensure a full and robust investigation, I investigated both email addresses, despite "Mr. Barnes" only providing the "theachievementcoaches.com" email address in connection with the above-captioned matter. My findings are as follows:

- Neither email address is connected to any verifiable individual in the public or proprietary databases I searched, much less connected to a person named "Elman Barnes";

- Domain registration records for both domains lack any identifying or traceable registrant data tied to someone named "Elman Barnes";

- No person by the alleged name of "Elman Barnes" appears affiliated with any organization or business under either domain nor does such an organization maintain any professional, nonprofit, or legal footprint that I could locate; and

- There is no publicly verifiable evidence that an individual named Elman Barnes exits or resides at the provided Sacramento address of **401 21ˢᵗ St, Suite R, Sacramento, CA.** The other address that the person purporting to be "Elman Barnes" provided was **1401 21ˢᵗ St, Suite R, Sacramento, CA**. That address comes

**DECLARATION OF BRIAN HEDLEY IN SUPPORT OF INDIRECT PURCHASER**    **3**
**PLAINTIFFS' MOTION FOR APPEAL BOND; Case No. 5:20-cv-03639-EJD**

back registered to a business, "Registered Agents of California," a third-party

registrant service and agent for service of process.

9.      Despite extensive investigation, there is no evidence that "Elman Barnes" is a real,

identifiable person. His claimed phone number, email addresses, and residence are either

untraceable, unverifiable, or contradicted by available records. The name appears to be fictitious

or used as a pseudonym. Based on my investigation, informed by my years of experience as an

investigator employing standards typically employed in my industry, I conclude that there is no

verifiable evidence confirming the existence of an "Elman Barnes" or any legitimate connection to

the objection asserted on behalf of "Elman Barnes." All investigative avenues have been

exhausted.

10.     **National Woodlands Preservation Inc.** I researched and investigated a purported

entity named "National Woodlands Preservation Inc." During the course of my investigation, I

initially located a "Certificate of Existence" for the entity from the West Virginia Secretary of

State. A true and correct copy of that "Certificate of Existence" is attached hereto as **Exhibit A**.

The "Certificate of Existence" is not proof that such an entity actually exists or is legitimately

doing business.

11.     Notwithstanding this pro forma "Certificate of Interest," I nevertheless investigated

the entity further to determine whether it, in fact, exists or is merely fictitious. Aside from the

Certificate of Existence that was filed in 2019, I could find no evidence that this is, or was, a

legitimate entity. I could find, for instance, no actual evidence of operational, charitable, legal, or

other commercial activity. For example, I could find:

- No listing in the IRS Exempt Organizations database;

- No corporate filings, court appearances, contracts, grants, or registered
  employees;

- No telephone number, website, media mentions, or online presence; and

- No physical presence at its stated address, 110 James Street, Hinton, WV 25951,
  which appears to be a shared or noncommercial building with no known business

**DECLARATION OF BRIAN HEDLEY IN SUPPORT OF INDIRECT PURCHASER    4
PLAINTIFFS' MOTION FOR APPEAL BOND; Case No. 5:20-cv-03639-EJD**

signage. Instead, that address is associated with a law firm named Ziegler & Ziegler Law Firm. That law firm appears to have no association with "National Woodlands Preservation, Inc." or a Karla Luna. Although National Woodlands Preservation Inc. exists on paper, it shows no signs of actual activity or functional operations consistent with a real organization.

12.    The Certificate of Existence lists a "K. Luna" as an officer of the entity.

13.    To ensure a robust and full investigation, I also investigated the two addresses listed in the entity's Certificate of Existence: 110 James Street, Hinton, WV; and 110 Main Street, Beckley, WV. I conclude that there is no real association between the "110 James Street" address and "National Woodlands Preservation, Inc." Instead, that address is associated with a law firm named Ziegler & Ziegler. That law firm appears to have no association with "National Woodlands Preservation, Inc." or a Karla Luna.

14.    With respect to the "110 Main Street" address, I have also concluded that there is no real association between that address and "National Woodlands Preservation, Inc." That address is instead the location of a number of law firms and also the location of "West Virginia Registered Agent LLC"—a third-party registered agent service. Aside from the foregoing, the address has no known affiliation with this address and "National Woodlands Preservation Inc." or Karla Luna.

