**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| IN RE: TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
|---|---|
| | **DECLARATION OF REASONABLE DILIGENCE FROM A & A LEGAL SERVICE, INC. TO MIKE SUSSMAN** |
| THIS DOCUMENT RELATES TO:<br><br>All Indirect Purchaser Actions | |

**DECLARATION OF REASONABLE DILIGENCE FROM A & A LEGAL SERVICE, INC. TO MIKE SUSSMAN; Case No. 5:20-cv-03639-EJD**

| Attorney or Party without Attorney:<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 650-697-6000   FAX: No: 650-697-0577<br>Attorney for: Plaintiff | | Ref. No or File No.:<br>2975 TELESCOPE A/T | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | |
| Plaintiff: IN re TELESCOPES ANTITRUST LITIGATION<br>Defendant: -- | | | | |
| **DECLARATION OF REASONABLE DILIGENCE** | Hearing Date:<br>Mon, Jul. 28, 2025 | Time:<br>9:00am | Dept/Div: | Case Number:<br>5:20-cv-03639-EJD |

1. I, WAYNE POLLICK, and any employee or independent contractors retained by A & A LEGAL SERVICE, Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness MIKE SUSSMAN as follows:

2. Documents:  SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/27/25 | 9:15am | Home | THE GIVEN ADDRESS IS A CONDO WITH A CALL BOX. GAINED ACCESS INTO THE BUILDING BUT NO RESPONSE AT UNIT DOOR. LEFT CONTACT LETTER. "EISENBAND" ON DIRECTORY AT THE RESIDENCE. CONTACTED THE PROPERTY MANAGER AND SPOKE WITH JARED BOOKMAN. PER THE COMPUTER SYSTEM, THE SUBJECT, MIKE SUSSMAN, IS NOT LISTED AS OWNER OR AS LEASING. Attempt made by: WAYNE POLLICK, Registration #856. Attempt at: 23200 CAMINO DEL MAR, #503  BOCA RATON, FL 33433. |
| Fri | 06/27/25 | 10:45am | Home | I RECEIVED A CALL FROM THE OWNER OF CONDO UNIT AT THE GIVEN ADDRESS. SHE IDENTIFIED HERSELF AS JILL EISENBAND. THE SUBJECT IS UNKNOWN TO HER. Attempt made by: WAYNE POLLICK. Attempt at: 23200 CAMINO DEL MAR, #503  BOCA RATON, FL 33433. |

3. Person Executing
   a. WAYNE POLLICK
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am:
      (i)  Independent Contractor
      (ii) Registration No.:   856

4. I declare under penalty of perjury
   Date: Wed, Jul. 02, 2025

(WAYNE POLLICK)

DECLARATION OF REASONABLE DILIGENCE

6976000.146495