1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD<br><br>**DECLARATION OF REASONABLE DILIGENCE FROM A & A LEGAL SERVICE, INC. TO PAT ZHEN** |
| THIS DOCUMENT RELATES TO:<br><br>All Indirect Purchaser Actions | |

**DECLARATION OF REASONABLE DILIGENCE FROM A & A LEGAL SERVICE, INC. TO PAT ZHEN; Case No. 5:20-cv-03639-EJD**

| Attorney or Party without Attorney:<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 650-697-6000   FAX No: 650-697-0577 | | | | | |
| Attorney for: Plaintiff | | Ref. No or File No.:<br>2975 TELESCOPE A/T | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | | |
| Plaintiff: IN re TELESCOPES ANTITRUST LITIGATION | | | | | |
| Defendant: -- | | | | | |
| DECLARATION OF<br>REASONABLE DILIGENCE | Hearing Date:<br>Mon, Jul. 28, 2025 | Time:<br>9:00am | Dept/Div: | | Case Number:<br>5:20-cv-03639-EJD |

1. I, JEAN M. MERCADO, and any employee or independent contractors retained by A & A LEGAL SERVICE, Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Witness PAT ZHEN as follows:

2. Documents:   SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 06/28/25 | 11:50am | Home | THIS LOCATION IS A GATED CONDOMINIUM COMPLEX KNOWN AS GOLGEN VIEW PLAZA. THERE IS NO SECURITY GUARD. MUST USE INTERCOM SYSTEM TO CONTACT THE DESIRED APARTMENT, AFTER WHICH THE RESIDENT MUST EITHER UNLOCK THE GATE REMOTELY OR COME DOWN TO OPEN IT IN PERSON. GAINED ACCESS INTO COMPLEX BY ANOTHER TENANT OPENING THE GATE. PROCEEDED TO THE ELEVATOR, HOWEVER, ACCESS TO OPERATE THE ELEVATOR REQUIRES A KEY. WAS ABLE TO ACCESS THE ELEVATOR. GOT TO APT. 303 AND KNOCKED BUT GOT NO ANSWER AFTER KNOCKING A COUPLES TIMES. ATTEMPTED TO LOCATE NEARBY NEIGHBORS FOR ADDITIONAL INFORMATION BUT NO ONE WAS PRESENT IN THE VICINITY. Attempt made by: JEAN M. MERCADO. Attempt at: 503 CALLE MODESTA, APT. 303   SAN JUAN, PR 00924. |

Page Number 1
Date: Thu, Jul. 03, 2025

DECLARATION OF REASONABLE DILIGENCE

6976000.146509

| Attorney or Party without Attorney: COTCHETT, PITRE & MCCARTHY, LLP 840 MALCOLM ROAD, STE. 200 BURLINGAME, CA 94010 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 650-697-6000     FAX: No: 650-697-0577 | | | Ref. No or File No.: 2975 TELESCOPE A/T | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court For The Northern District Of California | | | | | |
| Plaintiff: IN re TELESCOPES ANTITRUST LITIGATION | | | | | |
| Defendant: -- | | | | | |
| DECLARATION OF REASONABLE DILIGENCE | Hearing Date: Mon, Jul. 28, 2025 | | Time: 9:00am | Dept/Div: | Case Number: 5:20-cv-03639-EJD |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 07/02/25 | 5:49pm | Home | WAS UNABLE TO GAIN ACCESS INTO THE APARTMENT COMPLEX DUE TO ACCESS RESTRICTIONS. SPOKE WITH THE SECURITY GUARD WHO WAS IN THE BOOTH. ASKED ABOUT THE SUBJECT AND SHE SAID THE NAME OF THE SUBJECT APPEARED ON THE REGISTER, BUT THERE WAS NO PHONE NUMBER TO CALL, AND APARTMENT 303 WAS EMPTY, SO NOBODY LIVED THERE. SHE SAID THAT IT HAS BEEN LIKE THAT SINCE SHE STARTED WORKING THERE 3-1/2 YEARS AGO. Attempt made by: JEAN M. MERCADO. Attempt at: 503 CALLE MODESTA, APT. 303 SAN JUAN, PR 00924. |

3. Person Executing
   a. JEAN M. MERCADO
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am:
   (i) Independent Contractor

4. I declare under penalty of perjury under the laws
   Date: Thu, Jul. 03, 2025

Page Number 2

that the foregoing is true and correct.

(JEAN M. MERCADO)

DECLARATION OF REASONABLE DILIGENCE

6976000.146509