| | |
|---|---|
| 1 | Adam J. Zapala (SBN 245748) |
|   | **COTCHETT, PITRE & McCARTHY, LLP** |
| 2 | 840 Malcolm Road |
|   | Burlingame, CA 94010 |
| 3 | Telephone: (650) 697-6000 |
|   | azapala@cpmlegal.com |
| 4 | |
|   | Kalpana Srinivasan (Bar No. 237460) |
| 5 | **SUSMAN GODFREY L.L.P.** |
|   | 1900 Avenue of the Stars, Ste. 1400 |
| 6 | Los Angeles, CA 90067 |
|   | Telephone: (310) 789-3100 |
| 7 | ksrinivasan@susmangodfrey.com |
| 8 | Lin Y. Chan (SBN 255027) |
|   | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP** |
| 9 | 275 Battery Street, 29th Floor |
|   | San Francisco, CA 94111 |
| 10 | Telephone: (415) 956-1000 |
|   | lchan@lchb.com |
| 11 | |
|   | *Co-Lead Counsel for the Indirect Purchaser Plaintiffs* |
| 12 | |
|   | [Additional Counsel Listed on Signature Page] |
| 13 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION | **Case No. 5:20-cv-03639-EJD** |
| | **INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| THIS DOCUMENT RELATES TO: | |
| All Indirect Purchaser Actions | |

**INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED;**
**Case No. 5:20-cv-03639-EJD**

1     Pursuant to Civil Local Rule 79-5(f), Indirect Purchaser Plaintiffs ("IPPs") hereby submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with IPPs' Motion for Appeal Bond ("IPPs' Motion"), filed concurrently herewith.

    This motion seeks to seal the Declaration of Ryan Hallman, a nonparty and the Chief Technology Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"), submitted in support of IPPs' Motion. The declarant has requested that the declaration be filed under seal because it contains confidential, proprietary, and competitively sensitive information related to Angeion's business strategies. Public disclosure of this highly sensitive information would place Angeion at risk.

    Because the material at issue belongs to a nonparty who designated the information as confidential, IPPs submits this motion under Civil L.R. 79-5(f). The filing party takes no position on whether the declaration meets the standards for sealing but files this motion to allow the nonparty an opportunity to file a declaration in support of sealing as required by Civil L.R. 79-5(f)(3).

    Concurrently with this motion, IPPs have provisionally filed under seal the Declaration of Ryan Hallman, pending the Court's ruling on this sealing request, as Exhibit 1 to the Declaration of Adam J. Zapala in Support of IPPs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed.

Dated: July 14, 2025　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Adam J. Zapala

　　　　　　　　　　　　　　　　　　　　Adam J. Zapala (SBN 245748)
　　　　　　　　　　　　　　　　　　　　Elizabeth T. Castillo (SBN 280502)
　　　　　　　　　　　　　　　　　　　　Christian S. Ruano (SBN 352012)
　　　　　　　　　　　　　　　　　　　　**COTCHETT, PITRE & McCARTHY, LLP**
　　　　　　　　　　　　　　　　　　　　840 Malcolm Road
　　　　　　　　　　　　　　　　　　　　Burlingame, California 94010
　　　　　　　　　　　　　　　　　　　　Telephone: (650) 697-6000
　　　　　　　　　　　　　　　　　　　　Facsimile: (650) 697-0577
　　　　　　　　　　　　　　　　　　　　azapala@cpmlegal.com
　　　　　　　　　　　　　　　　　　　　ecastillo@cpmlegal.com
　　　　　　　　　　　　　　　　　　　　cruano@cpmlegal.com

　　　　　　　　　　　　　　　　　　　　 /s/ Kalpana Srinivasan
　　　　　　　　　　　　　　　　　　　　Kalpana Srinivasan (Bar No. 237460)
　　　　　　　　　　　　　　　　　　　　Marc M. Seltzer (Bar No. 54534)

**INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED; Case No. 5:20-cv-03639-EJD**    1

| | |
|---|---|
| 1 | Steven Sklaver (Bar No.237612) |
| 2 | Michael Gervais (Bar No. 330731) |
|   | **SUSMAN GODFREY L.L.P.** |
| 3 | 1900 Avenue of the Stars, Ste. 1400 |
|   | Los Angeles, CA 90067 |
| 4 | Telephone: 310-789-3100 |
|   | ksrinivasan@susmangodfrey.com |
| 5 | mseltzer@susmangodfrey.com |
|   | ssklaver@susmangodfrey.com |
| 6 | mgervais@susmangodfrey.com |

Steven Sklaver (Bar No.237612)
Michael Gervais (Bar No. 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: 310-789-3100
ksrinivasan@susmangodfrey.com
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Alejandra C. Salinas (pro hac vice)
Texas SBN 24102452
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
asalinas@susmangodfrey.com

/s/ *Lin Y. Chan*
Eric B. Fastiff (SBN 182260)
efastiff@lchb.com
Lin Y. Chan (SBN 255027)
lchan@lchb.com
**LIEFF CABRASER HEIMANN &
 BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Co-Lead Counsel for the Indirect Purchaser Plaintiff*

---

**INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED; Case No. 5:20-cv-03639-EJD**

2