1  Adam J. Zapala (SBN 245748)
   **COTCHETT, PITRE & McCARTHY, LLP**
2  840 Malcolm Road
   Burlingame, CA 94010
3  Telephone: (650) 697-6000
   azapala@cpmlegal.com
4

   Kalpana Srinivasan (Bar No. 237460)
5  **SUSMAN GODFREY L.L.P.**
   1900 Avenue of the Stars, Ste. 1400
6  Los Angeles, CA 90067
   Telephone: (310) 789-3100
7  ksrinivasan@susmangodfrey.com

8  Lin Y. Chan (SBN 255027)
   **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
9  275 Battery Street, 29th Floor
   San Francisco, CA 94111
10 Telephone: (415) 956-1000
   lchan@lchb.com
11

   *Co-Lead Counsel for the Indirect Purchaser Plaintiffs*
12
   [Additional Counsel Listed on Signature Page]
13

14

15 **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
16 SAN JOSE DIVISION**

17

| 18 IN RE: TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
|---|---|
| 19 | |
| 20 | **DECLARATION OF ADAM J. ZAPALA IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| 21 | |
| 22 THIS DOCUMENT RELATES TO: | |
| 23 All Indirect Purchaser Actions | |
| 24 | |

25

26

27

28

1  I, Adam J. Zapala, declare:

2  1. I, Adam J. Zapala, am a partner at Cotchett, Pitre & McCarthy, LLP., one of the three firms appointed as Settlement Class Counsel for Indirect Purchaser Plaintiffs ("IPPs") in the above captioned proceeding. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this Declaration in support of IPPs' Motion to Consider Whether Another Party's Material Should be Sealed.

3. The Declaration of Ryan Hallman filed in support of IPPs' Motion for Appeal Bond has been designated confidential by the declarant because it contains confidential, proprietary, and competitively sensitive information related to the company Angeion Group, LLC's business strategies, and in the event of its disclosure, the information would place the company at risk.

4. Attached as **Exhibit 1** is a true and correct copy of the Declaration of Ryan Hallman filed in support of IPPs' Motion for Appeal Bond. IPPs file this document conditionally under seal as set forth in the accompanying administrative motion to seal.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 14th day, July 2025 in Burlingame, California.

/s/ Adam J. Zapala
Adam J. Zapala