Adam J. Zapala (SBN 245748)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com

Kalpana Srinivasan (Bar No. 237460)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Lin Y. Chan (SBN 255027)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
lchan@lchb.com

*Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION | **Case No. 5:20-cv-03639-EJD** |
| | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| THIS DOCUMENT RELATES TO: | |
| All Indirect Purchaser Actions | **Hon. Edward J. Davila** |

**[PROPOSED] ORDER; Case No. 5:20-cv-03639-EJD**

THIS MATTER comes before the Court upon Indirect Purchaser Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, which was filed with the Court in the above-captioned action pursuant to Civil Local Rule 79-5(f) on July 14, 2025. All interested parties having appeared through counsel, and after full consideration of the parties' papers, the arguments of counsel, and all other files and papers herein, for good cause appearing, and pursuant to Civil L.R. 79-5(f), the motion is GRANTED as follows:

1.    Exhibit 1 to the Declaration of Adam J. Zapala in Support of Indirect Purchaser Plaintiffs' Motion to Consider Whether Another Party's Material Should be Sealed.


_____                    _____
          GRANT                                                    DENY


Dated: _____, 2025                    _____
                                                                     HON. EDWARD J. DAVILA
                                                                     United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28