Adam J. Zapala (SBN 245748)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com

Kalpana Srinivasan (Bar No. 237460)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Lin Y. Chan (SBN 255027)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
lchan@lchb.com

*Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Indirect Purchaser Actions | Case No. 5:20-cv-03639-EJD<br><br>**CERTIFICATE OF SERVICE**<br><br>**Dept.:** Courtroom 4<br>**Judge:** Hon. Edward J. Davila<br>**Date:** August 14, 2025<br>**Time:** 9:00 a.m. |

**CERTIFICATE OF SERVICE; Case No. 5:20-cv-03639-EJD**

**CERTIFICATE OF SERVICE**

I am employed in San Mateo County where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre, & McCarthy, LLP, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame CA 94010. On July 14, 2025, I served or caused to be served a true copy of the following documents in the manner described below:

1. INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION; MOTION; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR APPEAL BOND;

2. DECLARATION OF ADAM J. ZAPALA IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPEAL BOND AND EXHIBITS A-J ATTACHED THERETO;

3. DECLARATION OF ANGELIQUE DIZON IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPEAL BOND;

4. DECLARATION OF RYAN HALLMAN IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPEAL BOND [PUBLICLY REDACTED VERSION];

5. DECLARATION OF BRIAN HEDLEY IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPEAL BOND AND EXHIBIT A ATTACHED THERETO;

6. DECLARATION OF NIRAV ENGINEER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPEAL BOND AND EXHIBITS A-C ATTACHED THERETO;

7. DECLARATION OF REASONABLE DILIGENCE FROM A&A LEGAL SERVICE, INC. TO MIKE SUSSMAN;

8. DECLARATION OF REASONABLE DILIGENCE FROM A&A LEGAL SERVICE, INC. TO PAT ZHEN;

9. [PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPEAL BOND;

10. INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED;

11. DECLARATION OF ADAM J. ZAPALA IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED;

CERTIFICATE OF SERVICE; Case No. 5:20-cv-03639-EJD

12. EXHIBIT 1 TO DECLARATION OF ADAM J. ZAPALA IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DOCUMENT SUBMITTED UNDER SEAL]; and

13. [PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED.

**X**  **BY ELECTRONIC MAIL**: My e-mail address is azapala@cpmlegal.com and service of the above referenced documents occurred on the date shown below by a member of my firm, Cotchett, Pitre, & McCarthy, LLP, at my direction.

[SEE ATTACHED SERVICE LIST]

**X**  **BY U.S. MAIL**: I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, at my direction, a member of my firm, Cotchett, Pitre, & McCarthy, LLP, placed a true copy of the aforementioned documents in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service in the ordinary course of business.

[SEE ATTACHED SERVICE LIST]

I declare under the penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed on this 14th day, July 2025 in Burlingame, California.

/s/ *Adam J. Zapala*
Adam J. Zapala

CERTIFICATE OF SERVICE; Case No. 5:20-cv-03639-EJD

**SERVICE LIST**

**BY ELECTRONIC MAIL**:

*Counsel for the Defendants*

| | |
|---|---|
| Christopher L. Frost | Shauna A. Izadi |
| John Maatta | IZADI LEGAL GROUP, PLLC |
| Joshua S. Stambaugh | 13155 Noel Rd, Suite 900 |
| FROST LLP | Dallas, Texas 75240 |
| 10960 Wilshire Boulevard, Suite 1260 | sizadi@izadilegal.com |
| Los Angeles, California 90024 | |
| chris@frostllp.com | |
| john@frostllp.com | |
| josh@frostllp.com | |

*Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

| | |
|---|---|
| Kalpana Srinivasan | Lin Y. Chan (SBN 255027) |
| SUSMAN GODFREY L.L.P. | LIEFF CABRASER HEIMANN & |
| 1900 Avenue of the Stars, Ste. 1400 | BERNSTEIN LLP |
| Los Angeles, CA 90067 | 275 Battery Street, 29th Floor |
| ksrinivasan@susmangodfrey.com | San Francisco, CA 94111 |
| | lchan@lchb.com |

*Non-Party*

Ryan Hallman
Angeion Group, LLC
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
rhallman@angeiongroup.com

*Objectors*

Elman Barnes
elmanmethod@theachievementcoaches.com
**(Email as appears on letter to the Clerk of the Court – ECF Dkt. No. 405-1)**

Elman Barnes
elmanmethod@phreakmail.com

Karla Luna, Chief Executive Officer
National Woodlands Preservation, Inc.
k.luna@wvwoodlands.com

Mike Sussman
mike.sussman@pm.me
**(Email as appears on letter to the Clerk of the Court – ECF Dkt. No. 403)**

Pat Zhen
legal@patzhen.com
**(Email as appears on letter to the Clerk of the Court – ECF Dkt. No. 402)**

**CERTIFICATE OF SERVICE; Case No. 5:20-cv-03639-EJD**

1 **BY U.S. MAIL**:

2 *<u>Objectors</u>*

3 Elman Barnes
401 21st St STE R
4 Sacramento, CA 95811
**(Address as appears on envelope and letter to the Clerk of the Court – ECF Dkt. No. 405-1)**
5
Elman Barnes
6 401 21st Street
Sacramento, CA 95811
7
Elman Barnes
8 1401 21st Street, Suite R
Sacramento, CA 95811
9
Elman Barnes
10 1401 21st Street
Sacramento, CA 95811
11
Elman Barnes
12 6333 Canoga Ave
Woodlands Hills 91367
13
Mike Sussman
14 23200 Camino del Mar #503
Boca Raton, FL 33433
15 **(Address as appears on envelope and letter to the Clerk of the Court – ECF Dkt. No. 403)**

16 Michael Sussman
23200 Camino del Mar #503
17 Boca Raton, FL 33433

18 Mike Sussman
23200 Camino del Mar #502
19 Boca Raton, FL 33433

20 Michael Sussman
23200 Camino del Mar #502
21 Boca Raton, FL 33433

22 K.Luna
Chief Executive Officer
23 National Woodlands Preservation Inc.
110 James Street
24 Hinton, WV 25951
**(Address as appears on envelope and letter to the Clerk of the Court – ECF Dkt. No. 401)**
25
K.Luna
26 Chief Executive Officer
National Woodlands Preservation Inc.
27 110 Main Street
Beckley, WV 25801
28 / / /

**CERTIFICATE OF SERVICE; Case No. 5:20-cv-03639-EJD**

1  Pat Zhen
   PO Box 366047
2  San Juan PR 00936
   **(Address as appears on envelope and letter to the Clerk of the Court – ECF Dkt. No. 402)**
3
   Pat Zhen
4  503 Calle Modesta
   Apartment 303
5  San Juan PR 00924-4511

6  Pat Zhen
   395 Eaton St.,
7  Providence, RI 02908

8  Pat Zhen
   411 Walnut St.,
9  Suite 7353
   Green Cove Springs, FL 32043

**CERTIFICATE OF SERVICE; Case No. 5:20-cv-03639-EJD**