Adam J. Zapala (SBN 245748)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com

Kalpana Srinivasan (Bar No. 237460)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Lin Y. Chan (SBN 255027)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
lchan@lchb.com

*Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | **Case No. 5:20-cv-03639-EJD** |
| **This Document Relates to:**<br><br>**Indirect Purchaser Actions** | **INDIRECT PURCHASER PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

**INDIRECT PURCHASER PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; Case No. 5:20-cv-03639-EJD**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Indirect Purchaser Plaintiffs ("IPPs") hereby respectfully request that an order be granted to remove Docket Nos. 429-1 and 429-5 from the ECF docket for this matter on the grounds that they were inadvertently filed publicly.

The documents e-filed on July 14, 2025 as ECF Docket Nos. 429-1 (Exhibit J) and 429-5 (Exhibit C) were LexisNexis SmartLinx® Person Reports which IPPs obtained through LexisNexis pursuant to the Driver's Privacy Protection Act (DPPA) for the purpose of Litigation and the Gramm-Leach-Bliley Act (GLBA) for purposes of Legal Compliance and Fraud Prevention or Detections. These LexisNexis SmartLinx® Person Reports contained (1) the first six digits of Social Security Numbers listed (the last four digits are already redacted) and (2) months and years of Date of Birth (the specific date of birth was never listed). IPPs intended to redact this information at the time of filing.

IPPs promptly notified the Court's "Civil Case Docketing, Docket Corrections & PDF Follow-ups" email address, 9docketing@cand.uscourts.gov, as well as the ECF Help Desk, of this filing error and requested the removal of public access to the inadvertently filed documents.

For the foregoing reasons, IPPs respectfully requests the Court to remove the incorrectly filed documents permanently from the Court's public docket. IPPs will file a corrected version of the documents, which will include the Exhibits referenced above that redact the first six digits of Social Security Numbers listed as well as the months and years of Date of Birth.

Dated: July 21, 2025     Respectfully Submitted,

*/s/ Adam J. Zapala*
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
Christian S. Ruano (SBN 352012)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cruano@cpmlegal.com

---

**INDIRECT PURCHASER PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; Case No. 5:20-cv-03639-EJD**  1

/s/ Kalpana Srinivasan
Kalpana Srinivasan (Bar No. 237460)
Marc M. Seltzer (Bar No. 54534)
Steven Sklaver (Bar No.237612)
Michael Gervais (Bar No. 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: 310-789-3100
ksrinivasan@susmangodfrey.com
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Alejandra C. Salinas (pro hac vice)
Texas SBN 24102452
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
asalinas@susmangodfrey.com

/s/ Lin Y. Chan
Eric B. Fastiff (SBN 182260)
efastiff@lchb.com
Lin Y. Chan (SBN 255027)
lchan@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Co-Lead Counsel for the Indirect Purchaser Plaintiffs*