1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION | **Case No. 5:20-cv-03639-EJD** |
| | **DECLARATION OF NIRAV ENGINEER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPEAL BOND** |
| THIS DOCUMENT RELATES TO: | |
| All Indirect Purchaser Actions | |

**DECLARATION OF NIRAV ENGINEER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPEAL BOND;**
**Case No. 5:20-cv-03639-EJD**

I, Nirav Engineer, declare as follows:

1.     I, Nirav Engineer, am the Chief Technology Officer and Chief Investigative Analyst at Cotchett, Pitre & McCarthy, LLP, one of the three firms appointed as Settlement Class Counsel for Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned proceeding. I have worked at Cotchett, Pitre & McCarthy, LLP, ("CPM") for 26 years, including four years as the Chief Technology Officer and 17 years as the Chief Investigative Analyst.

2.     I submit this Declaration in support of the IPPs' Motion for Appeal Bond pursuant to 28 U.S.C. § 1746.

3.     In my role at CPM, I have investigated a number of litigation matters for 17 years. In doing so, I employ the same standards, techniques, and approaches that are common in the industry for investigations. I am, for example, familiar with databases often used by investigators like me to search for persons and properties, including the LexisNexis Public Records search.

3.     **Elman Barnes.** During the final approval process in the above-captioned litigation, Class Counsel initially asked me to look into the address that an "Elman Barnes" submitted in connection with "his" objection.

4.     Initially, Class Counsel asked me to look into the address "401 21st Street, Ste. R, Sacramento, CA 95811" because that was the address that "Mr. Barnes" utilized in connection with his objection and appeal. I employed standard investigative techniques to determine the associations with this address, including the LexisNexis Public Records search.

5.     After reviewing the sources of my investigation, which included the LexisNexis Public Records search, I concluded *first*, that the address "401 21st Street, Ste. R, Sacramento, CA 95811" is not an address that exists at all, let alone one associated with someone named "Elman Barnes." Attached hereto as **Exhibit A** is a true and correct copy of the report I generated based on my search. As that report reveals, there is no "Suite R" associated with the address 401 21st Street in Sacramento.

6.     Class Counsel also instructed me to investigate whether an "Elman Barnes" is, or has been, associated with the 401 21st Street address, even if there is no "Suite R." In conducting this search, I employed standard investigative techniques that investigators regularly employ,

---

**DECLARATION OF NIRAV ENGINEER IN SUPPORT OF INDIRECT PURCHASER     1
PLAINTIFFS' MOTION FOR APPEAL BOND;
Case No. 5:20-cv-03639-EJD**

including the LexisNexis Public Records search. After investigating this issue, I concluded that a person named "Elman Barnes" is not now, nor has ever been, associated with that address. Attached hereto as **Exhibit B** is a true and correct copy of the report I generated for this search.

7.     Class Counsel instructed me to investigate the other address that "Mr. Barnes" provided in connection with his objection: 1401 21st Street, Ste. R, Sacramento CA, 95811. I performed a similar search of this property. Based on similar investigative techniques, I concluded that Elman Barnes is also not personally associated with this property. This property is instead associated with a business named "Registered Agents of California."

8.     Utilizing standard investigative techniques common in the industry, I conducted a nationwide search for a person named "Elman Barnes." My search returned no results indicating that a person by that name exists anywhere in the United States, including in the Sacramento area.

9.     **Pat or Patrick Zhen.** Moreover, Class Counsel asked me to conduct a person search into a "Pat Zhen", who submitted an objection and appeal in connection with this litigation. That search also included persons purportedly named "Patrick Zhen." "Mr. Zhen" had listed a P.O. Box in Puerto Rico as his address. Class Counsel informed me they were aiming to acquire a mailing or residential address for him to select an appropriate deposition location in Puerto Rico for his subpoena.

10.     As part of my investigation, I employed standard investigative techniques to identify other possible addresses associated with the name "Pat Zhen" or "Patrick Zhen" in Puerto Rico or otherwise, including the LexisNexis Public Records search.

