Adam J. Zapala (SBN 245748)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com

Kalpana Srinivasan (Bar No. 237460)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Lin Y. Chan (SBN 255027)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
lchan@lchb.com

*Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| | **CERTIFICATE OF SERVICE** |
| | **Dept.:** Courtroom 4 |
| | **Judge:** Hon. Edward J. Davila |
| THIS DOCUMENT RELATES TO: | **Date:** August 14, 2025 |
| All Indirect Purchaser Actions | **Time:** 9:00 a.m. |

**CERTIFICATE OF SERVICE; Case No. 5:20-cv-03639-EJD**

**CERTIFICATE OF SERVICE**

I am employed in San Mateo County where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre, & McCarthy, LLP, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame CA 94010. On August 5, 2025, I served or caused to be served a true copy of the following documents in the manner described below:

1. INDIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR APPEAL BOND;

2. DECLARATION OF ELIZABETH T. CASTILLO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR APPEAL BOND AND EXHIBIT 1 ATTACHED THERETO;

3. INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO OBJECTOR PAT ZHEN'S EMERGENCY MOTION PURSUANT TO FRCP 5.2(e) FOR A PROTECTIVE ORDER;

4. DECLARATION OF CHRISTIAN S. RUANO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO OBJECTOR PAT ZHEN'S EMERGENCY MOTION PURSUANT TO FRCP 5.2(e) FOR A PROTECTIVE ORDER AND EXHIBITS A-D ATTACHED THERETO; and

5. CERTIFICATE OF SERVICE.

**X** **BY ELECTRONIC MAIL**: My e-mail address is azapala@cpmlegal.com and service of the above referenced documents occurred on the date shown below by a member of my firm, Cotchett, Pitre, & McCarthy, LLP, at my direction.

[SEE ATTACHED SERVICE LIST]

**X** **BY U.S. MAIL**: I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, at my direction, a member of my firm, Cotchett, Pitre, & McCarthy, LLP, placed a true copy of the aforementioned documents in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service in the ordinary course of business.

**CERTIFICATE OF SERVICE; Case No. 5:20-cv-03639-EJD**

[SEE ATTACHED SERVICE LIST]

I declare under the penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed on this 5th day, August 2025 in Burlingame, California.

/s/ *Adam J. Zapala*
Adam J. Zapala

## SERVICE LIST

**BY ELECTRONIC MAIL**:

*Objectors*

Elman Barnes
elmanmethod@theachievementcoaches.com
**(Email as appears on letter to the Clerk of the Court – ECF Dkt. No. 405-1)**

Elman Barnes
elmanmethod@phreakmail.com

Karla Luna, Chief Executive Officer
National Woodlands Preservation, Inc.
k.luna@wvwoodlands.com

Mike Sussman
mike.sussman@pm.me
**(Email as appears on letter to the Clerk of the Court – ECF Dkt. No. 403)**

Pat Zhen
legal@patzhen.com
**(Email as appears on letter to the Clerk of the Court – ECF Dkt. No. 402)**

Pat Zhen
bank@patzhen.com; telescope@patzhen.com

**BY U.S. MAIL**:

*Objectors*

Elman Barnes
401 21st St STE R
Sacramento, CA 95811
**(Address as appears on envelope and letter to the Clerk of the Court – ECF Dkt. No. 405-1)**

Elman Barnes
401 21st Street
Sacramento, CA 95811

Elman Barnes
1401 21st Street, Suite R
Sacramento, CA 95811

Elman Barnes
1401 21st Street
Sacramento, CA 95811

Elman Barnes
6333 Canoga Ave
Woodlands Hills, CA 91367

Mike Sussman
23200 Camino del Mar #503

**CERTIFICATE OF SERVICE; Case No. 5:20-cv-03639-EJD**

Boca Raton, FL 33433
**(Address as appears on envelope and letter to the Clerk of the Court – ECF Dkt. No. 403)**

Mike Sussman
23200 Camino del Mar #502
Boca Raton, FL 33433

K.Luna
Chief Executive Officer
National Woodlands Preservation Inc.
110 James Street
Hinton, WV 25951
**(Address as appears on envelope and letter to the Clerk of the Court – ECF Dkt. No. 401)**

K.Luna
Chief Executive Officer
National Woodlands Preservation Inc.
110 Main Street
Beckley, WV 25801

Pat Zhen
PO Box 366047
San Juan PR 00936
**(Address as appears on envelope and letter to the Clerk of the Court – ECF Dkt. No. 402)**

Pat Zhen
503 Calle Modesta
Apartment 303
San Juan PR 00924-4511

Pat Zhen
395 Eaton St.,
Providence, RI 02908

Pat Zhen
411 Walnut St.,
Suite 7353
Green Cove Springs, FL 32043

**CERTIFICATE OF SERVICE; Case No. 5:20-cv-03639-EJD**