J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
    levine@braunhagey.com
Yekaterina Kushnir, Esq. (SBN: 350843)
    kushnir@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Garrett Biedermann, Esq. (pro hac vice)
    biedermann@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

*Attorneys for Direct Purchaser Plaintiffs*

Christopher L. Frost (SBN: 200336)
John Maatta (SBN: 83683)
Joshua S. Stambaugh (SBN: 233834)
Lawrence Liu (SBN: 312115)
FROST LLP
10960 Wilshire Boulevard, Suite 1260
Los Angeles, CA 90024
Telephone: (424) 254-0441
chris@frostllp.com
john@frostllp.com
josh@frostllp.com
lawrence@frostllp.com

Shauna A. Izadi (pro hac vice)
sizadi@izadilegal.com
IZADI LEGAL GROUP, PLLC
13155 Noel Rd, Suite 900
Dallas, TX 75240

Jeffrey E. Faucette (SBN: 193066)
Martin R. Glick (SBN: 40187)
SKAGGS FAUCETTE LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
jeff@skaggsfaucette.com
marty@skaggsfaucette.com

Eric P. Enson (SBN: 204447)
CROWELL & MORING LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
eenson@crowell.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TELESCOPES ANTITRUST LITIGATION | Case No. 5:20-cv-03639-EJD |
| This Document Relates to: | Case No. 5:20-cv-03642-EJD |
| AURORA ASTRO PRODUCTS LLC, PIONEER CYCLING & FITNESS, LLP, and those similarly situated, | **JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS** |
| Plaintiffs, | **Compl. Filed:** June 1, 2020<br>**Fourth Am.**<br>**Compl. Filed:** September 1, 2023 |
| v. | **Trial Date:** None Set |

JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS

CELESTRON ACQUISITION, LLC, SUZHOU SYNTA OPTICAL TECHNOLOGY CO., LTD., SYNTA CANADA INT'L ENTERPRISES LTD., SW TECHNOLOGY CORP., OLIVON MANUFACTURING CO. LTD., OLIVON USA, LLC, NANTONG SCHMIDT OPTO-ELECTRICAL TECHNOLOGY CO. LTD., NINGBO SUNNY ELECTRONIC CO., LTD., PACIFIC TELESCOPE CORP., COREY LEE, DAVID SHEN, SYLVIA SHEN, JACK CHEN, JEAN SHEN, JOSEPH LUPICA, DAVE ANDERSON, LAURENCE HUEN, and DOES 1-50,

     Defendants.

JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS

Pursuant to the Court's August 21, 2025 minute entry, the undersigned parties respectfully submit this Joint Status Report Regarding Settlement Efforts.

### JOINT STATUS REPORT

Notwithstanding the Parties' sustained and substantial good faith efforts, they have been unable to reach a settlement and thus request that the Court reschedule the hearing on Defendants' Motions for Summary Judgment and the Trial Setting Conference at the Court's first convenient date.

Dated: August 28, 2025

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:  */s/ Matthew Borden*
Matthew Borden

*Attorneys for Direct Purchaser Plaintiffs*

SKAGGS FAUCETTE LLP

By:  */s/ Martin R. Glick*
Martin R. Glick

*Attorneys for Defendants Sylvia Shen, Suzhou Synta Optical Technology Co., Ltd., SW Technology Corp., Nantong Schmidt Opto-Electrical Technology Co. Ltd., Synta Technology Corp., Synta Canada Int'l Enterprises Ltd., David Shen, Jack Chen*

FROST LLP

By:  */s/ Christopher L. Frost*
Christopher L. Frost

*Attorneys for Defendants Celestron Acquisition, LLC, Suzhou Synta Optical Technology Co., Ltd., Synta Canada Int'l Enterprises Ltd., SW Technology Corp., Olivon Manufacturing Co. Ltd., Olivon USA, LLC, Nantong Schmidt Opto-Electrical Technology Co. Ltd., Pacific Telescope Corp., David Shen, Sylvia Shen, Jack Chen, Jean Shen, Laurence Huen*

CROWELL & MORING LLP

By:   */s/ Eric P. Enson*
       Eric P. Enson

*Attorneys for Defendants Corey Lee, Joseph
Lupica, Dave Anderson*

JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS

**ATTESTATION**

Counsel for Direct Purchaser Plaintiffs hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendants.

Dated:  August 28, 2025

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By:     */s/ Matthew Borden*
        Matthew Borden

*Attorneys for Direct Purchaser Plaintiffs*