Adam J. Zapala (SBN 245748)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com

Kalpana Srinivasan (Bar No. 237460)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Lin Y. Chan (SBN 255027)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
lchan@lchb.com

*Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE: TELESCOPES ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>All Indirect Purchaser Actions | Case No. 5:20-cv-03639-EJD<br><br>**DECLARATION OF ALEXANDRA DELAVAN** |

**DECLARATION OF ALEXANDRA DELAVAN;**
**Case No. 5:20-cv-03639-EJD**

I, Alexandra Delavan, declare as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge unless otherwise indicated.

2. I am a Paralegal at Cotchett, Pitre & McCarthy, LLP, one of the three firms appointed as Settlement Class Counsel for Indirect Purchaser Plaintiffs ("IPPs") in the above-captioned proceeding. I have worked at Cotchett, Pitre & McCarthy, LLP ("CPM") for five years, including four years as a paralegal. As a part of my regular responsibilities, I prepare, send, receive, and inspect U.S. Mail related to court filings and service of documents in this matter.

3. On July 14, 2025, I sent via U.S. mail the IPPs' Motion for Appeal Bond and supporting documents (ECF No. 429) to Objector National Woodlands Preservation, Inc. at the address listed in their objection to the proposed IPP settlement: 110 James St., Hinton, WV 25951. ECF No. 401. On August 6, 2025, our office received the original mailing returned as undeliverable. The envelope was marked "Return to Sender – Not at this Address."

4. On July 22, 2025, I sent via U.S. mail the IPPs' Motion to Remove Incorrectly Filed Documents and supporting materials (ECF No. 433) to Objector Michael Sussman. This package was mailed to the address listed in his Amended Notice of Appeal and his Response to IPPs' Motion for Appeal Bond. ECF Nos. 428 and 440 (in the latter, Mr. Sussman says that his "correct" address is 23200 Camino del Mar, Boca Raton, FL, with an apartment number 502, not 503). On September 17, 2025, our office received the original mailing returned as "undeliverable." The envelope was marked "Return to Sender – Unable to Forward." A true and correct copy of the envelope is attached hereto as **Exhibit A**.

5. On July 22, 2025, I sent via U.S. mail the IPPs' Motion to Remove Incorrectly Filed Documents and supporting materials (ECF No. 433) to Objector Elman Barnes at the address listed in his objection to the proposed IPP settlement: 401 21st Street Ste. R, Sacramento, CA 95811. ECF No. 399. On September 26, 2025, our office received a voicemail message from a caller named Maggie, who stated that Elman Barnes does not live at that address. A true and correct copy of the transcription of the voicemail (with the telephone number redacted) is attached hereto as **Exhibit B**.

DECLARATION OF ALEXANDRA DELAVAN;  1
Case No. 5:20-cv-03639-EJD

6. On August 5, 2025, I sent via U.S. mail the IPPs' Reply in Support of their Motion for Appeal Bond and supporting documents (ECF No. 443) to Objector National Woodlands Preservation, Inc. This package was mailed to the address listed in their objection to the proposed IPP settlement: 110 James St., Hinton, WV 25951. ECF No. 401. On August 21, 2025, our office received the original mailing returned as undeliverable. The envelope was marked "Return to Sender – Not at this Address."

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 13th day of October 2025 in Burlingame, California.

/s/ *Alexandra Delavan*
Alexandra Delavan

**DECLARATION OF ALEXANDRA DELAVAN;**
Case No. 5:20-cv-03639-EJD

2