# EXHIBIT A



US POSTAGE ™ PITNEY BOWES
ZIP 94010 $ 015.70⁰
02 4W
0000386978 JUL. 22. 2025

**COTCHETT. PITRE & McCARTHY, LLP**
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CA 94010

Mike Sussman
23200 Camino del Mar #502
Boca Raton, FL 33433

-T-S-    334335090-1N          09/10/25

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



PRIORITY ★ MAIL ★

TRACKED
★ ★ ★
INSURED
★

UNITED STATES
POSTAL SERVICE®

SUSSZ00   326  CC 1   N   C7208/18/25
UNABLE TO FORWARD/FOR REVIEW
**#####**

UTF