UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:  TELESCOPES ANTITRUST
        ANTITRUST

) 5:20-cv-03639 EJD
)
)

### DECLARATION OF MICHAEL SUSSMAN IN RESPONSE TO REPORT

Michael Sussman ("Sussman") declares and states under the penalty for perjury that the following is true and correct:

1. I am responding to the "report" of Cotchett Pitre & McCarthy:

2. Big pieces of mail do not fit in the apartment box, especially when they send multiple copies of the same document. I am not going to the post office to pick it up when I am served by ECF.

3. I should not have to do CPM's investigation for them or have to provide this information to file an objection in a $20 telescope antitrust case.

4. Here's my Palm Beach County property tax bill available online at https://pbcpao.gov/Property/TrimDetails?parcelId=00424735120015020



5. Against my better judgment,it even has a gold star on it.



6. October 10, 2025, invoice from management company that CPM hearsay states told them they do not know who I am, but they still send me bills wanting paid their assessments.



7. Here's one fat pack from August that I received because the mailman left it.



8.   I do not know what the Post Office message "pending review" means.

9.   Thank you for your time and help in making class actions great again.

Very truly yours,

Mike Sussman