UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION | Case No. 20-cv-03639-EJD   (VKD)<br><br>**ORDER EXTENDING DEADLINE AND ENLARGING WORD LIMIT FOR RESPONSES TO IPPS' DISCOVERY LETTER**<br><br>Re: Dkt. Nos. 469, 470 |

On December 29, 2025, Indirect Purchaser Plaintiffs ("IPPs") filed a unilateral discovery dispute letter concerning discovery directed to Elman Barnes, National Woodlands Preservation, Inc., Patrick Zhen, and Michael Sussman (collectively, the "Objectors"). Dkt. No. 465. The Court set January 8, 2026 as the deadline for any responses by the Objectors. Dkt. No. 466. On January 2, 2026, Mr. Zhen filed an administrative motion seeking an extension of the response deadline to January 26, 2026, as well as permission to file a response of not more than 6,000 words. Dkt. No. 469. On the same date, Mr. Sussman filed an administrative motion seeking an extension of the response deadline to January 26, 2026. Dkt. No. 470.

On January 6, 2026, IPPs filed a response stating that they do not oppose Mr. Zhen's request to extend the response deadline to January 26, 2026 and that they do not oppose extending the response deadline to January 26, 2026 "for any objector who affirmatively requests such relief from the Court." Dkt. No. 472. IPPs oppose enlarging the word limit for Mr. Zhen's or any other Objector's response to the discovery dispute letter. *Id.*

Having considered the parties' positions regarding the response deadline and word limit, the Court extends the deadline for any Objectors to respond to the discovery dispute letter to

**January 26, 2026**. As the question to be addressed by the undersigned is limited to whether the Objectors must comply with IPPs' discovery requests pending the Objectors' joint appeal to the Ninth Circuit, *see* Dkt. No. 465 at 1-2, each Objector's response may not exceed **3,000 words**, which is double the word limit generally permitted by the Court's Standing Order, and the Court finds it is sufficient to address any procedural, jurisdictional, or factual matters that bear on the discovery issue in dispute.[1]

This order terminates Mr. Zhen's and Mr. Sussman's administrative motions at Dkt. Nos. 469 and 470.

**IT IS SO ORDERED.**

Dated: January 6, 2026

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge

---

[1] IPPs' discovery dispute letter, which addresses subpoenas served on each of the four Objectors, also exceeds the standard word limit.