Adam J. Zapala (SBN 245748)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com

Kalpana Srinivasan (Bar No. 237460)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Lin Y. Chan (SBN 255027)
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
lchan@lchb.com

*Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: TELESCOPES ANTITRUST LITIGATION | **Case No. 5:20-cv-03639-EJD** <br><br> **INDIRECT PURCHASER PLAINTIFFS' NOTICE REGARDING POST-DISTRIBUTION ACCOUNTING** |
| THIS DOCUMENT RELATES TO:<br><br>All Indirect Purchaser Actions | |

      The Indirect Purchaser Plaintiffs ("IPPs") respectfully advise the Court that they are unable to file a post-distribution accounting in accordance with this District's Procedural Guidance for Class Action Settlements until the appeals of this Court's Order finally approving the class action settlement in this matter are resolved. Given the pendency of the appeals, IPPs remain unable to distribute any settlement proceeds at this time.

      In support thereof, IPPs state as follows:

1. On April 11, 2025, the Court entered an order granting IPPs' Motion for Final Approval of Settlement and providing the parties until January 12, 2026 to submit a post-distribution accounting. ECF No. 419. This Court also set a January 22, 2026 compliance deadline "to verify timely filing of the post-distribution accounting." *Id.*

2. On May 5, 2025, Objectors Pat Zhen, Woodlands Preservation Inc., Elman Barnes, and Mike Sussman filed a Notice of Appeal to the 9th Circuit Court of Appeals, appealing this Court's order granting IPPs' Motion for Final Approval of Settlement. ECF No. 421.

3. That appeal is presently pending before the 9th Circuit Court of Appeals.

4. IPPs are precluded from distributing the settlement fund prior to the disposition of the appeal in this matter.

5. Until such time at which IPPs' distribution of the settlement fund is completed, IPPs are unable to file a Post-Distribution Accounting in accordance with this District's Procedural Guidance for Class Action Settlements.

6. Upon the resolution of the presently pending appeal, IPPs will file with this Court a proposed schedule regarding Post Distribution Accounting. IPPs respectfully request that the Court withdraw the compliance hearing, currently set for January 22, 2026, from its calendar.

/ / /

| | |
|---|---|
| Dated: January 12, 2026 | Respectfully Submitted, |
| | /s/ *Adam J. Zapala* |
| | Adam J. Zapala (SBN 245748) |
| | Elizabeth T. Castillo (SBN 280502) |
| | Christian S. Ruano (SBN 352012) |
| | **COTCHETT, PITRE & McCARTHY, LLP** |
| | 840 Malcolm Road |
| | Burlingame, California 94010 |
| | Telephone: (650) 697-6000 |
| | Facsimile: (650) 697-0577 |
| | azapala@cpmlegal.com |
| | ecastillo@cpmlegal.com |
| | cruano@cpmlegal.com |
| | |
| | /s/ *Kalpana Srinivasan* |
| | Kalpana Srinivasan (Bar No. 237460) |
| | Tom Boardman (Bar No. 276313) |
| | Marc M. Seltzer (Bar No. 54534) |
| | Steven Sklaver (Bar No.237612) |
| | Michael Gervais (Bar No. 330731) |
| | **SUSMAN GODFREY L.L.P.** |
| | 1900 Avenue of the Stars, Ste. 1400 |
| | Los Angeles, CA 90067 |
| | Telephone: 310-789-3100 |
| | ksrinivasan@susmangodfrey.com |
| | tboardman@susmangodfrey.com |
| | mseltzer@susmangodfrey.com |
| | ssklaver@susmangodfrey.com |
| | mgervais@susmangodfrey.com |
| | |
| | Alejandra C. Salinas (pro hac vice) |
| | Texas SBN 24102452 |
| | **SUSMAN GODFREY LLP** |
| | 1000 Louisiana Street, Suite 5100 |
| | Houston, Texas 77002 |
| | Telephone: (713) 651-9366 |
| | Facsimile: (713) 654-6666 |
| | asalinas@susmangodfrey.com |
| | |
| | /s/ *Lin Y. Chan* |
| | Eric B. Fastiff (SBN 182260) |
| | efastiff@lchb.com |
| | Lin Y. Chan (SBN 255027) |
| | lchan@lchb.com |
| | **LIEFF CABRASER HEIMANN & BERNSTEIN LLP** |
| | 275 Battery Street, 29th Floor |
| | San Francisco, California 94111 |
| | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |
| | |
| | *Interim Co-Lead Counsel for the Indirect Purchaser Plaintiffs* |