16.    To ensure I conducted a full and robust investigation, I also conducted a full investigation into the person alleging they are CEO of "National Woodlands Preservation, Inc."— a person purporting to be named "Karla Luna." I outline the results of that investigation below:

- The registration lists "K. Luna" as the registered agent through West Virginia Registered Agent LLC., a commercial statutory agent service;

- No person named Karla Luna is connected to the address or entity in any official or operational capacity;

- I find no employee listed with National Woodlands Preservation Inc., beyond a registered agent for service; and

**DECLARATION OF BRIAN HEDLEY IN SUPPORT OF INDIRECT PURCHASER    5**
**PLAINTIFFS' MOTION FOR APPEAL BOND; Case No. 5:20-cv-03639-EJD**

- Searches through CLEAR, Accurint, TLOxp, court records, business directories, nonprofit databases, and social medial failed to identify any Karla Luna linked to any public-facing role, business, or legitimate organization in West Virginia or elsewhere; let alone associated with a fictitious entity named "National Woodlands Preservation, Inc."

17.    Moreover, after my investigation, I have concluded that there is no publicly identifiable person named "Karla Luna" with a legitimate or known connection to an entity named "National Woodlands Preservation Inc.," nor any discernible nonprofit or advocacy presence whatsoever.

18.    Based on the totality of the evidence and based on my years of experience conducting investigations into similar matters, I make the following conclusions:

- "Elman Barnes" is not a real, verifiable person and has provided multiple pieces of fabricated untraceable contact information;

- National Woodlands Preservation Inc. is a non-operational shell entity, with no meaningful existence beyond its state registration; and

- Karla Luna is not identifiable and appears to be a placeholder name used through a commercial agent service with no actual affiliation to the entity she claims to be CEO. Although people named "Karla Luna" exist in the United States, I conclude that "Karla Luna" as a purported CEO of "National Woodlands Preservation, Inc." is not a real, verifiable person.

19.    It is my professional opinion that these individuals and entities' objections are made in bad faith or under false identities and pretenses.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 10th day, July 2025 in Burlingame, California.

/s/ *Brian Hedley*
Brian Hedley

**DECLARATION OF BRIAN HEDLEY IN SUPPORT OF INDIRECT PURCHASER    6
PLAINTIFFS' MOTION FOR APPEAL BOND; Case No. 5:20-cv-03639-EJD**

# EXHIBIT A

6/3/25, 3:21 PM                    WV Secretary of State Business Entity Search

 west virginia



# Business Entity Details

## Main

| | | | | |
|---|---|---|---|---|
| Name: NATIONAL WOODLANDS PRESERVATION INC. | | | Organization Number: 480544 | |
| Type: C | Sec Type: | City: HINTON | Class: P | Ch Type: D |
| Eff Date: 8/16/2019 | Fil Date: 8/16/2019 | Term Date: | Term Reason: | AW/Term: |
| CH County: Lewis | Ch State: WV | Bus Purp: 1153 | Ex Acres: | Term Yrs: |
| Auth Shrs: 500 | Cap Stck: 500.0000 | Status: Active | Par Val: 1.0000 | MGMT: |
| In Compliance: Yes | | | | |

## Addresses

| | Name: | Addr1: 110 JAMES ST. | Addr2: | City: HINTON | State: WV | Zip: 25951 |
|---|---|---|---|---|---|---|
| Principal Office Address: | Name: | Addr1: 110 JAMES ST. | Addr2: | City: HINTON | State: WV | Zip: 25951 |
| Notice of Process Address: | Name: REGISTERED AGENTS, INC. | Addr1: 110 MAIN ST | Addr2: | City: BECKLEY | State: WV | Zip: 25801 |
| Mailing Address: | Name: | Addr1: 110 JAMES ST. | Addr2: | City: HINTON | State: WV | Zip: 25951 |

## Officers

| | | | | | | |
|---|---|---|---|---|---|---|
| Incorporator: | Name: RILEY PARK | Addr1: 110 JAMES ST. | Addr2: | City: HINTON | State: WV | Zip: 25951 |
| President: | Name: K LUNA | Addr1: 110 JAMES ST. | Addr2: | City: HINTON | State: WV | Zip: 25951 |

## DBAs

No Records Found.

## Names

No Records Found.

## Mergers

Privacy • Terms

No Records Found.

## Subsidiaries

No Records Found.

## Amendments

No Records Found.

## Dissolutions

No Records Found.

## Annual Reports

| Filing For | Date Filed |
|---|---|
| 2024 | 4/19/2024 |
| 2023 | 5/16/2023 |
| 2022 | 10/20/2022 |
| 2021 | 2/13/2021 |
| 2020 | 5/3/2020 |

## With this information, you can...

Purchase Certificate of Existence

If you would like to purchase a Certificate of Existence for this business entity, select the button to the left to add the certificate to your shopping cart. You will be assessed a $10.00 fee for each certificate. Click the Shopping Cart link in the upper right corner to complete your order.

Back To Search Results                                                    Search Again