11.     After reviewing the sources of my investigation, which included the LexisNexis Public Records search, I concluded first that a "Pat Zhen" was associated with the address "503 Calle Modesta Apt 303 San Juan, PR 00924-4511." Attached hereto as **Exhibit C** is a true and correct copy of the report I generated based on my search.

12.     Second, as part of my investigation into "Pat Zhen," I also discovered that an individual named "Karla E. Corea" was listed as an associate of "Pat Zhen." As shown in **Exhibit C**, she is likewise associated with an address in Puerto Rico.

**DECLARATION OF NIRAV ENGINEER IN SUPPORT OF INDIRECT PURCHASER    2 PLAINTIFFS' MOTION FOR APPEAL BOND; Case No. 5:20-cv-03639-EJD**

1       I declare under the penalty of perjury that the foregoing is true and correct. Executed on

2 this 11th day, July 2025 in Burlingame, California.

3

4                                         /s/ *Nirav Engineer*
                                        Nirav Engineer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF NIRAV ENGINEER IN SUPPORT OF INDIRECT PURCHASER   3
PLAINTIFFS' MOTION FOR APPEAL BOND;**
**Case No. 5:20-cv-03639-EJD**

# EXHIBIT A

## Table of Contents

Location Information - 1 record found ....................................................................................2

Address Variations - 2 records found ....................................................................................2

APN(s) - 3 records found ....................................................................................2

Property Information - 2 records found ....................................................................................2

Neighbors - 6 records found ....................................................................................3

Associated Entities - 80 records found ....................................................................................3

Source Information - 447 records found ....................................................................................4

 LexisNexis®

## 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY

Copyright 2025 LexisNexis

a division of Reed Elsevier Inc. All Rights Reserved.

**Location Information - 1 record found**

401 21ST ST, SACRAMENTO, CA 95811-1116
**Latitude:**                    38.582660
**Longitude:**                   -121.475500
**MSA Number:**                  6920
**MSA Description:**             Sacramento, CA

**Address Variations - 2 records found**

| No. | Address |
|---|---|
| 1. | 401 ST |
|    | SACRAMENTO, CA 95811-1116 |
| 2. | 401 21ST ST |
|    | SACRAMENTO, CA 95811-1116 |

**APN(s) - 3 records found**

| No. | Number |
|---|---|
| 1. | 003-0131-004-0 |
| 2. | 003-0131-004-0000 |
| 3. | 301310040000 |

**Property Information - 2 records found**

No. 1

**Legal Description:** BOULEVARD PARK, LOT 201
**Land Usage:** DUPLEX
**Tax Year:** 2024
**Data Source:** A

Property Sale Information
**Sale Date:** 11/23/2015
**Sale Price:** $214,500.00

Assessment Information
**Assessed Land Value:** $86,665.00
**Assessed Improvement Value:** $289,335.00
**Assessed Total Value:** $376,000.00

No. 2

**Legal Description:** BOULEVARD PARK, LOT 201
**Tax Year:** 2024
**Data Source:** B

401_21st_street

Property Sale Information
Sale Date: 11/23/2015

Assessment Information
Assessed Land Value: $86,665.00
Assessed Improvement Value: $289,335.00
Assessed Total Value: $376,000.00

**Neighbors - 6 records found**

| Neighbor Name | Neighbor Address | Neighbor Phone |
| --- | --- | --- |
| CHANDLER, LISA | 400 21ST ST, SACRAMENTO, CA 95811-1117 | None Listed |
| RAHEEL, AHMED | 401 21ST ST STE 5004, SACRAMENTO, CA 95811-1116 | None Listed |
| WATSON, BRITTNEY L | 402 21ST ST, SACRAMENTO, CA 95811-1117 | None Listed |
| KELTNER, JEAN E | 403 21ST ST, SACRAMENTO, CA 95811-1116 | 916-444-3203 |
| PEEPLES, KRIS P | 404 21ST ST, SACRAMENTO, CA 95811-1117 | 916-448-5102 |
| DAVIDENKO, EGOR | 405 21ST ST, SACRAMENTO, CA 95811-1157 | None Listed |

**Associated Entities - 80 records found**

| No. | Current Owner(s)/Resident(s) | |
| --- | --- | --- |
| | | **Current Owner(s):** |
| 1. | KELTNER, DACHER | |
| | | **Current Owner(s):** |
| 2. | KELTNER, ROLF | |
| | | **Current Resident(s):** |
| 3. | WIGLEY, DIANA C | |
| 4. | BURNAT, KAREN A | |
| 5. | MONYOYA, TOMAS | |
| 6. | BURZINSKI, CAROLYN E | |
| 7. | CATHER, FRANK A | |
| 8. | GILBERD, ROBIN | |
| | | **Previous Owner(s):** |
| 9. | BURZINSKI, ROBERT MARTIN SR | |
| 10. | DANGLER, SYLVIA C | |
| 11. | KELTNER, JEANIE E | |
| 12. | BURZINSKI, CAROLYN E | |
| | | **Previous Residents(s):** |
| 13. | MCELHENY, STACEY CAROL JR. | |
| 14. | BAUTISTA, VANESSA MICHELLE | |
| 15. | BOOTES, KELLY M | |
| 16. | BURZINSKI, ROBERT MARTIN SR | |
| 17. | CHRIST, RENEE JEAN | |
| 18. | COLEMAN, GARY V | |
| 19. | ELYKO, KATHLEEN ELLEN | |
| 20. | COLEMAN, PHILIP N | |
| 21. | SCHNETZ, TERI CHARLENE | |
| 22. | TEAFATILLER, LYDIA SUE | |
| 23. | JIMENEZ, CIBONAY MICAELA | |
| 24. | ZIMMERMAN, ZELLA M | |
| 25. | WIGLEY, DIANA CONSTANCE | |
| 26. | DANGLER, RICHARD H SR | |
| 27. | DANGLER, SYLVIA C | |
| 28. | CAROLLO, SARAH ANN | |
| 29. | BERSON, ROBIN GAY | |
| 30. | ALTHOUSE, JENNIFER K | |
| 31. | MICHEL-EVLETH, WILLIAM HENRY | |
| 32. | MICHEL-EVLETH, PATRICIA ANN | |
| 33. | FERNANDEZ, SARAH JEAN | |

401_21st_street

| No. | Current Owner(s)/Resident(s) |
|-----|------------------------------|
| 34. | MCGAVIN, CHARLES HAROLD JR. |
| 35. | GILBERT, ROBIN ANNETTE |
| 36. | KELTNER, JEANIE E |
| 37. | LABINGER, JASON S |
| 38. | LEHMAN, CRAIG H |
| 39. | MCELHENY, JOHN TAYLOR |
| 40. | MCGAVIN, JASON CHARLES |
| 41. | MONTOYA, JOSE ERNESTO SR |
| 42. | MONTOYA, TOMAS YIN |
| 43. | MOORHOUSE, JEFFREY ALLEN |
| 44. | ROBERTS, CAELUM G |
| 45. | BOYLE, JENNIFER LYNNE |
| 46. | THOMAS, WILLIAM A |
| 47. | ZUMKELLER, TODD LOUIS |
| 48. | HITE, CAMERON J |
| 49. | MICHEL-EVLETH, HAILEY ROSE |
| 50. | WALKER, ROXANA E |
| 51. | MONTOYA, NADJA C |
| 52. | LAARIDHI, KAMEL |
| 53. | GHARIANI, FATEN GHARRIANI |

**Other(s):**

| No. | |
|-----|---|
| 54. | CORDOVA CIBONAY |
| 55. | TLJ COMFORT HOME STAYS LLC |
| 56. | BLACK BARN RANCH LLC |
| 57. | HM ONLINE VENTURES LLC |
| 58. | REMINGTON ENTERPRISES LLC |
| 59. | SECONDKEY PROPERTIES LLC |
| 60. | MOONLIGHTER LLC |
| 61. | CERTIFIED LOVER GIRL LLC |
| 62. | YVANES HOMESHARES LLC |
| 63. | QUALITY LIFE ENTERPRISE LLC |
| 64. | CASA BONITA HOMES LLC |
| 65. | MARKET MAGIC LLC |
| 66. | GOGENDER,LLC |
| 67. | PHNX WING ENTERTAINMENT LLC |
| 68. | ROCKSAGE CC INC |
| 69. | FINISH CANTIERI CARPENTRY CORP |
| 70. | DESIGNER FLOOR SERVICES LLC |
| 71. | MINX INTL, LLC |
| 72. | GOLDEN WEALTH PROPERTIES |
| 73. | ASLAN PROPERY PARTNERS LLC |
| 74. | FIRST STEP HOME BUYERS |
| 75. | FUNGUY FUNGTIONAL, LLC |
| 76. | YDJB 417 SERVICES LLC |
| 77. | MJ NATIONAL PARTNERS |
| 78. | KARL WINE AND FOODS LLC |
| 79. | ALM COLLECTIVE SOLUTIONS LLC |
| 80. | PENULT PROJECTS, INC. |

**Source Information - 447 records found**

| All Sources | 447 Source Document(s) |
|-------------|------------------------|
| Bankruptcy Records | 2 Source Document(s) |
| Deed Transfers | 8 Source Document(s) |
| Historical Person Locator | 111 Source Document(s) |
| Person Locator 1 | 26 Source Document(s) |
| Person Locator 2 | 23 Source Document(s) |
| Person Locator 5 | 97 Source Document(s) |
| Person Locator 6 | 124 Source Document(s) |
| Professional Licenses | 2 Source Document(s) |
| Tax Assessor Records | 54 Source Document(s) |

401_21st_street

Key
**A** High Risk Indicator. These symbols may prompt you to investigate further
**ꟾ** Moderate Risk Indicator. These symbols may prompt you to investigate further
**⚑** General Information Indicator. These symbols inform you that additional information is provided
**✓** The most recent telephone listing as reported by Electronic Directory Assistance


**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Legal Compliance

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

---

**End of Document**

# EXHIBIT B

 **LexisNexis**

Search:        Public Records : SmartLinx® Comprehensive Location Report
Terms:         street address(401 21st street) city(sacramento) radius(30) state(CA)

| No. | Address |
| --- | --- |
| 1 | 401 21ST ST<br>SACRAMENTO, CA 94299-0001 |
| 2 | 401 21ST ST<br>SACRAMENTO, CA 95811-1116 |
| 3 | 401 21ST ST APT 403<br>SACRAMENTO, CA 95811-1116 |
| 4 | 401 21ST ST STE 5004<br>SACRAMENTO, CA 95811-1116 |

## Key
**A** High Risk Indicator. These symbols may prompt you to investigate further
⊩ Moderate Risk Indicator. These symbols may prompt you to investigate further
⚑ General Information Indicator. These symbols inform you that additional information is provided
✓ The most recent telephone listing as reported by Electronic Directory Assistance

Terms:           street address(401 21st street) city(sacramento) radius(30) state(CA)
Date/Time:       Wednesday, March 12, 2025 8:43 PM
Permissible Use: Your DPPA Permissible Use: Litigation
                 Your Secondary DPPA Permissible Use: None
                 Your GLBA Permissible Use: Legal Compliance

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

**End of Document**

# EXHIBIT C
# (REDACTED)

## Table of Contents

Person Summary .................................................................................................2
At a Glance ......................................................................................................2
Name Variations, SSN Summary and DOBs..............................................2
Physical Description.......................................................................................2
Address Summary (1 current, 4 prior) .......................................................2
Phone Summary (1 phones) .........................................................................3
Licenses/Voter (0 licenses)..........................................................................3
Driver Licenses - 0 licenses........................................................................3
Other Licenses - 0 licenses.........................................................................3
Real Property (2 current, 0 prior)................................................................3
Personal Property (0 current, 0 prior) ........................................................5
Possible Education (0 records found) .........................................................5
Possible Criminal/Arrest (0 filings)............................................................5
Bankruptcy (0 active, 0 closed)...................................................................5
Judgment / Liens (0 active, 0 closed).........................................................5
UCC Filings (0 debtor, 0 creditor)...............................................................5
Associates (1 records) ..................................................................................5
Possible Relatives - 1st Degree: 0, 2nd Degree: 0, 3rd Degree: 0 ..............5
Person Associates - 1 records found..........................................................5
Neighbors - 0 records found.........................................................................6
Business Connections - 0 records found ...................................................6
Possible Employers - 0 records found. ......................................................6
Business Associates - 0 records found. ....................................................6
Sources (37 sources).....................................................................................6



## SmartLinx®Person Report

Report Created: 6-23-2025 6:37 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2025 LexisNexis, All rights reserved.

**Report created for:**Cotchett Pitre & McCarthy LLP

### Person Summary

| Name | Address | County | Phone |
|---|---|---|---|
| Zhen, Pat | 503 Calle Modesta Apt 303 San Juan, PR 00924-4511 | | 904-729-6256 |
| **LexID** | **SSN** | **DOB** | **Email** |
| 1925-9531-9192 | ███-XXXX ⁷ (SSN potentially randomly issued by the SSA) | ████ (Age: 54) (Male) | |

### At a Glance

| | | | |
|---|---|---|---|
| Real Property | 2 | Criminal/Arrest | 0 |
| Personal Property | 0 | Bankruptcy | 0 |
| Professional Licenses | 0 | Judgments/Liens | 0 |
| Business Connections | 0 | Foreclosure/Notice of Default | 0 |

### Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBs |
|---|---|---|
| Zen, Pat Zhen, Pat Zhen, Patrick | ███-XXXX ⁷ (SSN potentially randomly issued by the SSA) | ████ |

### Physical Description

### Address Summary (1 current, 4 prior)

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 1. | 503 Calle Modesta Apt 303 San Juan, PR 00924-4511 | Current | 06/2021 - 04/2025 (Current Residence) | |
| 2. | 395 Eaton St Providence, RI 02908-2153 Providence County (Residential) | Prior | 06/2020 - 04/2025 | |

**Neighborhood Profile**
Average Age: 44
Median Household Income: $53,026

pat_zhen

| | | | | |
|---|---|---|---|---|
| Median Home Value: $238,824<br>Average Years of Education: 14 | | | | |
| 3. | 503 Calle Modesta 303<br>Green Cove Springs, FL 32043 | Prior | 10/2022 | |
| **Neighborhood Profile**<br>Average Age: 44<br>Median Household Income: $69,853<br>Median Home Value: $233,036<br>Average Years of Education: 13 | | | | |
| 4. | 411 Walnut St Unit 7353<br>Green Cove Springs, FL 32043-3443<br>Clay County<br><br>(Business) ⁷ (Hotel or motel)<br>⁷ (Addressing or letter service)<br>⁷ (Packaging service)<br>⁷ (Hunting, trapping, & game service)<br>⁷ (Newspaper facility)<br>⁷ (Library)<br>⁷ (Home Health Care Facility) | Prior | 09/2014 - 06/2022 | |
| **Neighborhood Profile**<br>Average Age: 38<br>Median Household Income: $61,530<br>Median Home Value: $171,649<br>Average Years of Education: 13 | | | | |
| 5. | 500 Calle Modesta Ste LC3<br>San Juan, PR 00924-4483 | Prior | 07/2024 - 10/2024 | |

## Phone Summary (1 phones)

| No. | Phone | To-From | Line Type | Listing Name | Carrier |
|---|---|---|---|---|---|
| 1. | 904-729-6256. | 10/2018 - 3/2025. | Possible Wireless. | ECUADOR IMPORT EXPORT CONSULTANTS INC. | . |

## Licenses/Voter (0 licenses)
**Driver Licenses - 0 licenses**
**Other Licenses - 0 licenses**

## Real Property (2 current, 0 prior)

| No. | Address | Status | Purchase Price | Sale Price | State |
|---|---|---|---|---|---|
| 1. | 395 Eaton St<br>Providence, RI 02908-2153<br>County/FIPS: PROVIDENCE/44007<br>Source: A | Current | $270,500.00 | | RI |

pat_zhen

**Owner Info**

**Zhen, Patrick**


**Legal Info**

Parcel Number: PROV-000118-000000-000131
Sale Date: 06/18/2020
Assessment Year: 2024
Sale Price: $270,500.00
Recording Date: 06/26/2020
Document Type: Assessor
Assessed Value: $296,100.00
Type of Address: Sfr
Book/Page: 12755/320


**Mortgage Info 1**

Loan Amount: $210,000.00
Description: Deed Of Trust
Lender Name: CITIZENS BK CITIZENS BK
Loan Type: Conventional
Recording Date: 10/16/2020
Contract Date: 09/23/2020
Transaction Type: Refinance


**Mortgage Info 2**

Recording Date: 06/26/2020
Contract Date: 06/18/2020
Transaction Type: Resale


**Mortgage Info 3**

Description: Grant Deed
Recording Date: 06/26/2020
Contract Date: 06/18/2020
Transaction Type: Resale

| 2. | 395 Eaton St<br>Providence, RI 02908-2153<br>County/FIPS: PROVIDENCE/44007<br>Source: B | Current | $270,500.00 | | RI |
|---|---|---|---|---|---|

**Owner Info**

**Zhen, Patrick**

395 Eaton St
Providence, RI 02908-2153


**Legal Info**

Parcel Number: PROV M:118 L:131

pat_zhen

Assessment Year: 2024
Sale Price: $270,500.00
Recording Date: 06/26/2020
Document Type: Assessor
Assessed Value: $296,100.00
Type of Address: Single Family Residential
Mortgage Lender Name: CITIZENS BANK
Book/Page: 12755/320

## Mortgage Info 1

Loan Amount: $210,000.00
Lender Name: CITIZENS BANK
Loan Type: Credit Line (Revolving)
Recording Date: 10/16/2020
Contract Date: 09/23/2020

## Mortgage Info 2

Recording Date: 06/26/2020
Contract Date: 06/18/2020

**Personal Property (0 current, 0 prior)**

**Possible Education (0 records found)**

**Possible Criminal/Arrest (0 filings)**

**Bankruptcy (0 active, 0 closed)**

**Judgment / Liens (0 active, 0 closed)**

**UCC Filings (0 debtor, 0 creditor)**

**Associates (1 records)**
**Possible Relatives - 1st Degree: 0, 2nd Degree: 0, 3rd Degree: 0**
**Person Associates - 1 records found**

| No. | Full Name | Address | Role |
|-----|-----------|---------|------|
| 1. | Corea, Karla E<br>SSN▮▮▮-XXXX<br>LexID: 1952-2476-7335<br>DOB: ▮▮▮ | 116 Calle Manuel Domenech Apt 2013<br>San Juan, PR 00918-3503 | Associate |

pat_zhen

**Neighbors - 0 records found**


**Business Connections - 0 records found**


**Possible Employers - 0 records found.**


**Business Associates - 0 records found.**


## Sources (37 sources)

| All Sources | 37 Source Documents |
|---|---|
| Deed Transfers | 5 Source Documents |
| Historical Person Locator | 2 Source Documents |
| Person Locator 1 | 1 Source Documents |
| Person Locator 5 | 13 Source Documents |
| Tax Assessor Records | 16 Source Documents |


Key

⚠ High Risk Indicator. These symbols may prompt you to investigate further.

⚠ Moderate Risk Indicator. These symbols may prompt you to investigate further.

⚠ General Information Indicator. These symbols inform you that additional information is provided.

✔ The most recent telephone listing as reported by Electronic Directory Assistance.


**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Legal Compliance

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

---

**End of Document**